## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

-------------------------------------------------x

**RICHARD L. SEALEY,** # GDCID 0000858 401 )
    Georgia Diagnostic & Classification Prison )
    P.O. Box 3877 )
    Jackson, GA 30233, )
                             )
          **Plaintiff,** )
                             )
      **v.** )              **NO.**
                             )
**UNITED STATES DEPARTMENT** )
**OF JUSTICE,** )
    950 Pennsylvania Avenue, NW )
    Washington, D.C. 20530-0001, )
                             )
**AND ITS COMPONENTS UNITED STATES** )
**ATTORNEYS OFFICE,** )
    United States Department of Justice )
    950 Pennsylvania Avenue, NW )
    Room 2242 )
    Washington, D.C. 20530-0001, )
                             )
**FEDERAL BUREAU OF PRISONS,** )
    320 First Street, NW )
    Washington, D.C. 20534, )
    *U.S. DOJ* )
**CIVIL RIGHTS DIVISION,** )
    950 Pennsylvania Avenue, NW )
    Washington, D.C. 20530-0001, )
                             )
**FEDERAL BUREAU OF INVESTIGATION,** )
    J. Edgar Hoover Building )
    935 Pennsylvania Avenue, NW )
    Washington, D.C. 20535-0001, )
                             )
**AND** )
                             )
**THE UNITED STATES** )
**PAROLE COMMISSION,** )
    5550 Friendship Boulevard, Suite 420 )
    Chevy Chase, MD 20815-7286, )
                             )
          **Defendants.** )

-------------------------------------------------x

Case: 1:08-cv-00176
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 1/30/2008
Description: FOIA/Privacy Act

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

Plaintiff Richard L. Sealey ("Sealey"), by his attorneys Troutman Sanders LLP,[1] brings

this Complaint for declaratory and injunctive relief against defendants Department of Justice

("DOJ"), and its above-named components, the Federal Bureau of Prisons ("BOP"), the Federal

Bureau of Investigation ("FBI"), the United States Attorneys Office (USAO"), the United States

Parole Commission ("Parole Commission"), and the Civil Rights Division ("CRD")

(collectively, the "Agencies").  This action relates to the unlawful withholding of documents and

records that are critical to the effective assistance of counsel in Plaintiff's pursuit of habeas

corpus relief.  Accordingly, Plaintiff is compelled to request judicial assistance.

### JURISDICTION AND VENUE

1.      This action arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. §

552, *et seq.*, as amended, for injunctive and other appropriate relief, to enjoin the Agencies from

withholding from Sealey certain records within their possession and control, and to order the

Agencies to release those records that were duly requested by Sealey and wrongfully withheld by

the Agencies.

2.      This court has subject matter jurisdiction over this action pursuant to 5 U.S.C.§

552(a)(4)(B).  This court also has jurisdiction over this action pursuant to 28 U.S.C. § 1331.

3.      The relief requested is specifically authorized pursuant to 28 U.S.C. § 2201 and

28 U.S.C. § 2202.

4.      Venue in the United States District Court for the District of Columbia is proper

under 5 U.S.C. § 522(a)(4)(B), which permits a plaintiff to bring an action in the district in which

---

[1] Troutman Sanders LLP is serving as *pro bono* counsel for Richard Sealey and is receiving no
compensation for this representation, as alleged more fully in the Declaration of Seanna R. Brown,
attached hereto as Exhibit A.  Although the undersigned counsel is not admitted to the District of
Columbia bar, she has signed this pleading pursuant to Local Civil Rule 83.2(g).

he resides, or has his principal place of business, or in which the agency records are situated, or in the District of Columbia.

## PARTIES

5.      Sealey is a death row inmate incarcerated at Georgia Diagnostic & Classification Prison, located in Butts County, Georgia. Sealey has filed a petition for writ of habeas corpus in Georgia Superior Court, Butts County. Sealey has until March 31, 2008 to complete discovery for his state habeas petition. In light of the amendments to the federal habeas statute, 28 U.S.C. § 2254, in which federal habeas courts are now required to afford more deference to state court findings and severely restrict a petitioner's opportunities to develop new facts in federal court, it is imperative that Sealey obtain these records to create as substantial an evidentiary record as possible in his state habeas proceedings.

6.      Defendant DOJ is a Department of the Executive Branch of the United States Government and is an agency within the meaning of 5 U.S.C. § 552(f)(1). Defendants BOP, FBI, USAO, CRD, and the Parole Commission are components of the DOJ.

7.      The BOP was established under Pub. L. No. 71-218, 46 Stat. 325 (1930). The BOP is charged with, *inter alia*, the management and regulation of all Federal penal and correctional institutions. The BOP is an agency within the meaning of 5 U.S.C. § 552(f)(1).

8.      The FBI is the principal investigative arm of the DOJ and is charged with the investigation of violations of certain Federal statutes, collecting evidence in legal cases in which the United States is or may be an interested party, and performing other duties specifically imposed by law or Presidential directive. The FBI is also authorized to provide other law enforcement agencies with cooperative services, such as fingerprint identification, laboratory examinations, and police training. The FBI is an agency within the meaning of 5 U.S.C. § 552(f)(1).

9. The USAO is the investigative and litigation arm of the DOJ. The United States Attorneys are charged with, *inter alia*, the prosecution of criminal cases brought by the Federal government, the prosecution and defense of civil cases in which the United States is a party, and the collection of debts owed the Federal government which are administratively uncollectible. The USAO, including its district offices, is an agency within the meaning of 5 U.S.C. § 552(f)(1).

10. The CRD is a component of the DOJ, charged with the litigating cases to secure equal opportunity in the areas of employment, education, housing, voting, public accommodations and facilities, and federally assisted programs. It also prosecutes criminal violations of federal civil rights statutes. The CRD is an agency within the meaning of 5 U.S.C. § 552(f)(1).

11. The United States Parole Commission is a component of the DOJ that has the sole authority to grant, modify, or revoke paroles of Federal offenders who committed their offenses prior to November 1, 1987, and is responsible for the supervision of parolees and mandatory releasees. The Parole Commission is an agency within the meaning of 5 U.S.C. § 552(f)(1).

## FACTS AND CLAIMS FOR RELIEF

12. This is an action to compel the Agencies to obey the law. It is an action to correct and prevent further gross and deliberate violations of federal law, which requires the release of certain records. These records are sought in connection with Sealey's state habeas petition and are critical to the effective assistance of counsel in Sealey's pursuit of habeas corpus relief.

13. FOIA provides that any person has a right to obtain access to federal agency records, unless those records are protected by one of the nine enumerated exemptions within the Act. 5 U.S.C. § 552, *et seq.*

14. Pursuant to the requirements of FOIA, 5 U.S.C. § 552, the Agencies have a duty to provide access to all public documents in their possession. The Agencies have possession of

and control over the records, memoranda, reports, documents and similar papers and files sought by Sealey in this action.

15.    Upon the filing of an expedited processing request for documents under the FOIA, the government must comply with two statutory response deadlines. First, an expedited processing request requires that the Agencies decide within ten calendar days of its receipt whether to grant or deny the expedited treatment request. 5 U.S.C. § 552(a)(6)(E). Second, notwithstanding the expedited treatment request, the government must also determine and notify the requestor within twenty days (excluding weekends and legal holidays) of receipt of the request whether it will comply with the document request itself. 5 U.S.C. § 552(a)(6)(A).

16.    FOIA provides that once a requester exhausts its administrative remedies, it may seek judicial review of the withholding of records. 5 U.S.C. § 552(a)(6).

17.    FOIA further provides that a requester shall be deemed to have exhausted his administrative remedies if the agency fails to comply with the applicable time limit provisions. 5 U.S.C. § 552(a)(6)(C)(i).

## SEALEY'S FOIA REQUEST TO THE BOP AND THE BOP'S INADEQUATE RESPONSE

18.    Upon information and belief, the BOP maintains records on current and former inmates of Federal penal and correctional institutions concerning sentence computation; institutions of confinement; criminal, social, educational, and occupational background; identification data; institutional work and housing assignments; education, disciplinary, health and work data during incarceration; and reports relating to release planning, furlough, institutional adjustment, and violations of release.

19.    Upon information and belief, Sealey was in Federal BOP custody from the age of 17 until he was aged 30, spanning the years 1981-1994.

20.    On June 22, 2007, through counsel, Sealey submitted a FOIA request to the BOP, seeking access to all files, records and any other documents in the possession or under the control of the BOP pertaining to:

   a.  any central and/or institutional files, records, and/or documents, including disciplinary reports, progress reports, work files,

   b.  any medical files, records, and/or documents, including any psychiatric and/or psychological files and or reports,

   c.  any files, records, and/or documents pertaining to the dispensing of medications, and

   d.  any Special Investigative Service files, records, or documents.

A true and accurate copy of this letter is attached hereto and incorporated by reference as Exhibit 1.

21.    Sealey also sought expedited processing with regard to his request to the BOP, but did not receive any response regarding this request.

22.    On July 23, 2007, BOP responded to Sealey's FOIA request, furnishing a certain document, but substantially denying the request.  The BOP stated that the original files pertaining to Sealey were mailed to the National Archives and that the BOP was unable to find the documentation necessary to locate these records.  A true and accurate copy of this letter is attached hereto and incorporated by reference as Exhibit 2.

23.    In its response letter, the BOP did not describe the search it conducted in its attempt to locate records responsive to Sealey's request.  It did not include details of the locations in which it searched, such as whether it searched solely within the BOP or whether it also searched the National Archives.

24.    In lieu of disclosing Sealey's BOP file, the BOP attached a Computer Generated Sentry record that lists Sealey's record while in BOP custody, including his facility assignment

history, his disciplinary record, and sentence computation data. No other files, such as his pre-sentencing report or medical records, were provided.

25.     By letter dated September 10, 2007, through counsel, Sealey filed an administrative appeal of the BOP's action with the DOJ's Office of Information and Privacy ("OIP").[2] Sealey also requested expedited processing of his appeal. In this correspondence, Sealey observed that the BOP did not deny the existence of files pertaining to Sealey, but rather that the files could not be located using the search that the BOP utilized. A true and accurate copy of this letter is attached hereto and incorporated by reference as Exhibit 3.

26.     On September 17, 2007, the OIP granted Sealey's request for expedited processing on his appeal of the BOP action. A true and accurate copy of this letter is attached hereto and incorporated by reference as Exhibit 4.

27.     On September 21, 2007, the OIP affirmed the BOP's action on the request, stating that the BOP conducted an adequate search. The OIP also stated that it would be very costly to obtain records responsive to the request. Lastly, the OIP stated that it is unlikely that the records would contain any exculpatory materials.[3] In this regard, the BOP was to send a letter providing further details of the type of information that the file of a former BOP inmate would typically contain. A true and accurate copy of this letter is attached hereto and incorporated by reference as Exhibit 5.

28.     To date, the BOP has not sent the letter detailing the type of information that the file of a former BOP inmate would typically contain.

---

[2] The OIP is the administrative component within the Department of Justice that decides all administrative appeals for that agency.

[3] Counsel for Sealey strenuously objects to the propriety and accuracy of this statement. Under federal law, Sealey is entitled to access to these records, whether or not they contain exculpatory materials. Moreover, the BOP has no knowledge of the theory or claims of Sealey's petition, and therefore is in no position to determine whether the materials are relevant. Finally, in light of the fact that the right of a capital defendant to present mitigation evidence under the Constitution is very broad, it is wholly likely that Sealey's BOP file contains information that may prove critical, or at least relevant, to his petition. It is clearly improper for the BOP to withhold records on this basis.

29.     By letter dated October 5, 2007, through counsel, Sealey requested an estimate from the OIP of the cost and time it would take for the BOP to locate records responsive to his request. He also requested that the OIP provide him with a schedule of applicable fees. A true and accurate copy of this letter is attached hereto and incorporated by reference as Exhibit 6.

30.     By letter dated November 26, 2007, the OIP responded, granting Sealey's request for reconsideration. The OIP remanded the request to the BOP for its determination as to the feasibility and/or cost of locating and releasing any records responsive to the request. A true and accurate copy of this letter is attached hereto and incorporated by reference as Exhibit 7.

31.     Sealey is entitled to the requested files, records and other documents pursuant to FOIA, 5 U.S.C. § 552.

32.     By terms of 5 U.S.C. § 522(a)(6)(C), the BOP response to the request, as remanded to it by the OIP, was due 20 days from receipt. This time has long since elapsed, and Sealey has yet to receive any response from the BOP. Sealey is deemed to have exhausted his administrative remedies by reason of BOP's failure to meet the statutory time limits.

33.     BOP has wrongfully withheld the requested records from Sealey, and wrongfully denied Sealey's request for expedited processing. Further, BOP has asserted no statutory basis for withholding any of the records sought by Sealey. Sealey has a strong interest in disclosure of the records sought and is entitled to judicial review of this matter pursuant to 5 U.S.C. § 522(a)(B).

## SEALEY'S FOIA REQUEST TO THE FBI AND THE FBI'S INADEQUATE RESPONSE

34.     Upon information and belief, the FBI maintains files of its criminal, legal and security investigations; a nationwide index of wanted persons, stolen property, criminal histories, and missing persons; and fingerprint identification records.

35.     On June 22, 2007, through counsel, Sealey submitted a FOIA request to the FBI, seeking access to all files, records and any other documents in the possession or under the

control of the BOP pertaining to "any investigation, arrest, indictment, conviction, sentencing, incarceration, and/or parole" of Sealey. A true and accurate copy of this letter is attached hereto and incorporated by reference as Exhibit 8.

36.     By letter dated July 12, 2007, Sealey was notified that the FBI had located "no records" responsive to his June 22nd request. A true and accurate copy of this letter is attached hereto and incorporated by reference as Exhibit 9.

37.     On September 10, 2007, through counsel, Sealey sent a letter to the OIP appealing the FBI's "no records" denial of Sealey's FOIA request. In this correspondence, Sealey observed that the FBI's blanket "no records" response seemingly ignored the agency's duty to conduct more than a perfunctory search. To assist the FBI in locating responsive files, Sealey provided an FBI number pertaining to him. A true and accurate copy of this letter is attached hereto and incorporated by reference as Exhibit 10.

38.     On September 17, 2007, the OIP granted Sealey's request for expedited processing on his appeal of the FBI action. A true and accurate copy of this letter is attached hereto and incorporated by reference as Exhibit 11.

39.     By letter dated September 28, 2007, the OIP affirmed the FBI's action on the request. The letter also stated, however, that the staff of the OIP had looked into the matter and found that the Miami Field Office of the FBI might maintain records responsive to Sealey's request. The OIP suggested that Sealey submit a FOIA request directly to the Miami Field Office of the FBI. A true and accurate copy of this letter is attached hereto and incorporated by reference as Exhibit 12.

40.     On October 10, 2007, through counsel, Sealey submitted a FOIA request to the Miami Field Office of the FBI, seeking access to all files, records and any other documents in the possession or under the control of the FBI pertaining to "any investigation, arrest, indictment,

conviction, sentencing, incarceration, and/or parole" of Sealey.    A true and accurate copy of this letter is attached hereto and incorporated by reference as Exhibit 13.

41.    Sealey also requested expedited processing of his request.

42.    By letter dated October 19, 2007, Sealey was notified that the Miami Field Office of the FBI had located "no records" responsive to his October 10th request.  A true and accurate copy of this letter is attached hereto and incorporated by reference as Exhibit 14.

43.    On November 13, 2007, through counsel, Sealey sent a letter to the OIP appealing the FBI Miami Field Office's denial of Sealey's FOIA request.  In this correspondence, Sealey observed that the OIP's staff had looked into this matter and found that records may exist in the Miami Field Office and suggested that a telephone call between the offices may assist the Miami Field Office in locating records responsive to the request.  A true and accurate copy of this letter is attached hereto and incorporated by reference as Exhibit 15.

44.    On November 20, 2007, the OIP granted Sealey's request for expedited processing on his appeal of the Miami Field Office's action.  A true and accurate copy of this letter is attached hereto and incorporated by reference as Exhibit 16.

45.    On December 7, 2007, OIP responded that it remanded the request to the FBI for a further search for records at both FBI Headquarters and its Miami Field Office, specifically including any "cross-reference" records.  A true and accurate copy of this letter is attached hereto and incorporated by reference as Exhibit 17.

46.    Sealey is entitled to the requested files, records and other documents pursuant to the Freedom of Information Act, 5 U.S.C. § 552.

47.    By terms of 5 U.S.C. § 522(a)(6)(C), the FBI response to the request, as remanded to it by the OIP, was due 20 days from receipt.  This time has long since elapsed, and Sealey has yet to receive any response from the FBI Headquarters or its Miami Field Office.  Sealey is

deemed to have exhausted his administrative remedies by reason of the FBI's failure to meet the statutory time limits.

48.    The FBI, including its Miami Field Office, has wrongfully withheld the requested records from Sealey, and wrongfully denied Sealey's request for expedited processing.  Further, the FBI has asserted no statutory basis for withholding any of the records sought by Sealey. Sealey has a strong interest in disclosure of the records sought and is entitled to judicial review of this matter pursuant to 5 U.S.C. § 522(a)(B).

## SEALEY'S FOIA REQUEST TO THE DOJ AND THE DOJ, USAO AND PAROLE COMMISSION'S INADEQUATE RESPONSES

49.    On June 22, 2007, through counsel, Sealey submitted a FOIA request to the DOJ, seeking access to all files, records and any other documents in the possession or under the control of the BOP pertaining to "any investigation, arrest, indictment, conviction, sentencing, incarceration, and/or parole" of Sealey.  A true and accurate copy of this letter is attached hereto and incorporated by reference as Exhibit 18.

50.    Sealey also requested expedited processing of his request.

51.    On July 12, 2007, the DOJ acknowledged receipt of Sealey's FOIA request.  The DOJ stated that it forwarded the request to the components most likely to have the records, including, *inter alia*, the Executive Office for U.S. Attorney's and the U.S. Parole Commission. However, the DOJ did not respond to the substance of that request, or to Sealey's request for expedited processing.  A true and accurate copy of this letter is attached hereto and incorporated by reference as Exhibit 19.

52.    On July 20, 2007, the Executive Office for USAO acknowledged receipt of Sealey's FOIA request and asked that Sealey identify the specific USAO districts in which prosecution or litigation occurred, as these would be the most likely places in which records responsive to the request would exist.  The USAO did not respond to the request for expedited

processing request. A true and accurate copy of this letter is attached hereto and incorporated by reference as Exhibit 20.

53.    Upon information and belief, the USAO maintain records on their legal cases, criminal investigations and citizen complaints.

54.    Upon information and belief, Sealey was prosecuted in the Virgin Islands for assault. He was convicted and sentenced to twelve years in Federal BOP custody.

55.    Upon information and belief, Sealey was prosecuted in the Western District of Wisconsin for assaulting, resisting, or impeding certain officers or employees, under 18 U.S.C. § 111. Sealey was convicted and sentenced to an additional two years in Federal BOP custody.

56.    Accordingly, on August 16, 2007, through counsel, Sealey identified two districts in which prosecution or litigation pertaining to him occurred:  the USAO for the District of the Virgin Islands and the USAO for the Districts of Wisconsin. A true and accurate copy of this letter is attached hereto and incorporated by reference as Exhibit 21.

57.    Sealey also requested expedited processing for these requests.

58.    By letter dated August 30, 2007, the USAO, District of the Virgin Islands, acknowledged receipt of the FOIA request and stated that the request will be placed in the order in which it was received for processing. However, the USAO, District of the Virgin Islands, did not respond to the substance of Sealey's request, nor his request for expedited processing. A true and accurate copy of this letter is attached hereto and incorporated by reference as Exhibit 22.

59.    Sealey is entitled to the requested files, records and other documents pursuant to the Freedom of Information Act, 5 U.S.C. § 552.

60.    By terms of 5 U.S.C. § 522(a)(6)(C), the USAO response to the request was due 20 days from receipt.  This time has long since elapsed, and Sealey has yet to receive any response from the USAO, District of Virgin Islands. Sealey is deemed to have exhausted his administrative remedies by reason of the USAO's failure to meet the statutory time limits.

61.     By letter dated August 30, 2007, the USAO, Eastern District of Wisconsin acknowledged receipt of the FOIA request and stated that the request will be placed in the order in which it was received for processing. However, the USAO, Eastern District of Wisconsin, did not respond to the substance of Sealey's request, nor his request for expedited processing. A true and accurate copy of this letter is attached hereto and incorporated by reference as Exhibit 23.

62.     On December 26, 2007, the USAO, Eastern District of Wisconsin responded, stating that it had located no records. A true and accurate copy of this letter is attached hereto and incorporated by reference as Exhibit 24.

63.     On January 7, 2008, Sealey filed an administrative appeal with the OIP, stating that while in federal custody in Wisconsin, he was charged and sentenced within that District. Sealey noted the docket number of his case. A true and accurate copy of this letter is attached hereto and incorporated by reference as Exhibit 25.

64.     On January 14, 2008, the OIP granted expedited processing of Sealey's appeal. A true and accurate copy of this letter is attached hereto and incorporated by reference as Exhibit 26.

65.     On January 22, 2008, the OIP affirmed the USAO's action on the request. The letter stated that if Sealey was dissatisfied with the action on appeal, he may file a lawsuit. Sealey has exhausted his administrative remedies with respect to his request in the Eastern District of Wisconsin. A true and accurate copy of this letter is attached hereto and incorporated by reference as Exhibit 27.

66.     The DOJ forwarded Sealey's June 22nd request to the Parole Commission on or around July 12, 2007.

67.     Upon information and belief, the Parole Commission maintains records regarding its hearings and decisions for prisoners and releasees.

68.    Upon information and belief, Sealey was released on parole on or around March 2, 1994.

69.    For a period of over six months, the Parole Commission has not sought an extension of time to reply, has not provided records, and has not made a determination on the request. The Parole Commission has not even acknowledged receipt of Sealey's FOIA request.

70.    Sealey is entitled to the requested files, records and other documents pursuant to the Freedom of Information Act, 5 U.S.C. § 552.

71.    By terms of 5 U.S.C. § 522(a)(6)(C), the Parole Commission response to the request was due 20 days from receipt. Sealey is deemed to have exhausted his administrative remedies by reason of the Parole Commission's failure to meet the statutory time limits.

72.    The USAO for the District of the Virgin Islands, the Parole Commission, and the USAO for the Eastern District of Wisconsin have wrongfully withheld the requested records from Sealey, wrongfully denied Sealey's request for expedited processing, and have failed to conduct an adequate search for records. Further, none of the agencies have asserted any statutory basis for withholding any of the records sought by Sealey. Sealey has a strong interest in disclosure of the records sought and is entitled to judicial review of this matter pursuant to 5 U.S.C. § 522(a)(B).

### SEALEY'S FOIA REQUEST REGARDING ST. CROIX PENAL INSTITUTIONS TO THE DOJ AND THE DOJ AND CRD'S INADEQUATE RESPONSES

73.    Upon information and belief, Sealey was detained at Anna's Hope Detention Center ("Anna's Hope") on various dates during the years of 1981 and 1982, when he was age 17 and 18.

74.    Upon information and belief, Sealey was detained at Golden Grove Correctional Facility ("Golden Grove") on various dates during the years of 1981 and 1982, when he was age 17 and 18.

75.    Upon information and belief, a consent decree was filed by the DOJ in November 1986 that required Golden Grove to remedy unconstitutional conditions at the facility.  In 2005, the DOJ determined that there were current and ongoing conditions that did not meet constitutionally mandated minimum requirements of security and safety, including inmate on inmate assaults, lack of correctional staffing, and constitutionally inadequate health care for inmates.  A true and accurate copy of a DOJ press release regarding Golden Grove is attached hereto and incorporated by reference as Exhibit 28.

76.    Upon information and belief, the DOJ and CRD contributed ongoing assistance to the Virgin Islands to meet its obligation to remedy constitutional violations at Golden Grove.  In addition, the DOJ and CRD has filed motions in the United States District Court for the Virgin Islands and has sought the appointment of a special master to implement the requirements of the Consent Decree.

77.    The conditions of incarceration at Golden Grove and Anna's Hope are highly relevant to Sealey's habeas petition.  Sealey was incarcerated at these facilities while still a minor.

78.    On August 16, 2007, through counsel, Sealey submitted a FOIA request to the DOJ, seeking access to all files, records and any other documents in the possession or under the control of the DOJ regarding two correctional facilities located in St. Croix, U.S. Virgin Islands, Golden Grove Adult Correctional Facility and Anna's Hope Detention Center.  A true and accurate copy of this letter is attached hereto and incorporated by reference as Exhibit 29.

79.    The request sought the disclosure of information relating to "any investigations, inspections, civil actions, criminal actions, institutional lawsuits, civil rights complaints, stipulated agreements, consent decrees, special master appointments, federal reports, and/or subpoenas regarding either of the above referenced facilities."

80.    Sealey also requested expedited processing of his request.

81.     By letter dated October 22, 2007, the DOJ acknowledged receipt of Sealey's FOIA request regarding Anna's Hope and Golden Grove and stated that it forwarded the request to other components of the DOJ most likely to have the records requested, the Civil Division and the CRD. However, the DOJ did not respond to substance of that request, or to Sealey's request for expedited processing. A true and accurate copy of this letter is attached hereto and incorporated by reference as Exhibit 30.

82.     On October 31, 2007, the CRD responded, stating that records of the CRD are indexed under names of individuals and it does not have information indexed under names of facilities. The CRD stated that if Sealey provided it with more information, the CRD would search its files for information responsive to the request. A true and accurate copy of this letter is attached hereto and incorporated by reference as Exhibit 31.

83.     By letter dated November 5, 2007, Sealey received a similar response from the Civil Division. The letter stated that the Civil Division indexes its records according to the names of the parties to litigation or matters and that a search of the system failed to identify any references to the facilities. A true and accurate copy of this letter is attached hereto and incorporated by reference as Exhibit 32.

84.     On November 14, 2007, counsel for Sealey contacted Mr. James Kovakas of the Civil Division to obtain clarification on the Civil Divison's response. In the hope that it would assist Mr. Kovakas' search, counsel for Sealey emailed to him a DOJ press release dated November 8, 2005, in which the DOJ stated that it had investigated Golden Grove. A true and accurate copy of this email is attached hereto and incorporated by reference as Exhibit 33.

85.     Mr. Kovakas later communicated to counsel for Sealey that it was a CRD matter and suggested following up with the CRD. Mr. Kovakas also suggested submitting a request directly to the USAO, District of the Virgin Islands, regarding these institutions.

86.    On November 14, 2007, Sealey, through counsel, followed Mr. Kovakas' advice and submitted a follow-up letter to the Civil Rights Division, attaching a copy of the press release regarding Golden Grove. A true and accurate copy of this letter is attached hereto and incorporated by reference as Exhibit 34.

87.    Upon information and belief, the CRD maintains records of all its legal cases, correspondence, and memoranda.

88.    Sealey is entitled to the requested files, records and other documents pursuant to the Freedom of Information Act, 5 U.S.C. § 552.

89.    By terms of 5 U.S.C. § 522(a)(6)(C), the CRD response to the request was due 20 days from receipt. This time has long since elapsed, and Sealey has yet to receive any response from CRD. Sealey is deemed to have exhausted his administrative remedies by reason of CRD's failure to meet the statutory time limits.

90.    The CRD has wrongfully withheld the requested records from Sealey, and has wrongfully denied Sealey's request for expedited processing. Further, CRD has asserted no statutory basis for withholding any of the records sought by Sealey. Sealey has a strong interest in disclosure of the records sought and is entitled to judicial review of this matter pursuant to 5 U.S.C. § 522(a)(B).

## SEALEY'S FOIA REQUEST REGARDING ST. CROIX PENAL INSTITITIONS TO THE USAO AND THE USAO'S INADEQUATE RESPONSE

91.    As alleged more fully in paragraphs 73 and 74 above, Sealey submitted a FOIA request to the DOJ regarding Anna's Hope and Golden Grove on August 16, 2007.

92.    On October 1, 2007, the Executive Office for USAO, District of the Virgin Islands acknowledged receipt of Sealey's FOIA request regarding Golden Grove and Anna's Hope. However, the USAO did not respond to the substance of that request, or to Sealey's

request for expedited processing. A true and accurate copy of this letter is attached hereto and incorporated by reference as Exhibit 35.

93.    To date, the USAO, District of the Virgin Islands has not made a determination or provided records responsive to Sealey's August 16th request.

94.    As suggested by Mr. Kovakas of the Civil Division, Sealey, through counsel, submitted an additional FOIA request regarding Anna's Hope and Golden Grove directly to the USAO, District of the Virgin Islands on November 19, 2007. A true and accurate copy of this letter is attached hereto and incorporated by reference as Exhibit 36.

95.    Sealey also requested expedited processing of his request.

96.    To date, the USAO, District of the Virgin Islands has not provided a any determination or records regarding Sealey's FOIA request dated November 19th, nor its initial request of August 19th. It has also not responded to Sealey's request for expedited processing.

97.    Sealey is entitled to the requested files, records and other documents pursuant to the Freedom of Information Act, 5 U.S.C. § 552.

98.    By terms of 5 U.S.C. § 522(a)(6)(C), the USAO, District of the Virgin Islands response to the request was due 20 days from receipt. This time has long since elapsed, and Sealey has yet to receive any response from the USAO. Sealey is deemed to have exhausted his administrative remedies by reason of the USAO's failure to meet the statutory time limits.

99.    The USAO, District of the Virgin Islands has wrongfully withheld the requested records from Sealey, and has wrongfully denied Sealey's request for expedited processing. Further, USAO, District of the Virgin Islands has asserted no statutory basis for withholding any of the records sought by Sealey. Sealey has a strong interest in disclosure of the records sought and is entitled to judicial review of this matter pursuant to 5 U.S.C. § 522(a)(B).

## SEALEY'S STRONG INTEREST IN DISCLOSURE

100.    Sealey's interest in disclosure is stronger than the average citizen's interest. Normally, the citizen applying for access has only either the taxpayer's interest in government, or the reporter's interest in a newspaper article. In Sealey's case, however, a panoply of other constitutional rights supplement his standing as a citizen of the United States. While there is a strong presumption against allowing any aspect of government to be run in secret, there is an even stronger societal interest in assuring that a death sentence is imposed fairly: "It is of vital importance to the . . . community that any decision to impose the death sentence be, and appear to be, based on reason rather than caprice or emotion." *Beck v. Alabama*, 447 U.S. 625, 637-38 (1980); *Hickman v. Taylor*, 329 U.S. 495, 511 (1947) (in a criminal case, discovery of matters must be allowed where the "production of facts is essential to preparation of [the defendant's] case"). In this case, interest favoring disclosure is even greater, as Sealey faces the death penalty.

101.    Sealey has diligently pursued his administrative remedies, to no avail. Where possible, Sealey has worked cooperatively with the Agencies, providing supplemental information within his possession to assist the Agencies in locating responsive records. In contrast, the Agencies have failed to follow through on obvious leads to discover the requested documents.

102.    In light of the penalty imposed upon Sealey, there is exceptional need and urgency in processing these requests.

## COUNT ONE

**Violation of FOIA for Failure to Timely Respond to Plaintiff's Requests for Expedited Processing**

103.    Sealey repeats and realleges paragraphs 1-102.

104.    Sealey is entitled to a timely response regarding expedited processing of his FOIA requests, pursuant to 5 U.S.C. § 522(a)(6)(E).

105.    Sealey has exhausted his administrative remedies, and there is no legal basis for the Agencies' failure to timely respond to Sealey's requests for expedited processing.

106.    The Agencies' failure to timely respond to Sealey's request for expedited processing violates FOIA, 5 U.S.C. § 522(a)(6)(E)(iii), and the Agencies' own regulations promulgated thereunder.

## COUNT TWO

**Violation of FOIA for Failure to Grant Plaintiff's Requests for Expedited Processing**

107.    Sealey repeats and realleges paragraphs 1-102.

108.    Sealey is entitled to expedited processing of his FOIA requests pursuant to 5 U.S.C. § 522(a)(6)(E)(i).

109.    Sealey has exhausted his administrative remedies, and there is no legal basis for the Agencies' failure grant Sealey's requests for expedited processing.

110.    The Agencies' failure to grant Sealey's request for expedited processing violates FOIA, 5 U.S.C. § 522(a)(6)(E)(i), and the Agencies' own regulations promulgated thereunder.

## COUNT THREE

**Violation of FOIA for Failure to Timely Respond to Plaintiff's Requests**

111.    Sealey repeats and realleges paragraphs 1-102.

112.    Sealey is entitled to a timely response regarding his FOIA requests.

113.   Sealey has exhausted his administrative remedies, and there is no legal basis for the Agencies' failure to timely respond to Sealey's FOIA requests.

114.   The Agencies' failure to timely respond to Sealey's requests violates FOIA, 5 U.S.C. § 522(a)(6)(A), and defendant Agencies' own regulations promulgated thereunder.

## COUNT FOUR

### Violation of FOIA for Failure to Make Promptly Available the Records Sought by Plaintiff's Requests

115.   Sealey repeats and realleges paragraphs 1-102.

116.   Sealey has a legal right of access to the requested information under 5 U.S.C. § 522(a)(3) to obtain the agency records he has requested.

117.   Sealey has exhausted his administrative remedies, and there is no legal basis for the Agencies' failures to make available such records.

118.   The Agencies' failure to make promptly available the records sought by Sealey's requests violates FOIA, 5 U.S.C. § 522(a)(3)(A), and applicable regulations promulgated thereunder.

## COUNT FIVE

### Violation of FOIA for Failure to Conduct an Adequate Search for Records

119.   Sealey repeats and realleges paragraphs 1-102.

120.   Sealey has a legal right of access to the requested information under 5 U.S.C. § 522(a)(3) to obtain the agency records he has requested.

121.   Sealey has exhausted his administrative remedies.

122.   The Agencies' failure to conduct an adequate search for the records sought by Sealey's requests violates FOIA, 5 U.S.C. § 522(a)(3)(A), and applicable regulations promulgated thereunder.

WHEREFORE, Sealey requests that this Court:

      a.      Declare that the Agencies' actions to date are violative of FOIA;

      b.      Enjoin the Agencies from withholding the records;

      c.      Order the Agencies to provide access to the requested documents;

      d.      Expedite this proceeding as provided for in 28 U.S.C. § 1657;

      e.      Award Sealey costs and reasonable attorneys fees in this action, as provided in 5 U.S.C. § 552(a)(4)(E); and

      f.      Grant such other and further relief as it may deem just and proper.

Dated: January 29, 2008
     New York, NY

                          Respectfully submitted,

                          TROUTMAN SANDERS LLP

                          By: _____

                          Seanna R. Brown, Esq.
                          The Chrysler Building
                          405 Lexington Avenue
                          New York, New York 10174
                          Telephone: (212) 704-6000
                          Facsimile: (212) 704-8352

**EXHIBIT 1**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NEW YORK 10174
www.troutmansanders.com
TELEPHONE: 212-704-6000
FACSIMILE: 212-704-6288

Seanna R. Brown
seanna.brown@troutmansanders.com

Direct Dial: 212-704-6448
Direct Fax: 212-704-8352

June 22, 2007

**BY FIRST CLASS MAIL**
Custodian of Records
Chief, FOIA/PA Section
Office of General Counsel
Federal Bureau of Prisons
Department of Justice
Room 841, HOLC Building
Washington, D.C. 20534

Re:    FOIA Request for Bureau of Prisons files, Richard L. Sealey, D.O.B.- 4/18/1964,
       SSN-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, Register Number: 39154-066

       **This regards a Death Penalty Case; Expedited Processing Requested**

Dear Custodian of Records:

    Pursuant to the Freedom of Information Act, 5 U.S.C. §552, I respectfully request a copy
of all documents, files, records, etc., in the possession or under the control of the Bureau of
Prisons and/or any institution, office, agency, or department under the direction of the Bureau of
Prisons relating to the above referenced individual including, but not limited to:

       any central and/or institutional files, records, and/or documents, including disciplinary
       reports, progress reports, work files,

       any medical files, records, and/or documents, including any psychiatric and/or
       psychological files and or reports,

       any files, records, and/or documents pertaining to the dispensing of medications, and

       any Special Investigative Service files, records, or documents.

    A comprehensive, HIPPA compliant, signed release is attached authorizing the release of
all records, files, and/or information pertaining to this individual.

ATLANTA · HONG KONG · LONDON · NEW YORK · NEWARK · NORFOLK · RALEIGH
RICHMOND · SHANGHAI · TYSONS CORNER · VIRGINIA BEACH · WASHINGTON, D.C.

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

Custodian of Records
June 21, 2007
Page 2


For the purposes of the request, the terms "records," "documents," and "files" are intended to include, without limitation, any and all written, typed printed, recorded, graphic, computer-generated, or other matter of any kind from which information can be derived, whether produced, reproduced, or stored on paper, cards, tapes, films, electronic facsimiles, computer storage devices, or any other medium. They include, without limitation, letters, memoranda (including internal memoranda), calendars, schedules, books, indices, notes, printed forms, publications, press releases, notices, minutes, summaries or abstracts, reports, files, transcripts, computer tapes, printouts, drawings, photographs, recordings (including both videotapes and audiotapes), telegrams, and telex messages, as well as any reproductions thereof that differ in any way from any other reproduction, such as copies containing marginal notations.

Please certify all provided records. In the event that your office does not have a standard procedure for certifying records please attach a signed and dated letter on office letterhead which states the following: "The undersigned certifies that the records provided are true and accurate copies of the originals."

I understand that there may be a charge for certified records. Please provide an itemized statement of all incurred charges. Please note that this request is specifically for certified records and that no charges are authorized for the production of uncertified records.

If your search produces no records please send a signed, dated letter on letterhead to that effect. Please include in that letter any other departments or offices known to you that could have documents responsive to this request.

Thank you very much for all of your assistance in this matter. If any questions should arise during the search for these records, please do not hesitate to contact me at the number listed above.


Very truly yours,

Seanna R. Brown

State of: Georgia
County of: Butts

## AUTHORIZATION FOR RELEASE OF RECORDS AND DISCLOSURE OF PROTECTED HEALTH INFORMATION

I, Richard L. Sealey, date of birth, 4/18/1964, Social Security number, 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, hereby grant authorization to any public or private agency, institution, individual or corporation, including but not limited to any lawyer, law firm, school, youth facility, physician's office, hospital, mental health center, addiction treatment center, psychologist's or psychiatrist's office, department of family and children services, social service organization, jail, prison, correctional facility, bureau of investigation, department or probation and/or parole where I have been or currently am being educated, evaluated, treated, held or confined, or who has ever been involved in providing me with legal or other services, to release and disclose to the attorneys at the law firm of TROUTMAN SANDERS LLP and to any designated employee or representative of the firm, any and all of my files and records, or copies thereof, in their possession, including those files and records or portions thereof disclosing my protected physical and mental health information and to discuss with the afore-mentioned individuals and/or provide to them in writing confirmation of any medical and mental health treatment, condition, prognosis and any other information relevant to my health.

This authorization for release and disclosure to the above named attorney(s) or their designated representatives of my protected physical and mental health records, files, and information, (whether typed, handwritten, audiotaped, videotaped, electronically stored or transmitted, or otherwise generated or preserved), includes but is not limited to: emergency room records; x-rays; hospital inpatient records; hospital outpatient records; office based records; clinic records; institutional records; jail records; prison records; department of corrections records; behavioral and mental health treatment information; Medicaid records; laboratory and diagnostic findings; substance abuse treatment information; psychotherapy notes; doctors' notes; nurses' notes; counselors' notes; psychiatrists' notes; psychologists' notes; staff notes; correspondence; evaluations; test data and results; medication orders and prescriptions; reports; scans; measurements; transfers; assignments; admissions; discharges; and commitments.

I understand that the information in my records may include confidential AIDS/HIV test results, infection status, or treatment information; information regarding sexually transmitted diseases; information regarding other communicable diseases; information regarding treatment for alcohol and/or drug abuse; and information relating to behavioral and mental health diagnoses, care, and treatment. I authorize the release and disclosure of this information to the above named attorney(s) or their designated representatives.

I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient of the information and may then no longer be protected by federal privacy regulations. I understand that unless otherwise limited by state or federal regulations, I may revoke this Authorization at any time by presenting my revocation in writing, except to the extent that the entity disclosing such records has taken action in reliance on this authorization.

I agree that this authorization is as valid whether in the original, a photocopy, a facsimile, or in electronic form and expires one year from date of signature.

_Richard Sealey_

Sworn to or affirmed and subscribed before me this the 9 day of May, 2007.

_____
NOTARY PUBLIC
My commission expires:

Notary Public, Fulton County, Georgia
My Commission Expires June 20, 2009

.

**EXHIBIT 2**

U. S. Department of Justice

Federal Bureau of Prisons

*Federal Correctional Complex*

P.O. Box 1029
Coleman, FL 33521

July 23, 2007

Troutman Sanders LLP
Attorneys at Law
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

Re:    Your Information Request
Richard Sealey, Reg. No. 39154-066

Dear Ms. Brown:

This is in response to your above referenced information request. Specifically, you request a copy of the institutional file regarding the above individual which are maintained by the Bureau of Prisons.

We have conducted a search for any and all records. Unfortunately, we were unable to locate any records. The original files were mailed to the National Archives center. Staff are unable to find the documentation necessary to retrieve these records. We are mailing you all Computer Generated Sentry records we were able to retrieve from the computer system. We apologize for an inconvenience this may cause.

Pursuant to Title 28 Code of Federal Regulations, Section 16.9 or 16.45, this information herewith may be appealed to the Assistant Attorney General, by filing a written appeal within 60 days from the date of this letter. Both the appeal letter and face of the envelope should be marked "Freedom of Information Act Appeal," and should be addressed to the Office of Information and Privacy, U.S. Department of Justice, 1425 New York Avenue, Suite 11050, Washington, D.C. 20530.

I trust this is responsive to your request.

Sincerely,

Jeff Campbell
Supervisory Attorney

```
SERAE  533*01 *           DEPARTMENT OF JUSTICE        *      07-12-2007
PAGE 001       *          ASSIGNMENT HISTORY REPORT    *      09:36:28

REG NO: 39154-066 NAME: SEALEY              RICHARD      L

     ADM-REL
RESPONSIBILITY OF:   - - - -ASSIGNMENTS  - - - -  START DATE/TIME STOP DATE
ATLANTA USP          MANDATORY RELEASE               03-02-1994 1050 CURRENT
ATLANTA USP          DESIGNATED, AT ASSIGNED FACIL   06-09-1993 1429 03-02-1994
B09-PET BUS-WEEKS 2  RELEASED FROM IN-TRANSIT FACL   06-09-1993 1429 06-09-1993
B09-PET BUS-WEEKS 2  ADMITTED TO AN IN-TRANSIT FACL  06-08-1993 0530 06-09-1993
PETERSBURG FCI       HOLDOVER REMOVED                06-08-1993 0530 06-08-1993
PETERSBURG FCI       HOLDOVER, TEMPORARILY HOUSED    06-02-1993 1701 06-08-1993
B10-PET BUS-WEEKS 1  RELEASED FROM IN-TRANSIT FACL   06-02-1993 1701 06-02-1993
B10-PET BUS-WEEKS 1  ADMITTED TO AN IN-TRANSIT FACL  06-02-1993 0806 06-02-1993
LEWISBURG USP        TRANSFER                        06-02-1993 0806 06-02-1993
LEWISBURG USP        DESIGNATED, AT ASSIGNED FACIL   03-17-1993 2201 06-02-1993
A01-USMS/BOP AIRLIF  RELEASED FROM IN-TRANSIT FACL   03-17-1993 2201 03-17-1993
A01-USMS/BOP AIRLIF  ADMITTED TO AN IN-TRANSIT FACL  03-17-1993 0700 03-17-1993
EL RENO FCI          HOLDOVER REMOVED                03-17-1993 0600 03-17-1993
EL RENO FCI          HOLDOVER, TEMPORARILY HOUSED    03-08-1993 2000 03-17-1993
A02-USMS/BOP AIRLIF  RELEASED FROM IN-TRANSIT FACL   03-08-1993 2100 03-08-1993
A02-USMS/BOP AIRLIF  ADMITTED TO AN IN-TRANSIT FACL  03-08-1993 1656 03-08-1993
LEAVENWORTH USP      TRANSFER                        03-08-1993 1556 03-08-1993
LEAVENWORTH USP      DESIGNATED, AT ASSIGNED FACIL   06-02-1992 1214 03-08-1993
A02-USMS/BOP AIRLIF  RELEASED FROM IN-TRANSIT FACL   06-02-1992 1314 06-02-1992
A02-USMS/BOP AIRLIF  ADMITTED TO AN IN-TRANSIT FACL  06-02-1992 0700 06-02-1992
EL RENO FCI          HOLDOVER REMOVED                06-02-1992 0600 06-02-1992
EL RENO FCI          HOLDOVER, TEMPORARILY HOUSED    05-22-1992 2100 06-02-1992
A02-USMS/BOP AIRLIF  RELEASED FROM IN-TRANSIT FACL   05-22-1992 2200 05-22-1992
A02-USMS/BOP AIRLIF  ADMITTED TO AN IN-TRANSIT FACL  05-22-1992 0930 05-22-1992
PHOENIX FCI          HOLDOVER REMOVED                05-22-1992 0630 05-22-1992
PHOENIX FCI          HOLDOVER, TEMPORARILY HOUSED    05-20-1992 1645 05-22-1992
B12-PHX BUS-WEEKLY   RELEASED FROM IN-TRANSIT FACL   05-20-1992 1945 05-20-1992
B12-PHX BUS-WEEKLY   ADMITTED TO AN IN-TRANSIT FACL  05-20-1992 1305 05-20-1992
LOS ANGELES MDC      HOLDOVER REMOVED                05-20-1992 1005 05-20-1992
LOS ANGELES MDC      HOLDOVER, TEMPORARILY HOUSED    05-19-1992 1946 05-20-1992
B12-PHX BUS-WEEKLY   RELEASED FROM IN-TRANSIT FACL   05-19-1992 2246 05-19-1992
B12-PHX BUS-WEEKLY   ADMITTED TO AN IN-TRANSIT FACL  05-19-1992 1820 05-19-1992
LOMPOC USP           TRANSFER                        05-19-1992 1520 05-19-1992
LOMPOC USP           DESIGNATED, AT ASSIGNED FACIL   10-17-1991 1801 05-19-1992
A02-USMS/BOP AIRLIF  RELEASED FROM IN-TRANSIT FACL   10-17-1991 2101 10-17-1991
A02-USMS/BOP AIRLIF  ADMITTED TO AN IN-TRANSIT FACL  10-17-1991 0800 10-17-1991
EL RENO FCI          HOLDOVER REMOVED                10-17-1991 0700 10-17-1991
EL RENO FCI          HOLDOVER, TEMPORARILY HOUSED    10-15-1991 1800 10-17-1991
A01-USMS/BOP AIRLIF  RELEASED FROM IN-TRANSIT FACL   10-15-1991 1900 10-15-1991
A01-USMS/BOP AIRLIF  ADMITTED TO AN IN-TRANSIT FACL  10-15-1991 0931 10-15-1991
LEWISBURG USP        TRANSFER                        10-15-1991 0931 10-15-1991
LEWISBURG USP        DESIGNATED, AT ASSIGNED FACIL   09-17-1988 1836 10-15-1991
A02-USMS/BOP AIRLIF  RELEASED FROM IN-TRANSIT FACL   09-17-1988 1836 09-17-1988
A02-USMS/BOP AIRLIF  ADMITTED TO AN IN-TRANSIT FACL  09-17-1988 0630 09-17-1988
EL RENO FCI          HOLDOVER REMOVED                09-17-1988 0530 09-17-1988
EL RENO FCI          HOLDOVER, TEMPORARILY HOUSED    09-16-1988 1845 09-17-1988

G0002       MORE PAGES TO FOLLOW . . .
```

```
SERAE  533*01 *          DEPARTMENT OF JUSTICE                  *      07-12-2007
PAGE 002       *         ASSIGNMENT HISTORY REPORT              *      09:36:28
```

```
        ADM-REL
RESPONSIBILITY OF:  - - - - -ASSIGNMENTS - - - -     START DATE/TIME STOP DATE
IN-TRANSIT FACILITY  RELEASED FROM IN-TRANSIT FACL   09-16-1988 1945 09-16-1988
IN-TRANSIT FACILITY  ADMITTED TO AN IN-TRANSIT FACL  09-16-1988 0900 09-16-1988
PHOENIX FCI          HOLDOVER REMOVED                09-16-1988 0600 09-16-1988
PHOENIX FCI          HOLDOVER, TEMPORARILY HOUSED    09-15-1988 1530 09-16-1988
A02-USMS/BOP AIRLIF  RELEASED FROM IN-TRANSIT FACL   09-15-1988 1830 09-15-1988
A02-USMS/BOP AIRLIF  ADMITTED TO AN IN-TRANSIT FACL  09-15-1988 1446 09-15-1988
LOMPOC USP           TRANSFER                        09-15-1988 1146 09-15-1988
LOMPOC USP           DESIGNATED, AT ASSIGNED FACIL   08-20-1986 1523 09-15-1988
A01-USMS/BOP AIRLIF  RELEASED FROM IN-TRANSIT FACL   08-20-1986 1823 08-20-1986
A01-USMS/BOP AIRLIF  ADMITTED TO AN IN-TRANSIT FACL  08-20-1986 0740 08-20-1986
EL RENO FCI          HOLDOVER REMOVED                08-20-1986 0640 08-20-1986
EL RENO FCI          HOLDOVER, TEMPORARILY HOUSED    08-19-1986 1840 08-20-1986
IN-TRANSIT FACILITY  RELEASED FROM IN-TRANSIT FACL   08-19-1986 1940 08-19-1986
IN-TRANSIT FACILITY  ADMITTED TO AN IN-TRANSIT FACL  08-19-1986 0807 08-19-1986
CHICAGO MCC          HOLDOVER REMOVED                08-19-1986 0707 08-19-1986
CHICAGO MCC          HOLDOVER, TEMPORARILY HOUSED    08-13-1986 2300 08-19-1986
CHICAGO MCC          COURT APPEARANCE W/SCHED RETRN  08-13-1986 1021 08-13-1986
CHICAGO MCC          HOLDOVER, TEMPORARILY HOUSED    08-08-1986 1140 08-13-1986
IN-TRANSIT FACILITY  RELEASED FROM IN-TRANSIT FACL   08-08-1986 1240 08-08-1986
IN-TRANSIT FACILITY  ADMITTED TO AN IN-TRANSIT FACL  08-07-1986 0509 08-08-1986
A01-USMS/BOP AIRLIF  RELEASED FROM IN-TRANSIT FACL   08-07-1986 0509 08-07-1986
A01-USMS/BOP AIRLIF  ADMITTED TO AN IN-TRANSIT FACL  08-06-1986 0730 08-07-1986
EL RENO FCI          HOLDOVER REMOVED                08-06-1986 0630 08-06-1986
EL RENO FCI          HOLDOVER, TEMPORARILY HOUSED    08-05-1986 1100 08-06-1986
A01-USMS/BOP AIRLIF  RELEASED FROM IN-TRANSIT FACL   08-05-1986 1200 08-05-1986
A01-USMS/BOP AIRLIF  ADMITTED TO AN IN-TRANSIT FACL  08-05-1986 0715 08-05-1986
EL RENO FCI          HOLDOVER REMOVED                08-05-1986 0615 08-05-1986
EL RENO FCI          HOLDOVER, TEMPORARILY HOUSED    08-01-1986 1800 08-05-1986
A01-USMS/BOP AIRLIF  RELEASED FROM IN-TRANSIT FACL   08-01-1986 1900 08-01-1986
A01-USMS/BOP AIRLIF  ADMITTED TO AN IN-TRANSIT FACL  08-01-1986 1607 08-01-1986
LOMPOC USP           RELEASE ON FEDERAL WRIT         08-01-1986 1307 08-20-1986
LOMPOC USP           DESIGNATED, AT ASSIGNED FACIL   08-14-1985 1847 08-01-1986
B13-VIC BUS-WEEKLY   RELEASED FROM IN-TRANSIT FACL   08-14-1985 1847 08-14-1985
B13-VIC BUS-WEEKLY   ADMITTED TO AN IN-TRANSIT FACL  08-14-1985 0550 08-14-1985
TUCSON FCI           HOLDOVER REMOVED                08-14-1985 0550 08-14-1985
TUCSON FCI           HOLDOVER, TEMPORARILY HOUSED    08-09-1985 1418 08-14-1985
A01-USMS/BOP AIRLIF  RELEASED FROM IN-TRANSIT FACL   08-09-1985 1418 08-09-1985
A01-USMS/BOP AIRLIF  ADMITTED TO AN IN-TRANSIT FACL  08-09-1985 0625 08-09-1985
EL RENO FCI          HOLDOVER REMOVED                08-09-1985 0625 08-09-1985
EL RENO FCI          HOLDOVER, TEMPORARILY HOUSED    07-22-1985 1300 08-09-1985
B09-PET BUS-WEEKS 2  RELEASED FROM IN-TRANSIT FACL   07-22-1985 1300 07-22-1985
B09-PET BUS-WEEKS 2  ADMITTED TO AN IN-TRANSIT FACL  07-22-1985 0645 07-22-1985
TEXARKANA FCI        HOLDOVER REMOVED                07-22-1985 0645 07-22-1985
TEXARKANA FCI        HOLDOVER, TEMPORARILY HOUSED    07-18-1985 1423 07-22-1985
IN-TRANSIT FACILITY  RELEASED FROM IN-TRANSIT FACL   07-18-1985 1423 07-18-1985
IN-TRANSIT FACILITY  ADMITTED TO AN IN-TRANSIT FACL  07-18-1985 0655 07-18-1985
MEMPHIS FCI          HOLDOVER REMOVED                07-18-1985 0655 07-18-1985
MEMPHIS FCI          HOLDOVER, TEMPORARILY HOUSED    07-17-1985 1440 07-18-1985
```

```
G0002      MORE PAGES TO FOLLOW . . .
```

```
SERAE    533*01  *              DEPARTMENT OF JUSTICE
PAGE 003            *          ASSIGNMENT HISTORY REPORT        *      07-12-2007
                                                               *      09:36:28
      ADM-REL
RESPONSIBILITY OF:   - - - -ASSIGNMENTS - - - -
B08-LAT BUS-WEEKS 1  RELEASED FROM IN-TRANSIT FACL   START DATE/TIME  STOP DATE
B08-LAT BUS-WEEKS 1  ADMITTED TO AN IN-TRANSIT FACL  07-17-1985 1440  07-17-1985
TALLADEGA FCI        TRANSFER                         07-17-1985 0555  07-17-1985
TALLADEGA FCI        DESIGNATED, AT ASSIGNED FACIL    07-17-1985 0555  07-17-1985
TALLADEGA FCI        HOLDOVER REMOVED                 01-09-1985 1516  07-17-1985
TALLADEGA FCI        HOLDOVER, TEMPORARILY HOUSED     01-09-1985 1514  01-09-1985
ATLANTA USP          HOLDOVER REMOVED                 01-08-1985 1015  01-09-1985
ATLANTA USP          HOLDOVER, TEMPORARILY HOUSED     01-08-1985 0705  01-08-1985
TERRE HAUTE FCI      HOLDOVER REMOVED                 12-19-1984 1520  01-08-1985
TERRE HAUTE FCI      HOLDOVER, TEMPORARILY HOUSED     12-19-1984 1130  12-19-1984
CHICAGO MCC          HOLDOVER REMOVED                 12-18-1984 1630  12-19-1984
CHICAGO MCC          HOLDOVER, TEMPORARILY HOUSED     12-18-1984 1139  12-18-1984
TERRE HAUTE FCI      HOLDOVER REMOVED                 12-10-1984 1040  12-18-1984
TERRE HAUTE FCI      HOLDOVER, TEMPORARILY HOUSED     12-10-1984 0645  12-10-1984
ATLANTA USP          HOLDOVER REMOVED                 12-06-1984 1930  12-10-1984
ATLANTA USP          HOLDOVER, TEMPORARILY HOUSED     12-06-1984 1431  12-06-1984
TALLADEGA FCI        RELEASE ON WRIT                  12-03-1984 1626  12-06-1984
TALLADEGA FCI        DESIGNATED, AT ASSIGNED FACIL    12-03-1984 1415  12-03-1984
ATLANTA USP          HOLDOVER REMOVED                 08-07-1984 1125  12-03-1984
ATLANTA USP          HOLDOVER, TEMPORARILY HOUSED     08-07-1984 1111  08-07-1984
TERRE HAUTE FCI      HOLDOVER REMOVED                 07-25-1984 1611  08-07-1984
TERRE HAUTE FCI      HOLDOVER, TEMPORARILY HOUSED     07-25-1984 1020  07-25-1984
OXFORD FCI           TRANSFER                         07-20-1984 2000  07-25-1984
OXFORD FCI           DESIGNATED, AT ASSIGNED FACIL    07-20-1984 0657  07-20-1984
OXFORD FCI           WRIT RELS W/SCHEDULED RETURN     05-30-1984 1200  07-20-1984
OXFORD FCI           DESIGNATED, AT ASSIGNED FACIL    05-25-1984 0702  05-30-1984
OXFORD FCI           WRIT RELS W/SCHEDULED RETURN     05-22-1984 1410  05-25-1984
OXFORD FCI           DESIGNATED, AT ASSIGNED FACIL    05-22-1984 0855  05-22-1984
OXFORD FCI           WRIT RELS W/SCHEDULED RETURN     04-10-1984 1550  05-22-1984
OXFORD FCI           DESIGNATED, AT ASSIGNED FACIL    04-09-1984 1411  04-10-1984
OXFORD FCI           WRIT RELS W/SCHEDULED RETURN     03-27-1984 1540  04-09-1984
OXFORD FCI           DESIGNATED, AT ASSIGNED FACIL    03-26-1984 1415  03-27-1984
TERRE HAUTE FCI      HOLDOVER REMOVED                 08-23-1983 1725  03-26-1984
TERRE HAUTE FCI      HOLDOVER, TEMPORARILY HOUSED     08-23-1983 0839  08-23-1983
EL RENO FCI          TRANSFER                         08-10-1983 1330  08-23-1983
EL RENO FCI          DESIGNATED, AT ASSIGNED FACIL    08-10-1983 0645  08-10-1983
TERRE HAUTE FCI      TRANSFER                         08-06-1982 1700  08-10-1983
TERRE HAUTE FCI      DESIGNATED, AT ASSIGNED FACIL    08-06-1982 1143  08-06-1982
ATLANTA USP          HOLDOVER REMOVED                 07-29-1982 1435  08-06-1982
ATLANTA USP          HOLDOVER, TEMPORARILY HOUSED     07-29-1982 1144  07-29-1982
NORTHEAST REGIONAL   ADMINISTRATIVE RELEASE           07-23-1982 2016  07-29-1982
NORTHEAST REGIONAL   UNCOMMITTED PERSON               07-01-1982 1418  07-23-1982
                                                      07-01-1982 1414  07-01-1982

      ST BILLING                          STATUS: 0-OK
RESPONSIBILITY OF:   - - - -ASSIGNMENTS - - - -
ATLANTA USP          BILLABLE, VIRGIN ISLANDS        START DATE/TIME  STOP DATE
B09-PET BUS-WEEKS 2  BILLABLE, VIRGIN ISLANDS        06-09-1993 1429  03-02-1994
PETERSBURG FCI       BILLABLE, VIRGIN ISLANDS        06-08-1993 0530  06-09-1993
                                                     06-02-1993 1701  06-08-1993

G0002       MORE PAGES TO FOLLOW . . .
```

```
SERAE   533*01 *           DEPARTMENT OF JUSTICE        *      07-12-2007
PAGE 004        *          ASSIGNMENT HISTORY REPORT    *      09:36:28
```

```
        ST BILLING                      STATUS: 0-OK
RESPONSIBILITY OF:  - - - -ASSIGNMENTS  - - - -   START DATE/TIME STOP DATE
B10-PET BUS-WEEKS 1 BILLABLE, VIRGIN ISLANDS      06-02-1993 0806 06-02-1993
LEWISBURG USP       BILLABLE, VIRGIN ISLANDS      03-17-1993 2201 06-02-1993
A01-USMS/BOP AIRLIF BILLABLE, VIRGIN ISLANDS      03-17-1993 0700 03-17-1993
EL RENO FCI         BILLABLE, VIRGIN ISLANDS      03-08-1993 2000 03-17-1993
A02-USMS/BOP AIRLIF BILLABLE, VIRGIN ISLANDS      03-08-1993 1656 03-08-1993
LEAVENWORTH USP     BILLABLE, VIRGIN ISLANDS      06-02-1992 1214 03-08-1993
A02-USMS/BOP AIRLIF BILLABLE, VIRGIN ISLANDS      06-02-1992 0700 06-02-1992
EL RENO FCI         BILLABLE, VIRGIN ISLANDS      05-22-1992 2100 06-02-1992
A02-USMS/BOP AIRLIF BILLABLE, VIRGIN ISLANDS      05-22-1992 0930 05-22-1992
PHOENIX FCI         BILLABLE, VIRGIN ISLANDS      05-20-1992 1645 05-22-1992
B12-PHX BUS-WEEKLY  BILLABLE, VIRGIN ISLANDS      05-20-1992 1305 05-20-1992
LOS ANGELES MDC     BILLABLE, VIRGIN ISLANDS      05-19-1992 1946 05-20-1992
B12-PHX BUS-WEEKLY  BILLABLE, VIRGIN ISLANDS      05-19-1992 1820 05-19-1992
LOMPOC USP          BILLABLE, VIRGIN ISLANDS      10-17-1991 1801 05-19-1992
A02-USMS/BOP AIRLIF BILLABLE, VIRGIN ISLANDS      10-17-1991 0800 10-17-1991
EL RENO FCI         BILLABLE, VIRGIN ISLANDS      10-15-1991 1800 10-17-1991
A01-USMS/BOP AIRLIF BILLABLE, VIRGIN ISLANDS      10-15-1991 0931 10-15-1991
LEWISBURG USP       BILLABLE, VIRGIN ISLANDS      09-17-1988 1836 10-15-1991
A02-USMS/BOP AIRLIF BILLABLE, VIRGIN ISLANDS      09-17-1988 0630 09-17-1988
EL RENO FCI         BILLABLE, VIRGIN ISLANDS      09-16-1988 1845 09-17-1988
IN-TRANSIT FACILITY BILLABLE, VIRGIN ISLANDS      09-16-1988 0900 09-16-1988
PHOENIX FCI         BILLABLE, VIRGIN ISLANDS      09-15-1988 1530 09-16-1988
A02-USMS/BOP AIRLIF BILLABLE, VIRGIN ISLANDS      09-15-1988 1446 09-15-1988
LOMPOC USP          BILLABLE, VIRGIN ISLANDS      10-01-1987 1057 09-15-1988


        COR COUNSL
RESPONSIBILITY OF:  - - - -ASSIGNMENTS  - - - -   START DATE/TIME STOP DATE
ATLANTA USP         THOMAS THRASHER EXT. 489      06-24-1993 1215 03-02-1994
PETERSBURG FCI      UNASSIGNED                    06-02-1993 1701 06-08-1993
LEWISBURG USP       SAN/E-"E"BLOCK-TOKAR          03-18-1993 1453 06-02-1993
EL RENO FCI         FIVE COUNSELORS               03-08-1993 2000 03-17-1993
EL RENO FCI         B. ALLISON/G. BRUMMETT        05-22-1992 2100 06-02-1992
PHOENIX FCI         ALEJANDRO/GROOVER  EX.267/268 05-20-1992 1645 05-22-1992
LOMPOC USP          L UNIT COUNSELOR, J. CESENA   10-17-1991 2118 05-19-1992
LOMPOC USP          M UNIT COUNSELOR, J. ALLEN    10-17-1991 1801 10-17-1991
EL RENO FCI         B. ALLISON/G. BRUMMETT        10-15-1991 1800 10-17-1991
LEWISBURG USP       SCHRADER,BENFER,REICHENBACH   10-06-1988 1308 10-15-1991
EL RENO FCI         G. BAKER/D. FELTON            09-16-1988 1845 09-17-1988
PHOENIX FCI         CORR COUNSELOR - DE MATTEO    09-15-1988 1530 09-16-1988
LOMPOC USP          CCC L UNIT, VINES             08-20-1986 1523 09-15-1988
EL RENO FCI         ROBERT WHEELER                08-19-1986 1840 08-20-1986
CHICAGO MCC         ROSALYN HOWARD, FL 15 & 17    08-13-1986 2300 08-19-1986
CHICAGO MCC         ROSALYN HOWARD, FL 15 & 17    08-08-1986 1140 08-13-1986
EL RENO FCI         ROBERT WHEELER                08-05-1986 1100 08-06-1986
EL RENO FCI         ROBERT WHEELER                08-01-1986 1800 08-05-1986
LOMPOC USP          SCHOOLCRAFT/WEBB              08-15-1985 1500 08-01-1986
LOMPOC USP          UNASSG                        08-14-1985 1847 08-15-1985
EL RENO FCI         ROBERT WHEELER                07-22-1985 1300 08-09-1985

G0002       MORE PAGES TO FOLLOW . . .
```

```
SERAE  533*01 *           DEPARTMENT OF JUSTICE
PAGE 005          •        ASSIGNMENT HISTORY REPORT        *       07-12-2007
                                                            *       09:36:28
```

```
   COR COUNSL
RESPONSIBILITY OF:    - - - -ASSIGNMENTS  - - - -
TEXARKANA FCI       CASELOAD ASSIGNED TO MURPHY      START DATE/TIME STOP DATE
TALLADEGA FCI       GAMMA B - DAVID HAAS             07-18-1985 1423 07-22-1985
TALLADEGA FCI       ALPHA B - DENNIS JOHNSTON        01-09-1985 1516 07-17-1985
CHICAGO MCC         R.C. JOHNSON, FL 11              01-08-1985 1015 01-09-1985
TALLADEGA FCI       GAMMA B - DAVID HAAS             12-10-1984 1040 12-18-1984
EL RENO FCI         REESE                            08-07-1984 1125 12-03-1984
                                                     03-06-1983 1235 08-10-1983


   CASE MGT
RESPONSIBILITY OF:    - - - -ASSIGNMENTS  - - - -
LOMPOC USP          NOT ELIGIBLE FOR PAROLE          START DATE/TIME STOP DATE
                                                     09-18-1985 1830 01-27-1986


   CASEWORKER
RESPONSIBILITY OF:    - - - -ASSIGNMENTS  - - - -
ATLANTA USP         CHRIS COLVIN, EXT. 453           START DATE/TIME STOP DATE
PETERSBURG FCI      UNASSIGNED                       06-24-1993 1215 03-02-1994
LEWISBURG USP       SAN/E-EVEN-W.ZEGARSKI            06-02-1993 1701 06-08-1993
LEWISBURG USP       A/O UNIT,J. STEPPIE,CSW          03-18-1993 1454 06-02-1993
EL RENO FCI         T. FLOYD AND D. MOORE            03-17-1993 2201 03-18-1993
LEAVENWORTH USP     CASEMANAGER E. JACKSON           03-08-1993 2000 03-17-1993
LEAVENWORTH USP     CASEMANAGER E. ANDERSON          06-22-1992 1210 03-08-1993
EL RENO FCI         FLOYD/JENSEN X-137               06-02-1992 1214 06-22-1992
PHOENIX FCI         DEMATTEO, BATES  EX. 267/268     05-22-1992 2100 06-02-1992
LOMPOC USP          L UNIT 0-6 C-MGR - S. JOHNSON    05-20-1992 1645 05-22-1992
LOMPOC USP          L-UNIT CASE MGR, W. GORDON       02-22-1992 1207 05-19-1992
LOMPOC USP          M-UNIT CASE MGR, A. MITCHELL     10-17-1991 2119 02-22-1992
EL RENO FCI         S. CRAVEN/T. FLOYD               10-17-1991 1801 10-17-1991
LEWISBURG USP       MAB UNIT 4-6-DOUG MOYER          10-15-1991 1800 10-17-1991
LEWISBURG USP       R. HELDER/MAB UNIT/EVEN          05-30-1990 1050 10-15-1991
LEWISBURG USP       A/O UNIT,J. STEPPIE,CSW          10-06-1988 1304 05-30-1990
EL RENO FCI         J. HOLLAND                       09-17-1988 1836 10-06-1988
PHOENIX FCI         CASE MANAGER - MILLAN            09-16-1988 1845 09-17-1988
LOMPOC USP          CSW L UNIT, KIRSCH               09-15-1988 1530 09-16-1988
EL RENO FCI         BILL ELKINS                      08-20-1986 1523 09-15-1988
CHICAGO MCC         DANIEL KOCAL, FL 15-17           08-19-1986 1840 08-20-1986
CHICAGO MCC         DANIEL KOCAL, FL 15-17           08-13-1986 2300 08-19-1986
EL RENO FCI         BILL ELKINS                      08-08-1986 1140 08-13-1986
EL RENO FCI         BILL ELKINS                      08-05-1986 1100 08-06-1986
LOMPOC USP          CSW L UNIT D. TENNANT            08-01-1986 1800 08-05-1986
LOMPOC USP          CSW M TENNANT                    08-15-1985 1500 08-01-1986
EL RENO FCI         BILL ELKINS                      08-14-1985 1847 08-15-1985
TEXARKANA FCI       CASELOAD ASSIGNED TO BARNES      07-22-1985 1300 08-09-1985
MEMPHIS FCI         JAIL - HAROLD WILLIAMS           07-18-1985 1423 07-22-1985
TALLADEGA FCI       GAMMA B - JAMES L. IZLAR  JR.    07-17-1985 1440 07-18-1985
TALLADEGA FCI       ALPHA B-EVA PORTER               01-09-1985 1516 07-17-1985
TERRE HAUTE FCI     PIERCE  UNT 4  5-9               01-08-1985 1015 01-09-1985
CHICAGO MCC         JERRY URBANEK, FL 6,11 & 12      12-18-1984 1630 12-19-1984
TERRE HAUTE FCI     KROLL    UNT 4  0-4              12-10-1984 1040 12-18-1984
TALLADEGA FCI       GAMMA B - JAMES L. IZLAR  JR.    12-06-1984 1930 12-10-1984
                                                     08-07-1984 1125 12-03-1984
```

G0002    MORE PAGES TO FOLLOW . . .

```
SERAE   533*01 *           DEPARTMENT OF JUSTICE        *      07-12-2007
PAGE 006          *        ASSIGNMENT HISTORY REPORT     *      09:36:28
```

### CASEWORKER

| RESPONSIBILITY OF: | - - - -ASSIGNMENTS - - - - | START DATE/TIME | STOP DATE |
|---|---|---|---|
| TERRE HAUTE FCI | KROLL      UNT 4  0-4 | 07-20-1984 2000 | 07-25-1984 |
| OXFORD FCI | DENNIS KURZYDLO-CASE MANAGER | 05-30-1984 1200 | 07-20-1984 |
| OXFORD FCI | DENNIS KURZYDLO-CASE MANAGER | 05-22-1984 1410 | 05-25-1984 |
| OXFORD FCI | DENNIS KURZYDLO-CASE MANAGER | 04-10-1984 1550 | 05-22-1984 |
| OXFORD FCI | DENNIS KURZYDLO-CASE MANAGER | 03-27-1984 1540 | 04-09-1984 |
| OXFORD FCI | DENNIS KURZYDLO-CASE MANAGER | 10-26-1983 1036 | 03-26-1984 |
| OXFORD FCI | BILL KRUGER-CASE MANAGER | 09-28-1983 1326 | 10-26-1983 |
| TERRE HAUTE FCI | DUNCAN   UNT 4  0-4 | 08-10-1983 1330 | 08-23-1983 |
| EL RENO FCI | JOHN ENGLEBERT | 03-06-1983 1234 | 08-10-1983 |

### CUSTODY

| RESPONSIBILITY OF: | - - - -ASSIGNMENTS - - - - | START DATE/TIME | STOP DATE |
|---|---|---|---|
| ATLANTA USP | MAXIMUM CUSTODY | 09-18-1985 2006 | 03-02-1994 |
| LOMPOC USP | IN CUSTODY | 04-10-1984 1550 | 09-18-1985 |
| OXFORD FCI | IN CUSTODY | 03-27-1984 1540 | 04-09-1984 |
| OXFORD FCI | IN CUSTODY | 09-28-1983 1325 | 03-26-1984 |
| TERRE HAUTE FCI | IN CUSTODY | 08-10-1983 1330 | 08-23-1983 |
| EL RENO FCI | IN CUSTODY | 03-06-1983 1234 | 08-10-1983 |
| ATLANTA USP | IN PRE-CLASSIFICATION | 07-23-1982 2016 | 07-29-1982 |
| B13-VIC BUS-WEEKLY | LOMPOC USP | 06-25-1985 0912 | 08-14-1985 |

### DRUG PGMS

| RESPONSIBILITY OF: | - - - -ASSIGNMENTS - - - - | START DATE/TIME | STOP DATE |
|---|---|---|---|
| ATLANTA USP | DRUG EDUCATION PARTICIPANT-VOL | 08-20-1993 0923 | 09-30-1993 |
| ATLANTA USP | DRUG INTERVIEW EXEMPT | 01-12-1993 1703 | 08-20-1993 |

### DESTNATION

| RESPONSIBILITY OF: | - - - -ASSIGNMENTS - - - - | START DATE/TIME | STOP DATE |
|---|---|---|---|
| B09-PET BUS-WEEKS 2 | ATLANTA USP | 05-25-1993 0746 | 06-09-1993 |
| A01-USMS/BOP AIRLIF | LEWISBURG USP | 02-25-1993 1458 | 03-17-1993 |
| A02-USMS/BOP AIRLIF | LEAVENWORTH USP | 05-19-1992 1407 | 06-02-1992 |
| A02-USMS/BOP AIRLIF | LOMPOC USP | 10-08-1991 1601 | 10-17-1991 |

### EDUCATION

| RESPONSIBILITY OF: | - - - -ASSIGNMENTS - - - - | START DATE/TIME | STOP DATE |
|---|---|---|---|
| ATLANTA USP | PRE-RELEASE MAIN INSTITUTION | 01-20-1994 1642 | 02-04-1994 |
| ATLANTA USP | PRE-RELEASE MAIN INSTITUTION | 11-02-1993 1918 | 11-02-1993 |
| LEWISBURG USP | PEST CONTROL MANAGEMENT - ACE | 10-04-1990 1429 | 01-07-1991 |
| LEWISBURG USP | PRE-REL 1 FRI. 9AM | 10-11-1990 1300 | 11-29-1990 |
| LEWISBURG USP | CALLOUT THUR. 1P. | 08-16-1990 1300 | 09-20-1990 |
| LEWISBURG USP | CALLOUT THUR. 1P. | 06-14-1990 1300 | 07-19-1990 |
| LEWISBURG USP | COMPUTER PROG-1500 PM-EVERITT | 02-05-1989 1615 | 04-13-1989 |
| LEWISBURG USP | GENERAL EDUC DEV 2:00 MECKLY | 10-11-1988 1432 | 02-05-1989 |

### EDUC INFO

| RESPONSIBILITY OF: | - - - -ASSIGNMENTS - - - - | START DATE/TIME | STOP DATE |
|---|---|---|---|
| LEWISBURG USP | NEEDS ABE-EXMPT/PROMOTABLE | 12-30-1987 0957 | 06-01-1991 |
| LEWISBURG USP | COMPLETED GED OR HS DIPLOMA | 02-05-1989 1839 | 06-01-1991 |

```
G0002      MORE PAGES TO FOLLOW . . .
```

```
SERAE  533*01 *          DEPARTMENT OF JUSTICE          *    07-12-2007
PAGE 007      *         ASSIGNMENT HISTORY REPORT       *    09:36:28
```

### EDUC INFO
```
RESPONSIBILITY OF:  - - - -ASSIGNMENTS  - - - -  START DATE/TIME STOP DATE
LEWISBURG USP       NO VERIFICATION OF HS OR GED  12-30-1987 0957 02-05-1989
```

### FIN RESP
```
RESPONSIBILITY OF:  - - - -ASSIGNMENTS  - - - -  START DATE/TIME STOP DATE
ATLANTA USP         FINANC RESP-NO OBLIGATION    04-25-1988 1458 03-02-1994
LOMPOC USP          FINANC RESP-UNASSIGNED       02-20-1988 1443 04-25-1988
```

### LEVEL
```
RESPONSIBILITY OF:  - - - -ASSIGNMENTS  - - - -  START DATE/TIME STOP DATE
ATLANTA USP         SECURITY CLASSIFICATION HIGH   02-18-1994 0839 03-02-1994
ATLANTA USP         SECURITY CLASSIFICATION MEDIUM 02-18-1994 0838 02-18-1994
ATLANTA USP         SECURITY CLASSIFICATION HIGH   06-13-1991 0927 02-18-1994
LEWISBURG USP       SECURITY CLASSIFICATION LEVEL5 10-26-1989 1813 06-13-1991
LEWISBURG USP       SECURITY CLASSIFICATION LEVEL6 10-13-1988 2027 10-26-1989
LEWISBURG USP       SECURITY CLASSIFICATION LEVEL5 10-25-1985 1456 10-13-1988
LOMPOC USP          SECURITY CLASSIFICATION LEVEL6 09-18-1985 2006 10-25-1985
LOMPOC USP          SECURITY CLASSIFICATION LEVEL4 04-10-1984 1550 09-18-1985
OXFORD FCI          SECURITY CLASSIFICATION LEVEL4 03-27-1984 1540 04-09-1984
OXFORD FCI          SECURITY CLASSIFICATION LEVEL4 09-28-1983 1326 03-26-1984
TERRE HAUTE FCI     SECURITY LEV NOT YET KNOWN     08-10-1983 1330 08-23-1983
EL RENO FCI         SECURITY CLASSIFICATION LEVEL3 03-06-1983 1234 08-10-1983
ATLANTA USP         SECURITY LEV NOT YET KNOWN     07-23-1982 2016 07-29-1982
```

### MED DY ST
```
RESPONSIBILITY OF:  - - - -ASSIGNMENTS  - - - -  START DATE/TIME STOP DATE
ATLANTA USP         CLEARED FOR FOOD SERVICE        07-14-1992 0730 03-02-1994
ATLANTA USP         REGULAR HOUSING                 06-11-1992 0825 03-02-1994
ATLANTA USP         NO MEDICAL RESTR--REGULAR DUTY  06-11-1992 0825 03-02-1994
LEAVENWORTH USP     NO FOOD SERVICE WORK            06-11-1992 0826 07-14-1992
LEAVENWORTH USP     NOT MEDICALLY CLEARED           06-05-1992 0808 06-11-1992
LEAVENWORTH USP     CLEARED FOR FOOD SERVICE        06-10-1991 1256 06-05-1992
LEAVENWORTH USP     UNDER 50-NEXT PHYSICAL DUE DT   06-10-1991 1256 06-05-1992
LEAVENWORTH USP     REGULAR HOUSING                 10-26-1991 0954 06-05-1992
LEAVENWORTH USP     NO MEDICAL RESTR--REGULAR DUTY  09-08-1986 0001 06-05-1992
LOMPOC USP          NOT MEDICALLY CLEARED           08-01-1986 1800 09-08-1986
```

### OUTCOUNT
```
RESPONSIBILITY OF:  - - - -ASSIGNMENTS  - - - -  START DATE/TIME STOP DATE
TUCSON FCI          RECEIVING AND DISCHARGE         08-14-1985 0242 08-14-1985
CHICAGO MCC         FIFTH FLOOR                     12-18-1984 1013 12-18-1984
CHICAGO MCC         COURT-N. DISTRICT OF INDIANA    12-14-1984 0559 12-14-1984
```

### QUARTERS
```
RESPONSIBILITY OF:  - - - -ASSIGNMENTS  - - - -  START DATE/TIME STOP DATE
ATLANTA USP         B CELLHOUSE CELL, UNIT B-1      06-09-1993 2007 03-02-1994
ATLANTA USP         R/D OUT COUNT                   06-09-1993 1429 06-09-1993
PETERSBURG FCI      ADM DET                         06-02-1993 1940 06-08-1993
PETERSBURG FCI      RECEIVING AND DISCHARGE         06-02-1993 1701 06-02-1993
```

```
G0002      MORE PAGES TO FOLLOW . . .
```

```
SERAB   533*01 *        DEPARTMENT OF JUSTICE         *    07-12-2007
PAGE 008          *     ASSIGNMENT HISTORY REPORT      *    09:36:28
```

QUARTERS

| RESPONSIBILITY OF: | - - - - ASSIGNMENTS - - - - | START DATE/TIME | STOP DATE |
|---|---|---|---|
| LEWISBURG USP | ADMINISTRATIVE DETENTION | 03-18-1993 0132 | 06-02-1993 |
| LEWISBURG USP | RECEIVING & DISCHARGE | 03-17-1993 2201 | 03-18-1993 |
| EL RENO FCI | OKLAHOMA W/CELL ASSGN | 03-08-1993 2000 | 03-17-1993 |
| LEAVENWORTH USP | ADMINISTRATIVE DETENTION | 12-21-1992 1224 | 03-08-1993 |
| LEAVENWORTH USP | BCH-LOWER UNIT-CELL 203 | 12-21-1992 0939 | 12-21-1992 |
| LEAVENWORTH USP | ADMINISTRATIVE DETENTION | 12-15-1992 1313 | 12-21-1992 |
| LEAVENWORTH USP | BCH-LOWER UNIT-CELL 128 | 11-18-1992 1600 | 12-15-1992 |
| LEAVENWORTH USP | BCH-UPPER UNIT-CELL 317 | 11-17-1992 1507 | 11-18-1992 |
| LEAVENWORTH USP | ADMINISTRATIVE DETENTION | 11-10-1992 1855 | 11-17-1992 |
| LEAVENWORTH USP | BCH-LOWER UNIT-CELL 128 | 06-03-1992 1351 | 11-10-1992 |
| LEAVENWORTH USP | ADMINISTRATIVE DETENTION | 06-02-1992 1435 | 06-03-1992 |
| EL RENO FCI | RECEIVING & DISCHARGE | 06-02-1992 1214 | 06-02-1992 |
| PHOENIX FCI | OKLAHOMA W/CELL ASSGN | 05-22-1992 2100 | 06-02-1992 |
| PHOENIX FCI | ADMIN DETENTION | 05-22-1992 0329 | 05-22-1992 |
| PHOENIX FCI | JAIL UNIT (YUMA) | 05-22-1992 0216 | 05-22-1992 |
| LOS ANGELES MDC | ADMIN DETENTION | 05-20-1992 1645 | 05-22-1992 |
| LOS ANGELES MDC | SPECIAL HOUSING UNIT | 05-19-1992 2014 | 05-20-1992 |
| LOMPOC USP | R&D | 05-19-1992 1946 | 05-19-1992 |
| LOMPOC USP | L UNIT | 10-22-1991 1825 | 05-19-1992 |
| LOMPOC USP | H ADMINISTRATIVE DETENTION | 10-17-1991 2057 | 10-22-1991 |
| EL RENO FCI | RECEIVING & DISCHARGE SECTION | 10-17-1991 1801 | 10-17-1991 |
| LEWISBURG USP | OKLAHOMA W/CELL ASSGN | 10-15-1991 1800 | 10-17-1991 |
| LEWISBURG USP | ADMINISTRATIVE DETENTION | 09-13-1991 1341 | 10-15-1991 |
| LEWISBURG USP | DISCIPLINARY SEGREGATION | 08-15-1991 1323 | 09-13-1991 |
| LEWISBURG USP | ADMINISTRATIVE DETENTION | 07-26-1991 1553 | 08-15-1991 |
| LEWISBURG USP | B-1 CELLHOUSE | 02-26-1991 1821 | 07-26-1991 |
| LEWISBURG USP | DISCIPLINARY SEGREGATION | 01-24-1991 1044 | 02-26-1991 |
| LEWISBURG USP | ADMINISTRATIVE DETENTION | 01-18-1991 1948 | 01-24-1991 |
| LEWISBURG USP | B-1 CELLHOUSE | 12-21-1990 1903 | 01-18-1991 |
| LEWISBURG USP | ADMINISTRATIVE DETENTION | 12-19-1990 2314 | 12-21-1990 |
| LEWISBURG USP | B-1 CELLHOUSE | 12-11-1990 1121 | 12-19-1990 |
| LEWISBURG USP | ADMINISTRATIVE DETENTION | 12-10-1990 0718 | 12-11-1990 |
| LEWISBURG USP | B-1 CELLHOUSE | 11-21-1990 1945 | 12-10-1990 |
| LEWISBURG USP | DISCIPLINARY SEGREGATION | 10-25-1990 1046 | 11-21-1990 |
| LEWISBURG USP | ADMINISTRATIVE DETENTION | 10-18-1990 1413 | 10-25-1990 |
| LEWISBURG USP | D-1 CELLHOUSE | 10-17-1990 1848 | 10-18-1990 |
| LEWISBURG USP | ADMINISTRATIVE DETENTION | 10-11-1990 0621 | 10-17-1990 |
| LEWISBURG USP | D-1 CELLHOUSE | 09-13-1990 1221 | 10-11-1990 |
| LEWISBURG USP | ADMINISTRATIVE DETENTION | 09-06-1990 1301 | 09-13-1990 |
| LEWISBURG USP | D-1 CELLHOUSE | 01-26-1990 1857 | 09-06-1990 |
| LEWISBURG USP | ADMINISTRATIVE DETENTION | 01-22-1990 1423 | 01-26-1990 |
| LEWISBURG USP | B-3 CELLHOUSE | 01-04-1990 1806 | 01-22-1990 |
| LEWISBURG USP | ADMINISTRATIVE DETENTION | 12-18-1989 0320 | 01-04-1990 |
| LEWISBURG USP | D-2 CELLHOUSE | 08-03-1989 1600 | 12-18-1989 |
| LEWISBURG USP | D-1 CELLHOUSE | 10-07-1988 1600 | 08-03-1989 |
| LEWISBURG USP | I-1 CELLROOM | 09-19-1988 1829 | 10-07-1988 |
| LEWISBURG USP | ADMINISTRATIVE DETENTION | 09-17-1988 2037 | 09-19-1988 |
| LEWISBURG USP | RECEIVING & DISCHARGE | 09-17-1988 1836 | 09-17-1988 |

```
G0002      MORE PAGES TO FOLLOW . . .
```

```
SERAE  533*01 *            DEPARTMENT OF JUSTICE
PAGE 009      *           ASSIGNMENT HISTORY REPORT          *    07-12-2007
                                                             *    09:36:28

        QUARTERS
RESPONSIBILITY OF:  - - - - -ASSIGNMENTS - - - -
EL RENO FCI                                        START DATE/TIME  STOP DATE
                 ADM DET,DIS SEG,HO & PC        09-16-1988 1845  09-17-1988
PHOENIX FCI      ADMIN DETENTION                09-15-1988 1849  09-16-1988
PHOENIX FCI      JAIL UNIT (YUMA)               09-15-1988 1530  09-15-1988
LOMPOC USP       H ADMINISTRATIVE DETENTION     07-18-1988 1122  09-15-1988
LOMPOC USP       I UNT ADMINISTRATIVE DETENTION 02-21-1988 2035  07-18-1988
LOMPOC USP       L UNIT                         05-09-1987 1017  02-21-1988
LOMPOC USP       DISCIPLINARY SEGREGATION       03-27-1987 1052  05-09-1987
LOMPOC USP       ADMINISTRATIVE DETENTION       03-21-1987 1252  03-27-1987
LOMPOC USP       L UNIT                         02-20-1987 1336  03-21-1987
LOMPOC USP       ADMINISTRATIVE DETENTION       02-18-1987 1043  02-20-1987
LOMPOC USP       DISCIPLINARY SEGREGATION       02-04-1987 1206  02-18-1987
LOMPOC USP       ADMINISTRATIVE DETENTION       01-28-1987 1719  02-04-1987
LOMPOC USP       L UNIT                         10-09-1986 1324  01-28-1987
LOMPOC USP       M UNIT HOLDOVER                10-07-1986 1454  10-09-1986
LOMPOC USP       ADMINISTRATIVE DETENTION       10-04-1986 1825  10-07-1986
LOMPOC USP       L UNIT                         08-21-1986 1125  10-04-1986
EL RENO FCI      M UNIT HOLDOVER                08-20-1986 1523  08-21-1986
CHICAGO MCC      ADM DET,DIS SEG,HO & PC        08-19-1986 1840  08-20-1986
CHICAGO MCC      11TH FLOOR, ADM DETENTION      08-13-1986 2300  08-19-1986
CHICAGO MCC      11TH FLOOR, ADM DETENTION      08-08-1986 1922  08-13-1986
EL RENO FCI      5TH FLOOR R&D                  08-08-1986 1140  08-08-1986
EL RENO FCI      ADM DET,DIS SEG,HO & PC        08-05-1986 1100  08-06-1986
LOMPOC USP       ADM DET,DIS SEG,HO & PC        08-01-1986 1800  08-05-1986
LOMPOC USP       L UNIT                         08-15-1985 0850  08-01-1986
TUCSON FCI       M UNIT HOLDOVER                08-14-1985 1847  08-15-1985
TUCSON FCI       ADMINISTRATIVE DETENTION       08-09-1985 1521  08-14-1985
EL RENO FCI      F SOUTH                        07-22-1985 1300  08-09-1985
TEXARKANA FCI    ADM DET,DIS SEG,HO & PC        07-18-1985 1758  07-22-1985
TEXARKANA FCI    ADM DETENTION SEG              07-18-1985 1423  07-18-1985
MEMPHIS FCI      RECEIVING & DISCHARGE          07-17-1985 1846  07-18-1985
MEMPHIS FCI      TENNESSEE HOUSING UNIT         07-17-1985 1440  07-17-1985
TALLADEGA FCI    BEALE HOLDOVER RANGE           06-05-1985 0908  07-17-1985
TALLADEGA FCI    DISCIPLINARY SEGREGATION       05-24-1985 1424  06-05-1985
TALLADEGA FCI    ADMINISTRATIVE DET             05-05-1985 0932  05-24-1985
TALLADEGA FCI    ALPHA B-AD                     04-12-1985 2027  05-05-1985
TALLADEGA FCI    GAMMA DORMITORY - B SIDE       04-12-1985 1504  04-12-1985
TALLADEGA FCI    ALPHA B-AD                     02-27-1985 1412  04-12-1985
TALLADEGA FCI    GAMMA DORMITORY - B SIDE       02-22-1985 1256  02-27-1985
TALLADEGA FCI    ALPHA B-AD                     01-09-1985 1516  02-22-1985
TALLADEGA FCI    GAMMA DORMITORY - B SIDE       01-08-1985 1015  01-09-1985
ATLANTA USP      ALPHA B-AD                     01-02-1985 1159  01-08-1985
ATLANTA USP      C CELLHOUSE, CELL 15-09        12-26-1984 1144  01-02-1985
ATLANTA USP      D CELLHOUSE, CELL 16-12        12-19-1984 2042  12-26-1984
ATLANTA USP      D CELLHOUSE, CELL 16-33        12-19-1984 1520  12-19-1984
TERRE HAUTE FCI  R/D OUT COUNT                  12-18-1984 1936  12-19-1984
TERRE HAUTE FCI  QUARTERS IUPS                  12-18-1984 1630  12-18-1984
CHICAGO MCC      RECEIVING & DISCHARGE UNIT     12-10-1984 1040  12-18-1984
                 11TH FLOOR, ADM DETENTION

G0002      MORE PAGES TO FOLLOW . . .
```

```
SERAE  533*01 *            DEPARTMENT OF JUSTICE                            07-12-2007
PAGE 010            *      ASSIGNMENT HISTORY REPORT              *         09:36:28
```

```
         QUARTERS
RESPONSIBILITY OF:  - - - -ASSIGNMENTS - - - -      START DATE/TIME STOP DATE
TERRE HAUTE FCI     QUARTERS IUPS                   12-07-1984 1931 12-10-1984
TERRE HAUTE FCI     QUARTERS IW                     12-06-1984 2344 12-07-1984
TERRE HAUTE FCI     RECEIVING & DISCHARGE UNIT      12-06-1984 1930 12-06-1984
ATLANTA USP         D CELLHOUSE, CELL 17-06         12-03-1984 2300 12-06-1984
ATLANTA USP         R/D OUT COUNT                   12-03-1984 1626 12-03-1984
TALLADEGA FCI       GAMMA DORMITORY - B SIDE        10-26-1984 0852 12-03-1984
TALLADEGA FCI       ALPHA B-AD                      10-12-1984 1441 10-26-1984
TALLADEGA FCI       SIGMA DORMITORY - B SIDE        10-12-1984 1420 10-12-1984
TALLADEGA FCI       DISCIPLINARY SEGREGATION        09-17-1984 0735 10-12-1984
TALLADEGA FCI       ADMINISTRATIVE DET              09-07-1984 2100 09-17-1984
TALLADEGA FCI       GAMMA DORMITORY - B SIDE        08-14-1984 1704 09-07-1984
TALLADEGA FCI       BETA DORMITORY - B SIDE         08-08-1984 1430 08-14-1984
TALLADEGA FCI       ALPHA B-AD                      08-07-1984 1125 08-08-1984
ATLANTA USP         D CELLHOUSE, CELL 18-33         07-28-1984 0829 08-07-1984
ATLANTA USP         D CELLHOUSE, CELL 18-30         07-25-1984 2030 07-28-1984
ATLANTA USP         R/D OUT COUNT                   07-25-1984 1611 07-25-1984
TERRE HAUTE FCI     QUARTERS IW                     07-20-1984 2350 07-25-1984
TERRE HAUTE FCI     RECEIVING & DISCHARGE UNIT      07-20-1984 2000 07-20-1984
OXFORD FCI          SHU/PRIMARY ADDT STATUS         06-30-1984 2031 07-20-1984
OXFORD FCI          SHU/PRIMARY DIS. SEG. STATUS    05-30-1984 1200 06-30-1984
OXFORD FCI          SHU/PRIMARY DIS. SEG. STATUS    05-22-1984 1410 05-25-1984
OXFORD FCI          SHU/PRIMARY DIS. SEG. STATUS    05-05-1984 1410 05-22-1984
OXFORD FCI          SHU/PRIMARY ADDT STATUS         04-10-1984 1550 05-05-1984
OXFORD FCI          RECEIVING AND DISCHARGE         03-27-1984 1700 04-09-1984
OXFORD FCI          SHU/PRIMARY DIS. SEG. STATUS    03-27-1984 1540 03-27-1984
OXFORD FCI          SHU/PRIMARY ADDT STATUS         11-30-1983 1259 03-26-1984
OXFORD FCI          ADDT WOOD HOUSE                 11-25-1983 1419 11-30-1983
OXFORD FCI          PORTAGE HOUSE                   11-18-1983 1717 11-25-1983
OXFORD FCI          ADDT WOOD HOUSE                 11-10-1983 0947 11-18-1983
OXFORD FCI          PORTAGE HOUSE                   11-08-1983 2000 11-10-1983
OXFORD FCI          DANE COTTAGE                    10-26-1983 0926 11-08-1983
OXFORD FCI          SHU/PRIMARY DIS. SEG. STATUS    10-26-1983 0910 10-26-1983
OXFORD FCI          SHU/PRIMARY ADDT STATUS         10-12-1983 1330 10-26-1983
OXFORD FCI          DANE COTTAGE                    10-03-1983 1533 10-12-1983
TERRE HAUTE FCI     HOLDOVERS-I WEST                09-12-1983 1700 10-03-1983
TERRE HAUTE FCI     RECEIVING & DISCHARGE UNIT      08-10-1983 1558 08-23-1983
EL RENO FCI         DISCIPLINARY SEGREGATION        08-10-1983 1330 08-10-1983
EL RENO FCI         ADMINISTRATIVE DETENTION        05-26-1983 0410 08-10-1983
EL RENO FCI         UTAH 1                          05-25-1983 0332 05-26-1983
EL RENO FCI         OKLAHOMAA                       04-18-1983 1630 05-25-1983
EL RENO FCI         ADMINISTRATIVE DETENTION        04-08-1983 1431 04-18-1983
EL RENO FCI         OKLAHOMAA                       04-02-1983 1107 04-08-1983
EL RENO FCI         ADMINISTRATIVE DETENTION        03-28-1983 2346 04-02-1983
EL RENO FCI         OK1                             03-25-1983 0852 03-28-1983
EL RENO FCI         ADMINISTRATIVE DETENTION        03-06-1983 1211 03-25-1983
EL RENO FCI         UTAH                            01-25-1983 1347 03-06-1983
EL RENO FCI         UTAH                            01-14-1983 0829 01-25-1983
                                                    01-13-1983 0920 01-14-1983
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
SERAE  533*Q1 *          DEPARTMENT OF JUSTICE
PAGE 011         *       ASSIGNMENT HISTORY REPORT        *    07-12-2007
                                                          *    09:36:28
```

QUARTERS
RESPONSIBILITY OF:     - - - -ASSIGNMENTS  - - - -

| | | START DATE/TIME | STOP DATE |
|---|---|---|---|
| EL RENO FCI | OKLAHOMA | 01-05-1983 0833 | 01-13-1983 |
| EL RENO FCI | UTAH | 01-05-1983 0811 | 01-05-1983 |
| EL RENO FCI | ADMINISTRATIVE DETENTION | 12-23-1982 1347 | 01-05-1983 |
| EL RENO FCI | UTAH | 12-16-1982 1211 | 12-23-1982 |
| EL RENO FCI | OKLAHOMA | 12-16-1982 1203 | 12-16-1982 |
| EL RENO FCI | ADMINISTRATIVE DETENTION | 11-10-1982 1031 | 12-16-1982 |
| EL RENO FCI | OKLAHOMA | 11-04-1982 0815 | 11-10-1982 |
| EL RENO FCI | ADMINISTRATIVE DETENTION | 10-28-1982 0749 | 11-04-1982 |
| EL RENO FCI | UTAH | 10-05-1982 0745 | 10-28-1982 |
| EL RENO FCI | OKLAHOMA | 10-01-1982 0932 | 10-05-1982 |
| EL RENO FCI | ADMINISTRATIVE DETENTION | 09-16-1982 1458 | 10-01-1982 |
| EL RENO FCI | UTAH | 08-06-1982 1700 | 09-16-1982 |
| ATLANTA USP | D CELLHOUSE, CELL 16-16 | 07-23-1982 2022 | 07-29-1982 |
| ATLANTA USP | R/D OUT COUNT | 07-23-1982 2016 | 07-23-1982 |

RELIGION
RESPONSIBILITY OF:     - - - -ASSIGNMENTS  - - - -

| | | START DATE/TIME | STOP DATE |
|---|---|---|---|
| LEAVENWORTH USP | RELIGION UNKNOWN | 05-19-1992 1946 | 06-29-1992 |

UNIT
RESPONSIBILITY OF:     - - - -ASSIGNMENTS  - - - -

| | | START DATE/TIME | STOP DATE |
|---|---|---|---|
| ATLANTA USP | L. MOWREY, UNIT MANAGER | 06-17-1993 0736 | 03-02-1994 |
| ATLANTA USP | T. STIGALL, UNIT MANAGER | 06-09-1993 1429 | 06-17-1993 |
| PETERSBURG FCI | UNIT 4 - MR. C. BENDER | 06-02-1993 1701 | 06-08-1993 |
| LEWISBURG USP | SAN/E WAYNE WEBER, UNT MGR | 03-18-1993 1454 | 06-02-1993 |
| LEWISBURG USP | A/O UNIT,WAGNER,MGR. | 03-17-1993 2201 | 03-18-1993 |
| EL RENO FCI | HOLDOVER UNIT | 03-08-1993 2000 | 03-17-1993 |
| LEAVENWORTH USP | GEN POP, B LOWER, LINGENFELSER | 06-22-1992 1210 | 03-08-1993 |
| LEAVENWORTH USP | ADMISSION/ORIENTATION-HUBBLE | 06-02-1992 1214 | 06-22-1992 |
| EL RENO FCI | HOLDOVER UNIT | 05-22-1992 2100 | 06-02-1992 |
| PHOENIX FCI | UNIT MANAGER - ODUM  X-267 | 05-20-1992 1645 | 05-22-1992 |
| LOS ANGELES MDC | A&O UNT, MGR P. LAIRD, 996-7106 | 05-19-1992 1946 | 05-20-1992 |
| LOMPOC USP | L UNIT MANAGER, J. THARPE | 10-17-1991 2118 | 05-19-1992 |
| LOMPOC USP | M UNIT MANAGER, E. V. YORK | 10-17-1991 1801 | 10-17-1991 |
| EL RENO FCI | HOLDOVER UNIT | 10-15-1991 1800 | 10-17-1991 |
| LEWISBURG USP | MAB/RANDY LOWTHER, MGR. | 10-07-1988 1600 | 10-15-1991 |
| LEWISBURG USP | A/O UNIT,BLANKS,MGR. | 09-17-1988 1836 | 10-07-1988 |
| EL RENO FCI | HOLDOVER UNIT | 09-16-1988 1845 | 09-17-1988 |
| PHOENIX FCI | UNIT MANAGER - GUTIERREZ | 09-15-1988 1530 | 09-16-1988 |
| LOMPOC USP | L UNIT MANAGER, G. ZUBIA | 08-20-1986 1523 | 09-15-1988 |
| EL RENO FCI | HOLDOVER UNIT | 08-19-1986 1840 | 08-20-1986 |
| CHICAGO MCC | 15-17 HLD UNT, C.CRAIG,UM | 08-13-1986 2300 | 08-19-1986 |
| CHICAGO MCC | 15-17 HLD UNT, C.CRAIG,UM | 08-08-1986 1140 | 08-13-1986 |
| EL RENO FCI | HOLDOVER UNIT | 08-05-1986 1100 | 08-06-1986 |
| EL RENO FCI | HOLDOVER UNIT | 08-01-1986 1800 | 08-05-1986 |
| LOMPOC USP | RYUN | 08-15-1985 1500 | 08-01-1986 |
| LOMPOC USP | M-D UNIT, ZUBIA | 08-14-1985 1847 | 08-15-1985 |
| TUCSON FCI | HOLDOVER UNIT | 08-09-1985 1418 | 08-14-1985 |

G0002     MORE PAGES TO FOLLOW . . .

```
SERAE  533*01 *           DEPARTMENT OF JUSTICE        *      07-12-2007
PAGE 012        *         ASSIGNMENT HISTORY REPORT    *      09:36:28
```

```
        UNIT
RESPONSIBILITY OF:  - - - -ASSIGNMENTS  - - - -     START DATE/TIME  STOP DATE
EL RENO FCI        HOLDOVER UNIT                     07-22-1985 1300  08-09-1985
TEXARKANA FCI      HOLDOVER UNIT - BROWN             07-18-1985 1423  07-22-1985
MEMPHIS FCI        UNASSIGNED UNIT                   07-17-1985 1440  07-18-1985
TALLADEGA FCI      UNIT G                            01-09-1985 1516  07-17-1985
TALLADEGA FCI      UNIT A                            01-08-1985 1015  01-09-1985
ATLANTA USP        UNASSIGN UNIT                     12-19-1984 1520  01-08-1985
TERRE HAUTE FCI    UNT 4  (U/M YOUNG)                12-18-1984 1630  12-19-1984
CHICAGO MCC        SPECIAL UNT,HAFER U/M             12-10-1984 1040  12-18-1984
TERRE HAUTE FCI    UNT 4  (U/M YOUNG)                12-06-1984 1930  12-10-1984
ATLANTA USP        UNASSIGN UNIT                     12-03-1984 1626  12-06-1984
TALLADEGA FCI      UNIT G                            08-07-1984 1125  12-03-1984
ATLANTA USP        UNASSIGN UNIT                     07-25-1984 1611  08-07-1984
TERRE HAUTE FCI    UNT 4                             07-20-1984 2000  07-25-1984
OXFORD FCI         IOWA UNIT - J.W. WEBER, U/M       05-30-1984 1200  07-20-1984
OXFORD FCI         IOWA UNIT - J.W. WEBER, U/M       05-22-1984 1410  05-25-1984
OXFORD FCI         IOWA UNIT - J.W. WEBER, U/M       04-10-1984 1550  05-22-1984
OXFORD FCI         IOWA UNIT - J.W. WEBER, U/M       03-27-1984 1540  04-09-1984
OXFORD FCI         IOWA UNIT - J.W. WEBER, U/M       03-13-1984 0856  03-26-1984
OXFORD FCI         MAPS - J.W.WEBER-UNIT MGR         09-26-1983 1434  03-13-1984
TERRE HAUTE FCI    TOPS - WOOD,D.HEAD                08-23-1983 1725  09-26-1983
EL RENO FCI        UNIT 4                            08-10-1983 1330  08-23-1983
TERRE HAUTE FCI    UNIT                              08-06-1982 1700  08-10-1983
ATLANTA USP        1-STAFFORD                        07-29-1982 1435  08-06-1982
ATLANTA USP        D CELLHOUSE, P. MCCONNELL         07-23-1982 1200  07-29-1982
ATLANTA USP        UNASSIGN UNIT                     07-23-1982 2016  07-23-1982

        WEAPONS
RESPONSIBILITY OF:  - - - -ASSIGNMENTS  - - - -     START DATE/TIME  STOP DATE
ATLANTA USP        INS OFF-USE NON-FIREARM WEAPN     01-06-1990 1352  07-27-1996
ATLANTA USP        INS OFF-USE NON-AUTO FIREARM      01-06-1990 1352  07-27-1996
ATLANTA USP        INS OFF-POSS NON-FIREARM WEAPN    01-06-1990 1352  07-27-1996
ATLANTA USP        INS OFF-USE NON-FIREARM WEAPN     01-06-1990 1352  03-02-1994
ATLANTA USP        INS OFF-USE NON-AUTO FIREARM      01-06-1990 1352  03-02-1994
ATLANTA USP        INS OFF-POSS NON-FIREARM WEAPN    01-06-1990 1352  03-02-1994

        WRK DETAIL
RESPONSIBILITY OF:  - - - -ASSIGNMENTS  - - - -     START DATE/TIME  STOP DATE
ATLANTA USP        LABOR 1 DETAIL                    09-10-1993 0001  03-02-1994
ATLANTA USP        SAFETY OFFICE CLERK               08-13-1993 0001  09-10-1993
ATLANTA USP        FOOD SERVICE DAYS                 08-12-1993 0001  08-13-1993
ATLANTA USP        SAFETY OFFICE CLERK               07-12-1993 0001  08-12-1993
ATLANTA USP        EDUCATION WORK DETAIL             07-01-1993 0001  07-12-1993
ATLANTA USP        UNASSIGNED WORK DETAIL            06-15-1993 1839  07-01-1993
ATLANTA USP        ADMISSION AND ORIENTATION         06-09-1993 1429  06-15-1993
PETERSBURG FCI     UNASSIGNED WORK DETAIL            06-02-1993 1701  06-08-1993
LEWISBURG USP      UNASSIGNED WORK DETAIL            03-17-1993 2201  06-02-1993
EL RENO FCI        ADMINISTRATIVE DETENTION          03-08-1993 2000  03-17-1993
LEAVENWORTH USP    UNASSIGNED DUTY                   12-21-1992 1224  03-08-1993
```

G0002      MORE PAGES TO FOLLOW . . .

```
SERAE  533*01 *            DEPARTMENT OF JUSTICE           *     07-12-2007
PAGE 013      *            ASSIGNMENT HISTORY REPORT       *     09:36:28

           WRK DETAIL
RESPONSIBILITY OF:    - - - -ASSIGNMENTS - - - -    START DATE/TIME STOP DATE
LEAVENWORTH USP    FOOD SERVICE DINING ROOM         12-21-1992 0939 12-21-1992
LEAVENWORTH USP    UNASSIGNED DUTY                  12-15-1992 1314 12-21-1992
LEAVENWORTH USP    FOOD SERVICE DINING ROOM         07-22-1992 0001 12-15-1992
LEAVENWORTH USP    FOOD SERVICE                     07-21-1992 0001 07-22-1992
LEAVENWORTH USP    UTILITY TEMPORARY ASSIGNMENT     07-06-1992 0001 07-21-1992
LEAVENWORTH USP    A & O UNASSIGNED                 06-03-1992 1407 07-06-1992
LEAVENWORTH USP    UNASSIGNED DUTY                  06-02-1992 1508 06-03-1992
LEAVENWORTH USP    UNASSIGNED WORK DETAIL           06-02-1992 1214 06-02-1992
EL RENO FCI        ADMINISTRATIVE DETENTION         05-22-1992 2100 06-02-1992
PHOENIX FCI        UNASSIGNED                       05-20-1992 1645 05-22-1992
LOS ANGELES MDC    NOT ASSIGNED TO WORK DETAIL      05-19-1992 1946 05-20-1992
LOMPOC USP         RECREATION DEPT PM               02-13-1992 0001 05-19-1992
LOMPOC USP         UNASSIGNED AM                    02-20-1992 0001 03-04-1992
LOMPOC USP         GED CLASS AM                     02-13-1992 0001 02-20-1992
LOMPOC USP         RECREATION DEPT                  12-30-1991 0730 02-13-1992
LOMPOC USP         PM DINING ROOM GROUP             12-20-1991 0001 12-30-1991
LOMPOC USP         UNASSIGNED WORK DETAIL           12-09-1991 0001 12-20-1991
LOMPOC USP         A&O UNIT PROGRAM                 10-17-1991 1801 12-09-1991
EL RENO FCI        ADMINISTRATIVE DETENTION         10-15-1991 1800 10-17-1991
LEWISBURG USP      UNASSIGNED WORK DETAIL           07-26-1991 1553 10-15-1991
LEWISBURG USP      FOOD SERVICE                     02-28-1991 0001 07-26-1991
LEWISBURG USP      UNASSIGNED WORK DETAIL           01-18-1991 1949 02-28-1991
LEWISBURG USP      HOSPITAL                         12-27-1990 0001 01-18-1991
LEWISBURG USP      UNASSIGNED WORK DETAIL           12-19-1990 2315 12-27-1990
LEWISBURG USP      HOSPITAL                         12-12-1990 0001 12-19-1990
LEWISBURG USP      UNASSIGNED WORK DETAIL           12-10-1990 0719 12-12-1990
LEWISBURG USP      HOSPITAL                         12-04-1990 0001 12-10-1990
LEWISBURG USP      FOOD SERVICE                     11-26-1990 0001 12-04-1990
LEWISBURG USP      UNASSIGNED WORK DETAIL           10-25-1990 1426 11-26-1990
LEWISBURG USP      HOSPITAL                         10-19-1990 0001 10-25-1990
LEWISBURG USP      UNASSIGNED WORK DETAIL           10-11-1990 0622 10-19-1990
LEWISBURG USP      FOOD SERVICE                     09-20-1990 0001 10-11-1990
LEWISBURG USP      ORDERLIES-INSIDE SAN             09-17-1990 0001 09-20-1990
LEWISBURG USP      UNASSIGNED WORK DETAIL           09-06-1990 1302 09-17-1990
LEWISBURG USP      EDUCATION                        07-11-1990 0001 09-06-1990
LEWISBURG USP      FOOD SERVICE                     01-30-1990 0001 07-11-1990
LEWISBURG USP      UNASSIGNED WORK DETAIL           01-22-1990 1423 01-30-1990
LEWISBURG USP      FOOD SERVICE                     01-06-1990 0001 01-22-1990
LEWISBURG USP      UNASSIGNED WORK DETAIL           12-18-1989 0321 01-06-1990
LEWISBURG USP      FOOD SERVICE                     10-13-1989 0001 12-18-1989
LEWISBURG USP      CLOTHING ISSUE                   10-12-1989 0001 10-13-1989
LEWISBURG USP      CONVALESCENCE                    09-20-1989 1500 10-12-1989
LEWISBURG USP      CLOTHING ISSUE                   09-10-1989 0001 09-20-1989
LEWISBURG USP      CONVALESCENCE                    08-10-1989 1021 09-10-1989
LEWISBURG USP      CLOTHING ISSUE                   07-18-1989 0001 08-10-1989
LEWISBURG USP      VACATION                         07-03-1989 0001 07-18-1989
LEWISBURG USP      CLOTHING ISSUE                   10-19-1988 0001 07-03-1989
LEWISBURG USP      IDLE #2 - 2 DAYS                 10-17-1988 1434 10-19-1988

G0002      MORE PAGES TO FOLLOW . . .
```

```
SERAE   533*01 *          DEPARTMENT OF JUSTICE          *    07-12-2007
PAGE 014        *        ASSIGNMENT HISTORY REPORT       *    09:36:28
```

WRK DETAIL

| RESPONSIBILITY OF: | - - - - -ASSIGNMENTS - - - - | START DATE/TIME | STOP DATE |
|---|---|---|---|
| LEWISBURG USP | CLOTHING ISSUE | 10-17-1988 1431 | 10-17-1988 |
| LEWISBURG USP | IDLE #2 - 2 DAYS | 10-17-1988 1425 | 10-17-1988 |
| LEWISBURG USP | CLOTHING ISSUE | 10-11-1988 0001 | 10-17-1988 |
| LEWISBURG USP | UNASSIGNED | 09-17-1988 1836 | 10-11-1988 |
| EL RENO FCI | ADMINISTRATIVE DETENTION | 09-16-1988 1845 | 09-17-1988 |
| PHOENIX FCI | UNASSIGNED | 09-15-1988 1530 | 09-16-1988 |
| LOMPOC USP | UNASSIGNED | 02-21-1988 0001 | 09-15-1988 |
| LOMPOC USP | UNASSIGNED PM | 02-21-1988 2034 | 02-21-1988 |
| LOMPOC USP | UNASSIGNED AM | 02-21-1988 2034 | 02-21-1988 |
| LOMPOC USP | ORDERLY L PM | 05-12-1987 0001 | 02-21-1988 |
| LOMPOC USP | ORDERLY L AM | 05-12-1987 0001 | 02-21-1988 |
| LOMPOC USP | ORDERLY L | 05-12-1987 0001 | 05-12-1987 |
| LOMPOC USP | UNASSIGNED | 03-21-1987 1250 | 05-12-1987 |
| LOMPOC USP | ORDERLY L | 03-12-1987 0001 | 03-21-1987 |
| LOMPOC USP | UNASSIGNED | 01-29-1987 0001 | 03-12-1987 |
| LOMPOC USP | ORDERLY L | 10-14-1986 0001 | 01-29-1987 |
| LOMPOC USP | UNASSIGNED | 10-05-1986 0001 | 10-14-1986 |
| LOMPOC USP | ORDERLY L | 08-28-1986 0001 | 10-05-1986 |
| LOMPOC USP | A&O UNIT PROGRAM | 08-20-1986 1523 | 08-28-1986 |
| EL RENO FCI | ADMINISTRATIVE DETENTION | 08-19-1986 1840 | 08-20-1986 |
| CHICAGO MCC | UNASSIGNED | 08-13-1986 2300 | 08-19-1986 |
| CHICAGO MCC | UNASSIGNED | 08-08-1986 1140 | 08-13-1986 |
| EL RENO FCI | UNASSIGNED | 08-05-1986 1100 | 08-06-1986 |
| EL RENO FCI | ADMINISTRATIVE DETENTION | 08-01-1986 1800 | 08-05-1986 |
| LOMPOC USP | ORDERLY L | 03-10-1986 0001 | 08-01-1986 |
| LOMPOC USP | FOOD SERVICE | 08-30-1985 0001 | 03-10-1986 |
| LOMPOC USP | MEDICAL IDLE STATUS | 02-26-1986 1237 | 03-01-1986 |
| LOMPOC USP | MEDICAL IDLE STATUS | 02-24-1986 1245 | 02-25-1986 |
| LOMPOC USP | MEDICAL IDLE STATUS | 02-03-1986 0900 | 02-06-1986 |
| LOMPOC USP | MEDICAL IDLE STATUS | 01-30-1986 0900 | 02-02-1986 |
| LOMPOC USP | MEDICAL IDLE STATUS | 01-28-1986 0900 | 01-30-1986 |
| LOMPOC USP | UNASSIGNED | 08-21-1986 0918 | 08-30-1985 |
| TUCSON FCI | A&O UNIT PROGRAM | 08-14-1985 1847 | 08-21-1985 |
| EL RENO FCI | UNASSIGNED A-HLD,A-PRE,A-INS | 08-09-1985 1418 | 08-14-1985 |
| EL RENO FCI | ADMINISTRATIVE DETENTION | 07-22-1985 1300 | 08-09-1985 |
| TEXARKANA FCI | UNASSIGNED | 07-22-1985 1300 | 08-09-1985 |
| MEMPHIS FCI | UNASSIGNED | 07-18-1985 1423 | 07-22-1985 |
| TALLADEGA FCI | UNASSIGNED | 07-17-1985 1440 | 07-18-1985 |
| TALLADEGA FCI | CHIEF CORRECTIONAL SUPERVISOR | 05-05-1985 0933 | 07-17-1985 |
| TALLADEGA FCI | LANDSCAPE | 04-18-1985 2300 | 05-05-1985 |
| TALLADEGA FCI | UNASSIGNED | 02-28-1985 2300 | 04-18-1985 |
| TALLADEGA FCI | LANDSCAPE | 02-23-1985 0635 | 02-28-1985 |
| TALLADEGA FCI | FOOD SERVICE AM | 02-10-1985 2300 | 02-23-1985 |
| TALLADEGA FCI | UNASSIGNED | 01-30-1985 2300 | 02-10-1985 |
| TALLADEGA FCI | UNASSIGNED | 01-09-1985 1516 | 01-30-1985 |
| ATLANTA USP | UNASSIGN WORK DETAIL | 01-08-1985 1015 | 01-09-1985 |
| TERRE HAUTE FCI | UNASSIGNED | 12-19-1984 1520 | 01-08-1985 |
|  |  | 12-18-1984 1630 | 12-19-1984 |

G0002      MORE PAGES TO FOLLOW . . .

```
SERAE  533*01  *        DEPARTMENT OF JUSTICE        *      07-12-2007
PAGE 015           *      ASSIGNMENT HISTORY REPORT    *      09:36:28
```

```
              WRK DETAIL
RESPONSIBILITY OF:  - - - - -ASSIGNMENTS  - - - -    START DATE/TIME STOP DATE
CHICAGO MCC         UNASSIGNED                       12-10-1984 1040 12-18-1984
TERRE HAUTE FCI     UNASSIGNED                       12-06-1984 1930 12-10-1984
ATLANTA USP         UNASSIGN WORK DETAIL             12-03-1984 1626 12-06-1984
TALLADEGA FCI       FOOD SERVICE AM                  11-12-1984 2300 12-03-1984
TALLADEGA FCI       LANDSCAPE                        10-28-1984 2300 11-12-1984
TALLADEGA FCI       UNASSIGNED                       10-06-1984 2300 10-28-1984
TALLADEGA FCI       LANDSCAPE                        10-06-1984 2300 10-06-1984
TALLADEGA FCI       MEDICALLY UNASSIGNED             09-06-1984 1458 10-06-1984
TALLADEGA FCI       LANDSCAPE                        08-26-1984 2300 09-06-1984
TALLADEGA FCI       UNASSIGNED                       08-07-1984 1125 08-26-1984
ATLANTA USP         UNASSIGN WORK DETAIL             07-25-1984 1611 08-07-1984
TERRE HAUTE FCI     UNASSIGNED                       07-20-1984 2000 07-25-1984
OXFORD FCI          UNASSIGNED                       05-30-1984 1200 07-20-1984
OXFORD FCI          UNASSIGNED                       05-22-1984 1410 05-25-1984
OXFORD FCI          UNASSIGNED                       04-10-1984 1550 05-22-1984
OXFORD FCI          UNASSIGNED                       03-27-1984 1540 04-09-1984
OXFORD FCI          UNASSIGNED                       12-17-1983 1905 03-26-1984
OXFORD FCI          CARPENTER 1 SHOP                 10-29-1983 0001 12-17-1983
OXFORD FCI          INMATE FOOD SERVICE/REG. POPUL   09-28-1983 1326 10-29-1983
TERRE HAUTE FCI     UNASSIGNED                       08-10-1983 1330 08-23-1983
EL RENO FCI         AUTO VOCATIONAL TRAINING         06-27-1983 0001 08-10-1983
EL RENO FCI         ORDERLY UTAH 1                   06-13-1983 0001 06-27-1983
EL RENO FCI         AUTO VOCATIONAL TRAINING         05-18-1983 0001 06-13-1983
EL RENO FCI         FS DINING ROOM                   04-13-1983 1601 05-18-1983
EL RENO FCI         FS COOK                          04-13-1983 0001 04-13-1983
EL RENO FCI         FS DINING ROOM                   03-16-1983 1725 04-13-1983
EL RENO FCI         FS CORRIDOR                      03-06-1983 1233 03-16-1983
EL RENO FCI         UNASSIGNED                       08-06-1982 1700 03-06-1983
ATLANTA USP         UNASSIGN WORK DETAIL             07-23-1982 2016 07-29-1982
```

```
G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

```
SERAE          *      INMATE DISCIPLINE DATA        *    07-12-2007
PAGE 001       *    CHRONOLOGICAL DISCIPLINARY RECORD  *    09:36:40
```

REGISTER NO: 39154-066 NAME..: SEALEY, RICHARD L
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-12-2007

```
---------------------------------------------------------------------
REPORT NUMBER/STATUS.: 121446 - SANCTIONED  INCIDENT DATE/TIME: 12-21-1992 1100
DHO HEARING DATE/TIME: 02-09-1993 1130
FACL/CHAIRPERSON.....: LVN/GEOUGE, E.
REPORT REMARKS.......: INMATE GUILTY OF CODE 307.
HEARING IS ALSO BASIS FOR EXECUTION OF DS          SUSPENDED 11-17-1992 1032
   307  REFUSING TO OBEY AN ORDER - FREQ: 3
        DS          / 15 DAYS / CS
        COMP:     LAW:
        RESTR QTRS / 7 DAYS / CS
        COMP:     LAW:    UPON RELEASE FROM SHU, COMPLETE CELL RESTRICTION
---------------------------------------------------------------------
REPORT NUMBER/STATUS.: 120670 - SANCTIONED  INCIDENT DATE/TIME: 12-17-1992 1300
UDC HEARING DATE/TIME: 12-18-1992 1020
FACL/UDC/CHAIRPERSON.: LVN/BL/E. JACKSON
REPORT REMARKS.......: 1ST CODE 305.
   305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
        RESTR QTRS / 7 DAYS / CS
        COMP:     LAW:    FOUND GUILTY OF CODE 305, 7 DAYS CELL RESTRICTION,
                         AND CONFISCATE CONTRABAND.
---------------------------------------------------------------------
REPORT NUMBER/STATUS.: 114116 - SANCTIONED  INCIDENT DATE/TIME: 11-10-1992 1750
DHO HEARING DATE/TIME: 11-17-1992 1032
FACL/CHAIRPERSON.....: LVN/GEOUGE, E.
REPORT REMARKS.......: INMATE GUILTY OF CODE 307.
   307  REFUSING TO OBEY AN ORDER - FREQ: 3
        DS          / 15 DAYS / CS / SUSPENDED 180 DAYS
                    EXECUTED BASED ON HEARING OF 02-09-1993 1130
        COMP:     LAW:
---------------------------------------------------------------------
REPORT NUMBER/STATUS.: 81535 - SANCTIONED   INCIDENT DATE/TIME: 05-06-1992 0930
UDC HEARING DATE/TIME: 05-07-1992 0945
FACL/UDC/CHAIRPERSON.: LOM/L/J CESENA
REPORT REMARKS.......: REPORT AS WRITTEN; INVEST CONCLUSION; ADDITIONAL VERB
                       INFO BY WRITER SAYING WITNESS UNABLE TO HEAR INCIDENT.
   306  REFUSING WORK/PGM ASSIGNMENT - FREQ: 1
        LOSE PRIV  / 30 DAYS / CC
        COMP:     LAW:    COMISSARY RESTRICTION FROM 5-12- THRU 6-11-1992.
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LOSE PRIV  / 30 DAYS / CC
        COMP:     LAW:    COMMISSARY RESTRICTION FROM 5-12- THRU 6-11-1992.
```

```
G0002      MORE PAGES TO FOLLOW . . .
```

```
    SERAE            *        INMATE DISCIPLINE DATA          *    07-12-2007
PAGE 002 OF 002 *     CHRONOLOGICAL DISCIPLINARY RECORD     *    09:36:40

REGISTER NO: 39154-066 NAME..: SEALEY, RICHARD L
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-12-2007

---------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 61167 - SANCTIONED    INCIDENT DATE/TIME: 01-01-1992 1930
UDC HEARING DATE/TIME: 01-02-1992 1500
FACL/UDC/CHAIRPERSON.: LOM/L/J. CESENA
REPORT REMARKS.......: INMATE ADMITTED GUILT
    307  REFUSING TO OBEY AN ORDER - FREQ: 1
         EXTRA DUTY / 15 HOURS / CC / SUSPENDED 180 DAYS
         COMP:    LAW:    TO BE PERFORMED FOR CUSTODY.
         LOSE PRIV  / 30 DAYS / CC / SUSPENDED 180 DAYS
         COMP:    LAW:    LOSS OF COMMISSARY PRIVILEGES.
---------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 36904 - SANCTIONED    INCIDENT DATE/TIME: 07-26-1991 1540
DHO HEARING DATE/TIME: 08-15-1991 1000
FACL/CHAIRPERSON.....: LEW/ZIMANY R
REPORT REMARKS.......: INMATE WAS FOUND GUILTY AS CHARGED
    201  FIGHTING WITH ANOTHER PERSON - FREQ: 1
         DS          / 30 DAYS / CS
         COMP:    LAW:
         LOSE PRIV  / 60 DAYS / CS
         COMP:    LAW:    LOSS OF COMMISSARY FOR 60 DAYS EXCEPT TO PURCHASE
                         STAMPS
---------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 8634 - SANCTIONED    INCIDENT DATE/TIME: 01-03-1991 1753
DHO HEARING DATE/TIME: 01-24-1991 0915
FACL/CHAIRPERSON.....: LEW/EMORY D
APPEAL CASE NUMBER(S): 9992
REPORT REMARKS.......: INMATE FOUND GUILTY AS CHARGED
    109  POSSESSING DRUGS OR DRUG ITEMS - FREQ: 2
         DS          / 60 DAYS / CS
         COMP:    LAW:
         LOSE PRIV  / 1 YEARS / CS
         COMP:    LAW:    LOSS OF SOCIAL VISITS FOR 1 YEAR




G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
SERAE              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *        07-12-2007
PAGE 001 OF                                                             09:36:58
        FUNCTION: L-P SCOPE: REG    EQ 39154-066    OUTPUT FORMAT: SAN _____
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM _____ THRU _____    DT STS: FROM _____ THRU _____
DT STS: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT RDU
DT TDU: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS: _____ _____
EXTENDED: _ REMEDY LEVEL: __ __           RECEIPT: __ __ _ "OR" EXTENSION: __ __ _
RCV  OFC : EQ ____
TRACK:  DEPT: ____
      PERSON: ____
        TYPE: ____
EVNT FACL: EQ ____
RCV FACL.: EQ ____
RCV UN/LC: EQ ____
RCV QTR..: EQ ____
ORIG FACL: EQ ____
ORIG UN/LC: EQ ____
ORIG QTR.: EQ ____

G0002      MORE PAGES TO FOLLOW . . .
```

```
SERAE          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      07-12-2007
PAGE 002 OF 002 *                  SANITIZED FORMAT              *      09:36:58

REMEDY-ID    SUBJ1/SUBJ2  --------------------ABSTRACT-----------------------
             RCV-OFC      RCV-FACL     DATE-RCV        STATUS      STATUS-DATE

9992-R1      20CS/        APPEALS DHO SANCTIONS ON 01-24-91, CODE 109
             NER          LEW          02-11-1991       CLD         02-21-1991

9992-A1      20CS/        APPEALS DHO SANCTIONS ON 01-24-91, CODE 109
             BOP          LEW          03-05-1991       CLD         04-03-1991
```

```
                       2 REMEDY SUBMISSION(S) SELECTED
        G0000          TRANSACTION SUCCESSFULLY COMPLETED
```

```
   SERAE  540*23 *          SENTENCE MONITORING        *     07-12-2007
PAGE 001          *           COMPUTATION DATA         *    `09:37:15
                                AS OF 03-02-1994
```

REGNO..: 39154-066 NAME: SEALEY, RICHARD L


FBI NO..........: 955653V2          DATE OF BIRTH: 04-18-1964
ARS1............: ATL/MAND REL
UNIT............:                    QUARTERS.....:
DETAINERS.......: NO                 NOTIFICATIONS: NO       .

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  03-02-1994 VIA MAND REL

-----------------------PRIOR JUDGMENT/WARRANT NO: 020 --------------------

COURT OF JURISDICTION....`......: WISCONSIN, WESTERN DISTRICT
DOCKET NUMBER...................: 84-CR-14
JUDGE...........................: SHABAZ
DATE SENTENCED/PROBATION IMPOSED: 07-13-1984
DATE WARRANT ISSUED.............: N/A
DATE WARRANT EXECUTED...........: N/A
DATE COMMITTED..................: 09-16-1992
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:


RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO       AMOUNT:  $00.00

-------------------------PRIOR OBLIGATION NO: 010 ----------------------
OFFENSE CODE....:   011
OFF/CHG: 18 USC 111  ASSAULTING, RESISTING, OR IMPEDING CERTAIN
          OFFICERS OR EMPLOYEES

  SENTENCE PROCEDURE.............: 4205(A) REG ADULT-ORIG TERM GRTR THAN 1YR
  SENTENCE IMPOSED/TIME TO SERVE.:    2 YEARS
  DATE OF OFFENSE................: 11-25-1983




G0002      MORE PAGES TO FOLLOW . . .
```

```
SERAE  540*23 *          SENTENCE MONITORING          *    07-12-2007
PAGE 002         *          COMPUTATION DATA           *    09:37:15
                            AS OF 03-02-1994
```

REGNO..: 39154-066 NAME: SEALEY, RICHARD L


-------------------------PRIOR COMPUTATION NO: 020 -------------------------

COMPUTATION 020 WAS LAST UPDATED ON 03-02-1994 AT ATL AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 020:   020 010

```
DATE COMPUTATION BEGAN..........: 09-16-1992
TOTAL TERM IN EFFECT............:    2 YEARS
TOTAL TERM IN EFFECT CONVERTED..:    2 YEARS
EARLIEST DATE OF OFFENSE........: 11-25-1983

TOTAL JAIL CREDIT TIME..........: 0
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 6
TOTAL SGT POSSIBLE..............: 144
PAROLE ELIGIBILITY..............: 05-15-1993
STATUTORY RELEASE DATE..........: 04-24-1994
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: 03-19-1994
EXPIRATION FULL TERM DATE.......: 09-15-1994

NEXT PAROLE HEARING DATE........: N/A
TYPE OF HEARING.................: WAIVED

ACTUAL SATISFACTION DATE........: 03-02-1994
ACTUAL SATISFACTION METHOD......: MAND REL
ACTUAL SATISFACTION FACILITY....: ATL
ACTUAL SATISFACTION KEYED BY....: HLS

DAYS REMAINING..................: 197
FINAL PUBLIC LAW DAYS...........: 0
```

G0002      MORE PAGES TO FOLLOW . . .

```
   SERAE  540*23 *          SENTENCE MONITORING       *      07-12-2007
PAGE 003        *          COMPUTATION DATA           *      09:37:15
                             AS OF 09-16-1992
```

REGNO..: 39154-066 NAME: SEALEY, RICHARD L


```
FBI NO...........: 955653V2          DATE OF BIRTH: 04-18-1964
ARS1............: ATL/MAND REL
UNIT.............:                    QUARTERS.....:
DETAINERS.......: YES                 NOTIFICATIONS: NO
```

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE: 09-16-1992 VIA STATE PRIS

REMARKS.......: RECOMMIT - USDC W/WI 2 YRS CS, 18:111 (ASSAULT)

-----------------------PRIOR JUDGMENT/WARRANT NO: 010 -----------------------

```
COURT OF JURISDICTION...........: VIRGIN ISLANDS TERRITORY
DOCKET NUMBER...................: 81-122
JUDGE...........................: O'BRIEN
DATE SENTENCED/PROBATION IMPOSED: 03-24-1982
DATE WARRANT ISSUED.............: N/A
DATE WARRANT EXECUTED...........: N/A
DATE COMMITTED..................: 08-06-1982
HOW COMMITTED...................: STATE PRISONER RECEIVED
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:
```


RESTITUTION...: PROPERTY: NO SERVICES: NO       AMOUNT: $00.00

-------------------------PRIOR OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....: 702
OFF/CHG: ASSAULT

```
   SENTENCE PROCEDURE.............: VIRGIN ISLANDS CODE SENTENCE
   SENTENCE IMPOSED/TIME TO SERVE.:    12 YEARS
   DATE OF OFFENSE................: N/A
```

   REMARKS.......: SENTENCE COMPUTATION PROVIDED BY VIRGIN ISLAND AUTHORITIES.


G0002      MORE PAGES TO FOLLOW . . .

```
SERAE  540*23 *           SENTENCE MONITORING            *    07-12-2007
PAGE 004 OF 004 *          COMPUTATION DATA              *    09:37:15
                            AS OF 09-16-1992
```

REGNO..: 39154-066 NAME: SEALEY, RICHARD L

```
------------------------PRIOR COMPUTATION NO: 010 ------------------------
```

COMPUTATION 010 WAS LAST UPDATED ON 08-07-1992 AT LVN MANUALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:   010 010

```
DATE COMPUTATION BEGAN..........: 03-24-1982
TOTAL TERM IN EFFECT............:    12 YEARS
TOTAL TERM IN EFFECT CONVERTED..:    12 YEARS

JAIL CREDIT.....................:    FROM DATE      THRU DATE
                                    11-24-1981     03-23-1982

TOTAL JAIL CREDIT TIME..........: 120
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 6
TOTAL SGT POSSIBLE..............: 720
PAROLE ELIGIBILITY..............: 11-23-1987
STATUTORY RELEASE DATE..........: 09-16-1992
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: N/A
EXPIRATION FULL TERM DATE.......: 11-21-1993

NEXT PAROLE HEARING DATE........: N/A
TYPE OF HEARING.................: NOT ELIGIBLE

ACTUAL SATISFACTION DATE........: 09-16-1992
ACTUAL SATISFACTION METHOD......: STATE PRIS
ACTUAL SATISFACTION FACILITY....: LVN
ACTUAL SATISFACTION KEYED BY....: TJJ

DAYS REMAINING..................: 432
FINAL PUBLIC LAW DAYS...........: 0
```

S0039     ALL CURRENT COMPS ARE SATISFIED

```
SERAE  542*22 *          SENTENCE MONITORING         *    07-12-2007
PAGE 001 OF 001 *           GOOD TIME DATA           *    09:37:35
                           AS OF  09-16-1992
```

```
REGNO...: 39154-Q66    NAME: SEALEY, RICHARD L
ARS 1...: ATL MAND REL
COMPUTATION NUMBER..: 010              FUNC..: PRT   ACT DT:
LAST UPDATED: DATE.: 08-07-1992        FACL..: LVN     CALC: MANUAL
UNIT................:                  QUARTERS...........:
DATE COMP BEGINS....: 03-24-1982       COMP STATUS........: SATISFIED
TOTAL JAIL CREDIT...: 120              TOTAL INOP TIME.....: 0
STATUTORY REL DT....: 09-16-1992 WED   EXPIRES FULL TERM DT: 11-21-1993
PROJ SATISFACT DT...: 09-16-1992 WED   PROJ SATISF METHOD..: STATE PRIS
ACTUAL SATISFACT DT.: 09-16-1992 WED   ACTUAL SATISF METHOD: STATE PRIS
FINAL STAT GOOD TIME: 0                FINAL EXTR GOOD TIME: 0
DAYS REMAINING......: 432              FINAL PUBLC LAW DAYS: 0
```

```
----------------------EXTRA GOOD TIME EARNINGS-------------------------

    INST     TYPE      DATE IN     DATE OUT        PRI/SEN IND
                         NONE

    EGT EARNED..............................:            DAYS

BREAK OVER DATE.............................:

----------EXTRA GOOD TIME LUMP SUM AWARDS AND ADJUSTMENTS--------------

                    NONE
                                         --------------
    TOTAL EGT.............................:            DAYS

--------STATUTORY GOOD TIME FORFEITURES, WITHHOLDINGS, RESTORATIONS-------

    INFRACTION       DECISION      ACTION   AMOUNT   INFR SEVERITY   FREQ
    DATE    NO         DATE        TYPE              /RSN FOR ADJ
    02-03-1984 1     02-06-1984     FF       293
    07-01-1985 1     07-16-1985     FF        40
    02-05-1992 1     07-08-1992     FF         6

    NET SGT FORFEITURES, WITHHOLDINGS, RESTORATIONS:        DAYS
```

```
S5136      ABOVE COMP BELONGS TO A PRIOR COMMITMENT - RELEASED 09-16-1992
G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
    SERAE  542*22 *           SENTENCE MONITORING        *    07-12-2007
  PAGE 001 OF 001 *             GOOD TIME DATA           *    09:37:40
                              AS OF  03-02-1994

  REGNO...: 39154-066   NAME: SEALEY, RICHARD L
  ARS 1...: ATL MAND REL
  COMPUTATION NUMBER..: 020             FUNC..: PRT   ACT DT:
  LAST UPDATED:  DATE.: 03-02-1994      FACL..: ATL      CALC: AUTOMATIC
  UNIT................:                 QUARTERS...........:
  DATE COMP BEGINS....: 09-16-1992      COMP STATUS........: SATISFIED
  TOTAL JAIL CREDIT...: 0               TOTAL INOP TIME.....: 0
  STATUTORY REL DT....: 04-24-1994 SUN  EXPIRES FULL TERM DT: 09-15-1994
  PROJ SATISFACT DT...: 03-02-1994 WED  PROJ SATISF METHOD..: MAND REL
  ACTUAL SATISFACT DT.: 03-02-1994 WED  ACTUAL SATISF METHOD: MAND REL
  FINAL STAT GOOD TIME: 144             FINAL EXTR GOOD TIME: 53
  DAYS REMAINING......: 197             FINAL PUBLC LAW DAYS: 0


  ----------------------EXTRA GOOD TIME EARNINGS-----------------------------

     INST    TYPE      DATE IN      DATE OUT       PRI/SEN IND
     LVN     MGT     09-16-1992   03-17-1993
     ATL     MGT     06-09-1993   03-02-1994

     EGT EARNED...............................:          53 DAYS

  BREAK OVER DATE...............................:        12-08-1993

  ----------EXTRA GOOD TIME LUMP SUM AWARDS AND ADJUSTMENTS----------------

                       NONE

                                             --------------
     TOTAL EGT...........................:          53 DAYS

  --------STATUTORY GOOD TIME FORFEITURES, WITHHOLDINGS, RESTORATIONS--------

     INFRACTION        DECISION        ACTION      AMOUNT    INFR SEVERITY    FREQ
     DATE     NO         DATE           TYPE                 /RSN FOR ADJ
     NONE

        NET SGT FORFEITURES, WITHHOLDINGS, RESTORATIONS:        0 DAYS
```

```
  S5136      ABOVE COMP BELONGS TO A PRIOR COMMITMENT - RELEASED 03-02-1994
  G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
  SERAE  535.03 *              INMATE PROFILE            *       07-11-2007
PAGE 001 OF 001                                                  13:58:37
            39154-066                REG
REGNO: 39154-066                 FUNCTION: PRT DOB/AGE.: 04-18-1964 / 43
NAME.: SEALEY, RICHARD L                        R/S/ETH.: B/M/O
RSP..: ATL-ATLANTA USP                          MILEAGE.: 1643 MILES
PHONE: 404-635-5100        FAX: 404-331-2403
ARS ASSIGNMENT..: MANDATORY RELEASE             FBI NO..: 955653V2
ARS DATE/TIME...: 03-02-1994/1050               INS NO..: N/A
 PROJ REL METHOD: UNKNOWN                        SSN.....: 580040371
 PROJ REL DATE..: UNKNOWN        PSYCH: NO      DETAINER: NO         CMC..: YES
         - - - - - - - - RELEASE DESTINATION - - - - - - - -
         AGENCY...............:
         DST ASSIGNMENT.......:
         ADDRESS..............: 194 ESTATE SION FARM
                                ST CROIX, VIRGIN ISLANDS 00820
OFFN/CHG RMKS: ASSAULT. 12 YEARS. VIRGIN ISLAND AUTHORITIES.
   FACL CATEGORY  - - - -  CURRENT ASSIGNMENT - - - - -  EFF DATE  TIME
   ATL  ADM-REL   MAND REL   MANDATORY RELEASE           03-02-1994 1050
   ATL  ST BILLING BIL VQ    BILLABLE, VIRGIN ISLANDS    06-09-1993 1429
   ATL  DRUG PGMS  DRG E COMP DRUG EDUCATION COMPLETED    09-30-1993 1310
   ATL  EDUC INFO  ESL HAS    ENGLISH PROFICIENT          09-10-1991 1424
   ATL  EDUC INFO  GED HAS    COMPLETED GED OR HS DIPLOMA 06-01-1991 0712
   ATL  FIN RESP   NO OBLG    FINANC RESP-NO OBLIGATION   04-25-1988 1458
   ATL  LEVEL      HIGH       SECURITY CLASSIFICATION HIGH 02-18-1994 0839
   ATL  MED DY ST  REG DUTY   NO MEDICAL RESTR--REGULAR DUTY 06-11-1992 0825
   ATL  MED DY ST  REG HOUS   REGULAR HOUSING             06-11-1992 0825
   ATL  MED DY ST  YES F/S    CLEARED FOR FOOD SERVICE    07-14-1992 0730
   ATL  RELIGION   RASTA      RASTAFARIAN           .      06-29-1992 0859




 G0000        TRANSACTION SUCCESSFULLY COMPLETED
```



U.S. Department of Justice
Federal Bureau of Prisons
Federal Correctional Complex, Coleman
846 N.E. 54th Terrace
Coleman, Florida 33521-1029

Official Business

UNITED STATES POSTAGE

$ 01.81⁰
02 1A
0004205069    JUL 25 2007
MAILED FROM ZIP CODE 33521

U.S. POSTAGE
PRIVATE USE FOR
PRINT ENVES

10174$C002  0013

to:
Troutman Sanders LLP
Attorneys at Law
The Chrysler Bldg
405 Lexington Ave
New York, NY 10174

**EXHIBIT 3**

Date Stamp and Return
*Rcd 9/10/07*
*P Jones*

# TROUTMAN SANDERS LLP

A T T O R N E Y S   A T   L A W
A LIMITED LIABILITY PARTNERSHIP

THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NEW YORK 10174
www.troutmansanders.com
TELEPHONE: 212-704-6000
FACSIMILE: 212-704-6288

Seanna R. Brown                                                    Direct Dial:  212-704-8446
seanna.brown@troutmansanders.com                                  Direct Fax:  212-704-8352

September 10, 2007

**BY HAND**
Director, Office of Information and Privacy
United States Department of Justice
1425 New York Avenue, NW
Suite 11050
Washington, D.C. 20530-0001

Re:    **Freedom of Information Act Appeal**
       Federal Bureau of Investigation Files,
       Richard L. Sealey, D.O.B.- 4/18/1964, SSN-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
       Bureau of Prisons Register Number 39154-066
       FOIPA Number 1084225-000
       **This regards a Death Penalty Case; Expedited Processing Requested**

Dear Sir or Madam,

         This is an appeal under the Freedom of Information Act, 5 U.S.C. § 522 (hereinafter, "FOIA"). On June 22, 2007, I requested a copy of all documents, files, records, etc., in the possession or under the control of the Federal Bureau of Investigation and/or any institution, office, agency, or department under the direction of the Federal Bureau of Investigation relating to the above-referenced individual, including but not limited to:

         any investigation, arrest, indictment, conviction, sentencing, incarceration, and/or parole
         of the above referenced individual.

         I received a response to the request in a letter, dated July 12, 2007, signed by Mr. David Hardy, Section Chief, Record/Information Dissemination Section. The Federal Bureau of Investigation denied the request, stating that no records responsive to the FOIA request were located by a search of the automated indices.

         Pursuant to the Freedom of Information Act, 5 U.S.C. 552, I hereby appeal that denial. I have enclosed a copy of the request letter, attached hereto as Exhibit A, and the denial that I

ATLANTA · HONG KONG · LONDON · NEW YORK · NEWARK · NORFOLK · RALEIGH
RICHMOND · SHANGHAI · TYSONS CORNER · VIRGINIA BEACH · WASHINGTON, D.C.

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

September 10, 2007
Page 2

received, attached hereto as Exhibit B.

The denial of the request is improper on several grounds. First, it is not clear that the agency has made more than a perfunctory search to locate any responsive files. "An agency fulfills its obligations under FOIA if it can demonstrate beyond material doubt that its search was 'reasonably calculated to uncover all relevant documents.'" *Valencia-Lucena v. United States Coast Guard*, 180 F.3d 321, 325 (D.C. Cir. 1999) (citing *Truitt v. Dep't of State*, 897 F.2d 540, 542 (D.C. Cir. 1990). Accordingly, the agency cannot limit its search to "only one or more places if there are additional sources 'that are likely to turn up the information requested.'" *Id.* at 326 (citing *Ogelsby v. United States Dep't of the Army*, 920 F.2d 57, 68 (D.C. Cir. 1990). Thus, if there are alternative indices or search methods that are available to the Federal Bureau of Investigation, then the Federal Bureau of Investigation has failed to satisfy its obligation under FOIA. *See Biberman v. Federal Bureau of Investigation*, 528 F. Supp. 1140 (S.D.N.Y. 1982) (holding that defendant failed to satisfy obligation under FOIA to the extent that they have failed to search all available indices which are reasonably likely to contain references to plaintiffs).

Second, the denial of the request is improper given the context in which this request arises. The request was made in connection with a petition for habeas corpus where the sentence of death has been imposed. The petitioner, Richard L. Sealey, spent over ten years of his adult life in federal custody. Thus, any files that the Federal Bureau of Investigation has may contain information critical to the outcome of his petition, and therefore, to the continuation of his life. This information cannot be obtained from any other source. Under these circumstances, Mr. Sealey has clearly established a sufficient predicate to justify further searching for these highly relevant records. *See Campbell v. United States Dep't of Justice*, 164 F.3d 20, 28 (D.C. Cir. 1998) (stating that "[a]s the relevance of some records may be more speculative than others, the proper inquiry is whether the requesting party has established a sufficient predicate to justify searching for a particular type of record").

Finally, we have identified additional information for Mr. Sealey. We have located the following FBI number for Mr. Sealey, "955653v2." We also identified an alias for Mr. Sealey, the name "Jeff Simms." In addition, Mr. Sealey's name has also been spelled as "Sealy." We therefore request that the search for records relating to Mr. Sealey be expanded to include his alias, Jeff Simms, as well as the alternate spelling of Mr. Sealey's surname, "Sealy."

I look forward to a decision on this appeal of the denial of my FOIA request within twenty (20) working days, as the law provides. Thank you for your consideration of this appeal.

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

September 10, 2007
Page 3

Very truly yours,

Seanna R. Brown

3

# EXHIBIT "A"

# TROUTMAN SANDERS LLP

### ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NEW YORK 10174
www.troutmansanders.com
TELEPHONE: 212-704-6000
FACSIMILE: 212-704-6288

Seanna R. Brown
seanna.brown@troutmansanders.com

Direct Dial:  212-704-6448
Direct Fax:  212-704-8352

June 22, 2007

**BY FIRST CLASS MAIL**
Freedom of Information Act Officer
Federal Bureau of Investigation
Record Information/ Dissemination Section
Service Request Unit, Room 6359
935 Pennsylvania Avenue, NW
Washington, D.C. 20535

Re:    Richard L. Sealey, D.O.B.- 4/18/1964, SSN-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
       **This Regards a Death Penalty Case; Expedited Processing Requested.**

Dear Freedom of Information Act Officer:

Pursuant to the Freedom of Information Act, 5 U.S.C. §552, I respectfully request certified copies of all records, documents, and/or files in the possession or under the control of your office or agency and/or any person, division, department or similar subsection of your office or agency, regarding the above referenced individual, including, but not limited to material relating to:

any investigation, arrest, indictment, conviction, sentencing, incarceration, and/or parole of the above referenced individual.

A comprehensive, HIPPA compliant, notarized, release is enclosed authorizing the release of all records, files, and/or information pertaining to this individual that might otherwise be deemed confidential.

For the purposes of the request, the terms "records," "documents," and "files" are intended to include, without limitation, any and all written, typed printed, recorded, graphic, computer-generated, or other matter of any kind from which information can be derived, whether produced, reproduced, or stored on paper, cards, tapes, films, electronic facsimiles, computer storage devices, or any other medium. They include, without limitation, letters, memoranda (including internal memoranda), calendars, schedules, books, indices, notes, printed forms, publications, press releases, notices, minutes, summaries or abstracts, reports, files, transcripts,

ATLANTA · HONG KONG · LONDON · NEW YORK · NEWARK · NORFOLK · RALEIGH
RICHMOND · SHANGHAI · TYSONS CORNER · VIRGINIA BEACH · WASHINGTON, D.C.

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

Freedom of Information Act Officer
June 22, 2007
Page 2

computer tapes, printouts, drawings, photographs, recordings (including both videotapes and audiotapes), telegrams, and telex messages, as well as any reproductions thereof that differ in any way from any other reproduction, such as copies containing marginal notations.

Please certify all provided records. I understand that there may be a charge for certified records. Please provide an itemized statement of all incurred charges. Please note that this request is specifically for certified records and that no charges are authorized for the production of uncertified records.

If your search produces no records please send a signed, dated letter on letterhead to that effect. Please include in that letter any other departments or offices known to you that could have documents responsive to this request.

Further, to the extent that your office determines that any materials related to these requests are not responsive to this request or will not be disclosed, I request that your office make an item-by-item catalog of those materials not disclosed and the reasons for the non-disclosure.

These records are being requested as they relate to pending legal proceedings. The time constraints of these legal proceedings are pressing and require that I request all possible expediency on the part of your office and agency.

Thank you very much for all of your assistance in this matter. If any questions should arise during the search for these records, please do not hesitate to contact me at the number listed above.

Very truly yours,

Seanna R. Brown

# Privacy Waiver and Certification of Identity

FOIPA Request Number _____

Full Name: Richard Leslie Sealey
(if known)

Current Address: P.O. Box 3877

Jackson, GA. 30223

Date of Birth: 4-18-1964    Place of Birth: St. Croix, Virgin Islands

(Optional: Prior addresses, employments, aliases, etc., which may assist the FBI in locating the requested information) _____

_____

_____

I hereby waive my right to privacy, and I authorize the FBI to release any and all information relating to me to :

(name, address, & phone of Attorney or other Designee)

_____

_____

_____

_____

Under penalty of perjury, I hereby declare that I am the person described above and understand that any falsification of this statement is punishable under the provisions of Title 18, United States Code (U.S.C.), Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years, or both; and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of Title 5, U.S.C., Section 552a (i)(3) as a misdemeanor and by a fine of not more than $5,000.

Signature: X Richard Sealey    Date: 5-9-07

State of: <u>Georgia</u>
County of: <u>Butts</u>

## <u>AUTHORIZATION FOR RELEASE OF RECORDS AND DISCLOSURE OF PROTECTED HEALTH INFORMATION</u>

I, <u>Richard L. Sealey</u>, date of birth, <u>4/18/1964</u>, Social Security number, <u>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</u>, hereby grant authorization to any public or private agency, institution, individual or corporation, including but not limited to any lawyer, law firm, school, youth facility, physician's office, hospital, mental health center, addiction treatment center, psychologist's or psychiatrist's office, department of family and children services, social service organization, jail, prison, correctional facility, bureau of investigation, department or probation and/or parole where I have been or currently am being educated, evaluated, treated, held or confined, or who has ever been involved in providing me with legal or other services, to release and disclose to the attorneys at the law firm of TROUTMAN SANDERS LLP and to any designated employee or representative of the firm, any and all of my files and records, or copies thereof, in their possession, including those files and records or portions thereof disclosing my protected physical and mental health information and to discuss with the afore-mentioned individuals and/or provide to them in writing confirmation of any medical and mental health treatment, condition, prognosis and any other information relevant to my health.

This authorization for release and disclosure to the above named attorney(s) or their designated representatives of my protected physical and mental health records, files, and information, (whether typed, handwritten, audiotaped, videotaped, electronically stored or transmitted, or otherwise generated or preserved), includes but is not limited to: emergency room records; x-rays; hospital inpatient records; hospital outpatient records; office based records; clinic records; institutional records; jail records; prison records; department of corrections records; behavioral and mental health treatment information; Medicaid records; laboratory and diagnostic findings; substance abuse treatment information; psychotherapy notes; doctors' notes; nurses' notes; counselors' notes; psychiatrists' notes; psychologists' notes; staff notes; correspondence; evaluations; test data and results; medication orders and prescriptions; reports; scans; measurements; transfers; assignments; admissions; discharges; and commitments.

I understand that the information in my records may include confidential AIDS/HIV test results, infection status, or treatment information; information regarding sexually transmitted diseases; information regarding other communicable diseases; information regarding treatment for alcohol and/or drug abuse; and information relating to behavioral and mental health diagnoses, care, and treatment. I authorize the release and disclosure of this information to the above named attorney(s) or their designated representatives.

I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient of the information and may then no longer be protected by federal privacy regulations. I understand that unless otherwise limited by state or federal regulations, I may revoke this Authorization at any time by presenting my revocation in writing, except to the extent that the entity disclosing such records has taken action in reliance on this authorization.

I agree that this authorization is as valid whether in the original, a photocopy, a facsimile, or in electronic form and expires one year from date of signature.

*Richard Sealey*

Sworn to or affirmed and subscribed before me this the <u>9</u> day of <u>May</u>, <u>2007</u>.

NOTARY PUBLIC
My commission expires: Notary Public, Fulton County, Georgia
My Commission Expires June 22, 2008

# EXHIBIT "B"



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

July 12, 2007

MS SEANNA R BROWN
TROUTMAN SANDERS LLP
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174

Request No.: 1084225- 000
Subject: SEALEY, RICHARD LESLIE

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the central records system at FBI Headquarters. No records responsive to your FOIPA request were located by a search of the automated indices.

You may file an administrative appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
   Dissemination Section
Records Management Division

Enclosure

# FBI FILE FACT SHEET

- The primary function of the FBI is law enforcement.
  The FBI does not keep a file on every citizen of the United States.

- The FBI was not established until 1908 and we have very few records prior to the 1920's.

- FBI files generally contain reports of FBI investigations of a wide range of matters, including counterterrorism, foreign counter-intelligence, organized crime/drugs, violent crime, white-collar crime, applicants, and civil rights.

- The FBI does not issue clearances or nonclearances for anyone other than its own personnel or persons having access to FBI facilities. Background investigations for security clearances are conducted by many different Government agencies. Persons who received a clearance while in the military or employed with some other government agency should write directly to that entity.

- An FBI identification record or "rap sheet" is NOT the same as an FBI "file" - it is simply a listing of information taken from fingerprint cards submitted to the FBI in connection with arrests, federal employment, naturalization, or military service. The subject of a "rap sheet" may obtain a copy by submitting a written request to FBI, CJIS Division, Attn: SCU, Mod. D-2, 1000 Custer Hollow Road, Clarksburg, West Virginia 26306. Each request must have proof of identity which shall consist of name, date and place of birth and a set of rolled-ink fingerprint impressions placed upon fingerprint cards or forms commonly utilized for applicant or law enforcement purposes by law enforcement agencies, plus payment of $18.00 in the form of a certified check or money order, payable to the Treasury of the United States.

- The National Name Check Program (NNCP) conducts a search of the FBI's Universal Index to identify any information contained in FBI records that may be associated with an individual and provides the results of that search to the requesting Federal, State or local agency. For the NNCP, a name is searched in a multitude of combinations and phonetic spellings to ensure all records are located. The NNCP also searches for both "main" and "cross reference" files. A main file is an entry that carries the name corresponding to the subject of a file while a cross reference is merely a mention of an individual contained in a file. The results from a search of this magnitude can result in several "hits" and "idents" on an individual. In each instance where UNI has identified a name variation or reference, information must be reviewed to determine whether it is applicable to the individual in question.

- The Record/Information Dissemination Section/Freedom of Information-Privacy Acts (FOIPA) search for records provides copies of FBI files relevant to a FOIPA request for information. FOIPA provides responsive documents to requesters seeking "reasonably described information." For a FOIPA search, the subject name, event, activity, business, or event is searched to determine whether there is an investigative file associated with the subject. This is called a "main file search" and differs from The NNCP search.

**FOR GENERAL INFORMATION ABOUT THE FBI,**
**CHECK OUT OUR WEBSITE AT**
**http://www.fbi.gov**

3-23-04

# EXHIBIT 4



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

SEP 1 7 2007

Seanna R. Brown, Esq.
Troutman Sanders LLP
The Chrysler Building
405 Lexington Ave.                    Re:  Appeal No. 07-2417
New York, NY  10174                        JGM:KM

Dear Ms. Brown:

This responds to your letter dated September 10, 2007, in which you ask that this Office expedite processing of your appeal on behalf of Mr. Richard L. Sealey from the action of the Federal Bureau of Prisons on your request for records pertaining to Mr. Sealey.

Your appeal has been assigned number 07-2417.  Please mention this number in any future correspondence with this Office regarding this appeal.

After carefully considering your request, and based on the information presented, I believe that expedited processing of your appeal is warranted.  Accordingly, your appeal will be administratively adjudicated as quickly as practicable.

Sincerely,

Janice Galli McLeod
Associate Director

**EXHIBIT 5**



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

SEP 2 1 2007

Seanna R. Brown, Esq.
Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue          Re:   Appeal No. 07-2417
New York, NY  10174                 JGM:SRO

Dear Ms. Brown:

You appealed from the action of the Federal Bureau of Prisons (BOP) on your request for access to records pertaining to Richard Sealey.

After carefully considering your appeal, I am affirming BOP's action on your request. Although BOP at one time possessed responsive records, it unfortunately was unable to locate those records for the reasons explained in its letter of July 23, 2007.  I have determined that BOP's response was correct and that it conducted an adequate, reasonable search for records responsive to your request.

Please note that Mr. Sealey's records were sent to a records center after his release from BOP custody in 1994.  Because BOP no longer possesses the documentation necessary for the records center to locate the particular box in which Mr. Sealey's records are located, it would be very costly to you for BOP to attempt to locate any records responsive to your request.  Further, the records responsive to your request would be unlikely to contain any exculpatory materials.  In this regard, please be advised that BOP will shortly send you a letter providing further details about the type of information that the file of a former BOP inmate would typically contain. Unfortunately I can do nothing further for you with regard to this matter.

If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Janice Galli McLeod
Associate Director

**EXHIBIT 6**

# TROUTMAN SANDERS LLP

### ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NEW YORK 10174
www.troutmansanders.com
TELEPHONE: 212-704-6000
FACSIMILE: 212-704-6288

Seanna R. Brown
seanna.brown@troutmansanders.com

Direct Dial: 212-704-6448
Direct Fax: 212-704-8352

October 5, 2007

**BY FEDERAL EXPRESS**
Janice Galli McLeod, Associate Director
Office of Information and Privacy
U.S. Department of Justice
1425 New York Avenue
Suite 11050
Washington, DC 20530

Re:     **Freedom of Information Act Appeal, Appeal No. 07-2417, JGM:SRO**
Bureau of Prisons files, Richard L. Sealey, D.O.B.- 4/18/1964, SSN-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,
Register Number: 39154-066
**This regards a Death Penalty Case; Expedited Processing Requested**

Dear Ms. McLeod,

I am in receipt of your letter dated September 21, 2007, in which you affirmed the Bureau of Prisons ("BOP") action on my request for access to records pertaining to Richard Sealey, annexed hereto as Exhibit A.

In affirming the BOP's action on my request, you state that "[b]ecause BOP no longer possesses the documentation necessary for the records center to locate the particular box in which Mr. Sealey's records are located, it would be very costly to you for BOP to attempt to locate any records responsive to your request." *See* Exhibit A.

In light of the sentence of death imposed upon Mr. Sealey, it is vital that every effort be made to obtain these records. Accordingly, I request that you provide me with an estimate of the cost and time it will take for BOP to attempt to locate records responsive to our request. I also request that you provide me with a schedule of applicable fees.

Please contact me should you require anything further.

ATLANTA · HONG KONG · LONDON · NEW YORK · NEWARK · NORFOLK · RALEIGH
RICHMOND · SHANGHAI · TYSONS CORNER · VIRGINIA BEACH · WASHINGTON, D.C.

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

Associate Director
October 5, 2007
Page 2

Very truly yours,

Seanna R. Brown

# EXHIBIT "A"

**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                          *Washington, D.C. 20530*

**SEP 2 1 2007**

Seanna R. Brown, Esq.
Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue                     Re:     Appeal No. 07-2417
New York, NY 10174                               JGM:SRO

Dear Ms. Brown:

You appealed from the action of the Federal Bureau of Prisons (BOP) on your request for access to records pertaining to Richard Sealey.

After carefully considering your appeal, I am affirming BOP's action on your request. Although BOP at one time possessed responsive records, it unfortunately was unable to locate those records for the reasons explained in its letter of July 23, 2007. I have determined that BOP's response was correct and that it conducted an adequate, reasonable search for records responsive to your request.

Please note that Mr. Sealey's records were sent to a records center after his release from BOP custody in 1994. Because BOP no longer possesses the documentation necessary for the records center to locate the particular box in which Mr. Sealey's records are located, it would be very costly to you for BOP to attempt to locate any records responsive to your request. Further, the records responsive to your request would be unlikely to contain any exculpatory materials. In this regard, please be advised that BOP will shortly send you a letter providing further details about the type of information that the file of a former BOP inmate would typically contain. Unfortunately I can do nothing further for you with regard to this matter.

If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Janice Galli McLeod
Associate Director

# EXHIBIT 7

**U.S. Department of Justice**

Office of Information and Privacy

_Telephone: (202) 514-3642_                    _Washington, D.C. 20530_

**NOV 2 6 2007**

Seanna R. Brown, Esq.
Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue          Re:    Appeal No. 07-2417
New York, NY 10174                   JGM:SRO

Dear Ms. Brown:

    This responds to your letter dated October 5, 2007, in which you requested that this Office reconsider its decision on your expedited appeal from the action of the Federal Bureau of Prisons (BOP) on your request for access to records pertaining to Richard Sealey.

    After carefully considering this matter, I am granting your request for reconsideration. I am remanding your request to BOP for its determination as to the feasibility and/or cost of locating and releasing to you any records responsive to your request. You may appeal again to this Office with regard to any future adverse determination made by BOP on your request.

    If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Janice Galli McLeod
Associate Director

**EXHIBIT 8**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NEW YORK 10174
www.troutmansanders.com
TELEPHONE: 212-704-6000
FACSIMILE: 212-704-6288

Seanna R. Brown
seanna.brown@troutmansanders.com

Direct Dial:  212-704-6446
Direct Fax:  212-704-6382

June 22, 2007

**BY FIRST CLASS MAIL**
Freedom of Information Act Officer
Federal Bureau of Investigation
Record Information/ Dissemination Section
Service Request Unit, Room 6359
935 Pennsylvania Avenue, NW
Washington, D.C. 20535

Re:     Richard L. Sealey, D.O.B.- 4/18/1964, SSN-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
        **This Regards a Death Penalty Case; Expedited Processing Requested.**

Dear Freedom of Information Act Officer:

        Pursuant to the Freedom of Information Act, 5 U.S.C. §552, I respectfully request
certified copies of all records, documents, and/or files in the possession or under the control of
your office or agency and/or any person, division, department or similar subsection of your
office or agency, regarding the above referenced individual, including, but not limited to material
relating to:

        any investigation, arrest, indictment, conviction, sentencing, incarceration, and/or parole
        of the above referenced individual.

        A comprehensive, HIPPA compliant, notarized, release is enclosed authorizing the
release of all records, files, and/or information pertaining to this individual that might otherwise
be deemed confidential.

        For the purposes of the request, the terms "records," "documents," and "files" are
intended to include, without limitation, any and all written, typed printed, recorded, graphic,
computer-generated, or other matter of any kind from which information can be derived, whether
produced, reproduced, or stored on paper, cards, tapes, films, electronic facsimiles, computer
storage devices, or any other medium. They include, without limitation, letters, memoranda
(including internal memoranda), calendars, schedules, books, indices, notes, printed forms,
publications, press releases, notices, minutes, summaries or abstracts, reports, files, transcripts,

ATLANTA · HONG KONG · LONDON · NEW YORK · NEWARK · NORFOLK · RALEIGH
RICHMOND · SHANGHAI · TYSONS CORNER · VIRGINIA BEACH · WASHINGTON, D.C.

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

Freedom of Information Act Officer
June 22, 2007
Page 2

computer tapes, printouts, drawings, photographs, recordings (including both videotapes and audiotapes), telegrams, and telex messages, as well as any reproductions thereof that differ in any way from any other reproduction, such as copies containing marginal notations.

Please certify all provided records. I understand that there may be a charge for certified records. Please provide an itemized statement of all incurred charges. Please note that this request is specifically for certified records and that no charges are authorized for the production of uncertified records.

If your search produces no records please send a signed, dated letter on letterhead to that effect. Please include in that letter any other departments or offices known to you that could have documents responsive to this request.

Further, to the extent that your office determines that any materials related to these requests are not responsive to this request or will not be disclosed, I request that your office make an item-by-item catalog of those materials not disclosed and the reasons for the non-disclosure.

These records are being requested as they relate to pending legal proceedings. The time constraints of these legal proceedings are pressing and require that I request all possible expediency on the part of your office and agency.

Thank you very much for all of your assistance in this matter. If any questions should arise during the search for these records, please do not hesitate to contact me at the number listed above.

Very truly yours,

Seanna R. Brown

## Privacy Waiver and Certification of Identity

FOIPA Request Number _____

Full Name: Richard Leslie Sealey

_(if known)_

Current Address: P.O. Box 3877

Jackson, GA. 30223

Date of Birth: 4-18-1964     Place of Birth: St. Croix, Virgin Islands

(Optional: Prior addresses, employments, aliases, etc., which may assist the FBI in locating the requested information) _____

_____

_____

**I hereby waive my right to privacy, and I authorize the FBI to release any and all information relating to me to :**

(name, address, & phone of Attorney or other Designee)

_____

_____

_____

_____

Under penalty of perjury, I hereby declare that I am the person described above and understand that any falsification of this statement is punishable under the provisions of Title 18, United States Code (U.S.C.), Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years, or both; and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of Title 5, U.S.C., Section 552a (i)(3) as a misdemeanor and by a fine of not more than $5,000.

Signature X Richard Sealey     Date: 5-9-07

State of: <u>Georgia</u>
County of: <u>Butts</u>

## <u>AUTHORIZATION FOR RELEASE OF RECORDS AND DISCLOSURE OF PROTECTED HEALTH INFORMATION</u>

I, <u>Richard L. Sealey</u>, date of birth, <u>4/18/1964</u>, Social Security number, <u>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</u>, hereby grant authorization to any public or private agency, institution, individual or corporation, including but not limited to any lawyer, law firm, school, youth facility, physician's office, hospital, mental health center, addiction treatment center, psychologist's or psychiatrist's office, department of family and children services, social service organization, jail, prison, correctional facility, bureau of investigation, department or probation and/or parole where I have been or currently am being educated, evaluated, treated, held or confined, or who has ever been involved in providing me with legal or other services, to release and disclose to the attorneys at the law firm of TROUTMAN SANDERS LLP and to any designated employee or representative of the firm, any and all of my files and records, or copies thereof, in their possession, including those files and records or portions thereof disclosing my protected physical and mental health information and to discuss with the afore-mentioned individuals and/or provide to them in writing confirmation of any medical and mental health treatment, condition, prognosis and any other information relevant to my health.

This authorization for release and disclosure to the above named attorney(s) or their designated representatives of my protected physical and mental health records, files, and information, (whether typed, handwritten, audiotaped, videotaped, electronically stored or transmitted, or otherwise generated or preserved), includes but is not limited to: emergency room records; x-rays; hospital inpatient records; hospital outpatient records; office based records; clinic records; institutional records; jail records; prison records; department of corrections records; behavioral and mental health treatment information; Medicaid records; laboratory and diagnostic findings; substance abuse treatment information; psychotherapy notes; doctors' notes; nurses' notes; counselors' notes; psychiatrists' notes; psychologists' notes; staff notes; correspondence; evaluations; test data and results; medication orders and prescriptions; reports; scans; measurements; transfers; assignments; admissions; discharges; and commitments.

I understand that the information in my records may include confidential AIDS/HIV test results, infection status, or treatment information; information regarding sexually transmitted diseases; information regarding other communicable diseases; information regarding treatment for alcohol and/or drug abuse; and information relating to behavioral and mental health diagnoses, care, and treatment. I authorize the release and disclosure of this information to the above named attorney(s) or their designated representatives.

I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient of the information and may then no longer be protected by federal privacy regulations. I understand that unless otherwise limited by state or federal regulations, I may revoke this Authorization at any time by presenting my revocation in writing, except to the extent that the entity disclosing such records has taken action in reliance on this authorization.

I agree that this authorization is as valid whether in the original, a photocopy, a facsimile, or in electronic form and expires one year from date of signature.

*Richard Sealey*

Sworn to or affirmed and subscribed before me this the 9 day of May , 2007.

_____

NOTARY PUBLIC
My commission expires: Notary Public, Fulton County, Georgia
My Commission Expires June 28, 2008

# EXHIBIT 9



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

July 12, 2007

MS SEANNA R BROWN
TROUTMAN SANDERS LLP
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174

Request No.: 1084225- 000
Subject: SEALEY, RICHARD LESLIE

Dear Requester:

    This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

    To promptly respond to requests, we concentrate on identifying main files in the central records system at FBI Headquarters. No records responsive to your FOIPA request were located by a search of the automated indices.

    You may file an administrative appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

    Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Enclosure

# FBI FILE FACT SHEET

- The primary function of the FBI is law enforcement.
  The FBI does not keep a file on every citizen of the United States.

- The FBI was not established until 1908 and we have very few records prior to the 1920's.

- FBI files generally contain reports of FBI investigations of a wide range of matters, including counterterrorism, foreign counter-intelligence, organized crime/drugs, violent crime, white-collar crime, applicants, and civil rights.

- The FBI does not issue clearances or nonclearances for anyone other than its own personnel or persons having access to FBI facilities. Background investigations for security clearances are conducted by many different Government agencies. Persons who received a clearance while in the military or employed with some other government agency should write directly to that entity.

- An FBI identification record or "rap sheet" is NOT the same as an FBI "file" - it is simply a listing of information taken from fingerprint cards submitted to the FBI in connection with arrests, federal employment, naturalization, or military service. The subject of a "rap sheet" may obtain a copy by submitting a written request to FBI, CJIS Division, Attn: SCU, Mod. D-2, 1000 Custer Hollow Road, Clarksburg, West Virginia 26306. Each request must have proof of identity which shall consist of name, date and place of birth and a set of rolled-ink fingerprint impressions placed upon fingerprint cards or forms commonly utilized for applicant or law enforcement purposes by law enforcement agencies, plus payment of $18.00 in the form of a certified check or money order, payable to the Treasury of the United States.

- The National Name Check Program (NNCP) conducts a search of the FBI's Universal Index to identify _any_ information contained in FBI records that may be associated with an individual and provides the results of that search to the requesting Federal, State or local agency. For the NNCP, a name is searched in a multitude of combinations and phonetic spellings to ensure all records are located. The NNCP also searches for both "main" and "cross reference" files. A main file is an entry that carries the name corresponding to the subject of a file while a cross reference is merely a mention of an individual contained in a file. The results from a search of this magnitude can result in several "hits" and "idents" on an individual. In each instance where UNI has identified a name variation or reference, information must be reviewed to determine whether it is applicable to the individual in question.

- The Record/Information Dissemination Section/Freedom of Information-Privacy Acts (FOIPA) search for records provides copies of FBI files relevant to a FOIPA request for information. FOIPA provides responsive documents to requesters seeking "reasonably described information." For a FOIPA search, the subject name, event, activity, business, or event is searched to determine whether there is an investigative file associated with the subject. This is called a "main file search" and differs from The NNCP search.

**FOR GENERAL INFORMATION ABOUT THE FBI,
CHECK OUT OUR WEBSITE AT
http://www.fbi.gov**

3-23-04

**EXHIBIT 10**

# TROUTMAN SANDERS LLP

### ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NEW YORK 10174
www.troutmansanders.com
TELEPHONE: 212-704-6000
FACSIMILE: 212-704-8288

Seanna R. Brown
seanna.brown@troutmansanders.com

Direct Dial: 212-704-8448
Direct Fax: 212-704-8352

September 10, 2007

**BY HAND**
Director, Office of Information and Privacy
United States Department of Justice
1425 New York Avenue, NW
Suite 11050
Washington, D.C. 20530-0001

Re:    **Freedom of Information Act Appeal**
Federal Bureau of Investigation Files,
Richard L. Sealey, D.O.B.- 4/18/1964, SSN-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
Bureau of Prisons Register Number 39154-066
FOIPA Number 1084225-000
**This regards a Death Penalty Case; Expedited Processing Requested**

Dear Sir or Madam,

This is an appeal under the Freedom of Information Act, 5 U.S.C. § 522 (hereinafter, "FOIA"). On June 22, 2007, I requested a copy of all documents, files, records, etc., in the possession or under the control of the Federal Bureau of Investigation and/or any institution, office, agency, or department under the direction of the Federal Bureau of Investigation relating to the above-referenced individual, including but not limited to:

> any investigation, arrest, indictment, conviction, sentencing, incarceration, and/or parole of the above referenced individual.

I received a response to the request in a letter, dated July 12, 2007, signed by Mr. David Hardy, Section Chief, Record/Information Dissemination Section. The Federal Bureau of Investigation denied the request, stating that no records responsive to the FOIA request were located by a search of the automated indices.

Pursuant to the Freedom of Information Act, 5 U.S.C. 552, I hereby appeal that denial. I have enclosed a copy of the request letter, attached hereto as Exhibit A, and the denial that I

ATLANTA · HONG KONG · LONDON · NEW YORK · NEWARK · NORFOLK · RALEIGH
RICHMOND · SHANGHAI · TYSONS CORNER · VIRGINIA BEACH · WASHINGTON, D.C.

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

September 10, 2007
Page 2

received, attached hereto as Exhibit B.

The denial of the request is improper on several grounds. First, it is not clear that the agency has made more than a perfunctory search to locate any responsive files. "An agency fulfills its obligations under FOIA if it can demonstrate beyond material doubt that its search was 'reasonably calculated to uncover all relevant documents.'" *Valencia-Lucena v. United States Coast Guard*, 180 F.3d 321, 325 (D.C. Cir. 1999) (citing *Truitt v. Dep't of State*, 897 F.2d 540, 542 (D.C. Cir. 1990). Accordingly, the agency cannot limit its search to "only one or more places if there are additional sources 'that are likely to turn up the information requested.'" *Id.* at 326 (citing *Ogelsby v. United States Dep't of the Army*, 920 F.2d 57, 68 (D.C. Cir. 1990). Thus, if there are alternative indices or search methods that are available to the Federal Bureau of Investigation, then the Federal Bureau of Investigation has failed to satisfy its obligation under FOIA. *See Biberman v. Federal Bureau of Investigation*, 528 F. Supp. 1140 (S.D.N.Y. 1982) (holding that defendant failed to satisfy obligation under FOIA to the extent that they have failed to search all available indices which are reasonably likely to contain references to plaintiffs).

Second, the denial of the request is improper given the context in which this request arises. The request was made in connection with a petition for habeas corpus where the sentence of death has been imposed. The petitioner, Richard L. Sealey, spent over ten years of his adult life in federal custody. Thus, any files that the Federal Bureau of Investigation has may contain information critical to the outcome of his petition, and therefore, to the continuation of his life. This information cannot be obtained from any other source. Under these circumstances, Mr. Sealey has clearly established a sufficient predicate to justify further searching for these highly relevant records. *See Campbell v. United States Dep't of Justice*, 164 F.3d 20, 28 (D.C. Cir. 1998) (stating that "[a]s the relevance of some records may be more speculative than others, the proper inquiry is whether the requesting party has established a sufficient predicate to justify searching for a particular type of record").

Finally, we have identified additional information for Mr. Sealey. We have located the following FBI number for Mr. Sealey, "955653v2." We also identified an alias for Mr. Sealey, the name "Jeff Simms." In addition, Mr. Sealey's name has also been spelled as "Sealy." We therefore request that the search for records relating to Mr. Sealey be expanded to include his alias, Jeff Simms, as well as the alternate spelling of Mr. Sealey's surname, "Sealy."

I look forward to a decision on this appeal of the denial of my FOIA request within twenty (20) working days, as the law provides. Thank you for your consideration of this appeal.

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

September 10, 2007
Page 3

Very truly yours,

Seanna R. Brown

EXHIBIT "B"



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

July 12, 2007

MS SEANNA R BROWN
TROUTMAN SANDERS LLP
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174

Request No.: 1084225- 000
Subject: SEALEY, RICHARD LESLIE

Dear Requester:

    This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

    To promptly respond to requests, we concentrate on identifying main files in the central records system at FBI Headquarters. No records responsive to your FOIPA request were located by a search of the automated indices.

    You may file an administrative appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

    Enclosed for your information is a copy of the FBI File Fact Sheet.

                        Sincerely yours,

                        David M. Hardy
                        Section Chief,
                        Record/Information
                            Dissemination Section
                        Records Management Division

Enclosure

# FBI FILE FACT SHEET

- The primary function of the FBI is law enforcement.
  The FBI does not keep a file on every citizen of the United States.

- The FBI was not established until 1908 and we have very few records prior to the 1920's.

- FBI files generally contain reports of FBI investigations of a wide range of matters, including counterterrorism, foreign counter-intelligence, organized crime/drugs, violent crime, white-collar crime, applicants, and civil rights.

- The FBI does not issue clearances or nonclearances for anyone other than its own personnel or persons having access to FBI facilities. Background investigations for security clearances are conducted by many different Government agencies. Persons who received a clearance while in the military or employed with some other government agency should write directly to that entity.

- An FBI identification record or "rap sheet" is NOT the same as an FBI "file" – It is simply a listing of information taken from fingerprint cards submitted to the FBI in connection with arrests, federal employment, naturalization, or military service. The subject of a "rap sheet" may obtain a copy by submitting a written request to FBI, CJIS Division, Attn: SCU, Mod. D-2, 1000 Custer Hollow Road, Clarksburg, West Virginia 26306. Each request must have proof of identity which shall consist of name, date and place of birth and a set of rolled-ink fingerprint impressions placed upon fingerprint cards or forms commonly utilized for applicant or law enforcement purposes by law enforcement agencies, plus payment of $18.00 in the form of a certified check or money order, payable to the Treasury of the United States.

- The National Name Check Program (NNCP) conducts a search of the FBI's Universal Index to identify any information contained in FBI records that may be associated with an individual and provides the results of that search to the requesting Federal, State or local agency. For the NNCP, a name is searched in a multitude of combinations and phonetic spellings to ensure all records are located. The NNCP also searches for both "main" and "cross reference" files. A main file is an entry that carries the name corresponding to the subject of a file while a cross reference is merely a mention of an individual contained in a file. The results from a search of this magnitude can result in several "hits" and "idents" on an individual. In each instance where UNI has identified a name variation or reference, information must be reviewed to determine whether it is applicable to the individual in question.

- The Record/Information Dissemination Section/Freedom of Information-Privacy Acts (FOIPA) search for records provides copies of FBI files relevant to a FOIPA request for information. FOIPA provides responsive documents to requesters seeking "reasonably described information." For a FOIPA search, the subject name, event, activity, business, or event is searched to determine whether there is an investigative file associated with the subject. This is called a "main file search" and differs from The NNCP search.

FOR GENERAL INFORMATION ABOUT THE FBI,
CHECK OUT OUR WEBSITE AT
http://www.fbi.gov

3-23-04

EXHIBIT "B"



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

July 12, 2007

MS SEANNA R BROWN
TROUTMAN SANDERS LLP
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174

Request No.: 1084225- 000
Subject: SEALEY, RICHARD LESLIE

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the central records system at FBI Headquarters. No records responsive to your FOIPA request were located by a search of the automated indices.

You may file an administrative appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Enclosure

# FBI FILE FACT SHEET

- The primary function of the FBI is law enforcement.
  The FBI does not keep a file on every citizen of the United States.

- The FBI was not established until 1908 and we have very few records prior to the 1920's.

- FBI files generally contain reports of FBI Investigations of a wide range of matters, including counterterrorism, foreign counter-intelligence, organized crime/drugs, violent crime, white-collar crime, applicants, and civil rights.

- The FBI does not issue clearances or nonclearances for anyone other than its own personnel or persons having access to FBI facilities. Background investigations for security clearances are conducted by many different Government agencies. Persons who received a clearance while in the military or employed with some other government agency should write directly to that entity.

- An FBI identification record or "rap sheet" is NOT the same as an FBI "file" - it is simply a listing of information taken from fingerprint cards submitted to the FBI in connection with arrests, federal employment, naturalization, or military service. The subject of a "rap sheet" may obtain a copy by submitting a written request to FBI, CJIS Division, Attn: SCU, Mod. D-2, 1000 Custer Hollow Road, Clarksburg, West Virginia 26306. Each request must have proof of identity which shall consist of name, date and place of birth and a set of rolled-ink fingerprint impressions placed upon fingerprint cards or forms commonly utilized for applicant or law enforcement purposes by law enforcement agencies, plus payment of $18.00 in the form of a certified check or money order, payable to the Treasury of the United States.

- The National Name Check Program (NNCP) conducts a search of the FBI's Universal Index to identify any information contained in FBI records that may be associated with an individual and provides the results of that search to the requesting Federal, State or local agency. For the NNCP, a name is searched in a multitude of combinations and phonetic spellings to ensure all records are located. The NNCP also searches for both "main" and "cross reference" files. A main file is an entry that carries the name corresponding to the subject of a file while a cross reference is merely a mention of an individual contained in a file. The results from a search of this magnitude can result in several "hits" and "idents" on an individual. In each instance where UNI has identified a name variation or reference, information must be reviewed to determine whether it is applicable to the individual in question.

- The Record/Information Dissemination Section/Freedom of Information-Privacy Acts (FOIPA) search for records provides copies of FBI files relevant to a FOIPA request for information. FOIPA provides responsive documents to requesters seeking "reasonably described information." For a FOIPA search, the subject name, event, activity, business, or event is searched to determine whether there is an investigative file associated with the subject. This is called a "main file search" and differs from The NNCP search.

FOR GENERAL INFORMATION ABOUT THE FBI,
CHECK OUT OUR WEBSITE AT
http://www.fbi.gov

3-23-04

**EXHIBIT 11**



U.S. Department of Justice

Office of Information and Privacy

_____

Telephone: (202) 514-3642                Washington, D.C. 20530

SEP 1 7 2007


Seanna R. Brown, Esq.
Troutman Sanders LLP
The Chrysler Building                Re:   Appeal No. 07-2410
405 Lexington Ave.                         Request No. 1084225
New York, NY  10174                        JGM:KM

Dear Ms. Brown:

This responds to your letter dated September 10, 2007, in which you ask that this Office expedite processing of your appeal on behalf of Mr. Richard L. Sealey from the action of the Federal Bureau of Investigation on your request for records pertaining to Mr. Sealey.

Your appeal has been assigned number 07-2410.  Please mention this number in any future correspondence with this Office regarding this appeal.

After carefully considering your request, and based on the information presented, I believe that expedited processing of your appeal is warranted.  Accordingly, your appeal will be administratively adjudicated as quickly as practicable.

Sincerely,

Janice Galli McLeod
Associate Director

**EXHIBIT 12**

**U.S. Department of Justice**

Office of Information and Privacy

_____

Telephone: (202) 514-3642                    Washington, D.C. 20530

SEP 2 8 2007

Seanna R. Brown, Esq.
Troutman Sanders LLP
The Chrysler Building          Re:    Appeal No. 07-2410
405 Lexington Ave.                    Request No. 1084225
New York, NY 10174                    ADW:RMF

Dear Ms. Brown:

    You appealed on behalf of your client, Richard L. Sealey, from the action of the Headquarters Office of the Federal Bureau of Investigation on your client's request for access to records pertaining to himself.

    After carefully considering your appeal, I am affirming the FBI's action on your client's request. The FBI informed you that it could locate no records responsive to your client's request in its automated indices. I have determined that the FBI's response was correct.

    Although the FBI could locate no records responsive to your client's request at its Headquarters Office, my staff has looked into this and found that the Miami Field Office might maintain records that your client seeks. If you have not done so already, I suggest that you submit a request directly to the Miami Field Office. See 28 C.F.R. §§ 16.3(a), 16.41(a) (2007) (requests for records held by FBI field offices must be submitted to the field offices directly). Mr. Sealey may appeal any future adverse determination made by the FBI. The address for the Miami Field Office is:

                Federal Bureau of Investigation
                16320 Northwest 2nd Avenue
                North Miami Beach, FL  33169

    Regarding your comment about Mr. Sealey having an FBI number, it appears that he might be referring to his FBI identification record or "rap sheet." To obtain a copy of his rap sheet, Mr. Sealey needs to make a written request, including his full name, date and place of birth, a certified check or money order in the amount of $18 payable to the Treasury of the United States, and a set of rolled-inked fingerprint impressions placed upon fingerprint cards or forms commonly used by law enforcement agencies for applicant or law enforcement purposes. See 28 C.F.R. § 16.30-.34 (2007)(copy enclosed). Requests for access to rap sheet information must be addressed to:

- 2 -

Federal Bureau of Investigation
CJIS Division
ATTN:  SCU, Mod.D-2
1000 Custer Hollow Road
Clarksburg, WV  26306

If your client is dissatisfied with my action on your appeal, he may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Janice Galli McLeod
Associate Director

Enclosure

§ 16.30   Purpose and scope.
top

This subpart contains the regulations of the Federal Bureau of Investigation (FBI) concerning procedures to be followed when the subject of an identification record requests production of that record to review it or to obtain a change, correction, or updating of that record.

[Order No. 2258–99, 64 FR 52226, Sept. 28, 1999]
§ 16.31   Definition of identification record.
top

An FBI identification record, often referred to as a "rap sheet," is a listing of certain information taken from fingerprint submissions retained by the FBI in connection with arrests and, in some instances, includes information taken from fingerprints submitted in connection with federal employment, naturalization, or military service. The identification record includes the name of the agency or institution that submitted the fingerprints to the FBI. If the fingerprints concern a criminal offense, the identification record includes the date of arrest or the date the individual was received by the agency submitting the fingerprints, the arrest charge, and the disposition of the arrest if known to the FBI. All arrest data included in an identification record are obtained from fingerprint submissions, disposition reports, and other reports submitted by agencies having criminal justice responsibilities. Therefore, the FBI Criminal Justice Information Services Division is not the source of the arrest data reflected on an identification record.

[Order No. 2258–99, 64 FR 52226, Sept. 28, 1999]
§ 16.32   Procedure to obtain an identification record.
top

The subject of an identification record may obtain a copy thereof by submitting a written request via the U.S. mails directly to the FBI, Criminal Justice Information Services (CJIS) Division, ATTN: SCU, Mod. D–2, 1000 Custer Hollow Road, Clarksburg, WV 26306. Such request must be accompanied by satisfactory proof of identity, which shall consist of name, date and place of birth and a set of rolled-inked fingerprint impressions placed upon fingerprint cards or forms commonly utilized for applicant or law enforcement purposes by law enforcement agencies.

[Order No. 1134–86, 51 FR 16677, May 6, 1986, as amended by Order No. 2258–99, 64 FR 52226, Sept. 28, 1999]
§ 16.33   Fee for production of identification record.
top

Each written request for production of an identification record must be accompanied by a fee of $18 in the form of a certified check or money order, payable to the Treasury of the United States. This fee is established pursuant to the provisions of 31 U.S.C. 9701 and is based upon the clerical time beyond the first quarter hour to be spent in searching for, identifying, and reproducing each identification record requested as specified in §16.10. Any request for waiver of the fee shall accompany the original request for the identification record and shall include a

claim and proof of indigency. Subject to applicable laws, regulations, and directions of the Attorney General of the United States, the Director of the FBI may from time to time determine and establish a revised fee amount to be assessed under this authority. Notice relating to revised fee amounts shall be published in theFederal Register.

[Order No. 1943–94, 60 FR 38, Jan. 3, 1995, as amended by Order No. 2258–99, 64 FR 52226, Sept. 28, 1999]
§ 16.34   Procedure to obtain change, correction or updating of identification records.
top

If, after reviewing his/her identification record, the subject thereof believes that it is incorrect or incomplete in any respect and wishes changes, corrections or updating of the alleged deficiency, he/she should make application directly to the agency which contributed the questioned information. The subject of a record may also direct his/her challenge as to the accuracy or completeness of any entry on his/her record to the FBI, Criminal Justice Information Services (CJIS) Division, ATTN: SCU, Mod. D–2, 1000 Custer Hollow Road, Clarksburg, WV 26306. The FBI will then forward the challenge to the agency which submitted the data requesting that agency to verify or correct the challenged entry. Upon the receipt of an official communication directly from the agency which contributed the original information, the FBI CJIS Division will make any changes necessary in accordance with the information supplied by that agency.

[Order No. 1134–86, 51 FR 16677, May 6, 1986, as amended by Order No. 2258–99, 64 FR 52226, Sept. 28, 1999]

# EXHIBIT 13

# TROUTMAN SANDERS LLP

### ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NEW YORK 10174
www.troutmansanders.com
TELEPHONE: 212-704-6000
FACSIMILE: 212-704-6288

Seanna R. Brown
seanne.brown@troutmansanders.com

Direct Dial: 212-704-8448
Direct Fax: 212-704-5352

October 10, 2007

**BY FIRST CLASS MAIL**
Freedom of Information Act Officer
Federal Bureau of Investigation
Miami Field Office
16320 Northwest 2nd Avenue
North Miami Beach, FL 33169

Re:    Richard L. Sealey, D.O.B.- 4/18/1964, SSN-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, FBI No. 955653v2
       **This Regards a Death Penalty Case; Expedited Processing Requested.**

Dear Freedom of Information Act Officer:

Pursuant to the Freedom of Information Act, 5 U.S.C. §552, I respectfully request certified copies of all records, documents, and/or files in the possession or under the control of your office or agency and/or any person, division, department or similar subsection of your office or agency, regarding the above referenced individual, including, but not limited to material relating to:

any investigation, arrest, indictment, conviction, sentencing, incarceration, and/or parole of the above referenced individual.

We also request that you search for any files relating to the various aliases of Mr. Sealey, including "Jeff Simms," or "Richard Sealy."

A comprehensive, HIPPA compliant, notarized, release is enclosed authorizing the release of all records, files, and/or information pertaining to this individual that might otherwise be deemed confidential.

For the purposes of the request, the terms "records," "documents," and "files" are intended to include, without limitation, any and all written, typed printed, recorded, graphic, computer-generated, or other matter of any kind from which information can be derived, whether produced, reproduced, or stored on paper, cards, tapes, films, electronic facsimiles, computer

storage devices, or any other medium. They include, without limitation, letters, memoranda (including internal memoranda), calendars, schedules, books, indices, notes, printed forms, publications, press releases, notices, minutes, summaries or abstracts, reports, files, transcripts, computer tapes, printouts, drawings, photographs, recordings (including both videotapes and audiotapes), telegrams, and telex messages, as well as any reproductions thereof that differ in any way from any other reproduction, such as copies containing marginal notations.

Please certify all provided records. I understand that there may be a charge for certified records. Please provide an itemized statement of all incurred charges. Please note that this request is specifically for certified records and that no charges are authorized for the production of uncertified records.

If your search produces no records please send a signed, dated letter on letterhead to that effect. Please include in that letter any other departments or offices known to you that could have documents responsive to this request.

Further, to the extent that your office determines that any materials related to these requests are not responsive to this request or will not be disclosed, I request that your office make an item-by-item catalog of those materials not disclosed and the reasons for the non-disclosure.

These records are being requested as they relate to pending legal proceedings. The time constraints of these legal proceedings are pressing and require that I request all possible expediency on the part of your office and agency.

Thank you very much for all of your assistance in this matter. If any questions should arise during the search for these records, please do not hesitate to contact me at the number listed above.

Very truly yours,

Seanna R. Brown

2

State of: Georgia
County of: Butts

## AUTHORIZATION FOR RELEASE OF RECORDS AND DISCLOSURE OF PROTECTED HEALTH INFORMATION

I, Richard L. Sealey, date of birth, 4/18/1964, Social Security number, 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, hereby grant authorization to any public or private agency, institution, individual or corporation, including but not limited to any lawyer, law firm, school, youth facility, physician's office, hospital, mental health center, addiction treatment center, psychologist's or psychiatrist's office, department of family and children services, social service organization, jail, prison, correctional facility, bureau of investigation, department or probation and/or parole where I have been or currently am being educated, evaluated, treated, held or confined, or who has ever been involved in providing me with legal or other services, to release and disclose to the attorneys at the law firm of TROUTMAN SANDERS LLP and to any designated employee or representative of the firm, any and all of my files and records, or copies thereof, in their possession, including those files and records or portions thereof disclosing my protected physical and mental health information and to discuss with the afore-mentioned individuals and/or provide to them in writing confirmation of any medical and mental health treatment, condition, prognosis and any other information relevant to my health.

This authorization for release and disclosure to the above named attorney(s) or their designated representatives of my protected physical and mental health records, files, and information, (whether typed, handwritten, audiotaped, videotaped, electronically stored or transmitted, or otherwise generated or preserved), includes but is not limited to: emergency room records; x-rays; hospital inpatient records; hospital outpatient records; office based records; clinic records; institutional records; jail records; prison records; department of corrections records; behavioral and mental health treatment information; Medicaid records; laboratory and diagnostic findings; substance abuse treatment information; psychotherapy notes; doctors' notes; nurses' notes; counselors' notes; psychiatrists' notes; psychologists' notes; staff notes; correspondence; evaluations; test data and results; medication orders and prescriptions; reports; scans; measurements; transfers; assignments; admissions; discharges; and commitments.

I understand that the information in my records may include confidential AIDS/HIV test results, infection status, or treatment information; information regarding sexually transmitted diseases; information regarding other communicable diseases; information regarding treatment for alcohol and/or drug abuse; and information relating to behavioral and mental health diagnoses, care, and treatment. I authorize the release and disclosure of this information to the above named attorney(s) or their designated representatives.

I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient of the information and may then no longer be protected by federal privacy regulations. I understand that unless otherwise limited by state or federal regulations, I may revoke this Authorization at any time by presenting my revocation in writing, except to the extent that the entity disclosing such records has taken action in reliance on this authorization.

I agree that this authorization is as valid whether in the original, a photocopy, a facsimile, or in electronic form and expires one year from date of signature.

_Richard Sealey_

Sworn to or affirmed and subscribed before me this the 9 day of May, 2007.

_____

NOTARY PUBLIC
My commission expires:

Notary Public, Fulton County, Georgia
My Commission Expires June 28, 2008

# Privacy Waiver and Certification of Identity

FOIPA Request Number _____

Full Name: Richard Leslie Sealey

(if known)

Current Address: P.O. Box 3897

Jackson, GA 30223

Date of Birth: 4-18-1964 _____ Place of Birth: St. Croix, Virgin Islands

(Optional: Prior addresses, employments, aliases, etc., which may assist the FBI in locating the requested information) _____

_____

_____

**I hereby waive my right to privacy, and I authorize the FBI to release any and all information relating to me to :**

**(name, address, & phone of Attorney or other Designee)**

_____

_____

_____

_____

**Under penalty of perjury, I hereby declare that I am the person described above and understand that any falsification of this statement is punishable under the provisions of Title 18, United States Code (U.S.C.), Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years, or both; and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of Title 5, U.S.C., Section 552a (i)(3) as a misdemeanor and by a fine of not more than $5,000.**

Signature: X Richard Sealey                Date: 5-9-07

# EXHIBIT 14



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

*October 19, 2007*

MS. SEANNA R. BROWN
405 LEXINGTON AVENUE
NEW YORK, NY 10174

Request No.: 1096049- 000
Subject: SEALEY, RICHARD LESLIE

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the central records system in the Miami field office. No records responsive to your FOIPA request were located by a search of the automated indices.

You may file an administrative appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within thirty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Enclosure

**EXHIBIT 15**

# TROUTMAN SANDERS LLP

### ATTORNEYS AT LAW
#### A LIMITED LIABILITY PARTNERSHIP

THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NEW YORK 10174
www.troutmansanders.com
TELEPHONE: 212-704-6000
FACSIMILE: 212-704-8255

Seanna Brown
seanna.brown@troutmansanders.com

Direct Dial: 212-704-6448
Direct Fax: 212-704-8352

November 13, 2007

**BY FEDERAL EXPRESS**
Director
Office of Information and Privacy
United States Department of Justice
1425 New York Avenue
Suite 11050
Washington, D.C. 20530-0001

RE:     **Freedom of Information Act Appeal**
        **Richard L. Sealey, D.O.B. 4/18/1964, SSN 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, FBI No. 955653v2**
        **This Regards a Death Penalty Case; Expedited Processing Required.**

Dear Director:

This is an appeal under the Freedom of Information Act, 5 U.S.C. § 522 (hereinafter, "FOIA"). On October 10, 2007, I requested a copy of all documents, files, records, etc., in the possession or under the control of your office or agency, and/or any person, division, department or similar subsection of your office or agency, regarding the above referenced individual, including, but not limited to, material relating to:

Any investigation, arrest, indictment, conviction, sentencing, incarceration, and/or parole of the above-reference individual.

I also requested that the FBI search for any files relating to the various aliases of Mr. Sealey, including "Jeff Simms," or "Richard Sealy." A copy of the request letter is attached hereto as Exhibit A.

I received a response by letter dated October 19, 2007, from David M. Hardy, Section Chief, stating that no records responsive to my request were located by a search of the automated indices. A copy of this letter is attached hereto as Exhibit B.

Pursuant to the Freedom of Information Act, 5 U.S.C. 552, I hereby appeal that denial. In filing this appeal, I wish to direct your attention to a letter dated September 28, 2007 from Janice McLeod, Associate Director, United States Department of Justice, Office of Information and

ATLANTA · HONG KONG · LONDON · NEW YORK · NEWARK · NORFOLK · RALEIGH
RICHMOND · SHANGHAI · TYSONS CORNER · VIRGINIA BEACH · WASHINGTON, D.C.

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

Director
November 13, 2007
Page 2

Privacy, attached hereto as Exhibit C. In the letter of September 28, Ms. McLeod states that her staff "looked into this and found that the Miami Field Office might maintain records that your client seeks." *See* Exhibit C.

The Miami Field Office's search is clearly inadequate. The agency has made nothing more than a perfunctory search to locate the files and has thus failed to meet its obligations under FOIA. "An agency fulfills its obligations under FOIA if it can demonstrate beyond material doubt that its search was 'reasonably calculated to uncover all relevant documents.'" *Valencia-Lucena v. United States Coast Guard*, 180 F.3d 321, 325 (D.C. Cir. 1999) (citing *Truitt v. Dep't of State*, 897 F.2d 540, 542 (D.C. Cir. 1990). Accordingly, the agency cannot limit its search to "only one or more places if there are additional sources 'that are likely to turn up the information requested.'" *Id.* at 326 (citing *Ogelsby v. United States Dep't of the Army*, 920 F.2d 57, 68 (D.C. Cir. 1990)). Thus, if an agency has reason to know that certain places may contain responsive documents, it is obligated under FOIA to search barring an undue burden. *See id.*

Here, Ms. McLeod's staff has information suggesting that the Miami Field Office has relevant information about Mr. Sealey. *See* Exhibit C. Thus, the Miami Field office cannot limit its search to the main files in the central records system of the Miami office if there are additional sources that are likely to turn up the information requested. *See Valencia-Lucena*, 180 F.3d at 328. A simple telephone call within the agency to Ms. McLeod's staff could provide the Miami Field Office with direction as to how to locate files responsive to my request, hardly an "undue burden." *Id.* In addition, if the Miami Field Office has or receives indications that information responsive to my request can be located through a search of difference indices, then the Miami Field Office must do so to fulfill its obligations under FOIA. *Id.*

Moreover, the Miami Field Office's failure to search more than the automated indices is also inadequate given the context in which this request arises. The request was made in connection with a petition for habeas corpus where the sentence of death has been imposed. Under these circumstances, Mr. Sealey has clearly established a sufficient predicate to justify further searching for these highly relevant records. *See Campbell v. United States Dep't of Justice*, 164 F.3d 20, 28 (D.C. Cir. 1998) (stating that "[a]s the relevance of some records may be more speculative than others, the proper inquiry is whether the requesting party has established a sufficient predicate to justify searching for a particular type of record").

I look forward to a decision on this appeal of the denial of my FOIA request within twenty (20) working days, as the law provides. Thank you for your consideration of this appeal.

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

Director
November 13, 2007
Page 3

Very truly yours,

Seanna Brown

# EXHIBIT "A"

# TROUTMAN SANDERS LLP

### ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NEW YORK 10174
www.troutmansanders.com
TELEPHONE: 212-704-6000
FACSIMILE: 212-704-6288

Seanna R. Brown
seanna.brown@troutmansanders.com

Direct Dial: 212-704-6449
Direct Fax: 212-704-6352

October 10, 2007

**BY FIRST CLASS MAIL**
Freedom of Information Act Officer
Federal Bureau of Investigation
Miami Field Office
16320 Northwest 2nd Avenue
North Miami Beach, FL 33169

Re:    Richard L. Sealey, D.O.B.- 4/18/1964, SSN-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, FBI No. 955653v2
       This Regards a Death Penalty Case; Expedited Processing Requested.

Dear Freedom of Information Act Officer:

Pursuant to the Freedom of Information Act, 5 U.S.C. §552, I respectfully request certified copies of all records, documents, and/or files in the possession or under the control of your office or agency and/or any person, division, department or similar subsection of your office or agency, regarding the above referenced individual, including, but not limited to material relating to:

any investigation, arrest, indictment, conviction, sentencing, incarceration, and/or parole of the above referenced individual.

We also request that you search for any files relating to the various aliases of Mr. Sealey, including "Jeff Simms," or "Richard Sealy."

A comprehensive, HIPPA compliant, notarized, release is enclosed authorizing the release of all records, files, and/or information pertaining to this individual that might otherwise be deemed confidential.

For the purposes of the request, the terms "records," "documents," and "files" are intended to include, without limitation, any and all written, typed printed, recorded, graphic, computer-generated, or other matter of any kind from which information can be derived, whether produced, reproduced, or stored on paper, cards, tapes, films, electronic facsimiles, computer

storage devices, or any other medium. They include, without limitation, letters, memoranda (including internal memoranda), calendars, schedules, books, indices, notes, printed forms, publications, press releases, notices, minutes, summaries or abstracts, reports, files, transcripts, computer tapes, printouts, drawings, photographs, recordings (including both videotapes and audiotapes), telegrams, and telex messages, as well as any reproductions thereof that differ in any way from any other reproduction, such as copies containing marginal notations.

Please certify all provided records. I understand that there may be a charge for certified records. Please provide an itemized statement of all incurred charges. Please note that this request is specifically for certified records and that no charges are authorized for the production of uncertified records.

If your search produces no records please send a signed, dated letter on letterhead to that effect. Please include in that letter any other departments or offices known to you that could have documents responsive to this request.

Further, to the extent that your office determines that any materials related to these requests are not responsive to this request or will not be disclosed, I request that your office make an item-by-item catalog of those materials not disclosed and the reasons for the non-disclosure.

These records are being requested as they relate to pending legal proceedings. The time constraints of these legal proceedings are pressing and require that I request all possible expediency on the part of your office and agency.

Thank you very much for all of your assistance in this matter. If any questions should arise during the search for these records, please do not hesitate to contact me at the number listed above.

Very truly yours,

Seanna R. Brown

2

State of: Georgia
County of: Butts

## AUTHORIZATION FOR RELEASE OF RECORDS AND DISCLOSURE OF PROTECTED HEALTH INFORMATION

I, Richard L. Sealey, date of birth, 4/18/1964, Social Security number, 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, hereby grant authorization to any public or private agency, institution, individual or corporation, including but not limited to any lawyer, law firm, school, youth facility, physician's office, hospital, mental health center, addiction treatment center, psychologist's or psychiatrist's office, department of family and children services, social service organization, jail, prison, correctional facility, bureau of investigation, department or probation and/or parole where I have been or currently am being educated, evaluated, treated, held or confined, or who has ever been involved in providing me with legal or other services, to release and disclose to the attorneys at the law firm of TROUTMAN SANDERS LLP and to any designated employee or representative of the firm, any and all of my files and records, or copies thereof, in their possession, including those files and records or portions thereof disclosing my protected physical and mental health information and to discuss with the afore-mentioned individuals and/or provide to them in writing confirmation of any medical and mental health treatment, condition, prognosis and any other information relevant to my health.

This authorization for release and disclosure to the above named attorney(s) or their designated representatives of my protected physical and mental health records, files, and information, (whether typed, handwritten, audiotaped, videotaped, electronically stored or transmitted, or otherwise generated or preserved), includes but is not limited to: emergency room records; x-rays; hospital inpatient records; hospital outpatient records; office based records; clinic records; institutional records; jail records; prison records; department of corrections records; behavioral and mental health treatment information; Medicaid records; laboratory and diagnostic findings; substance abuse treatment information; psychotherapy notes; doctors' notes; nurses' notes; counselors' notes; psychiatrists' notes; psychologists' notes; staff notes; correspondence; evaluations; test data and results; medication orders and prescriptions; reports; scans; measurements; transfers; assignments; admissions; discharges; and commitments.

I understand that the information in my records may include confidential AIDS/HIV test results, infection status, or treatment information; information regarding sexually transmitted diseases; information regarding other communicable diseases; information regarding treatment for alcohol and/or drug abuse; and information relating to behavioral and mental health diagnoses, care, and treatment. I authorize the release and disclosure of this information to the above named attorney(s) or their designated representatives.

I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient of the information and may then no longer be protected by federal privacy regulations. I understand that unless otherwise limited by state or federal regulations, I may revoke this Authorization at any time by presenting my revocation in writing, except to the extent that the entity disclosing such records has taken action in reliance on this authorization.

I agree that this authorization is as valid whether in the original, a photocopy, a facsimile, or in electronic form and expires one year from date of signature.

_Richard Sealey_

Sworn to or affirmed and subscribed before me this the 9 day of May 2007.

_____
NOTARY PUBLIC
My commission expires:

Notary Public, Fulton County, Georgia
My Commission Expires June 28, 2009

## Privacy Waiver and Certification of Identity

FOIPA Request Number _____

Full Name: Richard Leslie Sealey (if known)

Current Address: P.O. Box 3877

Jackson, GA 30223

Date of Birth: 4-18-1964    Place of Birth: St. Croix, Virgin Islands

(Optional: Prior addresses, employments, aliases, etc., which may assist the FBI in locating the requested information) _____

_____

_____

I hereby waive my right to privacy, and I authorize the FBI to release any and all information relating to me to :

(name, address, & phone of Attorney or other Designee)

_____

_____

_____

Under penalty of perjury, I hereby declare that I am the person described above and understand that any falsification of this statement is punishable under the provisions of Title 18, United States Code (U.S.C.), Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years, or both; and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of Title 5, U.S.C., Section 552a (i)(3) as a misdemeanor and by a fine of not more than $5,000.

Signature: X Richard Sealey    Date: 5-9-07

# EXHIBIT "B"



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

*October 19, 2007*

MS. SEANNA R. BROWN
405 LEXINGTON AVENUE
NEW YORK, NY 10174

Request No.: 1096049- 000
Subject: SEALEY, RICHARD LESLIE

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the central records system in the Miami field office. No records responsive to your FOIPA request were located by a search of the automated indices.

You may file an administrative appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within thirty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Enclosure

# EXHIBIT "C"



**U.S. Department of Justice**

Office of Information and Privacy

_____

*Telephone: (202) 514-3642*                        *Washington, D.C. 20530*

SEP 28 2007

Seanna R. Brown, Esq.
Troutman Sanders LLP
The Chrysler Building                  Re:    Appeal No. 07-2410
405 Lexington Ave.                             Request No. 1084225
New York, NY 10174                             ADW:RMF

Dear Ms. Brown:

You appealed on behalf of your client, Richard L. Sealey, from the action of the Headquarters Office of the Federal Bureau of Investigation on your client's request for access to records pertaining to himself.

After carefully considering your appeal, I am affirming the FBI's action on your client's request. The FBI informed you that it could locate no records responsive to your client's request in its automated indices. I have determined that the FBI's response was correct.

Although the FBI could locate no records responsive to your client's request at its Headquarters Office, my staff has looked into this and found that the Miami Field Office might maintain records that your client seeks. If you have not done so already, I suggest that you submit a request directly to the Miami Field Office. See 28 C.F.R. §§ 16.3(a), 16.41(a) (2007) (requests for records held by FBI field offices must be submitted to the field offices directly). Mr. Sealey may appeal any future adverse determination made by the FBI. The address for the Miami Field Office is:

Federal Bureau of Investigation
16320 Northwest 2nd Avenue
North Miami Beach, FL  33169

Regarding your comment about Mr. Sealey having an FBI number, it appears that he might be referring to his FBI identification record or "rap sheet." To obtain a copy of his rap sheet, Mr. Sealey needs to make a written request, including his full name, date and place of birth, a certified check or money order in the amount of $18 payable to the Treasury of the United States, and a set of rolled-inked fingerprint impressions placed upon fingerprint cards or forms commonly used by law enforcement agencies for applicant or law enforcement purposes. See 28 C.F.R. § 16.30-.34 (2007)(copy enclosed). Requests for access to rap sheet information must be addressed to:

-2-

Federal Bureau of Investigation
CJIS Division
ATTN: SCU, Mod.D-2
1000 Custer Hollow Road
Clarksburg, WV 26306

If your client is dissatisfied with my action on your appeal, he may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Janice Galli McLeod
Associate Director

Enclosure

§ 16.30  Purpose and scope.
top

This subpart contains the regulations of the Federal Bureau of Investigation (FBI) concerning procedures to be followed when the subject of an identification record requests production of that record to review it or to obtain a change, correction, or updating of that record.

[Order No. 2258–99, 64 FR 52226, Sept. 28, 1999]
§ 16.31  Definition of identification record.
top

An FBI identification record, often referred to as a "rap sheet," is a listing of certain information taken from fingerprint submissions retained by the FBI in connection with arrests and, in some instances, includes information taken from fingerprints submitted in connection with federal employment, naturalization, or military service. The identification record includes the name of the agency or institution that submitted the fingerprints to the FBI. If the fingerprints concern a criminal offense, the identification record includes the date of arrest or the date the individual was received by the agency submitting the fingerprints, the arrest charge, and the disposition of the arrest if known to the FBI. All arrest data included in an identification record are obtained from fingerprint submissions, disposition reports, and other reports submitted by agencies having criminal justice responsibilities. Therefore, the FBI Criminal Justice Information Services Division is not the source of the arrest data reflected on an identification record.

[Order No. 2258–99, 64 FR 52226, Sept. 28, 1999]
§ 16.32  Procedure to obtain an identification record.
top

The subject of an identification record may obtain a copy thereof by submitting a written request via the U.S. mails directly to the FBI, Criminal Justice Information Services (CJIS) Division, ATTN: SCU, Mod. D–2, 1000 Custer Hollow Road, Clarksburg, WV 26306. Such request must be accompanied by satisfactory proof of identity, which shall consist of name, date and place of birth and a set of rolled-inked fingerprint impressions placed upon fingerprint cards or forms commonly utilized for applicant or law enforcement purposes by law enforcement agencies.

[Order No. 1134–86, 51 FR 16677, May 6, 1986, as amended by Order No. 2258–99, 64 FR 52226, Sept. 28, 1999]
§ 16.33  Fee for production of identification record.
top

Each written request for production of an identification record must be accompanied by a fee of $18 in the form of a certified check or money order, payable to the Treasury of the United States. This fee is established pursuant to the provisions of 31 U.S.C. 9701 and is based upon the clerical time beyond the first quarter hour to be spent in searching for, identifying, and reproducing each identification record requested as specified in §16.10. Any request for waiver of the fee shall accompany the original request for the identification record and shall include a

claim and proof of indigency. Subject to applicable laws, regulations, and directions of the Attorney General of the United States, the Director of the FBI may from time to time determine and establish a revised fee amount to be assessed under this authority. Notice relating to revised fee amounts shall be published in theFederal Register.

[Order No. 1943–94, 60 FR 38, Jan. 3, 1995, as amended by Order No. 2258–99, 64 FR 52226, Sept. 28, 1999]

§ 16.34   Procedure to obtain change, correction or updating of identification records.

top

If, after reviewing his/her identification record, the subject thereof believes that it is incorrect or incomplete in any respect and wishes changes, corrections or updating of the alleged deficiency, he/she should make application directly to the agency which contributed the questioned information. The subject of a record may also direct his/her challenge as to the accuracy or completeness of any entry on his/her record to the FBI, Criminal Justice Information Services (CJIS) Division, ATTN: SCU, Mod. D–2, 1000 Custer Hollow Road, Clarksburg, WV 26306. The FBI will then forward the challenge to the agency which submitted the data requesting that agency to verify or correct the challenged entry. Upon the receipt of an official communication directly from the agency which contributed the original information, the FBI CJIS Division will make any changes necessary in accordance with the information supplied by that agency.

[Order No. 1134–86, 51 FR 16677, May 6, 1986, as amended by Order No. 2258–99, 64 FR 52226, Sept. 28, 1999]

**EXHIBIT 16**



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

NOV 2 0 2007

Seanna R. Brown, Esq.
Troutman Sanders LLP
The Chrysler Building                    Re:   Appeal No. 08-0287
405 Lexington Ave.                              Request No. 1096049
New York, NY  10174                             JGM:KM

Dear Ms. Brown:

This responds to your letter dated November 13, 2007, in which you ask that this Office expedite processing of your appeal on behalf of Mr. Richard L. Sealey from the action of the Miami Field Office of the Federal Bureau of Investigation on your request for records pertaining to Mr. Sealey.

Your appeal has been assigned number **08-0287**.  Please mention this number in any future correspondence with this Office regarding this appeal.

After carefully considering your request, and based on the information presented, I believe that expedited processing of your appeal is warranted.  Accordingly, your appeal will be administratively adjudicated as quickly as practicable.

Sincerely,

Janice Galli McLeod
Associate Director

# EXHIBIT 17



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

DEC 0 7 2007

Seanna R. Brown, Esq.
Troutman Sanders LLP
The Chrysler Building                Re:    Appeal No. 08-0287
405 Lexington Ave.                          Request No. 1096049
New York, NY  10174                         JGM:RMF

Dear Ms. Brown:

     You appealed on behalf of your client, Richard L. Sealey, from the action of the Miami Field Office of the Federal Bureau of Investigation on his request for access to records pertaining to himself.

     After carefully considering your appeal, I am remanding your request to the FBI for a further search for records at both FBI Headquarters and its Miami Field Office, specifically including "cross-reference" records. If the FBI locates responsive records through this search, it will send any and all releasable portions of them to you directly, subject to any applicable fees. You may appeal any future adverse determination made by the FBI.

     If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

                Sincerely,

                Janice Galli McLeod
                Associate Director

# EXHIBIT 18

# TROUTMAN SANDERS LLP

### ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NEW YORK 10174
www.troutmansanders.com
TELEPHONE: 212-704-6000
FACSIMILE: 212-704-6288

Seanna R. Brown
seanna.brown@troutmansanders.com

Direct Dial:  212-704-8448
Direct Fax:  212-704-8352

June 22, 2007

**BY FIRST CLASS MAIL**
Freedom of Information Act/Privacy Act Mail Referral Unit
Justice Management Division
U.S. Department of Justice
Room 1070, NPB
950 Pennsylvania Avenue
N.W., Washington, D.C. 20530-0001

Re:   Richard L. Sealey, D.O.B.- 4/18/1964, SSN-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
      **This Regards a Death Penalty Case; Expedited Processing Requested.**

Dear Freedom of Information Act Officer:

Pursuant to the Freedom of Information Act, 5 U.S.C. §552, I respectfully request certified copies of all records, documents, and/or files in the possession or under the control of your office or agency and/or any person, division, department or similar subsection of your office or agency, regarding the above referenced individual, including, but not limited to material relating to:

any investigation, arrest, indictment, conviction, sentencing, incarceration, and/or parole of the above referenced individual.

A comprehensive, HIPPA compliant, notarized, release is enclosed authorizing the release of all records, files, and/or information pertaining to this individual that might otherwise be deemed confidential.

For the purposes of the request, the terms "records," "documents," and "files" are intended to include, without limitation, any and all written, typed printed, recorded, graphic, computer-generated, or other matter of any kind from which information can be derived, whether produced, reproduced, or stored on paper, cards, tapes, films, electronic facsimiles, computer storage devices, or any other medium. They include, without limitation, letters, memoranda (including internal memoranda), calendars, schedules, books, indices, notes, printed forms, publications, press releases, notices, minutes, summaries or abstracts, reports, files, transcripts,

ATLANTA · HONG KONG · LONDON · NEW YORK · NEWARK · NORFOLK · RALEIGH
RICHMOND · SHANGHAI · TYSONS CORNER · VIRGINIA BEACH · WASHINGTON, D.C.

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

Freedom of Information Act Officer
June 22, 2007
Page 2

computer tapes, printouts, drawings, photographs, recordings (including both videotapes and audiotapes), telegrams, and telex messages, as well as any reproductions thereof that differ in any way from any other reproduction, such as copies containing marginal notations.

Please certify all provided records. I understand that there may be a charge for certified records. Please provide an itemized statement of all incurred charges. Please note that this request is specifically for certified records and that no charges are authorized for the production of uncertified records.

If your search produces no records please send a signed, dated letter on letterhead to that effect. Please include in that letter any other departments or offices known to you that could have documents responsive to this request.

Further, to the extent that your office determines that any materials related to these requests are not responsive to this request or will not be disclosed, I request that your office make an item-by-item catalog of those materials not disclosed and the reasons for the non-disclosure.

These records are being requested as they relate to pending legal proceedings. The time constraints of these legal proceedings are pressing and require that I request all possible expediency on the part of your office and agency.

Thank you very much for all of your assistance in this matter. If any questions should arise during the search for these records, please do not hesitate to contact me at the number listed above.

Very truly yours,

Seanna R. Brown

State of: Georgia
County of: Butts

## AUTHORIZATION FOR RELEASE OF RECORDS AND DISCLOSURE OF PROTECTED HEALTH INFORMATION

I, Richard L. Sealey, date of birth, 4/18/1964, Social Security number, 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, hereby grant authorization to any public or private agency, institution, individual or corporation, including but not limited to any lawyer, law firm, school, youth facility, physician's office, hospital, mental health center, addiction treatment center, psychologist's or psychiatrist's office, department of family and children services, social service organization, jail, prison, correctional facility, bureau of investigation, department or probation and/or parole where I have been or currently am being educated, evaluated, treated, held or confined, or who has ever been involved in providing me with legal or other services, to release and disclose to the attorneys at the law firm of TROUTMAN SANDERS LLP and to any designated employee or representative of the firm, any and all of my files and records, or copies thereof, in their possession, including those files and records or portions thereof disclosing my protected physical and mental health information and to discuss with the afore-mentioned individuals and/or provide to them in writing confirmation of any medical and mental health treatment, condition, prognosis and any other information relevant to my health.

This authorization for release and disclosure to the above named attorney(s) or their designated representatives of my protected physical and mental health records, files, and information, (whether typed, handwritten, audiotaped, videotaped, electronically stored or transmitted, or otherwise generated or preserved), includes but is not limited to: emergency room records; x-rays; hospital inpatient records; hospital outpatient records; office based records; clinic records; institutional records; jail records; prison records; department of corrections records; behavioral and mental health treatment information; Medicaid records; laboratory and diagnostic findings; substance abuse treatment information; psychotherapy notes; doctors' notes; nurses' notes; counselors' notes; psychiatrists' notes; psychologists' notes; staff notes; correspondence; evaluations; test data and results; medication orders and prescriptions; reports; scans; measurements; transfers; assignments; admissions; discharges; and commitments.

I understand that the information in my records may include confidential AIDS/HIV test results, infection status, or treatment information; information regarding sexually transmitted diseases; information regarding other communicable diseases; information regarding treatment for alcohol and/or drug abuse; and information relating to behavioral and mental health diagnoses, care, and treatment. I authorize the release and disclosure of this information to the above named attorney(s) or their designated representatives.

I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient of the information and may then no longer be protected by federal privacy regulations. I understand that unless otherwise limited by state or federal regulations, I may revoke this Authorization at any time by presenting my revocation in writing, except to the extent that the entity disclosing such records has taken action in reliance on this authorization.

I agree that this authorization is as valid whether in the original, a photocopy, a facsimile, or in electronic form and expires one year from date of signature.

_Richard Sealey_

Sworn to or affirmed and subscribed before me this the 9 day of May, 2007.

_____
NOTARY PUBLIC
My commission expires:

Notary Public, Fulton County, Georgia
My Commission Expires June 28, 2009

**EXHIBIT 19**



**U.S. Department of Justice**

*Washington, D.C. 20530*

JUL 1 2 2007

Seanna R. Brown                    Re: Richard L. Sealey
Troutman Sanders, LLP
405 Lexington Avenue
New York, NY  10174

Dear Ms. Brown:

Your Freedom of Information Act and/or Privacy Act (FOIA/PA) request was received by this office which serves as the receipt and referral unit for FOIA/PA requests addressed to the Department of Justice (DOJ). Federal agencies are required to respond to a FOIA request within 20 business days. This period does not begin until the request is actually received by the component within the DOJ that maintains the records sought.

We have referred your request to the DOJ component(s) you have designated or, based on descriptive information you have provided, to the component(s) most likely to have the records. The component(s) to which your request has been forwarded are indicated on the enclosed FOIA/PA Referral/Action Slip. All future inquiries concerning the status of your request should be addressed to the component(s) which now has your letter for response. For your convenience, we have enclosed the List of Department of Justice Components, Functions and Records Maintained.

Sincerely,

Ronald Deacon, Director
Facilities and Administrative
    Services Staff
Justice Management Division

Enclosures
FOIA/PA Referral/Action Slip
List of Department of Justice Components,
    Functions and Records Maintained

U.S. Department of Justice
Justice Management Division

**Freedom of Information Act/Privacy Act
Referral/Action Slip**

Clerk: M. Barnes

Date:

Organization: JMD/FASS

IJUL 1 2 2007

Building & Room: LOC, 113

| To | From | | To | From |
|---|---|---|---|---|
| ☐ | ☐ Office of Information & Privacy | | ☐ | ☐ Immigration Review, Executive Office for |
| | _____ | | ☐ | ☐ Inspector General, Office of |
| | _____ | | ☐ | ☐ Intelligence Policy and Review, Office of |
| | _____ | | ☐ | ☐ INTERPOL, U.S. National Central Bureau |
| | _____ | | ☐ | ☐ Justice Management Division |
| ☐ | ☐ Antitrust Division | | | Staff: _____ |
| ☐ | ☐ Bureau of Alcohol, Tobacco, Firearms | | ☐ | ☐ Justice Programs, Office of |
| | and Explosives | | | |
| ☐ | ☐ Civil Division | | ☐ | ☐ Legal Counsel, Office of |
| ☐ | ☐ Civil Rights Division | | ☐ | ☐ National Drug Intelligence Center |
| ☐ | ☐ Community Relations Service | | ☐ | ☐ Pardon Attorney, Office of |
| ☐ | ☐ Community Oriented Policing Services | | ☐ | ☐ Professional Responsibility Advisory Office |
| ☑ | ☐ Criminal Division | | ☐ | ☐ Professional Responsibility, Office of |
| ☐ | ☐ Dispute Resolution, Office of | | ☐ | ☐ Solicitor General, Office of |
| ☐ | ☐ Drug Enforcement Administration | | ☐ | ☐ Tax Division |
| ☐ | ☐ Environment & Natural Resources Division | | ☑ | ☐ U.S. Attorneys, Executive Office for |
| ☑ | ☐ Federal Bureau of Prisons | | ☐ | ☐ U.S. Marshals Service |
| ☑ | ☐ Federal Bureau of Investigation | | ☑ | ☐ U.S. Parole Commission |
| ☐ | ☐ Federal Detention Trustee, Office of | | ☐ | ☐ U.S. Trustees, Executive Office for |
| ☐ | ☐ Foreign Claims Settlement Commission | | ☐ | ☐ _____ |

Requester: _Seanna R. Brown_____

Ref: _Richard L. Sealey_____

Date of Request: _June 22, 2007_____

Received By: _FOIA/PA Mail Referral Unit_____ Type of Request: _FOI/PA_____

Remarks: _Requester advised of this referral._

FORM JMD-481
Rev. Mar. 2004

## ATTACHMENT B

### Listing and Descriptions of Department of Justice Components, Addresses, Locations of Reading Rooms, and Descriptions of Information Routinely Made Publicly Available, and Multitrack Processing

This attachment lists the subdivisions or "components" of the Department of Justice, with a brief description of their functions. Whenever a component requires special information in order to respond to a Freedom of Information Act (FOIA) request, this is noted immediately below the listing. If a component employs multitrack processing of FOIA requests, it also has provided a description of its multitrack processing system. Also following each component listing is a general description of the types of information that the component makes publicly available without requiring that a formal FOIA request be made. If you are interested in such information, please contact the component, either in writing or by telephone.

For most other materials, FOIA requests must be made in writing. You are encouraged to write directly to the addresses provided below in order to speed up the handling of your request. However, if you are unable to identify the Department component(s) most likely to have the records, you may send your request to the Freedom of Information Act/Privacy Act Mail Referral Unit, Justice Management Division, U.S. Department of Justice, Room 1070, NPB, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530-0001, which will then forward your request to the appropriate component(s). In either case, please mark the envelope "Freedom of Information Act Request."

All reading room records created by the Justice Department on or after November 1, 1996 are available through the Department's FOIA site on the World Wide Web site (www.usdoj.gov/foia) under "Reading Rooms." This site provides links to each component's FOIA page, which should indicate which records are available electronically. Persons without access to the World Wide Web may access the Department's electronic reading rooms at Room 10200, PHB, 601 D Street, N.W., Washington, D.C. Where an individual component also maintains a separate reading room, that reading room location is also noted following the component description. Before visiting a component's reading room, be sure to first contact the component to determine the hours during which the reading room may be open (or to schedule a visit) and to verify that any specific document or information that you are seeking is, in fact, maintained in the reading room.

The following list of Justice Department components is in alphabetical order:

*ANTITRUST DIVISION* – Requests for Antitrust Division records should be addressed to:

FOIA/PA Officer
Antitrust Division
Department of Justice
Suite 200, Liberty Place Building
Washington, D.C. 20530-0001
(202) 514-2692

The Antitrust Division is charged with the general enforcement, by criminal and civil proceedings, of federal antitrust laws and other laws relating to the protection of competition and the prohibition of monopolization and restraints of trade. This Division maintains files of its investigations and legal cases, stores documents utilized during such investigations and litigation, and keeps records pertaining to the administration of the Division.

Special information required: No special information is required for your request, but please be as specific as possible.

Publicly available information: Public documents located on this Division's Web site include public court and administrative filings, such as complaints, indictments, final judgments, statements of policy, staff manuals, and guidelines; press releases; speeches; congressional testimony; business review letters; and the Division telephone book.

Multitrack processing: FOIA requests are placed in one of three tracks. Track one is for those requests which seek and receive expedited processing pursuant to subsection (a)(6)(E) of the FOIA. Track two is for those requests which do not involve voluminous records or lengthy consultations with other entities. Track three is for those requests which involve voluminous records and for which lengthy or numerous consultations are required, or those requests which may involve sensitive records.


*OFFICE OF THE ASSOCIATE ATTORNEY GENERAL* – Requests for Associate Attorney General records should be addressed to:

Deputy Director
Office of Information and Privacy
Department of Justice
Suite 570, Flag Building
Washington, D.C. 20530-0001
(202) 514-FOIA

The Associate Attorney General advises and assists the Attorney General and the Deputy Attorney General in formulating and implementing Departmental policies and programs pertaining to a broad range of civil justice, federal and local law enforcement, and public safety matters. The Office oversees the following Department of Justice components: the Antitrust, Civil, Civil Rights, Environment and Natural Resources, and Tax Divisions, the Office of Justice Programs, the Office of Community Oriented Policing Services (COPS), the Community Relations Service, the Office of Dispute Resolution, the Office on Violence Against Women, the Office of Information and Privacy, the Executive Office for United States Trustees, and the Foreign Claims Settlement Commission. Records maintained include those relating to the administration of the office.

Special information required: None.

Publicly available information: Information and reports considered to be of significant public interest.

Multitrack processing: FOIA requests are placed in one of three tracks. Track one is for those requests which seek and receive expedited processing pursuant to subsection (a)(6)(E) of the FOIA. Track two is for those requests which do not involve voluminous records or lengthy consultations with other entities. Track three is for those requests which involve voluminous records and for which lengthy or numerous consultations are required, or those requests which may involve sensitive records.


*OFFICE OF THE ATTORNEY GENERAL* – Requests for Attorney General records should be addressed to:

Deputy Director
Office of Information and Privacy
Department of Justice
Suite 570, Flag Building
Washington, D.C. 20530-0001
(202) 514-FOIA

The Attorney General is responsible for the overall supervision and direction of the administration and operation of the Department. The Attorney General represents the United States in legal matters generally and furnishes advice and opinions on legal matters to the President, the Cabinet, heads of the executive departments, and other agencies of the federal government. Records maintained include those relating to the administration of the office.

Special information required: None.

Publicly available information: Information and reports considered to be of significant public interest.

Multitrack processing: FOIA requests are placed in one of three tracks. Track one is for those requests which seek and receive expedited processing pursuant to subsection (a)(6)(E) of the FOIA. Track two is for those requests which do not involve voluminous records or lengthy consultations with other entities. Track three is for those requests which involve voluminous records and for which lengthy or numerous consultations are required, or those requests which may involve sensitive records.

*BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES* – Requests for Bureau of Alcohol, Tobacco, Firearms, and Explosives records should be addressed to:

Division Chief
Bureau of Alcohol, Tobacco, Firearms, and Explosives
Department of Justice
Room 8400, 650 Massachusetts Avenue, N.W.
Washington, D.C. 20226
(202) 927-8480

The Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) conducts criminal investigations, regulates the firearms and explosives industries, and assists other law enforcement agencies in order to suppress violent crime and protect the public. The ATF removes violent offenders and criminal organizations from the community; assists prosecutors in incarcerating violent offenders; provides leadership to solve violent crime; denies criminals access to firearms by stopping illegal firearms traffickers; works with the firearms and explosives industries to ensure compliance with regulations and record keeping requirements; promotes comprehensive crime gun tracing; safeguards the public from explosives and arson incidents; supports interagency counterterrorism effort; assists state, local, and other federal law enforcement agencies by establishing and conducting law enforcement training and research programs; investigates thefts and losses of firearms and explosives; allows only qualified applicants to become licensed in firearms and explosives industries; conducts revenue investigations in conjunction with alcohol and tobacco diversion investigations; and prevents criminal encroachment of the legitimate alcohol and tobacco industries. ATF also maintains records relating to the administration of the bureau.

Special information required: None.

Publicly available information: A request for a listing of Federal Firearms Licensee's (FFL's) in your residential zip code can be made without a FOIA request. Send your request to:

Bureau of Alcohol, Tobacco, Firearms, and Explosives
Chief, Firearms and Explosives Services Division
Department of Justice
Room 5100, 650 Massachusetts Avenue, N.W.
Washington, D.C. 20226

Reading room location: Sixth Floor, 650 Massachusetts Avenue, N.W., Washington, D.C.

Multitrack processing: None.

*CIVIL DIVISION* – Requests for Civil Division records should be addressed to:

Freedom of Information/Privacy Act Office
Civil Division
Department of Justice
Room 7304, 20 Massachusetts Avenue, N.W.
Washington, D.C. 20530-0001
(202) 514-2319

The Civil Division represents the United States, its agencies, and its employees in general civil litigation that is not within the specialized fields of other divisions of the Department. It defends the federal

government in suits challenging the constitutionality, lawfulness, or propriety of Presidential initiatives, federal statutes, and government programs and actions. It also initiates litigation to enforce various federal statutes, including the False Claims Act, and the federal consumer protection and immigration laws. It handles tort claims against the government, and the defense of federal civilian and military officials sued personally for official actions. The Division maintains record material relating to cases and matters under its jurisdiction, as well as records relating to the administration of the division.

Special information required: Requests for records from Civil Division case files should include a case caption or name, civil action number, judicial district, and date or year of filing.

Publicly available information: Certain Civil Division legal practice monographs and a limited number of health care settlements.

Multitrack processing: None.


*CIVIL RIGHTS DIVISION* -- Requests for Civil Rights Division records should be addressed to:

Chief, FOIA/PA Branch
Civil Rights Division
Department of Justice
Room 311, NALC Building
Washington, D.C. 20530-0001
(202) 514-4209

The Civil Rights Division (CRT) conducts the litigation of cases to secure equal opportunity in the areas of employment, education, housing, voting, public accommodations and facilities, and federally assisted programs. CRT is also responsible for enforcing the antidiscrimination provision of the Immigration Reform and Control Act through the investigation and prosecution of charges filed on the basis of citizenship status or national origin. It also prosecutes criminal violations of federal civil rights statutes. The Division maintains records of all its legal cases, correspondence, and memoranda, as well as records on certain individuals protected under civil rights statutes. Records maintained include those relating to the administration of the office.

Special information required: None.

Publicly available information: The Disability Rights Section and the Office of Special Counsel for Immigration-Related Unfair Employment Practices have numerous publications available to the public through each section's public information office.

Multitrack processing: FOIA requests are placed in one of four tracks. Track one requests meet the criteria for expedited processing and requests for which there are no records or are records that have already been processed in response to a prior request. Track two is for responses that require retrieval of 3000 pages or less and responses for which at least a 2500-page fee is anticipated to be assessed. Track three is for requests requiring processing of more than 3000 pages. Track four is for responses of voluminous amounts of documents for historical projects where requesters have qualified for a fee waiver.


*COMMUNITY RELATIONS SERVICE* -- Requests for Community Relations Service records should be addressed to:

FOIA/PA Coordinator
Community Relations Service
Department of Justice
Suite 6000, 600 E Street, N.W.
Washington, D.C. 20530-0001
(202) 305-2935

The Community Relations Service (CRS) provides community mediation and conciliation services to resolve conflicts or disputes relating to race, color, or national origin at the request of state or local officials, local citizens and organizations, or on its own motion when it believes that peaceful relations among citizens are threatened.

Special information required: None.

Publicly available information: Annual reports; CRS Customer Service Plan; general publications on conflict resolution and related CRS work. Other types of public information are available on CRS's Web site at www.usdoj.gov/crs.

Multitrack processing: None.


*CRIMINAL DIVISION* -- Requests for Criminal Division records should be addressed to:

Chief, FOIA/PA Unit
Criminal Division
Department of Justice
Suite 1127, Keeney Building
Washington, D.C. 20530-0001
(202) 616-0307

The Criminal Division, in association with the 93 United States Attorneys nationwide, is responsible for the enforcement of all federal criminal statutes except those arising under the antitrust, civil rights, income tax, and environmental protection laws. It is also responsible for the conduct of certain civil litigation, primarily that involving prison and parole matters, and civil litigation involving electronic surveillance. The Division supervises such matters as electronic surveillance (but not when related to national security or defense investigations), granting of immunity from federal prosecution, and the issuance of subpoenas to members of the press or attorneys. However, the division maintains records of criminal proceedings only when necessary to the exercise of its supervisory role and case files only where it has assumed direct responsibility for prosecution. The majority of criminal prosecutions are handled by the individual United States Attorneys Offices, which ordinarily maintain all relevant case files. The Criminal Division maintains records of large-scale fraud cases; foreign agents registration matters; certain matters relating to terrorism and espionage; exchange of prisoners with foreign countries pursuant to treaties; requests for assistance to and from foreign governments in criminal prosecutions; extradition matters; records concerning asset forfeitures; investigations and denaturalization proceedings against individuals who participated in Nazi persecutions or any acts of genocide or government-sponsored torture or murder; records pertaining to the International Criminal Investigative Training Assistance Program; and records relating to the administration of the Criminal Division. The Criminal Division does not maintain Criminal History Records (commonly referred to as "Rap Sheets"). Such records should be requested from the FBI. Instructions for obtaining Rap Sheets can be found at Department of Justice regulations at 28 C.F.R. §§ 16.30-34 or by following the link on the Criminal Division FOIA page on the World Wide Web.

For a description of the records maintained by the Criminal Division, go to the Criminal Division's FOIA page on the World Wide Web at www.usdoj.gov/criminal.

Special information required: None.

Publicly available information: Foreign Agents Registration Act information.

Multitrack processing: Track one is requests that meet the criteria for expedited processing and requests for which no responsive records are located or records that have already been processed in response to a recent prior FOIA request. Track two is requests that require an average amount of time to process, typically within thirty days, once all responsive records have been received by the FOIA/PA Unit. Track three is requests for voluminous amounts of documents and/or complex requests requiring more than thirty days to process following receipt of the responsive records in the FOIA/PA Unit.

Case 1:08-cv-00176-CKK   Document 1-20   Filed 01/30/2008   Page 9 of 24

*OFFICE OF THE DEPUTY ATTORNEY GENERAL* – Requests for Deputy Attorney General records should be addressed to:

Deputy Director
Office of Information and Privacy
Department of Justice
Suite 570, Flag Building
Washington, D.C. 20530-0001
(202) 514-FOIA

The Deputy Attorney General advises and assists the Attorney General in formulating and implementing Department policies and programs and in providing overall supervision and direction of all organizational units of the Department. The Office of the Deputy Attorney General, through the Justice Management Division's Office of Attorney Recruitment and Management, also administers the attorney hiring program of the Department and maintains the files containing Honor Program and Summer Law Intern Program applications. (Applicant files relating to experienced attorney hiring are maintained by the hiring component. Attorney personnel files are maintained by individual components and/or by the Justice Management Division's Personnel Staff, other than those for Assistant United States Attorneys, which are maintained by the Executive Office for United States Attorneys.) Records maintained include those relating to the administration of the office.

Special information required: None.

Publicly available information: Information and reports considered to be of significant public interest.

Multitrack processing: FOIA requests are placed in one of three tracks. Track one is for those requests which seek and receive expedited processing pursuant to subsection (a)(6)(E) of the FOIA. Track two is for those requests which do not involve voluminous records or lengthy consultations with other entities. Track three is for those requests which involve voluminous records and for which lengthy or numerous consultations are required, or those requests which may involve sensitive records.


*DRUG ENFORCEMENT ADMINISTRATION* -- Requests for Drug Enforcement Administration records should be addressed to:

Freedom of Information Operations Unit (SARCO)
Drug Enforcement Administration
Department of Justice
700 Army Navy Drive
Arlington, VA 22202
(202) 307-7596

The Drug Enforcement Administration (DEA) enforces the controlled substances laws and regulations of the United States by bringing to the criminal and civil justice system of the United States, or any other competent jurisdiction, those involved in the growth, manufacture, or distribution of controlled substances in or destined for the illicit traffic in the United States. DEA maintains investigative and intelligence files of criminal activities related to illicit drug traffic and drug abuse, rosters and investigations of legitimate drug handlers, distributors and manufacturers, and records of controlled substance security investigations. It also keeps various records pertaining to the administration of DEA.

Publicly available information: Certain manuals, pamphlets on drugs and other DEA programs published by DEA's Office of Public Affairs; asset forfeiture advertisements and auction announcements; requests for reasons for the issuance of a telephone record subpoena made by the subject of the subpoena.

Reading room location: Room W-7216, 700 Army Navy Drive, Arlington, VA.

Multitrack processing: None.

*ENVIRONMENT AND NATURAL RESOURCES DIVISION* – Requests for Environment and Natural Resources Division records should be addressed to:

FOIA Coordinator
Law and Policy Section
Environment and Natural Resources Division
Department of Justice
P.O. Box 4390, Ben Franklin Station
Washington, D.C. 20044-4390
(202) 514-1442

The Environment and Natural Resources Division (ENRD) is responsible for the civil and criminal enforcement of environmental laws, the defense of the government's administration of federal environmental laws, and litigation relating to the use and protection of federally owned public lands and natural resources. Some statutes that are within the Division's subject-matter expertise are the Clean Air Act, the Clean Water Act, the Comprehensive Environmental Response, Compensation and Liability Act, the Resource Conservation and Recovery Act, the Safe Drinking Water Act, the Oil Pollution Act of 1990, the National Environmental Policy Act, the Federal Land Policy Management Act, the National Forest Management Act, and the Endangered Species Act. The Division also represents the United States in its trust capacity for Indian tribes; acquires land by purchase or condemnation for use by the federal government; and defends the government against Fifth Amendment takings-claims. The Division maintains case files, correspondence files, and records relating to the administration of the Division.

Special information required: None.

Publicly available information: On ENRD's Web site, among other things – press releases, Global Settlement Policy, Integrated Enforcement Policy, ENRD Summaries of Litigation Accomplishments (for recent years), model consent decrees, land-acquisition appraisal standards.

Otherwise available: Amicus briefs, complaints, consent decrees, other ENRD case-related documents.

Multitrack processing: None.


*EXECUTIVE OFFICE FOR IMMIGRATION REVIEW* – Requests for Executive Office for Immigration Review records should be addressed to:

Office of the General Counsel
Attn: FOIA/Privacy Act Requests
Executive Office for Immigration Review
Department of Justice
Suite 2600, 5107 Leesburg Pike
Falls Church, VA 22041
(703) 605-1297

The Executive Office for Immigration Review (EOIR) includes the Board of Immigration Appeals (BIA), the Office of the Chief Immigration Judge (OCIJ), and the Office of the Chief Administrative Hearing Officer (OCAHO). BIA is a quasi-judicial body which hears appeals of decisions rendered by Immigration judges and certain officers of the Department of Homeland Security. Records of proceedings are returned to Immigration Courts upon completion of BIA proceedings and maintained at the BIA while cases are pending. OCIJ oversees the work of Immigration Courts, which maintain records of cases brought before them involving removal proceedings and related matters. OCAHO's administrative law judge hears cases related to the employer sanction and anti-discrimination provisions of law. Official OCAHO case files are centralized. EOIR is responsible for the administrative adjudication and interpretation of the immigration laws, including provisions of the Immigration and Nationality Act. EOIR also maintains various administrative records.

Special information required: For aliens, "A" number.

Publicly available information: Published decisions by the BIA and OCAHO. Case information is available by dialing 1-800-898-7180. Other types of public information are available on EOIR's Web site at www.usdoj.gov/eoir.

Reading room location: BIA Law Library, Suite 112, 5205 Leesburg Pike, Falls Church, VA 22041.

Multitrack processing: Three tracks: (1) simple; (2) complex; (3) expedited.


*EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS* — Requests for United States Attorney records should be addressed to:

FOIA/Privacy Staff
Executive Office for United States Attorneys
Department of Justice
Room 7300, 600 E Street, N.W.
Washington, D.C. 20530-0001
(202) 616-6757

The ninety-three United States Attorneys nationwide are responsible for handling litigation affecting the interests of the United States, including the prosecution of criminal cases and the defense of civil cases, and for the conduct of grand jury proceedings. These offices maintain records on their legal cases, criminal investigations, and citizen complaints, as well as records relating to the administration of the office. Legal case files are not indexed or centralized in Washington, D.C., but are located in the office of the United States Attorney who handled the case. Accordingly, requests for United States Attorney records should be sent to the Washington, D.C. address above and should indicate the particular judicial district or city in which the matter was handled. The usual administrative and personnel records are maintained in headquarters offices in Washington, D.C. as well.

Special information required: Date and place of birth and judicial district in which investigation/prosecution or other litigation occurred.

Publicly available information: Annual Statistical Report; U.S. Attorneys' Manual; U.S. Attorneys' Bulletin.

Multitrack processing: Five tracks: (1) expedited; (2) projects; (3) referrals; (4) regular; (5) classified.


*EXECUTIVE OFFICE FOR UNITED STATES TRUSTEES* — Requests for United States Trustees records should be addressed to:

FOIA/PA Counsel
Office of the General Counsel
Executive Office for United States Trustees
Department of Justice
Suite 8000, 20 Massachusetts Avenue, N.W.
Washington, D.C. 20530-0001
(202) 307-1399

The United States Trustee Program (USTP) consists of ninety-five offices nationwide, plus an Executive Office in Washington, D.C. headed by a Director. There are twenty-one regions, each headed by a United States Trustee, covering all federal judicial districts except those in Alabama and North Carolina.

The USTP acts in the public interest to promote the efficiency and to protect and preserve the integrity of the bankruptcy system. It works to secure the just, speedy, and economical resolution of bankruptcy cases; monitors the conduct of parties and takes action to ensure compliance with applicable laws and procedures; identifies and investigates bankruptcy fraud and abuse; and oversees administrative functions in bankruptcy cases. United States Trustees are responsible for the effective administration of bankruptcy cases arising under chapters 7, 11, 12, and 13 of the United States Bankruptcy Code. They also serve as

watch-dogs to prevent fraud, dishonesty, and overreaching in the bankruptcy system and bring civil enforcement actions in appropriate cases. See 28 U.S.C. §§ 581-589a and 11 U.S.C. §§ 101, et seq.

While the Executive Office maintains certain administrative records, case files are not centralized in Washington, D.C. The USTP regional and field offices maintain duplicate copies of certain court pleadings and material concerning specific cases. Accordingly, all FOIA requests for USTP records — which should be addressed to the FOIA/PA Counsel, Office of General Counsel, Executive Office for United States Trustees — should identify a case name, particular judicial district, and/or specific USTP office(s) where responsive records may exist.

Special information required: For bankruptcy files — judicial district and the name of the case.

Publicly available information: Frequently requested records, reports, policy statements, staff manuals, and other information considered to be of significant public interest are available on EOUST's Web site at www.usdoj.gov/ust.

Multitrack processing: None.


*FEDERAL BUREAU OF INVESTIGATION* -- Requests for Federal Bureau of Investigation records should be addressed to:

FOIPA Section
Federal Bureau of Investigation
Department of Justice
935 Pennsylvania Avenue, N.W.
Washington, D.C. 20535
(202) 324-5520

The Federal Bureau of Investigation (FBI) investigates violations of certain Federal statutes, collects evidence in legal cases in which the United States is or may be an interested party, and performs other duties specifically imposed by law or Presidential directive. The Bureau maintains files of its criminal, legal, and security investigations; a nationwide index of wanted persons, stolen property, criminal histories, and missing persons; fingerprint identification records; personnel records of FBI employees; and records of investigations of applicants for sensitive positions in the United States Government. It also maintains records relating to the administration of the Bureau.

Special information required: Date and place of birth.

Publicly available information: Employment and recruitment materials; publications giving general history about the FBI's accomplishments, organizational structure, law enforcement services, programs, and history; crime statistics.

Reading room location: J. Edgar Hoover Building, 935 Pennsylvania Avenue, N.W., Washington, D.C.

Multitrack processing: Three tracks: (1) 500 pages or less; (2) 501-2500 pages; (3) 2501 pages or more.


*FEDERAL BUREAU OF PRISONS* -- Requests for Federal Bureau of Prisons records should be addressed to:

Chief, FOIA/PA Section
Office of General Counsel
Federal Bureau of Prisons
Department of Justice
Room 841, HOLC Building
Washington, D.C. 20534
(202) 514-6655

The Federal Bureau of Prisons is responsible for the care and confinement of offenders who are committed to its custody. The Bureau maintains records on current and former inmates of federal penal and correctional institutions concerning sentence computation; institutions of confinement; criminal, social, educational, and occupational background; identification data; institutional work and housing assignments; educational, disciplinary, health, and work data during incarceration; and reports relating to release planning, furlough, institutional adjustment, and violations of release. The Federal Bureau of Prisons also maintains records relating to the administration of the Federal Bureau of Prisons.

Special information required: For inmates, register number, committed name, and institution where last housed.

Publicly available information: Limited.

Reading room location: Seventh Floor, 500 First Street, N.W., Washington, D.C.

Multitrack processing: Track one is for more complicated requests. The second track is for simpler requests.


*FOREIGN CLAIMS SETTLEMENT COMMISSION* -- Requests for Foreign Claims Settlement Commission records should be addressed to:

Chief Counsel
Foreign Claims Settlement Commission
Department of Justice
Room 6002, 600 E Street, N.W.
Washington, D.C. 20579-0001
(202) 616-6975

The Foreign Claims Settlement Commission adjudicates claims of United States nationals for losses resulting from the uncompensated nationalization or other taking of their property by foreign governments, and claims for compensation based on wartime confinement of United States servicemen and civilians as prisoners of war or civilian internees. The Commission maintains records on all such claims, on inquiries concerning such claims, and on the administration of the programs in which those claims are adjudicated. The Commission also maintains records on its own administrative operations and procedures.

Special information required: None.

Publicly available information: Decisions of past claims programs.

Reading room location: Room 6002, 600 E Street, N.W., Washington, D.C.

Multitrack processing: None.


*INTERPOL-UNITED STATES NATIONAL CENTRAL BUREAU* -- Requests for INTERPOL-United States National Central Bureau records should be addressed to:

FOIA/PA Specialist
INTERPOL-United States National Central Bureau
Department of Justice
Washington, D.C. 20530-0001
(202) 616-9000

The INTERPOL-United States National Central Bureau (INTERPOL-USNCB) acts as liaison with the International Criminal Police Organization (INTERPOL) to enable domestic law enforcement agencies to participate in an international exchange of criminal justice information. INTERPOL was created to promote mutual assistance among criminal police authorities in the prevention and suppression of international

crime. INTERPOL-USNCB maintains investigative files of criminal activities and noncriminal files concerning matters of humanitarian assistance. It also maintains various administrative files.

Special information required: Complete name, date and place of birth, and any aliases ever used (social security number optional).

Publicly available information: Internship package; Public Affairs package (USNCB pamphlet, Overview of INTERPOL and USNCB, Memorandum of Understanding between the Department of Homeland Security and the Department of Justice, USNCB Organization Chart); listing of agencies represented at USNCB.

Multitrack processing: Three tracks: simple (no records, referred documents, and routine); complex; and expedited.


*JUSTICE MANAGEMENT DIVISION* — Requests for Justice Management Division records should be addressed to:

FOIA Contact
Justice Management Division
Department of Justice
Room 1111, 950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001
(202) 514-3101

The Justice Management Division serves as the management arm of the Department of Justice, establishing internal administrative policy, providing administrative support services to Departmental organizations, and developing and directing administrative management programs. This Division keeps Department of Justice personnel records, accounting and budget records, and property, motor pool, parking records, and other administrative records.

Special information required: None.

Publicly available information: Justice Department's Annual Report on the Freedom of Information Act; listing of current contracts under administration and listing of upcoming procurements; lists of bureau procurement officers; statistical data and explanatory information concerning the operations of the Asset Forfeiture Fund; Annual Report of the Attorney General on Management Controls; Department Organization and Functions Manual; annual reports and statistical summaries prepared by the Equal Employment Opportunity Staff.

Multitrack processing: None.


*NATIONAL DRUG INTELLIGENCE CENTER* — Requests for National Drug Intelligence Center records should be addressed to:

FOIA/PA Coordinator
National Drug Intelligence Center
319 Washington Street, Fifth Floor
Johnstown, PA 15901-1622
(814) 532-4601

The mission of the National Drug Intelligence Center (NDIC) is to produce strategic intelligence for the counterdrug community -- focusing on drugs, gangs, and violence. NDIC utilizes open source information along with material from state and local law enforcement and federal entities. This information is coupled with related foreign assessments from the intelligence community in order to accurately reflect the global threat posed by the drug trade.

Special information required: None.

Publicly available information: Certain documents which are published by NDIC on illicit drugs and their hazards are available upon request.

Multitrack processing: FOIA requests are placed in one of three tracks. Track one is for those requests which seek and receive expedited processing pursuant to subsection (a)(6)(E) of the FOIA. Track two is for those requests which do not involve voluminous records or lengthy consultations with other entities. Track three is for those requests which involve voluminous records and for which lengthy or numerous consultations are required, or those requests which may involve sensitive records.

*OFFICE OF COMMUNITY ORIENTED POLICING SERVICES* -- Requests for the Office of Community Oriented Policing Services records should be addressed to:

FOIA Officer, Legal Division
Office of Community Oriented Policing Services
Department of Justice
1100 Vermont Avenue, N.W.
Washington, D.C. 20530-0001
(202) 514-3750

The Office of Community Oriented Policing Services administers discretionary grants for the hiring and redeployment of officers to participate in community policing and for innovative community policing programs, and offers training and technical assistance to assist grantees with the implementation of community policing in their communities. This office maintains records pertaining to the application for, and award and monitoring of these grants. The office also maintains records on its own administrative operations and procedures.

Special information required: None.

Publicly available information: Specimen grant application materials; information about a specific grant when requested by the grant recipient; noncustomized lists of grant recipients.

Multitrack processing: None.

*OFFICE OF DISPUTE RESOLUTION* -- Requests for Office of Dispute Resolution records should be addressed to:

Senior Counsel for Alternative Dispute Resolution
Office of Dispute Resolution
Department of Justice
Room 5736, 950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001
(202) 616-9471

The mission of the Office of Dispute Resolution is to promote and facilitate the broad and effective use of alternative dispute resolution processes by the Department of Justice and throughout the Executive Branch of the federal government. Records maintained include those relating to the administration of the office.

Special information required: Information that would identify the matter in dispute.

Publicly available information: None.

Multitrack processing: None.

*OFFICE OF THE FEDERAL DETENTION TRUSTEE* -- Requests for Office of the Federal Detention

Trustee records should be addressed to:

Federal Detention Trustee
Office of the Federal Detention Trustee
Suite 1210
1331 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001
(202) 353-4601

The Office of the Federal Detention Trustee was established and activated in September 2001 by directive of Congress (Pub. L. 106-553, § 166, 114 Stat. 2762 (2000)) in response to growing concerns regarding federal detention. The Federal Detention Trustee leads the development of Department of Justice detention policy and manages federal detention resources to maximize available detention space and contain costs associated with the detention of criminal defendants and aliens awaiting adjudication and/or removal from the United States. Additionally, the Federal Detention Trustee ensures that the Department of Justice provides safe, secure, and humane detention services and works with the U.S. Marshals Service, U.S. Citizenship and Immigration Services, and the Federal Bureau of Prisons to identify emerging detention-related problems and project future detention space needs.

Special information required: None.

Publicly available information: On the Office of the Federal Detention Trustee's Web site -- a table of compliance with the Department of Justice's core detention standards and statistics.

Multitrack processing: None.

*OFFICE OF INFORMATION AND PRIVACY* -- Requests for Office of Information and Privacy records should be addressed to:

Deputy Director
Office of Information and Privacy
Department of Justice
Suite 570, Flag Building
Washington, D.C. 20530-0001
(202) 514-FOIA

The Office of Information and Privacy (OIP) discharges the Department's administrative and policy responsibilities under the Freedom of Information Act (FOIA) and promotes governmentwide compliance with the Act. OIP maintains files of administrative appeals of denials of FOIA and Privacy Act requests for Department of Justice records and initial request files of FOIA and Privacy Act requests for records of the Offices of the Attorney General, Deputy Attorney General, Associate Attorney General, Legal Policy, Legislative Affairs, Intergovernmental and Public Liaison, and Public Affairs. The office also maintains records relating to the administration of the office.

Special information required: None.

Publicly available information: On OIP's Web site, among other things -- *FOIA Post; FOIA Update* (1979-2000); "Department of Justice Guide to the Freedom of Information Act" (May 2004); "Privacy Act Overview" (May 2004); *Freedom of Information Case List* (May 2002).

Multitrack processing: FOIA requests are placed in one of three tracks. Track one is for those requests which seek and receive expedited processing pursuant to subsection (a)(6)(E) of the FOIA. Track two is for those requests which do not involve voluminous records or lengthy consultations with other entities. Track three is for those requests which involve voluminous records and for which lengthy or numerous consultations are required, or those requests which may involve sensitive records.

*OFFICE OF THE INSPECTOR GENERAL* -- Requests for Office of the Inspector General records should be addressed to:

FOIA/PA Specialist
Office of the Inspector General
Department of Justice
Suite 6100, 1425 New York Avenue, N.W.
Washington, D.C. 20530-0001
(202) 616-0646

The Office of the Inspector General provides leadership and assists management in promoting economy, efficiency, and effectiveness within the Department of Justice; enforces the fraud, waste, and abuse laws and regulations of the United States within the Department; and refers to the criminal and civil justice systems those individuals or organizations involved in financial, professional, or criminal misconduct relating to programs of the Department of Justice. Investigative records are maintained for all ongoing and closed matters received after April 14, 1989. Audit reports are maintained from 1986 and inspection reports are maintained from April 14, 1989. The office also maintains records relating to the administration of the office.

Special information required: None.

Publicly available information: Audit reports; inspection reports; semi-annual reports.

Multitrack processing: None.

*OFFICE OF INTELLIGENCE POLICY AND REVIEW* -- Requests for Office of Intelligence Policy and Review records should be addressed to:

FOIA Coordinator
Office of Intelligence Policy and Review
Department of Justice
Room 6150, 950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001
(202) 514-5600

The Office of Intelligence Policy and Review provides formal and informal legal advice to the Attorney General and the United States intelligence agencies regarding questions of law and procedure that relate to United States intelligence activities; performs review functions of certain intelligence activities; and prepares and presents applications for electronic surveillance and physical search to the United States Foreign Intelligence Surveillance Court. This office maintains copies of legal memoranda; applications presented to the Foreign Intelligence Surveillance Court; correspondence from persons who have written to the office and/or indices to individuals who have been referred to the office; and indices to the legal memoranda, applications, and correspondence. Records maintained include those relating to the administration of the office.

Special information required: None.

Publicly available information: None.

Multitrack processing: None.

*OFFICE OF INTERGOVERNMENTAL AND PUBLIC LIAISON* -- Requests for Office of Intergovernmental and Public Liaison records should be addressed to:

Deputy Director
Office of Information and Privacy

Case 1:08-cv-00176-CKK   Document 1-20   Filed 01/30/2008   Page 18 of 24

Department of Justice
Suite 570, Flag Building
Washington, D.C. 20530-0001
(202) 514-FOIA

The Office of Intergovernmental and Public Liaison (OIPL), formerly the Office of Intergovernmental Affairs, manages and coordinates the Department of Justice's efforts to inform and engage state and local government, law enforcement, and many other groups and organizations, acting as their liaison with the Department. OIPL ensures that the Department's policies and positions on a variety of complex issues are clearly communicated to these groups as well as making certain that the state and local perspective is taken into account as Department policies and programs are discussed and implemented.

Special information required: None.

Publicly available information: None.

Multitrack processing: FOIA requests are placed in one of three tracks. Track one is for those requests which seek and receive expedited processing pursuant to subsection (a)(6)(E) of the FOIA. Track two is for those requests which do not involve voluminous records or lengthy consultations with other entities. Track three is for those requests which involve voluminous records and for which lengthy or numerous consultations are required, or those requests which may involve sensitive records.


*OFFICE OF JUSTICE PROGRAMS* -- Requests for Office of Justice Programs records should be addressed to:

FOIA Coordinator
Office of Justice Programs
Department of Justice
Room 5400, 810 7th Street, N.W.
Washington, D.C. 20531-0001
(202) 307-0790

The Office of Justice Programs (OJP) is responsible for processing responses under the Freedom of Information Act for its component agencies: the Bureau of Justice Assistance, the Bureau of Justice Statistics, the National Institute of Justice, he Office of Juvenile Justice and Delinquency Prevention, and the Office for Victims of Crime, as well as the program and support offices in OJP. These components award and administer financial assistance and technical aid to state and local criminal justice agencies as well as conduct research studies and statistical surveys in matters concerning the administration of criminal justice. They maintain records to monitor and manage their programs. In addition, these component agencies maintain files on civil rights compliance investigations relating to any grants awarded by them.

Special information required: None.

Publicly available information: Numerous publications regarding law enforcement, crime prevention, and law enforcement-related statistical information.

Multitrack processing: Three tracks: (1) "no records" requests; (2) routine requests; (3) voluminous and/or complex requests.


*OFFICE OF LEGAL COUNSEL* -- Requests for Office of Legal Counsel records should be addressed to:

Supervisory Paralegal
Office of Legal Counsel
Department of Justice
Room 5515, 950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

Case 1:08-cv-00176-CKK    Document 1-20    Filed 01/30/2008    Page 19 of 24

(202) 514-2038

The Office of Legal Counsel prepares the formal opinions of the Attorney General and renders informal opinions and advice on questions of law (other than on the FOIA and Privacy Act) to the various executive agencies and to other components of the Department of Justice. Records maintained include those relating to the administration of the office.

Special information required: None.

Publicly available information: Published opinions from 1992 through 2004 are available on the Office of Legal Counsel's Web site (www.usdoj.gov/olc) and are available in paper form and on LEXIS and Westlaw from 1977.

Multitrack processing: FOIA requests are placed in one of three tracks. Track one is for those requests which seek and receive expedited processing pursuant to subsection (a)(6)(E) of the FOIA. Track two is for those requests which do not involve voluminous records or lengthy consultations with other entities. Track three is for those requests which involve voluminous records and for which lengthy or numerous consultations are required, or those requests which may involve sensitive records.

*OFFICE OF LEGAL POLICY* — Requests for Office of Legal Policy records should be addressed to:

Deputy Director
Office of Information and Privacy
Department of Justice
Suite 570, Flag Building
Washington, D.C. 20530-0001
(202) 514-FOIA

The Office of Legal Policy (OLP) serves as the Attorney General's principal policy development staff and is involved in a wide range of criminal and civil justice policy initiatives central to the Department's mission. The office reviews and analyzes pending legislation proposals, coordinates regulatory development and review of proposed rules, and serves as liaison to OMB on regulatory matters. The office evaluates potential nominees for federal judicial appointments and assists in preparation of nominees for Senate confirmation. OLP maintains background files on OLP policy, legislative proposals, judicial nomination files, and working files for its staff support activities. Records maintained include those relating to the administration of the office.

Special information required: None.

Publicly available information: Information and reports considered to be of significant public interest.

Multitrack processing: FOIA requests are placed in one of three tracks. Track one is for those requests which seek and receive expedited processing pursuant to subsection (a)(6)(E) of the FOIA. Track two is for those requests which do not involve voluminous records or lengthy consultations with other entities. Track three is for those requests which involve voluminous records and for which lengthy or numerous consultations are required, or those requests which may involve sensitive records.

*OFFICE OF LEGISLATIVE AFFAIRS* — Requests for Office of Legislative Affairs records should be addressed to:

Deputy Director
Office of Information and Privacy
Department of Justice
Suite 570, Flag Building
Washington, D.C. 20530-0001
(202) 514-FOIA

The Office of Legislative Affairs (OLA) has responsibility for devising and implementing the legislative strategy to carry out the Attorney General's initiatives requiring congressional action. OLA provides or arranges for testimony by Department witnesses at congressional hearings. OLA also responds or coordinates responses for the Department to requests and inquiries from congressional committees and subcommittees and individual Members of Congress and their staffs, including requests from Congress on behalf of constituents. Records maintained include those relating to the administration of the office.

Special information required: None.

Publicly available information: Weekly reports to the Attorney General (2000-2002).

Multitrack processing: FOIA requests are placed in one of three tracks. Track one is for those requests which seek and receive expedited processing pursuant to subsection (a)(6)(E) of the FOIA. Track two is for those requests which do not involve voluminous records or lengthy consultations with other entities. Track three is for those requests which involve voluminous records and for which lengthy or numerous consultations are required, or those requests which may involve sensitive records.


*OFFICE OF THE PARDON ATTORNEY* — Requests for Office of the Pardon Attorney records should be addressed to:

Office of the Pardon Attorney
Department of Justice
Suite 400, 500 First Street, N.W.
Washington, D.C. 20530-0001
(202) 616-6070

The Office of the Pardon Attorney receives and reviews petitions for all forms of executive clemency, including pardon, commutation (reduction) of sentence, remission of fine, and reprieve, initiates the necessary investigations of clemency requests, and prepares the report and recommendation of the Attorney General, or his designee, to the President on clemency requests. The office maintains a clemency case file for each individual who has applied for or been granted clemency, as well as copies of the warrants and proclamations of clemency granted by the President, and records relating to the administration of the office. The office also acts as liaison with the public for correspondence and informational inquiries about the clemency process and maintains correspondence files relating to such inquiries.

Special information required: For clemency files -- the full name of the person who applied for or was granted clemency. For miscellaneous correspondence files -- the full name of the author of the letter and the full name of the person on whose behalf the letter was written (if different). For FOIA administrative files -- the full name of the person who made the FOIA request.

Publicly available information: Executive clemency statistics from the administration of President McKinley to the present; rules establishing the Office of the Pardon Attorney and governing petitions for executive clemency published at 28 C.F.R. §§ 0.35-36 and §§ 1.1, et seq.; forms for applying for executive clemency; electronic publication: "Civil Disabilities of Convicted Felons: A State-by-State Survey" (Oct. 1996); copies of clemency warrants and proclamations for persons who have been granted executive clemency; description of clemency procedures contained in the United States Attorneys' Manual at §§ 1-2.110-113; whether an individual has applied for executive clemency and final action on such application. Most of these documents are available in the Office of the Pardon Attorney's electronic reading room on the World Wide Web (www.usdoj.gov/pardon).

Multitrack processing: None.


*OFFICE OF PROFESSIONAL RESPONSIBILITY* -- Requests for Office of Professional Responsibility records should be addressed to:

Case 1:08-cv-00176-GKK    Document 1-20    Filed 01/30/2008    Page 21 of 24

Deputy Counsel
Office of Professional Responsibility
Department of Justice
Suite 3529, 950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001
(202) 514-3365

The Office of Professional Responsibility (OPR) maintains records relating to its investigations of
allegations of misconduct by Department of Justice attorneys that relate to the exercise of their authority to
investigate, litigate, or provide legal advice, and allegations of misconduct by law enforcement personnel
when they are related to allegations of misconduct by Department of Justice attorneys. Those cases in
which there appears to be a violation of the law are often referred to the investigative agency with
jurisdiction over such alleged violation, although OPR also conducts criminal and administrative
investigations. Investigative records are maintained in the office on all ongoing cases. Records maintained
include records relating to closed investigations, inquiries, complaints, and records relating to the
administration of OPR.

Special information required: None.

Publicly available information: OPR annual reports that contain a review and evaluation of the activities of
the internal inspection units of the Justice Department; public summaries of certain OPR investigations.

Multitrack processing: FOIA requests are placed in one of two tracks. Track one is for those requests which
seek and receive expedited processing pursuant to subsection (a)(6)(E) of the FOIA or which do not
involve voluminous records or lengthy consultations with other entities. Track two is for those requests
which involve voluminous records and for which lengthy or numerous consultations are required, or those
which may involve sensitive records.

*OFFICE OF PUBLIC AFFAIRS* — Requests for Office of Public Affairs records should be addressed to:

Deputy Director
Office of Information and Privacy
Department of Justice
Suite 570, Flag Building
Washington, D.C. 20530-0001
(202) 514-FOIA

The Office of Public Affairs is responsible for ensuring that the public and press are informed about the
Department's activities and about the priorities and policies of the Attorney General and the President with
regard to law enforcement and legal affairs. The office keeps copies of press releases, speeches, and
testimony. Records maintained include those relating to the administration of the office.

Special information required: None.

Publicly available information: Department press releases.

Multitrack processing: FOIA requests are placed in one of three tracks. Track one is for those requests
which seek and receive expedited processing pursuant to subsection (a)(6)(E) of the FOIA. Track two is for
those requests which do not involve voluminous records or lengthy consultations with other entities. Track
three is for those requests which involve voluminous records and for which lengthy or numerous
consultations are required, or those requests which may involve sensitive records.

*OFFICE OF THE SOLICITOR GENERAL* — Requests for Office of the Solicitor General records should be
addressed to:

Assistant to the Solicitor General

Office of the Solicitor General
Department of Justice
Room 5738, 950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001
(202) 514-2203

The Solicitor General is responsible for authorizing all government appeals and petitions for rehearing en banc or mandamus in the courts of appeals, all government amicus briefs in the courts of appeals, and petitions for a writ of certiorari in the Supreme Court. Also, the Solicitor General is responsible for authorizing all interventions by the United States in cases in any court (state or federal; trial or appellate). In addition, the Solicitor General is responsible for briefing and arguing cases on behalf of the government in the Supreme Court. The Office of the Solicitor General maintains records relating to appeals and petitions for which authorization to file has been sought, and maintains records on Supreme Court cases to which the United States or a government agency was a party. The Office also maintains records relating to the administration of the office.

Special information required: Case name and docket number of case, or citation to case.

Publicly available information: Government briefs and petitions for the current term of the United States Supreme Court.

Multitrack processing: None.

*OFFICE ON VIOLENCE AGAINST WOMEN* -- Requests for Office on Violence Against Women records should be addressed to:

FOIA Officer
Office on Violence Against Women
Department of Justice
810 7th Street, N.W.
Washington, D.C. 20531
(202) 307-6026

The Office on Violence Against Women (OVW) handles the Department's legal and policy issues regarding violence against women and coordinates Departmental efforts in this area. OVW administers the formula and discretionary grant programs to eligible grantees in the areas of domestic violence, sexual assault, and stalking. It is responsible for coordination with other departments, agencies, or offices regarding activities authorized or undertaken pursuant to the Violence Against Women Act of 1994 and the Violence Against Women Act of 2000. The office also maintains records relating to the administration of the office.

Special information required: None.

Publicly available information: A state-by-state list of grant award recipients; information about domestic violence, sexual assault, and stalking; various publications concerning violence against women; press releases; information on state grant-administering agencies.

Multitrack processing: None.

*PROFESSIONAL RESPONSIBILITY ADVISORY OFFICE* – Requests for Professional Responsibility Advisory Office records should be addressed to:

Law Librarian
Professional Responsibility Advisory Office
Department of Justice
Suite 600, 1325 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

(202) 514-0458

The mission of the Professional Responsibility Advisory Office (PRAO) is to ensure prompt, consistent advice to Department attorneys and Assistant United States Attorneys with respect to areas of professional responsibility and choice-of-law issues. PRAO provides definitive advice to government attorneys and the leadership at the Department on issues relating to professional responsibility. Assembles and maintains the codes of ethics including, inter alia, all relevant interpretative decisions and bar opinions of the District of Columbia and every state and territory, and other reference materials and serves as a central repository for briefs and pleadings as cases arise. PRAO provides coordination with the litigating components of the Department to defend attorneys in any disciplinary or other hearing where it is alleged that they failed to meet their ethical obligations. Serves as liaison with the state and federal bar associations in matters related to the implementation and interpretation of 28 U.S.C. § 530B, the Ethical Standards for Prosecutors Act, and any amendments and revisions to the various state ethics codes. PRAO coordinates with other Department components to conduct training for Department attorneys and client agencies to provide them with the tools to make informed judgments about the circumstances which require their compliance with 28 U.S.C. § 530B, the Ethical Standards for Prosecutors Act, and the Hyde Amendment or which otherwise implicate professional responsibility concerns. Performs such other duties and assignments as determined from time to time by the Attorney General or the Deputy Attorney General.

Note: Complaints concerning the actions of individual Department attorneys and Assistant United States Attorneys are not processed and/or handled by the PRAO.

Special information required to make a FOIA request: None.

Publicly available information: None.

Multitrack processing: None.


*TAX DIVISION* -- Requests for Tax Division records should be addressed to:

Senior Division Counsel for FOIA and Privacy Act Matters
Tax Division
Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, D.C. 20044
(202) 307-0462

The Tax Division's chief activity is to represent the Internal Revenue Service in civil and criminal litigation. It also represents other federal agencies which may have problems with state and local taxing authorities. Consequently, information which is maintained by the Tax Division pertains mainly to civil and criminal tax litigation, either actual or contemplated. This information is stored in files which are indexed in central classification systems under the names of the individuals or entities who are parties to the litigation. In addition, there is some information maintained by the Tax Division which relates to various procedures and guidelines relevant to the processing of tax cases, as well as files on its administrative functions.

Special information required: None.

Publicly available information: Criminal Tax Manual, Judgment and Collection Manual, Settlement Reference Manual.

Multitrack processing: None.


*UNITED STATES MARSHALS SERVICE* -- Requests for United States Marshals Service records should be addressed to:

Office of General Counsel
United States Marshals Service
Department of Justice
Washington, D.C. 20530-1000
(202) 307-9054

United States Marshals serve as law enforcement agents of the government and, in that capacity, also serve as officers of the federal courts. The United States Marshals Service maintains files on individuals for whom federal warrants have been issued; records on prisoners in the custody of the United States Marshals; background information and records related to threats to and the protection of government witnesses, U.S. Attorneys and their assistants, federal jurists, and other court officials; records on process served and executed in federal court proceedings; and records on seized and forfeited property and evidence. It also maintains various records pertaining to the administration of the Service, including official personnel files for its employees.

Special information required: For individuals -- judicial district. For prisoner transportation -- date and trip number. For seized property -- judicial district, civil action number, asset identification number, and/or accurate description of the property.

Publicly available information: Recruitment and employment literature; fact sheets; information regarding forfeiture program and sales of forfeited property.

Multitrack processing: Three primary tracks: (1) simple requests; (2) complex requests; and (3) expedited requests. Within each of these primary designations, there are additional tracks for: (4) employee/applicants; (5) seized assets; and (6) procurement matters.

*UNITED STATES PAROLE COMMISSION* -- Requests for United States Parole Commission records should be addressed to:

United States Parole Commission
Department of Justice
Suite 420, 5550 Friendship Boulevard
Chevy Chase, MD 20815
(301) 492-5959

The United States Parole Commission has sole authority to grant, modify, or revoke paroles of federal offenders who committed their offenses prior to November 1, 1987, and is responsible for the supervision of parolees and mandatory releasees. Further, under Section 11231 of the National Capital Revitalization and Self-Government Improvement Act of 1997, the U.S. Parole Commission assumed the jurisdiction of the District of Columbia Board of Parole. The Commission maintains records regarding its hearings and decisions for prisoners and releasees.

Special information required: None.

Publicly available information: Final decisions rendered by the Parole Commission on parole applications for offenders who committed offenses prior to November 1, 1987. (Parole hearings are not open to the public.)

Multitrack processing: Requests by inmates and parolees for tape recordings, or for two documents or less, will be processed ahead of requests seeking numerous documents. If a requester demonstrates "compelling need," the request will be processed on an expedited basis.

Go to: Reference Guide // DOJ FOIA Page // Justice Department Home Page

*Updated April 26, 2005*
*usdoj/oip/pam*

# EXHIBIT 20



**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information & Privacy Staff*
*600 E Street, N.W., Suite 7300, Bicentennial Building*
*Washington, DC 20530-0001*
*(202) 616-6757  FAX: 616-6478  (www.usdoj.gov/usao)*

JUL 2 0 2007

Requester:  Seanna R. Brown                    Request Number:  07-2222

Subject of Request:  Richard Stealy

Dear Requester:

     Your Freedom of Information Act/Privacy Act request has been received.  Since the files and records of United States Attorneys are located in more than 100 separate offices throughout the country, we ask that you identify the specific U.S. Attorney's office(s) where you believe the requested records exist.  This would primarily be the district(s) in which <u>prosecution or litigation</u> occurred.

     By making a FOIA/PA request, you agree to pay fees up to $25, as stated in 28 C.F.R. § 16.3(c), unless you request a waiver of fees (according to requirements in 28 C.F.R. § 16.11(k)).  Indigency does not constitute a basis for a free waiver.  Please note that pursuant to 28 C.F.R. § 16.11, we are required to charge fees for time used to search for the documents you have requested and for duplication of all pages released to you.  Normally, search time is charged at a rate of $28 per hour after the first two hours which are free, and duplication fees are $0.10 per page after the first 100 pages which are free.  <u>Please do not send any payment at this time</u>!  If we anticipate that fees will exceed $25 or the amount you state in your letter (if greater than $25), we will normally notify you of our estimate of fees.  After we received your agreement to pay for the expected fees (or you have narrowed your request to reduce fees) and we have processed your request, we will require payment for the accumulated charges before we release any documents to you (in excess of 100 free pages).  Without such payment, your request file will be closed without further action.

     Once you have corrected the above deficiencies, please submit a new request for the documents.  This is a final determination and your request for information has been closed.  When we have received your new, corrected request, we will open a new file for you.  **Please send your new, corrected request to the address above.**

[  ]  Please note that your original letter was split into separate files ("requests"), for processing purposes, based on the nature of what you sought.  Each file will have a separate Request Number (listed below), for which you will receive a separate response:
  <u>NOT SPLIT</u>

This is a final action on this above-numbered request. You may appeal my decision on this request by writing within 60 days from the date of this letter, to **Office of Information and Privacy, Department of Justice, 1425 New York Avenue, Suite 11050, Washington, D.C. 20530-0001.** Both the envelope and letter of appeal should be marked "FOIA Appeal." If you are dissatisfied with the result s of any such administrative appeal, judicial review may thereafter be available in U.S. District Court. 28 C.F.R. § 16.9.

Sincerely,

William G. Stewart II
Assistant Director

# EXHIBIT 21

# TROUTMAN SANDERS LLP

### A T T O R N E Y S   A T   L A W
#### A LIMITED LIABILITY PARTNERSHIP

THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NEW YORK 10174
www.troutmansanders.com
TELEPHONE: 212-704-6000
FACSIMILE: 212-704-6288

Seanna R. Brown
seanna.brown@troutmansanders.com

Direct Dial:  212-704-6448
Direct Fax:  212-704-9352

August 16, 2007

**BY FIRST CLASS MAIL**
William G. Stewart, III
U.S. Department of Justice
Executive Office for United States Attorneys
Freedom of Information & Privacy Staff
600 E Street, N.W.
Suite 7300, Bicentennial Building
Washington, DC 20530-0001

RE:    Richard L. Sealey, D.O.B. 4/18/1964, SSN 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
       Request Number 07-2222
       **This Regards a Death Penalty Case; Expedited Processing Requested.**

Dear William G. Stewart,

    I previously submitted a Freedom of Information Act request regarding Richard L.
Sealey, attached hereto as Exhibit A. I received the letter from your office, dated July 20, 2007,
in which you asked that we identify the specific U.S. Attorney's offices where we believe the
requested records exist, attached hereto as Exhibit B. We have identified the districts in which
we believe prosecution or litigation occurred. We are herein submitting a new, corrected
request.

    Pursuant to the Freedom of Information Act, 5 U.S.C. §552, I respectfully request
certified copies of all records, documents, and/or files in the possession or under the control of
the following specific U.S. Attorneys offices or agencies: **U.S Attorney's Office for the Virgin
Islands and/or U.S. Attorney's Office for Wisconsin.** This includes any person, division,
department or similar subsection of those offices or agencies, regarding the above referenced
individual, including, but not limited to material relating to:

        any investigation, arrest, indictment, conviction, sentencing, incarceration, and/or parole
        of the above referenced individual.

    A comprehensive, HIPPA compliant, notarized, release is enclosed authorizing the
release of all records, files, and/or information pertaining to this individual that might otherwise

ATLANTA · HONG KONG · LONDON · NEW YORK · NEWARK · NORFOLK · RALEIGH
RICHMOND · SHANGHAI · TYSONS CORNER · VIRGINIA BEACH · WASHINGTON, D.C.

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

U.S. Department of Justice
August 16, 2007
Page 2

be deemed confidential.

For the purposes of the request, the terms "records," "documents," and "files" are intended to include, without limitation, any and all written, typed printed, recorded, graphic, computer-generated, or other matter of any kind from which information can be derived, whether produced, reproduced, or stored on paper, cards, tapes, films, electronic facsimiles, computer storage devices, or any other medium. They include, without limitation, letters, memoranda (including internal memoranda), calendars, schedules, books, indices, notes, printed forms, publications, press releases, notices, minutes, summaries or abstracts, reports, files, transcripts, computer tapes, printouts, drawings, photographs, recordings (including both videotapes and audiotapes), telegrams, and telex messages, as well as any reproductions thereof that differ in any way from any other reproduction, such as copies containing marginal notations.

Please certify all provided records. I understand that there may be a charge for certified records. Please provide an itemized statement of all incurred charges. Please note that this request is specifically for certified records and that no charges are authorized for the production of uncertified records.

If your search produces no records please send a signed, dated letter on letterhead to that effect. Please include in that letter any other departments or offices known to you that could have documents responsive to this request.

Further, to the extent that your office determines that any materials related to these requests are not responsive to this request or will not be disclosed, I request that your office make an item-by-item catalog of those materials not disclosed and the reasons for the non-disclosure.

These records are being requested as they relate to pending legal proceedings. The time constraints of these legal proceedings are pressing and require that I request all possible expediency on the part of your office and agency.

Thank you very much for all of your assistance in this matter. If any questions should arise during the search for these records, please do not hesitate to contact me at the number listed above.

Very truly yours,

Seanna R. Brown

State of: <u>Georgia</u>
County of: <u>Butts</u>

## <u>AUTHORIZATION FOR RELEASE OF RECORDS AND DISCLOSURE OF PROTECTED HEALTH INFORMATION</u>

I, <u>Richard L. Sealey</u>, date of birth, <u>4/18/1964</u>, Social Security number, <u>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</u>, hereby grant authorization to any public or private agency, institution, individual or corporation, including but not limited to any lawyer, law firm, school, youth facility, physician's office, hospital, mental health center, addiction treatment center, psychologist's or psychiatrist's office, department of family and children services, social service organization, jail, prison, correctional facility, bureau of investigation, department or probation and/or parole where I have been or currently am being educated, evaluated, treated, held or confined, or who has ever been involved in providing me with legal or other services, to release and disclose to the attorneys at the law firm of TROUTMAN SANDERS LLP and to any designated employee or representative of the firm, any and all of my files and records, or copies thereof, in their possession, including those files and records or portions thereof disclosing my protected physical and mental health information and to discuss with the afore-mentioned individuals and/or provide to them in writing confirmation of any medical and mental health treatment, condition, prognosis and any other information relevant to my health.

This authorization for release and disclosure to the above named attorney(s) or their designated representatives of my protected physical and mental health records, files, and information, (whether typed, handwritten, audiotaped, videotaped, electronically stored or transmitted, or otherwise generated or preserved), includes but is not limited to: emergency room records; x-rays; hospital inpatient records; hospital outpatient records; office based records; clinic records; institutional records; jail records; prison records; department of corrections records; behavioral and mental health treatment information; Medicaid records; laboratory and diagnostic findings; substance abuse treatment information; psychotherapy notes; doctors' notes; nurses' notes; counselors' notes; psychiatrists' notes; psychologists' notes; staff notes; correspondence; evaluations; test data and results; medication orders and prescriptions; reports; scans; measurements; transfers; assignments; admissions; discharges; and commitments.

I understand that the information in my records may include confidential AIDS/HIV test results, infection status, or treatment information; information regarding sexually transmitted diseases; information regarding other communicable diseases; information regarding treatment for alcohol and/or drug abuse; and information relating to behavioral and mental health diagnoses, care, and treatment. I authorize the release and disclosure of this information to the above named attorney(s) or their designated representatives.

I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient of the information and may then no longer be protected by federal privacy regulations. I understand that unless otherwise limited by state or federal regulations, I may revoke this Authorization at any time by presenting my revocation in writing, except to the extent that the entity disclosing such records has taken action in reliance on this authorization.

I agree that this authorization is as valid whether in the original, a photocopy, a facsimile, or in electronic form and expires one year from date of signature.

_Richard Sealey_

Sworn to or affirmed and subscribed before me this the _9_ day of _May_, _2007_.

_[signature]_

NOTARY PUBLIC
My commission expires:

Notary Public, Fulton County, Georgia
My Commission Expires June 29, 2008

# EXHIBIT "A"

# TROUTMAN SANDERS LLP

### ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NEW YORK 10174
www.troutmansanders.com
TELEPHONE: 212-704-6000
FACSIMILE: 212-704-6288

Seanna R. Brown
seanna.brown@troutmansanders.com

Direct Dial: 212-704-6448
Direct Fax: 212-704-6352

June 22, 2007

**BY FIRST CLASS MAIL**
Freedom of Information Act/Privacy Act Mail Referral Unit
Justice Management Division
U.S. Department of Justice
Room 1070, NPB
950 Pennsylvania Avenue
N.W., Washington, D.C. 20530-0001

Re:    Richard L. Sealey, D.O.B.- 4/18/1964, SSN-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
       **This Regards a Death Penalty Case; Expedited Processing Requested.**

Dear Freedom of Information Act Officer:

Pursuant to the Freedom of Information Act, 5 U.S.C. §552, I respectfully request certified copies of all records, documents, and/or files in the possession or under the control of your office or agency and/or any person, division, department or similar subsection of your office or agency, regarding the above referenced individual, including, but not limited to material relating to:

any investigation, arrest, indictment, conviction, sentencing, incarceration, and/or parole of the above referenced individual.

A comprehensive, HIPPA compliant, notarized, release is enclosed authorizing the release of all records, files, and/or information pertaining to this individual that might otherwise be deemed confidential.

For the purposes of the request, the terms "records," "documents," and "files" are intended to include, without limitation, any and all written, typed printed, recorded, graphic, computer-generated, or other matter of any kind from which information can be derived, whether produced, reproduced, or stored on paper, cards, tapes, films, electronic facsimiles, computer storage devices, or any other medium. They include, without limitation, letters, memoranda (including internal memoranda), calendars, schedules, books, indices, notes, printed forms, publications, press releases, notices, minutes, summaries or abstracts, reports, files, transcripts,

ATLANTA · HONG KONG · LONDON · NEW YORK · NEWARK · NORFOLK · RALEIGH
RICHMOND · SHANGHAI · TYSONS CORNER · VIRGINIA BEACH · WASHINGTON, D.C.

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

Freedom of Information Act Officer
June 22, 2007
Page 2

computer tapes, printouts, drawings, photographs, recordings (including both videotapes and audiotapes), telegrams, and telex messages, as well as any reproductions thereof that differ in any way from any other reproduction, such as copies containing marginal notations.

Please certify all provided records. I understand that there may be a charge for certified records. Please provide an itemized statement of all incurred charges. Please note that this request is specifically for certified records and that no charges are authorized for the production of uncertified records.

If your search produces no records please send a signed, dated letter on letterhead to that effect. Please include in that letter any other departments or offices known to you that could have documents responsive to this request.

Further, to the extent that your office determines that any materials related to these requests are not responsive to this request or will not be disclosed, I request that your office make an item-by-item catalog of those materials not disclosed and the reasons for the non-disclosure.

These records are being requested as they relate to pending legal proceedings. The time constraints of these legal proceedings are pressing and require that I request all possible expediency on the part of your office and agency.

Thank you very much for all of your assistance in this matter. If any questions should arise during the search for these records, please do not hesitate to contact me at the number listed above.

Very truly yours,

Seanna R. Brown

State of: <u>Georgia</u>
County of: <u>Butts</u>

<u>AUTHORIZATION FOR RELEASE OF RECORDS AND DISCLOSURE OF PROTECTED HEALTH INFORMATION</u>

I, <u>Richard L. Sealey</u>, date of birth, <u>4/18/1964</u>, Social Security number, <u>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</u>, hereby grant authorization to any public or private agency, institution, individual or corporation, including but not limited to any lawyer, law firm, school, youth facility, physician's office, hospital, mental health center, addiction treatment center, psychologist's or psychiatrist's office, department of family and children services, social service organization, jail, prison, correctional facility, bureau of investigation, department or probation and/or parole where I have been or currently am being educated, evaluated, treated, held or confined, or who has ever been involved in providing me with legal or other services, to release and disclose to the attorneys at the law firm of TROUTMAN SANDERS LLP and to any designated employee or representative of the firm, any and all of my files and records, or copies thereof, in their possession, including those files and records or portions thereof disclosing my protected physical and mental health information and to discuss with the afore-mentioned individuals and/or provide to them in writing confirmation of any medical and mental health treatment, condition, prognosis and any other information relevant to my health.

This authorization for release and disclosure to the above named attorney(s) or their designated representatives of my protected physical and mental health records, files, and information, (whether typed, handwritten, audiotaped, videotaped, electronically stored or transmitted, or otherwise generated or preserved), includes but is not limited to: emergency room records; x-rays; hospital inpatient records; hospital outpatient records; office based records; clinic records; institutional records; jail records; prison records; department of corrections records; behavioral and mental health treatment information; Medicaid records; laboratory and diagnostic findings; substance abuse treatment information; psychotherapy notes; doctors' notes; nurses' notes; counselors' notes; psychiatrists' notes; psychologists' notes; staff notes; correspondence; evaluations; test data and results; medication orders and prescriptions; reports; scans; measurements; transfers; assignments; admissions; discharges; and commitments.

I understand that the information in my records may include confidential AIDS/HIV test results, infection status, or treatment information; information regarding sexually transmitted diseases; information regarding other communicable diseases; information regarding treatment for alcohol and/or drug abuse; and information relating to behavioral and mental health diagnoses, care, and treatment. I authorize the release and disclosure of this information to the above named attorney(s) or their designated representatives.

I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient of the information and may then no longer be protected by federal privacy regulations. I understand that unless otherwise limited by state or federal regulations, I may revoke this Authorization at any time by presenting my revocation in writing, except to the extent that the entity disclosing such records has taken action in reliance on this authorization.

I agree that this authorization is as valid whether in the original, a photocopy, a facsimile, or in electronic form and expires one year from date of signature.

_Richard Sealey_

Sworn to or affirmed and subscribed before me this the _9_ day of _May_, _2007_.

_____
NOTARY PUBLIC
My commission expires:

Notary Public, Fulton County, Georgia
My Commission Expires June 30, 2008

# EXHIBIT "B"

**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information & Privacy Staff*
*600 E Street, N.W., Suite 7300, Bicentennial Building*
*Washington, DC 20530-0001*
*(202) 616-6757  FAX: 616-6478  (www.usdoj.gov/usao)*

Requester:  Seanna R. Brown                    Request Number:  07-2222

Subject of Request:  Richard Stealy

Dear Requester:

　　　Your Freedom of Information Act/Privacy Act request has been received.  Since the files and records of United States Attorneys are located in more than 100 separate offices throughout the country, we ask that you identify the specific U.S. Attorney's office(s) where you believe the requested records exist.  This would primarily be the district(s) in which prosecution or litigation occurred.

　　　By making a FOIA/PA request, you agree to pay fees up to $25, as stated in 28 C.F.R. § 16.3(c), unless you request a waiver of fees (according to requirements in 28 C.F.R. § 16.11(k)).  Indigency does not constitute a basis for a free waiver.  Please note that pursuant to 28 C.F.R. § 16.11, we are required to charge fees for time used to search for the documents you have requested and for duplication of all pages released to you.  Normally, search time is charged at a rate of $28 per hour after the first two hours which are free, and duplication fees are $0.10 per page after the first 100 pages which are free.  Please do not send any payment at this time!  If we anticipate that fees will exceed $25 or the amount you state in your letter (if greater than $25), we will normally notify you of our estimate of fees.  After we received your agreement to pay for the expected fees (or you have narrowed your request to reduce fees) and we have processed your request, we will require payment for the accumulated charges before we release any documents to you (in excess of 100 free pages).  Without such payment, your request file will be closed without further action.

　　　Once you have corrected the above deficiencies, please submit a new request for the documents.  This is a final determination and your request for information has been closed.  When we have received your new, corrected request, we will open a new file for you. **Please send your new, corrected request to the address above.**

[  ]    Please note that your original letter was split into separate files ("requests"), for processing purposes, based on the nature of what you sought.  Each file will have a separate Request Number (listed below), for which you will receive a separate response:
　**NOT SPLIT**

This is a final action on this above-numbered request. You may appeal my decision on this request by writing within 60 days from the date of this letter, to **Office of Information and Privacy, Department of Justice, 1425 New York Avenue, Suite 11050, Washington, D.C. 20530-0001.** Both the envelope and letter of appeal should be marked "FOIA Appeal." If you are dissatisfied with the result s of any such administrative appeal, judicial review may thereafter be available in U.S. District Court. 28 C.F.R. § 16.9.

Sincerely,

William G. Stewart II
Assistant Director

**EXHIBIT 22**



**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information & Privacy Staff*
*600 E Street, N.W., Suite 7300, Bicentennial Building*
*Washington, DC 20530-0001*
*(202) 616-6757  FAX: 616-6478  (www.usdoj.gov/usao)*

Requester: Seanna R. Brown          Request No.:     07-2901

                                                                                    AUG 3 0 2007

Subject:   Richard Sealey/DVI

     The Executive Office for United States Attorneys (EOUSA) has received your Freedom of Information Act/Privacy Act (FOIA/PA) request. It has been assigned the above number. Please give us this number if you write about your request. If we need additional information, we will contact you within two weeks.

     Your request will be placed in the order in which it was received for processing, unless it is a very large request (Project Request). Then, it will be placed in a separate group of Project Requests, which are also processed in the order received.

     EOUSA makes every effort to process most requests within a month (20 working days). There are some exceptions; for example, Project Requests usually take approximately nine months to process. Requests for "all information about myself in criminal case files" are usually Project Requests. If you have made such a request, you may either write us and narrow your request for specific items, or you may expect that the processing of your request may take nine months from the date of this letter.

     By making a FOIA/PA request, you have agreed to pay fees up to $25, as stated in 28 CFR § 16.3(c), unless you have requested a fee waiver. Please note that pursuant to 28 CFR § 16.11, if you have not been granted a fee waiver, we are required to charge fees for time used to search for the documents you have requested and for duplication of all pages released to you. Normally, search time is charged at a rate of $28 per hour after the first two hours which are free, and duplication fees are $0.10 per page after the first 100 pages which are free. Please do not send any payment at this time! If we anticipate that fees will exceed $25 or the amount you have stated in your letter (if greater than $25), we will normally notify you of our estimate of fees. After we have received your agreement to pay for the expected fees (or you have narrowed your request to reduce fees) and we have processed your request, we will require payment for the accumulated charges before we release documents to you. Without such payment, your request file will be closed without further action.

     If you wish to revise your request to try to reduce fees, you may use the attached form. If you do not wish to incur fees for your request as it is now stated, please submit this form (or your letter revising your request) to us within 15 days so that your request, and fees, can be limited.

                      Sincerely,

                      *William G. Stewart*

                      William G. Stewart II
                      Assistant Director

                                    Form No. 001 - 3/07

Requester: Seanna R. Brown          Request Number: 07-2901

**CHOOSE ONE**

___I understand that I am entitled to the first 100 pages and 2 hours of search time free.  Please search only up to 2 hours and process only up to 100 pages that can be released to me.

___I wish to withdraw my request.

___I wish to revise my request to try to reduce fees.  Please limit my request to the following documents:

_____

_____

_____

_____

(Please note that a search for specific records may sometimes require more search time and fees).

___Please search only up to the following number of hours: _____
    **I understand that search payment will be required even if no documents are located or released to me.**   In the event that documents are located and released to me, I understand that I may be charged duplication fees in addition to search fees.

_____          _____
Name                                       Date

Please return to:

EOUSA
FOIA/PA
600 E. Street, N.W., Room 7300
Washington D.C., 20530

NOTE: We are expediting your request in 3 districts. This does not guarantee a response within the statutory time limits.

### ADDENDUM FOR SPLIT REQUESTS

This request has been split into __3__ separate files ("requests"), as noted below, for the separate districts and/or subjects mentioned in the request letter. We have assigned the 3 requests the following numbers:

| File ("Request") Number | Subject |
| --- | --- |
| 07-2901 | Richard Sealey/DVI |
| 07-2902 | Richard Sealey/WIE |
| 07-2903 | Richard Sealey/WIW |

Requester will receive separate correspondence (acknowledgment letter or closing letter) for each file ("request") above. We will process each file ("request") separately and send a response on each as soon as it is finished.

**EXHIBIT 23**



**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information & Privacy Staff*
*600 E Street, N.W., Suite 7300, Bicentennial Building*
*Washington, DC 20530-0001*
*(202) 616-6757  FAX: 616-6478  (www.usdoj.gov/usao)*

Requester: Seanna R. Brown _____     Request No.:____07-2902_____

AUG 3 0 2007

Subject:__ Richard Sealey/WIE _____

      The Executive Office for United States Attorneys (EOUSA) has received your Freedom of Information Act/Privacy Act (FOIA/PA) request. It has been assigned the above number. Please give us this number if you write about your request. If we need additional information, we will contact you within two weeks.

      Your request will be placed in the order in which it was received for processing, unless it is a very large request (Project Request). Then, it will be placed in a separate group of Project Requests, which are also processed in the order received.

      EOUSA makes every effort to process most requests within a month (20 working days). There are some exceptions; for example, Project Requests usually take approximately nine months to process. Requests for "all information about myself in criminal case files" are usually Project Requests. If you have made such a request, you may either write us and narrow your request for specific items, or you may expect that the processing of your request may take nine months from the date of this letter.

      By making a FOIA/PA request, you have agreed to pay fees up to $25, as stated in 28 CFR § 16.3(c), unless you have requested a fee waiver. Please note that pursuant to 28 CFR § 16.11, if you have not been granted a fee waiver, we are required to charge fees for time used to search for the documents you have requested and for duplication of all pages released to you. Normally, search time is charged at a rate of $28 per hour after the first two hours which are free, and duplication fees are $0.10 per page after the first 100 pages which are free. Please do not send any payment at this time! If we anticipate that fees will exceed $25 or the amount you have stated in your letter (if greater than $25), we will normally notify you of our estimate of fees. After we have received your agreement to pay for the expected fees (or you have narrowed your request to reduce fees) and we have processed your request, we will require payment for the accumulated charges before we release documents to you. Without such payment, your request file will be closed without further action.

      If you wish to revise your request to try to reduce fees, you may use the attached form. If you do not wish to incur fees for your request as it is now stated, please submit this form (or your letter revising your request) to us within 15 days so that your request, and fees, can be limited.

                  Sincerely,

                  *William G. Stewart II*

                  William G. Stewart II
                  Assistant Director

                                    Form No. 001 - 3/07

Requester: Seanna R. Brown                    Request Number: 07-2902

## CHOOSE ONE

___**I understand that I am entitled to the first 100 pages and 2 hours of search time free.**  Please search only up to 2 hours and process only up to 100 pages that can be released to me.

___I wish to withdraw my request.

___I wish to revise my request to try to reduce fees.  Please limit my request to the following documents:

_____

_____

_____

_____

(Please note that a search for specific records may sometimes require more search time and fees).

___Please search only up to the following number of hours: _____
   **I understand that search payment will be required even if no documents are located or released to me.**  In the event that documents are located and released to me, I understand that I may be charged duplication fees in addition to search fees.


_____            _____
Name                                 Date

Please return to:

EOUSA
FOIA/PA
600 E. Street, N.W., Room 7300
Washington D.C., 20530


**NOTE: We are expediting your request in 3 districts. This does not guarantee a response within the statutory time limits.**

# EXHIBIT 24



Executive Office for United States Attorneys
Freedom of Information/Privacy Act Staff
600 E Street, N.W., Room 7300
Washington, D.C. 20530
202-616-6757  Fax 202-616-6478

DEC 2 6 2007

Request Number: _07- 2902_____     Date of Receipt: ___8/30/07_____

Requester: _Seanna R. Brown_____

Subject: _Richard Sealey/ Eastern District of Wisconsin_____

Dear Requester:

In response to your Freedom of Information Act and/or Privacy Act request, the paragraph(s) checked below apply:

1.   [ ]   A search for records located in this office has revealed no records.

2.   [ x ]   A search for records located in the United States Attorney's Office(s) for the _Eastern District of Wisconsin_ has revealed no records.

3.   [ ]   The records which you have requested cannot be located.

4.   [ ]   This office is continuing its work on the other subject/districts mentioned in your request.

5.   [ x ]   This is the final action my office will take on this particular request. [Work is continuing on 07-2901 and 07-3247.]

You may appeal my decision in this matter by writing within sixty (60) days from the date of this letter, to:

Office of Information and Privacy
United States Department of Justice
1425 New York Avenue, Suite 11050
Washington, D.C. 20530

Both the envelope and the letter of appeal must be clearly marked "Freedom of Information Act/Privacy Act Appeal."

After the appeal has been decided, you may have judicial review by filing a complaint in the United States District Court for the judicial district in which you reside or have your principal place of business; the judicial district in which the requested records, if any, are located; or in the District of Columbia.

Sincerely,

William G. Stewart II
Assistant Director

Form No. 005 - 1/06

# EXHIBIT 25

# TROUTMAN SANDERS LLP

### ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

**THE CHRYSLER BUILDING**
**405 LEXINGTON AVENUE**
**NEW YORK, NEW YORK 10174**
**www.troutmansanders.com**
**TELEPHONE: 212-704-6000**
**FACSIMILE: 212-704-6288**

Seanna R. Brown
seanna.brown@troutmansanders.com

Direct Dial:  212-704-6448
Direct Fax:  212-704-8352

January 7, 2008

**BY FEDERAL EXPRESS**
Director, Office of Information and Privacy
United States Department of Justice
1425 New York Avenue, NW
Suite 11050
Washington, D.C. 20530-0001

Re:    **Freedom of Information Act Appeal**
United States Department of Justice, Executive Office for United States Attorneys
Richard L. Sealey, D.O.B.- 4/18/1964, SSN-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
Request No. 07-2902
**This regards a Death Penalty Case; Expedited Processing Requested**

Dear Sir or Madam,

This is an appeal under the Freedom of Information Act, 5 U.S.C. § 522 (hereinafter, "FOIA"). On June 22, 2007, I requested a copy of all documents, files, records, etc., in the possession or under the control of the United States Department of Justice relating to the above-referenced individual ("Petitioner"), including but not limited to:

any investigation, arrest, indictment, conviction, sentencing, incarceration, and/or parole.

I received a response to the request by letter dated July 20, 2007, requesting that I identify specific U.S. Attorney's offices that may have responsive information.   On August 16, 2007, I sent a letter identifying the U.S. Attorney's office for the Virgin Islands, as well as the Eastern and Western Districts of Wisconsin.

On January 2, 2008, I received a response from the U.S. Attorney's Office, Eastern District of Wisconsin, stating that a search for records located there has revealed no records.

Pursuant to the Freedom of Information Act, 5 U.S.C. 552, I hereby appeal that denial. I have enclosed a copy of the request letter, attached hereto as Exhibit A, and the denial that I received, attached hereto as Exhibit B.

While in federal custody in Wisconsin, Petitioner was charged and sentenced with the assault of a prison guard, docket number 84-CR14S. Please find attached hereto, as Exhibit C, the Computer Generated Sentry records we received from the Federal Bureau of Prisons that lists Petitioner's sentencing in Wisconsin.

I look forward to a decision on this appeal of the denial of my FOIA request within twenty (20) working days, as the law provides. Thank you for your consideration of this appeal.

Very truly yours,

Seanna R. Brown

2

# EXHIBIT "A"

# TROUTMAN SANDERS LLP

### ATTORNEYS AT LAW
#### A LIMITED LIABILITY PARTNERSHIP

THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NEW YORK 10174
www.troutmansanders.com
TELEPHONE: 212-704-6000
FACSIMILE: 212-704-6288

Seanna R. Brown
seanna.brown@troutmansanders.com

Direct Dial: 212-704-6448
Direct Fax: 212-704-8352

June 22, 2007

**BY FIRST CLASS MAIL**
Freedom of Information Act/Privacy Act Mail Referral Unit
Justice Management Division
U.S. Department of Justice
Room 1070, NPB
950 Pennsylvania Avenue
N.W., Washington, D.C. 20530-0001

Re:     Richard L. Sealey, D.O.B.- 4/18/1964, SSN-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
         **This Regards a Death Penalty Case; Expedited Processing Requested.**

Dear Freedom of Information Act Officer:

Pursuant to the Freedom of Information Act, 5 U.S.C. §552, I respectfully request certified copies of all records, documents, and/or files in the possession or under the control of your office or agency and/or any person, division, department or similar subsection of your office or agency, regarding the above referenced individual, including, but not limited to material relating to:

any investigation, arrest, indictment, conviction, sentencing, incarceration, and/or parole of the above referenced individual.

A comprehensive, HIPPA compliant, notarized, release is enclosed authorizing the release of all records, files, and/or information pertaining to this individual that might otherwise be deemed confidential.

For the purposes of the request, the terms "records," "documents," and "files" are intended to include, without limitation, any and all written, typed printed, recorded, graphic, computer-generated, or other matter of any kind from which information can be derived, whether produced, reproduced, or stored on paper, cards, tapes, films, electronic facsimiles, computer storage devices, or any other medium. They include, without limitation, letters, memoranda (including internal memoranda), calendars, schedules, books, indices, notes, printed forms, publications, press releases, notices, minutes, summaries or abstracts, reports, files, transcripts,

ATLANTA · HONG KONG · LONDON · NEW YORK · NEWARK · NORFOLK · RALEIGH
RICHMOND · SHANGHAI · TYSONS CORNER · VIRGINIA BEACH · WASHINGTON, D.C.

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W
A LIMITED LIABILITY PARTNERSHIP

Freedom of Information Act Officer
June 22, 2007
Page 2

computer tapes, printouts, drawings, photographs, recordings (including both videotapes and audiotapes), telegrams, and telex messages, as well as any reproductions thereof that differ in any way from any other reproduction, such as copies containing marginal notations.

Please certify all provided records. I understand that there may be a charge for certified records. Please provide an itemized statement of all incurred charges. Please note that this request is specifically for certified records and that no charges are authorized for the production of uncertified records.

If your search produces no records please send a signed, dated letter on letterhead to that effect. Please include in that letter any other departments or offices known to you that could have documents responsive to this request.

Further, to the extent that your office determines that any materials related to these requests are not responsive to this request or will not be disclosed, I request that your office make an item-by-item catalog of those materials not disclosed and the reasons for the non-disclosure.

These records are being requested as they relate to pending legal proceedings. The time constraints of these legal proceedings are pressing and require that I request all possible expediency on the part of your office and agency.

Thank you very much for all of your assistance in this matter. If any questions should arise during the search for these records, please do not hesitate to contact me at the number listed above.

Very truly yours,

Seanna R. Brown

State of: Georgia
County of: Butts

## AUTHORIZATION FOR RELEASE OF RECORDS AND DISCLOSURE OF PROTECTED HEALTH INFORMATION

I, Richard L. Sealey, date of birth, 4/18/1964, Social Security number, 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, hereby grant authorization to any public or private agency, institution, individual or corporation, including but not limited to any lawyer, law firm, school, youth facility, physician's office, hospital, mental health center, addiction treatment center, psychologist's or psychiatrist's office, department of family and children services, social service organization, jail, prison, correctional facility, bureau of investigation, department or probation and/or parole where I have been or currently am being educated, evaluated, treated, held or confined, or who has ever been involved in providing me with legal or other services, to release and disclose to the attorneys at the law firm of TROUTMAN SANDERS LLP and to any designated employee or representative of the firm, any and all of my files and records, or copies thereof, in their possession, including those files and records or portions thereof disclosing my protected physical and mental health information and to discuss with the afore-mentioned individuals and/or provide to them in writing confirmation of any medical and mental health treatment, condition, prognosis and any other information relevant to my health.

This authorization for release and disclosure to the above named attorney(s) or their designated representatives of my protected physical and mental health records, files, and information, (whether typed, handwritten, audiotaped, videotaped, electronically stored or transmitted, or otherwise generated or preserved), includes but is not limited to: emergency room records; x-rays; hospital inpatient records; hospital outpatient records; office based records; clinic records; institutional records; jail records; prison records; department of corrections records; behavioral and mental health treatment information; Medicaid records; laboratory and diagnostic findings; substance abuse treatment information; psychotherapy notes; doctors' notes; nurses' notes; counselors' notes; psychiatrists' notes; psychologists' notes; staff notes; correspondence; evaluations; test data and results; medication orders and prescriptions; reports; scans; measurements; transfers; assignments; admissions; discharges; and commitments.

I understand that the information in my records may include confidential AIDS/HIV test results, infection status, or treatment information; information regarding sexually transmitted diseases; information regarding other communicable diseases; information regarding treatment for alcohol and/or drug abuse; and information relating to behavioral and mental health diagnoses, care, and treatment. I authorize the release and disclosure of this information to the above named attorney(s) or their designated representatives.

I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient of the information and may then no longer be protected by federal privacy regulations. I understand that unless otherwise limited by state or federal regulations, I may revoke this Authorization at any time by presenting my revocation in writing, except to the extent that the entity disclosing such records has taken action in reliance on this authorization.

I agree that this authorization is as valid whether in the original, a photocopy, a facsimile, or in electronic form and expires one year from date of signature.

_Richard Sealey_

Sworn to or affirmed and subscribed before me this the 9 day of May, 2007.

_____
NOTARY PUBLIC
My commission expires:

Notary Public, Fulton County, Georgia
My Commission Expires June 28, 2008

# EXHIBIT "B"

U.S. Department of Justice

Executive Office for United States Attorneys
Freedom of Information/Privacy Act Staff
600 E Street, N.W., Room 7300
Washington, D.C. 20530
202-616-6757   Fax 202-616-6478

DEC 20 2007

Request Number: 07- 2902 _____    Date of Receipt: __ 8/30/07 _____

Requester: Seanna R. Brown _____

Subject: __ Richard Sealey/ Eastern District of Wisconsin _____

Dear Requester:

In response to your Freedom of Information Act and/or Privacy Act request, the paragraph(s) checked below apply:

1.    [  ]    A search for records located in this office has revealed no records.

2.    [ x ]    A search for records located in the United States Attorney's Office(s) for the Eastern District of Wisconsin has revealed no records.

3.    [  ]    The records which you have requested cannot be located.

4.    [  ]    This office is continuing its work on the other subject/districts mentioned in your request.

5.    [ x ]    This is the final action my office will take on this particular request. [Work is continuing on 07-2901 and 07-3247.]

You may appeal my decision in this matter by writing within sixty (60) days from the date of this letter, to:

Office of Information and Privacy
United States Department of Justice
1425 New York Avenue, Suite 11050
Washington, D.C. 20530

Both the envelope and the letter of appeal must be clearly marked "Freedom of Information Act/Privacy Act Appeal."

After the appeal has been decided, you may have judicial review by filing a complaint in the United States District Court for the judicial district in which you reside or have your principal place of business; the judicial district in which the requested records, if any, are located; or in the District of Columbia.

Sincerely,

William G. Stewart II
Assistant Director

Form No. 005 - 1/06

# EXHIBIT "C"



U. S. Department of Justice

Federal Bureau of Prisons

*Federal Correctional Complex*

<div align="right">

*P.O. Box 1029*
*Coleman, FL 33521*

</div>

July 23, 2007

Troutman Sanders LLP
Attorneys at Law
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

Re:    Your Information Request
Richard Sealey, Reg. No. 39154-066

Dear Ms. Brown:

This is in response to your above referenced information request. Specifically, you request a copy of the institutional file regarding the above individual which are maintained by the Bureau of Prisons.

We have conducted a search for any and all records. Unfortunately, we were unable to locate any records. The original files were mailed to the National Archives center. Staff are unable to find the documentation necessary to retrieve these records. We are mailing you all Computer Generated Sentry records we were able to retrieve from the computer system. We apologize for an inconvenience this may cause.

Pursuant to Title 28 Code of Federal Regulations, Section 16.9 or 16.45, this information herewith may be appealed to the Assistant Attorney General, by filing a written appeal within 60 days from the date of this letter. Both the appeal letter and face of the envelope should be marked "Freedom of Information Act Appeal," and should be addressed to the Office of Information and Privacy, U.S. Department of Justice, 1425 New York Avenue, Suite 11050, Washington, D.C. 20530.

I trust this is responsive to your request.

Sincerely,

Jeff Campbell
Supervisory Attorney

```
SERAE  533*01  *          DEPARTMENT OF JUSTICE          *    07-12-2007
PAGE 001       *          ASSIGNMENT HISTORY REPORT       *    09:36:28

REG NO: 39154-066 NAME: SEALEY              RICHARD     L

     ADM-REL
RESPONSIBILITY OF:  - - - -ASSIGNMENTS - - - -    START DATE/TIME STOP DATE
ATLANTA USP         MANDATORY RELEASE             03-02-1994 1050 CURRENT
ATLANTA USP         DESIGNATED, AT ASSIGNED FACIL 06-09-1993 1429 03-02-1994
B09-PET BUS-WEEKS 2 RELEASED FROM IN-TRANSIT FACL 06-09-1993 1429 06-09-1993
B09-PET BUS-WEEKS 2 ADMITTED TO AN IN-TRANSIT FACL 06-09-1993 0530 06-09-1993
PETERSBURG FCI      HOLDOVER REMOVED              06-08-1993 0530 06-08-1993
PETERSBURG FCI      HOLDOVER, TEMPORARILY HOUSED  06-02-1993 1701 06-08-1993
B10-PET BUS-WEEKS 1 RELEASED FROM IN-TRANSIT FACL 06-02-1993 1701 06-02-1993
B10-PET BUS-WEEKS 1 ADMITTED TO AN IN-TRANSIT FACL 06-02-1993 0806 06-02-1993
LEWISBURG USP       TRANSFER                      06-02-1993 0806 06-02-1993
LEWISBURG USP       DESIGNATED, AT ASSIGNED FACIL 03-17-1993 2201 06-02-1993
A01-USMS/BOP AIRLIF RELEASED FROM IN-TRANSIT FACL 03-17-1993 2201 03-17-1993
A01-USMS/BOP AIRLIF ADMITTED TO AN IN-TRANSIT FACL 03-17-1993 0700 03-17-1993
EL RENO FCI         HOLDOVER REMOVED              03-17-1993 0600 03-17-1993
EL RENO FCI         HOLDOVER, TEMPORARILY HOUSED  03-08-1993 2000 03-17-1993
A02-USMS/BOP AIRLIF RELEASED FROM IN-TRANSIT FACL 03-08-1993 2100 03-08-1993
A02-USMS/BOP AIRLIF ADMITTED TO AN IN-TRANSIT FACL 03-08-1993 1656 03-08-1993
LEAVENWORTH USP     TRANSFER                      03-08-1993 1556 03-08-1993
LEAVENWORTH USP     DESIGNATED, AT ASSIGNED FACIL 06-02-1992 1214 03-08-1993
A02-USMS/BOP AIRLIF RELEASED FROM IN-TRANSIT FACL 06-02-1992 1314 06-02-1992
A02-USMS/BOP AIRLIF ADMITTED TO AN IN-TRANSIT FACL 06-02-1992 0700 06-02-1992
EL RENO FCI         HOLDOVER REMOVED              06-02-1992 0600 06-02-1992
EL RENO FCI         HOLDOVER, TEMPORARILY HOUSED  05-22-1992 2100 06-02-1992
A02-USMS/BOP AIRLIF RELEASED FROM IN-TRANSIT FACL 05-22-1992 2200 05-22-1992
A02-USMS/BOP AIRLIF ADMITTED TO AN IN-TRANSIT FACL 05-22-1992 0930 05-22-1992
PHOENIX FCI         HOLDOVER REMOVED              05-22-1992 0630 05-22-1992
PHOENIX FCI         HOLDOVER, TEMPORARILY HOUSED  05-20-1992 1645 05-22-1992
B12-PHX BUS-WEEKLY  RELEASED FROM IN-TRANSIT FACL 05-20-1992 1945 05-20-1992
B12-PHX BUS-WEEKLY  ADMITTED TO AN IN-TRANSIT FACL 05-20-1992 1305 05-20-1992
LOS ANGELES MDC     HOLDOVER REMOVED              05-20-1992 1005 05-20-1992
LOS ANGELES MDC     HOLDOVER, TEMPORARILY HOUSED  05-19-1992 1946 05-20-1992
B12-PHX BUS-WEEKLY  RELEASED FROM IN-TRANSIT FACL 05-19-1992 2246 05-19-1992
B12-PHX BUS-WEEKLY  ADMITTED TO AN IN-TRANSIT FACL 05-19-1992 1820 05-19-1992
LOMPOC USP          TRANSFER                      05-19-1992 1528 05-19-1992
LOMPOC USP          DESIGNATED, AT ASSIGNED FACIL 10-17-1991 1801 05-19-1992
A02-USMS/BOP AIRLIF RELEASED FROM IN-TRANSIT FACL 10-17-1991 2101 10-17-1991
A02-USMS/BOP AIRLIF ADMITTED TO AN IN-TRANSIT FACL 10-17-1991 0800 10-17-1991
EL RENO FCI         HOLDOVER REMOVED              10-17-1991 0700 10-17-1991
EL RENO FCI         HOLDOVER, TEMPORARILY HOUSED  10-15-1991 1808 10-17-1991
A01-USMS/BOP AIRLIF RELEASED FROM IN-TRANSIT FACL 10-15-1991 1900 10-15-1991
A01-USMS/BOP AIRLIF ADMITTED TO AN IN-TRANSIT FACL 10-15-1991 0931 10-15-1991
LEWISBURG USP       TRANSFER                      10-15-1991 0931 10-15-1991
LEWISBURG USP       DESIGNATED, AT ASSIGNED FACIL 09-17-1988 1836 10-15-1991
A02-USMS/BOP AIRLIF RELEASED FROM IN-TRANSIT FACL 09-17-1988 1836 09-17-1988
A02-USMS/BOP AIRLIF ADMITTED TO AN IN-TRANSIT FACL 09-17-1988 0630 09-17-1988
EL RENO FCI         HOLDOVER REMOVED              09-17-1988 0530 09-17-1988
EL RENO FCI         HOLDOVER, TEMPORARILY HOUSED  09-16-1988 1845 09-17-1988

G0002      MORE PAGES TO FOLLOW . . .
```

```
SERAE  533*01 *          DEPARTMENT OF JUSTICE              *     07-12-2007
PAGE 002        *       ASSIGNMENT HISTORY REPORT           *     09:36:28

        ADM-REL
RESPONSIBILITY OF:    - - - -ASSIGNMENTS - - - -     START DATE/TIME STOP DATE
IN-TRANSIT FACILITY   RELEASED FROM IN-TRANSIT FACL   09-16-1988 1345 09-16-1988
IN-TRANSIT FACILITY   ADMITTED TO AN IN-TRANSIT FACL  09-16-1988 0900 09-16-1986
PHOENIX FCI           HOLDOVER REMOVED                09-16-1988 0600 09-15-1988
PHOENIX FCI           HOLDOVER, TEMPORARILY HOUSED     09-15-1988 1530 09-16-1988
A02-USMS/BOP AIRLIF   RELEASED FROM IN-TRANSIT FACL   09-15-1988 1830 09-15-1988
A02-USMS/BOP AIRLIF   ADMITTED TO AN IN-TRANSIT FACL  09-15-1988 1446 09-15-1988
LOMPOC USP            TRANSFER                        09-15-1988 1146 09-15-1988
LOMPOC USP            DESIGNATED, AT ASSIGNED FACIL   09-20-1986 1523 09-15-1988
A01-USMS/BOP AIRLIF   RELEASED FROM IN-TRANSIT FACL   08-20-1986 1823 09-15-1988
A01-USMS/BOP AIRLIF   ADMITTED TO AN IN-TRANSIT FACL  08-20-1986 0740 08-20-1986
EL RENO FCI           HOLDOVER REMOVED                08-20-1986 0640 08-20-1986
EL RENO FCI           HOLDOVER, TEMPORARILY HOUSED    08-19-1986 1840 08-20-1986
IN-TRANSIT FACILITY   RELEASED FROM IN-TRANSIT FACL   08-19-1986 1940 08-19-1986
IN-TRANSIT FACILITY   ADMITTED TO AN IN-TRANSIT FACL  08-19-1986 0807 08-19-1986
CHICAGO MCC           HOLDOVER REMOVED                08-19-1986 0707 08-19-1986
CHICAGO MCC           HOLDOVER, TEMPORARILY HOUSED    08-13-1986 2300 08-19-1986
CHICAGO MCC           COURT APPEARANCE W/SCHED RETRN  08-13-1986 1021 08-13-1986
CHICAGO MCC           HOLDOVER, TEMPORARILY HOUSED    08-08-1986 1140 08-13-1986
IN-TRANSIT FACILITY   RELEASED FROM IN-TRANSIT FACL   08-08-1986 1240 08-08-1986
IN-TRANSIT FACILITY   ADMITTED TO AN IN-TRANSIT FACL  08-07-1986 0509 08-08-1986
A01-USMS/BOP AIRLIF   RELEASED FROM IN-TRANSIT FACL   08-07-1986 0509 08-07-1986
A01-USMS/BOP AIRLIF   ADMITTED TO AN IN-TRANSIT FACL  08-06-1986 0730 08-07-1986
EL RENO FCI           HOLDOVER REMOVED                08-06-1986 0630 08-06-1986
EL RENO FCI           HOLDOVER, TEMPORARILY HOUSED    08-05-1986 1100 08-06-1986
A01-USMS/BOP AIRLIF   RELEASED FROM IN-TRANSIT FACL   08-05-1986 1200 08-05-1986
A01-USMS/BOP AIRLIF   ADMITTED TO AN IN-TRANSIT FACL  08-05-1986 0715 08-05-1986
EL RENO FCI           HOLDOVER REMOVED                08-05-1986 0615 08-05-1986
EL RENO FCI           HOLDOVER, TEMPORARILY HOUSED    08-01-1986 1800 08-05-1986
A01-USMS/BOP AIRLIF   RELEASED FROM IN-TRANSIT FACL   08-01-1986 1900 08-01-1986
A01-USMS/BOP AIRLIF   ADMITTED TO AN IN-TRANSIT FACL  08-01-1986 1607 08-01-1986
LOMPOC USP            RELEASE ON FEDERAL WRIT         08-01-1986 1307 08-20-1986
LOMPOC USP            DESIGNATED, AT ASSIGNED FACIL   08-14-1985 1847 08-01-1986
B13-VIC BUS-WEEKLY    RELEASED FROM IN-TRANSIT FACL   08-14-1985 1847 08-14-1985
B13-VIC BUS-WEEKLY    ADMITTED TO AN IN-TRANSIT FACL  08-14-1985 0550 08-14-1985
TUCSON FCI            HOLDOVER REMOVED                08-14-1985 0550 08-14-1985
TUCSON FCI            HOLDOVER, TEMPORARILY HOUSED    08-09-1985 1418 08-14-1985
A01-USMS/BOP AIRLIF   RELEASED FROM IN-TRANSIT FACL   08-09-1985 1418 08-09-1985
A01-USMS/BOP AIRLIF   ADMITTED TO AN IN-TRANSIT FACL  08-09-1985 0625 08-09-1985
EL RENO FCI           HOLDOVER REMOVED                08-09-1985 0625 08-09-1985
EL RENO FCI           HOLDOVER, TEMPORARILY HOUSED    07-22-1985 1300 08-09-1985
B09-PET BUS-WEEKS 2   RELEASED FROM IN-TRANSIT FACL   07-22-1985 1300 07-22-1985
B09-PET BUS-WEEKS 2   ADMITTED TO AN IN-TRANSIT FACL  07-22-1985 0645 07-22-1985
TEXARKANA FCI         HOLDOVER REMOVED                07-22-1985 0645 07-22-1985
TEXARKANA FCI         HOLDOVER, TEMPORARILY HOUSED    07-18-1985 1423 07-22-1985
IN-TRANSIT FACILITY   RELEASED FROM IN-TRANSIT FACL   07-18-1985 1423 07-18-1985
IN-TRANSIT FACILITY   ADMITTED TO AN IN-TRANSIT FACL  07-18-1985 0655 07-18-1985
MEMPHIS FCI           HOLDOVER REMOVED                07-18-1985 0655 07-18-1985
MEMPHIS FCI           HOLDOVER, TEMPORARILY HOUSED    07-17-1985 1440 07-18-1985

G0002      MORE PAGES TO FOLLOW . . .
```

```
SERAE   533*01  *          DEPARTMENT OF JUSTICE        *    07-12-2007
PAGE 063        *       ASSIGNMENT HISTORY REPORT       *    09:36:28
      ADM-REL
RESPONSIBILITY OF:   - - - -ASSIGNMENTS - - - -        START DATE/TIME  STOP DATE
BOS-LAT BUS-WEEKS 1  RELEASED FROM IN-TRANSIT FACL     07-17-1985 1440  07-17-1985
BOS-LAT BUS-WEEKS 1  ADMITTED TO AN IN-TRANSIT FACL    07-17-1985 0555  07-17-1985
TALLADEGA FCI        TRANSFER                          07-17-1985 0555  07-17-1985
TALLADEGA FCI        DESIGNATED, AT ASSIGNED FACIL     01-09-1985 1516  07-17-1985
TALLADEGA FCI        HOLDOVER REMOVED                  01-09-1985 1514  01-09-1985
TALLADEGA FCI        HOLDOVER, TEMPORARILY HOUSED      01-08-1985 1015  01-09-1985
ATLANTA USP          HOLDOVER REMOVED                  01-08-1985 0705  01-08-1985
ATLANTA USP          HOLDOVER, TEMPORARILY HOUSED      12-19-1984 1520  01-08-1985
TERRE HAUTE FCI      HOLDOVER REMOVED                  12-19-1984 1130  12-19-1984
TERRE HAUTE FCI      HOLDOVER, TEMPORARILY HOUSED      12-18-1984 1630  12-19-1984
CHICAGO MCC          HOLDOVER REMOVED                  12-18-1984 1139  12-18-1984
CHICAGO MCC          HOLDOVER, TEMPORARILY HOUSED      12-10-1984 1040  12-18-1984
TERRE HAUTE FCI      HOLDOVER REMOVED                  12-10-1984 0645  12-10-1984
TERRE HAUTE FCI      HOLDOVER, TEMPORARILY HOUSED      12-06-1984 1930  12-10-1984
ATLANTA USP          HOLDOVER REMOVED                  12-06-1984 1431  12-06-1984
ATLANTA USP          HOLDOVER, TEMPORARILY HOUSED      12-03-1984 1626  12-06-1984
TALLADEGA FCI        RELEASE ON WRIT                   12-03-1984 1415  12-03-1984
TALLADEGA FCI        DESIGNATED, AT ASSIGNED FACIL     08-07-1984 1125  12-03-1984
ATLANTA USP          HOLDOVER REMOVED                  08-07-1984 1111  08-07-1984
ATLANTA USP          HOLDOVER, TEMPORARILY HOUSED      07-25-1984 1611  08-07-1984
TERRE HAUTE FCI      HOLDOVER REMOVED                  07-25-1984 1020  07-25-1984
TERRE HAUTE FCI      HOLDOVER, TEMPORARILY HOUSED      07-20-1984 2000  07-25-1984
OXFORD FCI           TRANSFER                          07-20-1984 0657  07-20-1984
OXFORD FCI           DESIGNATED, AT ASSIGNED FACIL     05-30-1984 1200  07-20-1984
OXFORD FCI           WRIT RELS W/SCHEDULED RETURN      05-25-1984 0702  05-30-1984
OXFORD FCI           DESIGNATED, AT ASSIGNED FACIL     05-22-1984 1410  05-25-1984
OXFORD FCI           WRIT RELS W/SCHEDULED RETURN      05-22-1984 0658  05-22-1984
OXFORD FCI           DESIGNATED, AT ASSIGNED FACIL     04-10-1984 1550  05-22-1984
OXFORD FCI           WRIT RELS W/SCHEDULED RETURN      04-09-1984 1411  04-10-1984
OXFORD FCI           DESIGNATED, AT ASSIGNED FACIL     03-27-1984 1540  04-09-1984
OXFORD FCI           WRIT RELS W/SCHEDULED RETURN      03-26-1984 1415  03-27-1984
TERRE HAUTE FCI      DESIGNATED, AT ASSIGNED FACIL     08-23-1983 1725  03-26-1984
TERRE HAUTE FCI      HOLDOVER REMOVED                  08-23-1983 0839  08-23-1983
EL RENO FCI          HOLDOVER, TEMPORARILY HOUSED      08-10-1983 1330  08-23-1983
EL RENO FCI          TRANSFER                          08-10-1983 0645  08-10-1983
TERRE HAUTE FCI      DESIGNATED, AT ASSIGNED FACIL     08-06-1982 1700  08-10-1983
TERRE HAUTE FCI      TRANSFER                          08-05-1982 1143  08-06-1982
ATLANTA USP          DESIGNATED, AT ASSIGNED FACIL     07-29-1982 1635  08-06-1982
ATLANTA USP          HOLDOVER REMOVED                  07-29-1982 1144  07-29-1982
NORTHEAST REGIONAL   HOLDOVER, TEMPORARILY HOUSED      07-23-1982 2016  07-29-1982
NORTHEAST REGIONAL   ADMINISTRATIVE RELEASE            07-01-1982 1410  07-23-1982
                     UNCOMMITTED PERSON                07-01-1982 1414  07-01-1982

   ST BILLING                            STATUS: 0-OK
RESPONSIBILITY OF:   - - - -ASSIGNMENTS - - - -        START DATE/TIME  STOP DATE
ATLANTA USP          BILLABLE, VIRGIN ISLANDS          06-09-1993 1429  03-02-1994
B09-PET BUS-WEEKS 2  BILLABLE, VIRGIN ISLANDS          06-08-1993 0530  06-09-1993
PETERSBURG FCI       BILLABLE, VIRGIN ISLANDS          06-02-1993 1701  06-08-1993

G0002      MORE PAGES TO FOLLOW . . .
```

```
SERAE 533*01 *           DEPARTMENT OF JUSTICE          *    07-12-2007
PAGE 004        *        ASSIGNMENT HISTORY REPORT      *    09:36:28
```

ST BILLING                          STATUS: 0-OK

| RESPONSIBILITY OF: | - - - - -ASSIGNMENTS - - - - | START DATE/TIME | STOP DATE |
|---|---|---|---|
| B10-PHX BUS-WEEKS 1 | BILLABLE, VIRGIN ISLANDS | 06-02-1993 0606 | 06-02-1993 |
| LEWISBURG USP | BILLABLE, VIRGIN ISLANDS | 03-17-1993 2201 | 06-02-1993 |
| A01-USMS/BOP AIRLIF | BILLABLE, VIRGIN ISLANDS | 03-17-1993 0700 | 03-17-1993 |
| EL RENO FCI | BILLABLE, VIRGIN ISLANDS | 03-08-1993 2000 | 03-17-1993 |
| A02-USMS/BOP AIRLIF | BILLABLE, VIRGIN ISLANDS | 03-08-1993 1656 | 03-08-1993 |
| LEAVENWORTH USP | BILLABLE, VIRGIN ISLANDS | 06-02-1992 1214 | 03-08-1993 |
| A02-USMS/BOP AIRLIF | BILLABLE, VIRGIN ISLANDS | 06-02-1992 0700 | 06-02-1992 |
| EL RENO FCI | BILLABLE, VIRGIN ISLANDS | 05-22-1992 2100 | 06-02-1992 |
| A02-USMS/BOP AIRLIF | BILLABLE, VIRGIN ISLANDS | 05-22-1992 0930 | 05-22-1992 |
| PHOENIX FCI | BILLABLE, VIRGIN ISLANDS | 05-20-1992 1645 | 05-22-1992 |
| B12-PHX BUS-WEEKLY | BILLABLE, VIRGIN ISLANDS | 05-20-1992 1305 | 05-20-1992 |
| LOS ANGELES MDC | BILLABLE, VIRGIN ISLANDS | 05-19-1992 1946 | 05-20-1992 |
| B12-PHX BUS-WEEKLY | BILLABLE, VIRGIN ISLANDS | 05-19-1992 1820 | 05-19-1992 |
| LOMPOC USP | BILLABLE, VIRGIN ISLANDS | 10-17-1991 1801 | 05-19-1992 |
| A02-USMS/BOP AIRLIF | BILLABLE, VIRGIN ISLANDS | 10-17-1991 0800 | 10-17-1991 |
| EL RENO FCI | BILLABLE, VIRGIN ISLANDS | 10-15-1991 1800 | 10-17-1991 |
| A01-USMS/BOP AIRLIF | BILLABLE, VIRGIN ISLANDS | 10-15-1991 0931 | 10-15-1991 |
| LEWISBURG USP | BILLABLE, VIRGIN ISLANDS | 09-17-1988 1836 | 10-15-1991 |
| A02-USMS/BOP AIRLIF | BILLABLE, VIRGIN ISLANDS | 09-17-1988 0636 | 09-17-1988 |
| EL RENO FCI | BILLABLE, VIRGIN ISLANDS | 09-16-1988 1845 | 09-17-1988 |
| IN-TRANSIT FACILITY | BILLABLE, VIRGIN ISLANDS | 09-16-1988 0900 | 09-16-1988 |
| PHOENIX FCI | BILLABLE, VIRGIN ISLANDS | 09-15-1988 1530 | 09-16-1988 |
| A02-USMS/BOP AIRLIF | BILLABLE, VIRGIN ISLANDS | 09-15-1988 1446 | 09-15-1988 |
| LOMPOC USP | BILLABLE, VIRGIN ISLANDS | 10-01-1987 1057 | 09-15-1988 |

COR COUNSEL

| RESPONSIBILITY OF: | - - - - -ASSIGNMENTS - - - - | START DATE/TIME | STOP DATE |
|---|---|---|---|
| ATLANTA USP | THOMAS THRASHER EXT. 489 | 06-24-1993 1215 | 03-02-1994 |
| PETERSBURG FCI | UNASSIGNED | 06-02-1993 1701 | 06-08-1993 |
| LEWISBURG USP | SAN/E-"E"BLOCK-TOKAR | 03-18-1993 1453 | 06-02-1993 |
| EL RENO FCI | FIVE COUNSELORS | 03-08-1993 2000 | 03-17-1993 |
| EL RENO FCI | B. ALLISON/G. BRUMMETT | 05-22-1992 2100 | 06-02-1992 |
| PHOENIX FCI | ALEJANDRO/GROOVER EX.267/258 | 05-20-1992 1645 | 05-22-1992 |
| LOMPOC USP | L UNIT COUNSELOR, J. CESENA | 10-17-1991 2118 | 05-19-1992 |
| LOMPOC USP | M UNIT COUNSELOR, J. ALLEN | 10-17-1991 1801 | 10-17-1991 |
| EL RENO FCI | B. ALLISON/G. BRUMMETT | 10-15-1991 1800 | 10-17-1991 |
| LEWISBURG USP | SCHRADER,BENTER,REICHENBACH | 10-06-1988 1308 | 10-15-1991 |
| EL RENO FCI | G. BAKER/D. FELTON | 09-16-1988 1845 | 09-17-1988 |
| PHOENIX FCI | COR COUNSELOR - DE MATTEO | 09-15-1988 1530 | 09-16-1988 |
| LOMPOC USP | CCC L UNIT, VINES | 08-20-1986 1523 | 09-15-1988 |
| EL RENO FCI | ROBERT WHEELER | 08-19-1986 1840 | 08-20-1986 |
| CHICAGO MCC | ROSALYN HOWARD, FL 15 & 17 | 08-13-1986 2300 | 08-19-1986 |
| CHICAGO MCC | ROSALYN HOWARD, FL 15 & 17 | 08-08-1986 1140 | 08-13-1986 |
| EL RENO FCI | ROBERT WHEELER | 08-08-1986 1100 | 08-06-1986 |
| EL RENO FCI | ROBERT WHEELER | 08-01-1986 1800 | 08-08-1986 |
| LOMPOC USP | SCHOOLCRAFT/WEBB | 08-15-1985 1500 | 08-01-1986 |
| LOMPOC USP | UNASSG | 08-14-1985 1847 | 08-15-1985 |
| EL RENO FCI | ROBERT WHEELER | 07-22-1985 1300 | 08-09-1985 |

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
SERAE  533*01 *                 DEPARTMENT OF JUSTICE
PAGE 005          .             ASSIGNMENT HISTORY REPORT          :      07-12-2007
                                                                  .      09:36:28
      COR COUNSL
RESPONSIBILITY OF:      - - - - -ASSIGNMENTS - - - - -
TEXARKANA FCI           CASELOAD ASSIGNED TO MURPHY      START DATE/TIME STOP DATE
TALLADEGA FCI           GAMMA B - DAVID HAAS             07-18-1985 1423 07-22-1985
TALLADEGA FCI           ALPHA B - DENNIS JOHNSTON        01-09-1985 1516 07-17-1985
CHICAGO MCC             R.C. JOHNSON, FL 11              01-08-1985 1015 01-09-1985
TALLADEGA FCI           GAMMA B - DAVID HAAS             12-10-1984 1040 12-18-1984
EL RENO FCI             REESE                            08-07-1984 1125 12-03-1984
                                                         03-06-1983 1235 08-10-1983

      CASE MGT
RESPONSIBILITY OF:      - - - - -ASSIGNMENTS - - - -
LOMPOC USP              NOT ELIGIBLE FOR PAROLE          START DATE/TIME STOP DATE
                                                         09-18-1985 1830 01-27-1986

      CASEWORKER
RESPONSIBILITY OF:      - - - - -ASSIGNMENTS - - - - -
ATLANTA USP             CHRIS COLVIN, EXT. 453           START DATE/TIME STOP DATE
PETERSBURG FCI          UNASSIGNED                       06-24-1993 1215 03-02-1994
LEWISBURG USP           SAN/E-EVEN-W.EGARSKI             06-02-1993 1701 06-08-1993
LEWISBURG USP           A/O UNIT,J. STEPPIE,CSW          03-18-1993 1454 06-02-1993
EL RENO FCI             T. FLOYD AND D. MOORE            03-17-1993 2201 03-18-1993
LEAVENWORTH USP         CASEMANAGER E. JACKSON           03-08-1993 2000 03-17-1993
LEAVENWORTH USP         CASEMANAGER E. ANDERSON          06-22-1992 1210 03-08-1993
EL RENO FCI             FLOYD/JENSEN X-137               06-02-1992 1214 06-22-1992
PHOENIX FCI             DEMATTEO, BATES  EX. 267/268     05-22-1992 2100 06-02-1992
LOMPOC USP              L UNIT 0-6 C-MGR - S. JOHNSON    05-20-1992 1645 05-22-1992
LOMPOC USP              L-UNIT CASE MGR, W. GORDON       02-22-1992 1207 05-19-1992
LOMPOC USP              M-UNIT CASE MGR, A. MITCHELL     10-17-1991 2119 02-22-1992
EL RENO FCI             S. CRAVEN/T. FLOYD               10-17-1991 1801 10-17-1991
LEWISBURG USP           NAB UNIT 4-6-DOUG MOYER          10-15-1991 1800 10-17-1991
LEWISBURG USP           R. HELDER/NAB UNIT/EVEN          05-30-1990 1050 10-15-1991
LEWISBURG USP           A/O UNIT,J. STEPPIE,CSW          10-06-1988 1304 05-30-1990
EL RENO FCI             J. HOLLAND                       09-17-1988 1836 10-06-1988
PHOENIX FCI             CASE MANAGER - MILLAN            09-16-1988 1845 09-17-1988
LOMPOC USP              CSW L UNIT, KIRSCH               09-15-1988 1530 09-16-1988
EL RENO FCI             BILL ELKINS                      08-20-1986 1523 09-15-1988
CHICAGO MCC             DANIEL KOCAL, FL 15-17           08-19-1986 1840 08-20-1986
CHICAGO MCC             DANIEL KOCAL, FL 15-17           08-13-1986 2300 08-19-1986
EL RENO FCI             BILL ELKINS                      08-08-1986 1140 08-13-1986
EL RENO FCI             BILL ELKINS                      09-05-1986 1100 08-06-1986
LOMPOC USP              CSW L UNIT D. TENNANT            09-01-1986 1800 08-05-1986
LOMPOC USP              CSW M TENNANT                    08-15-1985 1500 08-01-1986
EL RENO FCI             BILL ELKINS                      08-14-1985 1847 08-15-1985
TEXARKANA FCI           CASELOAD ASSIGNED TO BARNES      07-22-1985 1300 08-09-1985
MEMPHIS FCI             JAIL - HAROLD WILLIAMS           07-18-1985 1423 07-22-1985
TALLADEGA FCI           GAMMA B - JAMES L. IZLAR  JR.    07-17-1985 1440 07-18-1985
TALLADEGA FCI           ALPHA B-EVA PORTER               01-09-1985 1516 07-17-1985
TERRE HAUTE FCI         PIERCE UNT 4  5-9                01-08-1985 1015 01-09-1985
CHICAGO MCC             JERRY URBANEK, FL 6,11 & 12      12-18-1984 1630 12-19-1984
TERRE HAUTE FCI         KROLL   UNT 4  0-4               12-10-1984 1040 12-18-1984
TALLADEGA FCI           GAMMA B - JAMES L. IZLAR  JR.    12-06-1984 1930 12-10-1984
                                                         08-07-1984 1125 12-03-1984

G0002      MORE PAGES TO FOLLOW . . .
```

```
SERAE   533*01 *          DEPARTMENT OF JUSTICE                *    07-12-2007
PAGE 006        *         ASSIGNMENT HISTORY REPORT            *    09:36:28
```

```
        CASEWORKER
RESPONSIBILITY OF:  - - - -ASSIGNMENTS - - - -
TERRE HAUTE FCI     KROLL     UNT 4  0-4              START DATE/TIME  STOP DATE
OXFORD FCI          DENNIS  KURZYDLO-CASE MANAGER     07-20-1984 2000  07-25-1984
OXFORD FCI          DENNIS  KURZYDLO-CASE MANAGER     05-30-1984 1200  07-20-1984
OXFORD FCI          DENNIS  KURZYDLO-CASE MANAGER     05-22-1984 1410  05-25-1984
OXFORD FCI          DENNIS  KURZYDLO-CASE MANAGER     04-10-1984 1550  05-22-1984
OXFORD FCI          DENNIS  KURZYDLO-CASE MANAGER     03-27-1984 1540  04-09-1984
OXFORD FCI          BILL  KRUGER-CASE MANAGER         10-26-1983 1036  03-26-1984
TERRE HAUTE FCI     DUNCAN  UNT 4  0-4                09-28-1983 1326  10-26-1983
EL RENO FCI         JOHN ENGLEBERT                    08-10-1983 1330  08-23-1983
                                                      03-05-1983 1234  08-10-1983
```

```
        CUSTODY
RESPONSIBILITY OF:  - - - -ASSIGNMENTS - - - -
ATLANTA USP         MAXIMUM CUSTODY                   START DATE/TIME  STOP DATE
LOMPOC USP          IN CUSTODY                        09-18-1985 2006  03-02-1994
OXFORD FCI          IN CUSTODY                        04-10-1984 1550  09-18-1985
OXFORD FCI          IN CUSTODY                        03-27-1984 1540  04-09-1984
TERRE HAUTE FCI     IN CUSTODY                        09-28-1983 1325  03-26-1984
EL RENO FCI         IN CUSTODY                        08-10-1983 1330  08-23-1983
ATLANTA USP         IN PRE-CLASSIFICATION             03-06-1983 1234  08-10-1983
B13-VIC BUS-WEEKLY  LOMPOC USP                        07-23-1982 2016  07-29-1982
                                                      06-25-1985 0912  08-14-1985
```

```
        DRUG PGMS
RESPONSIBILITY OF:  - - - -ASSIGNMENTS - - - -
ATLANTA USP         DRUG EDUCATION PARTICIPANT-VOL    START DATE/TIME  STOP DATE
ATLANTA USP         DRUG INTERVIEW EXEMPT             08-20-1993 0923  09-30-1993
                                                      01-12-1993 1703  08-20-1993
```

```
        DESTINATION
RESPONSIBILITY OF:  - - - -ASSIGNMENTS - - - -
B09-FET BUS-WEEK- 2  ATLANTA USP                      START DATE/TIME  STOP DATE
A01-USMS/BOP AIRLIF  LEWISBURG USP                    05-25-1993 0746  06-09-1993
A02-USMS/BOP AIRLIF  LEAVENWORTH USP                  02-25-1993 1458  03-17-1993
A02-USMS/BOP AIRLIF  LOMPOC USP                       05-19-1992 1407  06-02-1992
                                                      10-08-1991 1601  10-17-1991
```

```
        EDUCATION
RESPONSIBILITY OF:  - - - -ASSIGNMENTS - - - -
ATLANTA USP         PRE-RELEASE MAIN INSTITUTION      START DATE/TIME  STOP DATE
ATLANTA USP         PRE-RELEASE MAIN INSTITUTION      01-20-1994 1642  02-04-1994
LEWISBURG USP       PEST CONTROL MANAGEMENT - ACE     11-02-1993 1915  11-02-1993
LEWISBURG USP       PRE-REL 1 FRI. 9AM                10-04-1990 1428  01-07-1991
LEWISBURG USP       CALLOUT THUR. 1P.                 10-11-1990 1300  11-29-1990
LEWISBURG USP       CALLOUT THUR. 1P.                 08-16-1990 1300  09-20-1990
LEWISBURG USP       COMPUTER PROG-1500 PM-EVERITT     06-14-1990 1300  07-19-1990
LEWISBURG USP       GENERAL EDUC DEV 2:00 WEEKLY      02-05-1989 1615  04-13-1989
                                                      10-11-1988 1432  02-05-1989
```

```
        EDUC INFO
RESPONSIBILITY OF:  - - - -ASSIGNMENTS - - - -
LEWISBURG USP       NEEDS ABE-EXMPT/PROMOTABLE        START DATE/TIME  STOP DATE
LEWISBURG USP       COMPLETED GED OR HS DIPLOMA       12-30-1987 0957  06-01-1991
                                                      02-05-1989 1839  06-01-1991
```

```
G0002     MORE PAGES TO FOLLOW . . .
```

```
SERAE  533*01  *           DEPARTMENT OF JUSTICE        *     07-12-2007
PAGE 007       *          ASSIGNMENT HISTORY REPORT     *     09:36:28
```

**EDUC INFO**

| RESPONSIBILITY OF: | - - - -ASSIGNMENTS - - - - | START DATE/TIME | STOP DATE |
|---|---|---|---|
| LEWISBURG USP | NO VERIFICATION OF HS OR GED | 12-30-1987 8957 | 02-05-1989 |

**FIN RESP**

| RESPONSIBILITY OF: | - - - -ASSIGNMENTS - - - - | START DATE/TIME | STOP DATE |
|---|---|---|---|
| ATLANTA USP | FINANC RESP-NO OBLIGATION | 04-25-1988 1458 | 03-02-1994 |
| LOMPOC USP | FINANC RESP-UNASSIGNED | 02-20-1988 1443 | 04-25-1988 |

**LEVEL**

| RESPONSIBILITY OF: | - - - -ASSIGNMENTS - - - - | START DATE/TIME | STOP DATE |
|---|---|---|---|
| ATLANTA USP | SECURITY CLASSIFICATION HIGH | 02-18-1994 0699 | 03-02-1994 |
| ATLANTA USP | SECURITY CLASSIFICATION MEDIUM | 02-18-1994 0838 | 02-18-1994 |
| ATLANTA USP | SECURITY CLASSIFICATION HIGH | 06-13-1991 0927 | 02-18-1994 |
| LEWISBURG USP | SECURITY CLASSIFICATION LEVEL5 | 10-26-1989 1813 | 06-13-1991 |
| LEWISBURG USP | SECURITY CLASSIFICATION LEVEL6 | 10-13-1988 2027 | 10-26-1989 |
| LEWISBURG USP | SECURITY CLASSIFICATION LEVEL5 | 10-25-1985 1456 | 10-13-1988 |
| LOMPOC USP | SECURITY CLASSIFICATION LEVEL4 | 09-18-1985 2006 | 10-25-1985 |
| LOMPOC USP | SECURITY CLASSIFICATION LEVEL4 | 04-10-1984 1550 | 09-18-1985 |
| OXFORD FCI | SECURITY CLASSIFICATION LEVEL4 | 03-27-1984 1540 | 04-09-1984 |
| OXFORD FCI | SECURITY CLASSIFICATION LEVEL4 | 09-28-1983 1325 | 03-26-1984 |
| TERRE HAUTE FCI | SECURITY LEV NOT YET KNOWN | 08-10-1983 1330 | 08-23-1983 |
| EL RENO FCI | SECURITY CLASSIFICATION LEVEL5 | 03-06-1983 1234 | 08-10-1983 |
| ATLANTA USP | SECURITY LEV NOT YET KNOWN | 07-23-1982 2016 | 07-29-1982 |

**MED DY ST**

| RESPONSIBILITY OF: | - - - -ASSIGNMENTS - - - - | START DATE/TIME | STOP DATE |
|---|---|---|---|
| ATLANTA USP | CLEARED FOR FOOD SERVICE | 07-14-1992 0730 | 03-02-1994 |
| ATLANTA USP | REGULAR HOUSING | 06-11-1992 0825 | 03-02-1994 |
| ATLANTA USP | NO MEDICAL RESTR--REGULAR DUTY | 06-11-1992 0825 | 03-02-1994 |
| LEAVENWORTH USP | NO FOOD SERVICE WORK | 06-11-1992 0826 | 07-14-1992 |
| LEAVENWORTH USP | NOT MEDICALLY CLEARED | 06-05-1992 0808 | 06-11-1992 |
| LEAVENWORTH USP | CLEARED FOR FOOD SERVICE | 06-10-1991 1256 | 06-05-1992 |
| LEAVENWORTH USP | UNDER 50-NEXT PHYSICAL DUE DT | 06-10-1991 1256 | 06-05-1992 |
| LEAVENWORTH USP | REGULAR HOUSING | 10-28-1991 0954 | 06-05-1992 |
| LEAVENWORTH USP | NO MEDICAL RESTR--REGULAR DUTY | 09-08-1986 0001 | 06-05-1992 |
| LOMPOC USP | NOT MEDICALLY CLEARED | 08-01-1986 1800 | 09-08-1986 |

**OUTCOUNT**

| RESPONSIBILITY OF: | - - - -ASSIGNMENTS - - - - | START DATE/TIME | STOP DATE |
|---|---|---|---|
| TUCSON FCI | RECEIVING AND DISCHARGE | 08-14-1985 0242 | 08-14-1985 |
| CHICAGO MCC | FIFTH FLOOR | 12-18-1984 1013 | 12-18-1984 |
| CHICAGO MCC | COURT-N. DISTRICT OF INDIANA | 12-14-1984 0559 | 12-14-1984 |

**QGARTERS**

| RESPONSIBILITY OF: | - - - -ASSIGNMENTS - - - - | START DATE/TIME | STOP DATE |
|---|---|---|---|
| ATLANTA USP | B CELLHOUSE CELL, UNIT B-1 | 06-09-1993 2007 | 03-02-1994 |
| ATLANTA USP | R/D OUT COUNT | 06-09-1993 1429 | 06-09-1993 |
| PETERSBURG FCI | ADM DET | 06-02-1993 1940 | 06-08-1993 |
| PETERSBURG FCI | RECEIVING AND DISCHARGE | 06-02-1993 1701 | 06-02-1993 |

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
SERAE   533*01  *              DEPARTMENT OF JUSTICE           *
PAGE 008        *          ASSIGNMENT HISTORY REPORT           *   07-12-2007
                                                                   02:36:28
          QUARTERS
RESPONSIBILITY OF:    - - - - -ASSIGNMENTS - - - -    START DATE/TIME STOP DATE
LEWISBURG USP     ADMINISTRATIVE RETENTION           03-18-1993 0132 06-02-1993
LEWISBURG USP     RECEIVING & DISCHARGE              03-17-1993 2201 03-18-1993
EL RENO FCI       OKLAHOMA W/CELL ASSGN              03-08-1993 2000 03-17-1993
LEAVENWORTH USP   ADMINISTRATIVE DETENTION           12-21-1992 1224 03-08-1993
LEAVENWORTH USP   BCH-LOWER UNIT-CELL 203            12-21-1992 0939 12-21-1992
LEAVENWORTH USP   ADMINISTRATIVE DETENTION           12-15-1992 1313 12-21-1992
LEAVENWORTH USP   BCH-LOWER UNIT-CELL 128            11-18-1992 1600 12-15-1992
LEAVENWORTH USP   BCH-UPPER UNIT-CELL 317            11-17-1992 1507 11-18-1992
LEAVENWORTH USP   ADMINISTRATIVE DETENTION           11-10-1992 1855 11-17-1992
LEAVENWORTH USP   BCH-LOWER UNIT-CELL 128            06-03-1992 1351 11-10-1992
LEAVENWORTH USP   ADMINISTRATIVE DETENTION           06-02-1992 1435 06-03-1992
EL RENO FCI       RECEIVING & DISCHARGE              06-02-1992 1214 06-02-1992
PHOENIX FCI       OKLAHOMA W/CELL ASSGN              05-22-1992 2100 06-02-1992
PHOENIX FCI       ADMIN DETENTION                    05-22-1992 0329 05-22-1992
PHOENIX FCI       JAIL UNIT (YUMA)                   05-22-1992 0216 05-22-1992
LOS ANGELES MDC   ADMIN DETENTION                    05-20-1992 1645 05-22-1992
LOS ANGELES MDC   SPECIAL HOUSING UNIT .             05-19-1992 2014 05-20-1992
LOMPOC USP        R&D                                05-19-1992 1946 05-19-1992
LOMPOC USP        L UNIT                             10-22-1991 1825 05-19-1992
LOMPOC USP        R ADMINISTRATIVE DETENTION         10-17-1991 2057 10-22-1991
EL RENO FCI       RECEIVING & DISCHARGE SECTION      10-17-1991 1801 10-17-1991
LEWISBURG USP     OKLAHOMA W/CELL ASSGN              10-15-1991 1800 10-17-1991
LEWISBURG USP     ADMINISTRATIVE DETENTION           09-13-1991 1341 10-15-1991
LEWISBURG USP     DISCIPLINARY SEGREGATION           08-15-1991 1323 09-13-1991
LEWISBURG USP     ADMINISTRATIVE DETENTION           07-26-1991 1553 08-15-1991
LEWISBURG USP     B-1 CELLHOUSE                      02-26-1991 1821 07-26-1991
LEWISBURG USP     DISCIPLINARY SEGREGATION           01-24-1991 1044 02-26-1991
LEWISBURG USP     ADMINISTRATIVE DETENTION           01-18-1991 1948 01-24-1991
LEWISBURG USP     B-1 CELLHOUSE                      12-21-1990 1903 01-18-1991
LEWISBURG USP     ADMINISTRATIVE DETENTION           12-19-1990 2314 12-21-1990
LEWISBURG USP     D-1 CELLHOUSE                      12-11-1990 1121 12-19-1990
LEWISBURG USP     ADMINISTRATIVE DETENTION           12-10-1990 0718 12-11-1990
LEWISBURG USP     B-1 CELLHOUSE                      11-21-1990 1948 12-10-1990
LEWISBURG USP     DISCIPLINARY SEGREGATION           10-25-1990 1046 11-21-1990
LEWISBURG USP     ADMINISTRATIVE DETENTION           10-18-1990 1413 10-25-1990
LEWISBURG USP     D-1 CELLHOUSE                      10-17-1990 1848 10-18-1990
LEWISBURG USP     ADMINISTRATIVE DETENTION           10-11-1990 0621 10-17-1990
LEWISBURG USP     D-1 CELLHOUSE                      09-13-1990 1221 10-11-1990
LEWISBURG USP     ADMINISTRATIVE DETENTION           09-06-1990 1301 09-13-1990
LEWISBURG USP     D-1 CELLHOUSE                      01-26-1990 1857 09-06-1990
LEWISBURG USP     ADMINISTRATIVE DETENTION           01-22-1990 1423 01-26-1990
LEWISBURG USP     B-3 CELLHOUSE                      01-04-1990 1806 01-22-1990
LEWISBURG USP     ADMINISTRATIVE DETENTION           12-18-1990 0328 01-04-1990
LEWISBURG USP     D-2 CELLHOUSE                      08-03-1989 1600 12-18-1989
LEWISBURG USP     D-1 CELLHOUSE                      10-07-1988 1600 08-03-1988
LEWISBURG USP     I-1 CELLROOM                       09-19-1988 1829 10-07-1988
LEWISBURG USP     ADMINISTRATIVE DETENTION           09-17-1988 2037 09-19-1988
LEWISBURG USP     RECEIVING & DISCHARGE              09-17-1988 1836 09-17-1988

G0002     MORE PAGES TO FOLLOW . . .
```

```
SERAE  533*01  *              DEPARTMENT OF JUSTICE                 *      07-12-2007
PAGE 009       *            ASSIGNMENT HISTORY REPORT              *      09:36:28
             QUARTERS
RESPONSIBILITY OF:      - - - - -ASSIGNMENTS - - - -      START DATE/TIME  STOP DATE
EL RENO FCI       ADM DET,DIS SEG,HO & PC          09-16-1988 1845 09-17-1988
PHOENIX FCI       ADMIN DETENTION                  09-15-1988 1849 09-16-1988
PHOENIX FCI       JAIL UNIT (YUMA)                 09-15-1988 1530 09-15-1988
LOMPOC USP        H ADMINISTRATIVE DETENTION       07-18-1988 1122 09-15-1988
LOMPOC USP        I UNT ADMINISTRATIVE DETENTION   02-21-1988 2035 07-18-1988
LOMPOC USP        L UNIT                           05-09-1987 1017 02-21-1988
LOMPOC USP        DISCIPLINARY SEGREGATION         03-27-1987 1082 05-09-1987
LOMPOC USP        ADMINISTRATIVE DETENTION         03-21-1987 1252 03-27-1987
LOMPOC USP        L UNIT                           02-20-1987 1336 03-21-1987
LOMPOC USP        ADMINISTRATIVE DETENTION         02-18-1987 1043 02-20-1987
LOMPOC USP        DISCIPLINARY SEGREGATION         02-04-1987 1206 02-18-1987
LOMPOC USP        ADMINISTRATIVE DETENTION         01-28-1987 1719 02-04-1987
LOMPOC USP        L UNIT                           10-09-1986 1324 01-28-1987
LOMPOC USP        M UNIT HOLDOVER                  10-07-1986 1454 10-09-1986
LOMPOC USP        ADMINISTRATIVE DETENTION         10-04-1986 1825 10-07-1986
LOMPOC USP        L UNIT                           08-21-1986 1125 10-04-1986
EL RENO FCI       M UNIT HOLDOVER                  08-20-1986 1523 08-21-1986
CHICAGO MCC       ADM DET,DIS SEG,HO & PC          08-19-1986 1840 08-20-1986
CHICAGO MCC       11TH FLOOR, ADM DETENTION        08-13-1986 2390 08-19-1986
CHICAGO MCC       11TH FLOOR, ADM DETENTION        08-08-1986 1922 08-13-1986
EL RENO FCI       5TH FLOOR R&D                    08-08-1986 1140 08-08-1986
EL RENO FCI       ADM DET,DIS SEG,HO & PC          08-05-1986 1100 08-06-1986
LOMPOC USP        ADM DET,DIS SEG,HO & PC          08-01-1986 1800 08-05-1986
TUCSON FCI        L UNIT                           08-15-1985 0650 08-01-1986
TUCSON FCI        M UNIT HOLDOVER                  08-14-1985 1847 08-15-1985
EL RENO FCI       ADMINISTRATIVE DETENTION         08-09-1985 1521 08-14-1985
TEXARKANA FCI     F SOUTH                          08-09-1985 1418 08-09-1985
TEXARKANA FCI     ADM DET,DIS SEG,HO & PC          07-22-1985 1300 08-09-1985
MEMPHIS FCI       ADM DETENTION SEG                07-18-1985 1758 07-22-1985
MEMPHIS FCI       RECEIVING & DISCHARGE            07-18-1985 1423 07-18-1985
TALLADEGA FCI     TENNESSEE HOUSING UNIT           07-17-1985 1846 07-18-1985
TALLADEGA FCI     SEALE HOLDOVER RANGE             07-17-1985 1440 07-17-1985
TALLADEGA FCI     DISCIPLINARY SEGREGATION         06-05-1985 0906 07-17-1985
TALLADEGA FCI     ADMINISTRATIVE DET              05-24-1985 1424 06-05-1985
TALLADEGA FCI     ALPHA B-AD                       05-05-1985 0932 05-24-1985
TALLADEGA FCI     GAMMA DORMITORY - B SIDE         04-12-1985 2027 05-05-1985
TALLADEGA FCI     ALPHA B-AD                       04-12-1985 1504 04-12-1985
TALLADEGA FCI     GAMMA DORMITORY - B SIDE         02-27-1985 1412 04-12-1985
TALLADEGA FCI     ALPHA B-AD                       02-22-1985 1256 02-27-1985
TALLADEGA FCI     GAMMA DORMITORY - B SIDE         01-09-1985 1516 02-22-1985
ATLANTA USP       ALPHA B-AD                       01-08-1985 1015 01-09-1985
ATLANTA USP       C CELLHOUSE, CELL 15-09          01-02-1985 1189 01-08-1985
ATLANTA USP       D CELLHOUSE, CELL 16-12          12-26-1984 1144 01-02-1985
ATLANTA USP       D CELLHOUSE, CELL 16-33          12-19-1984 2042 12-26-1984
TERRE HAUTE FCI   R/D OUT COUNT                    12-19-1984 1520 12-19-1984
TERRE HAUTE FCI   QUARTERS IUPS                    12-18-1984 1936 12-19-1984
CHICAGO MCC       RECEIVING & DISCHARGE UNIT       12-18-1984 1650 12-18-1984
                  11TH FLOOR, ADM DETENTION        12-10-1984 1040 12-18-1984

G0002      MORE PAGES TO FOLLOW . . .
```

```
SERAE   533*01 *        DEPARTMENT OF JUSTICE                    07-12-2007
PAGE 010        *       ASSIGNMENT HISTORY REPORT                09:36:28

        QUARTERS
RESPONSIBILITY OF:      - - - -ASSIGNMENTS - - - -       START DATE/TIME  STOP DATE
TERRE HAUTE FCI         QUARTERS IUPS                    12-07-1984 1931  12-10-1984
TERRE HAUTE FCI         QUARTERS IW                      12-06-1984 2344  12-07-1984
TERRE HAUTE FCI         RECEIVING & DISCHARGE UNIT       12-06-1984 1930  12-06-1984
ATLANTA USP             D CELLHOUSE, CELL 17-06          12-03-1984 2300  12-06-1984
ATLANTA USP             R/D OUT COUNT                    12-03-1984 1626  12-03-1984
TALLADEGA FCI           GAMMA DORMITORY - B SIDE         10-26-1984 0952  12-03-1984
TALLADEGA FCI           ALPHA B-AD                       10-12-1984 1441  10-26-1984
TALLADEGA FCI           SIGMA DORMITORY - B SIDE         10-12-1984 1420  10-12-1984
TALLADEGA FCI           DISCIPLINARY SEGREGATION         09-17-1984 0735  10-12-1984
TALLADEGA FCI           ADMINISTRATIVE DET               09-07-1984 2100  09-17-1984
TALLADEGA FCI           GAMMA DORMITORY - B SIDE         08-14-1984 1704  09-07-1984
TALLADEGA FCI           BETA DORMITORY - B SIDE          08-08-1984 1430  08-14-1984
TALLADEGA FCI           ALPHA B-AD                       08-07-1984 1125  08-08-1984
ATLANTA USP             D CELLHOUSE, CELL 18-33          07-28-1984 0829  08-07-1984
ATLANTA USP             D CELLHOUSE, CELL 18-30          07-25-1984 2030  07-28-1984
ATLANTA USP             R/D OUT COUNT                    07-25-1984 1611  07-25-1984
TERRE HAUTE FCI         QUARTERS IW                      07-20-1984 2350  07-25-1984
TERRE HAUTE FCI         RECEIVING & DISCHARGE UNIT       07-20-1984 2000  07-20-1984
OXFORD FCI              SHU/PRIMARY ADDT STATUS          06-30-1984 2031  07-20-1984
OXFORD FCI              SHU/PRIMARY DIS. SEG. STATUS     05-30-1984 1200  06-30-1984
OXFORD FCI              SHU/PRIMARY DIS. SEG. STATUS     05-22-1984 1410  05-25-1984
OXFORD FCI              SHU/PRIMARY DIS. SEG. STATUS     05-05-1984 1410  05-22-1984
OXFORD FCI              SHU/PRIMARY ADDT STATUS          04-10-1984 1556  05-05-1984
OXFORD FCI              SSU/PRIMARY ADDT STATUS          03-27-1984 1700  04-09-1984
OXFORD FCI              RECEIVING AND DISCHARGE          03-27-1984 1540  03-27-1984
OXFORD FCI              SHU/PRIMARY DIS. SEG. STATUS     11-30-1983 1250  03-26-1984
OXFORD FCI              SHU/PRIMARY ADDT STATUS          11-25-1983 1419  11-30-1983
OXFORD FCI              ADDT WOOD HOUSE                  11-18-1983 1717  11-25-1983
OXFORD FCI              PORTAGE HOUSE                    11-10-1983 0947  11-18-1983
OXFORD FCI              ADDT WOOD HOUSE                  11-08-1983 2000  11-10-1983
OXFORD FCI              PORTAGE HOUSE                    10-26-1983 0926  11-08-1983
OXFORD FCI              DANE COTTAGE                     10-26-1983 0916  10-26-1983
OXFORD FCI              SHU/PRIMARY DIS. SEG. STATUS     10-12-1983 1330  10-26-1983
OXFORD FCI              SHU/PRIMARY ADDT STATUS          10-03-1983 1533  10-12-1983
TERRE HAUTE FCI         DANE COTTAGE                     09-12-1983 1700  10-03-1983
TERRE HAUTE FCI         HOLDOVERS-I WEST                 08-10-1983 1558  08-23-1983
EL RENO FCI             RECEIVING & DISCHARGE UNIT       08-10-1983 1330  08-10-1983
EL RENO FCI             DISCIPLINARY SEGREGATION         05-26-1983 0410  08-10-1983
EL RENO FCI             ADMINISTRATIVE DETENTION         05-25-1983 0332  05-26-1983
EL RENO FCI             UTAH 1                           04-18-1983 1630  05-25-1983
EL RENO FCI             OKLAHOMA                         04-08-1983 1431  04-18-1983
EL RENO FCI             ADMINISTRATIVE DETENTION         04-02-1983 1107  04-08-1983
EL RENO FCI             OKLAHOMA                         03-28-1983 2346  04-02-1983
EL RENO FCI             ADMINISTRATIVE DETENTION         03-25-1983 0852  03-28-1983
EL RENO FCI             OK1                              03-06-1983 1211  03-25-1983
EL RENO FCI             ADMINISTRATIVE DETENTION         01-25-1983 1347  03-06-1983
EL RENO FCI             UTAH                             01-14-1983 0829  01-25-1983
EL RENO FCI             UTAH                             01-13-1983 0920  01-14-1983

G0002       MORE PAGES TO FOLLOW . . .
```

```
SENAE   533*01  *            DEPARTMENT OF JUSTICE                    *    07-12-2007
PAGE 011             *       ASSIGNMENT HISTORY REPORT                *    09:36:28
```

### QUARTERS

| RESPONSIBILITY OF: | - - - - -ASSIGNMENTS - - - - | START DATE/TIME | STOP DATE |
|---|---|---|---|
| EL RENO FCI | OKLAHOMA | 01-05-1983 0833 | 01-13-1983 |
| EL RENO FCI | UTAH | 01-05-1983 0811 | 01-05-1983 |
| EL RENO FCI | ADMINISTRATIVE DETENTION | 12-23-1982 1347 | 01-05-1983 |
| EL RENO FCI | UTAH | 12-16-1982 1211 | 12-23-1982 |
| EL RENO FCI | OKLAHOMA | 12-16-1982 1203 | 12-16-1982 |
| EL RENO FCI | ADMINISTRATIVE DETENTION | 11-10-1982 1031 | 12-16-1982 |
| EL RENO FCI | OKLAHOMA | 11-04-1982 0815 | 11-10-1982 |
| EL RENO FCI | ADMINISTRATIVE DETENTION | 10-28-1982 0749 | 11-04-1982 |
| EL RENO FCI | UTAH | 10-05-1982 0745 | 10-28-1982 |
| EL RENO FCI | OKLAHOMA | 10-01-1982 0932 | 10-05-1982 |
| EL RENO FCI | ADMINISTRATIVE DETENTION | 09-16-1982 1456 | 10-01-1982 |
| ATLANTA USP | UTAH | 08-04-1982 1700 | 09-16-1982 |
| ATLANTA USP | D CELLHOUSE, CELL 16-16 | 07-23-1982 2022 | 07-29-1982 |
|  | R/D OUT COUNT | 07-23-1982 2016 | 07-23-1982 |

### RELIGION

| RESPONSIBILITY OF: | - - - -ASSIGNMENTS - - - - | START DATE/TIME | STOP DATE |
|---|---|---|---|
| LEAVENWORTH USP | RELIGION UNKNOWN | 05-19-1992 1946 | 06-29-1992 |

### UNIT

| RESPONSIBILITY OF: | - - - -ASSIGNMENTS - - - - | START DATE/TIME | STOP DATE |
|---|---|---|---|
| ATLANTA USP | L. MOWREY, UNIT MANAGER | 06-14-1993 0736 | 03-02-1994 |
| ATLANTA USP | T. STIGALL, UNIT MANAGER | 06-09-1993 1429 | 06-17-1993 |
| PETERSBURG FCI | UNIT 4 - MR. C. BENDER | 06-02-1993 1701 | 06-09-1993 |
| LEWISBURG USP | SAN/E WAYNE WEBER, UNT MGR | 03-18-1993 1454 | 06-02-1993 |
| LEWISBURG USP | A/O UNIT,WAGNER,MGR. | 03-17-1993 2201 | 03-18-1993 |
| EL RENO FCI | HOLDOVER UNIT | 03-08-1993 2000 | 03-17-1993 |
| LEAVENWORTH USP | GEN POP, B LOWEN, LINGENFELSER | 06-22-1992 1210 | 03-08-1993 |
| LEAVENWORTH USP | ADMISSION/ORIENTATION-HUBBLE | 06-02-1992 1214 | 06-22-1992 |
| EL RENO FCI | HOLDOVER UNIT | 05-22-1992 2100 | 06-02-1992 |
| PHOENIX FCI | UNIT MANAGER - ODUM   X-267 | 05-20-1992 1645 | 05-22-1992 |
| LOS ANGELES MDC | A&O UNT, MGR P. LAIRD,996-7106 | 05-19-1992 1946 | 05-20-1992 |
| LOMPOC USP | L UNIT MANAGER, J. THARPE | 10-17-1991 2118 | 05-19-1992 |
| LOMPOC USP | M UNIT MANAGER, E. V. YORK | 10-15-1991 1801 | 10-17-1991 |
| EL RENO FCI | HOLDOVER UNIT | 10-07-1988 1800 | 10-17-1991 |
| LEWISBURG USP | MAR/RANDY LOWTHER, MGR. | 09-17-1988 1600 | 10-15-1991 |
| LEWISBURG USP | A/O UNIT,BLANKS,MGR. | 09-16-1988 1836 | 10-07-1988 |
| EL RENO FCI | HOLDOVER UNIT | 09-15-1988 1845 | 09-17-1988 |
| PHOENIX FCI | UNIT MANAGER - GUTIERREZ | 08-20-1988 1530 | 09-16-1988 |
| LOMPOC USP | L UNIT MANAGER, G. KUBIA | 08-19-1988 1523 | 09-15-1988 |
| EL RENO FCI | HOLDOVER UNIT | 08-13-1986 1040 | 08-20-1988 |
| CHICAGO MCC | 15-17 HLD UNT, C.CRAIG,UM | 08-08-1986 2300 | 08-19-1988 |
| CHICAGO MCC | 15-17 HLD UNT, C.CRAIG,UM | 08-05-1986 1140 | 08-13-1986 |
| EL RENO FCI | HOLDOVER UNIT | 08-01-1986 1100 | 08-06-1986 |
| EL RENO FCI | HOLDOVER UNIT | 06-15-1985 1800 | 08-05-1986 |
| LOMPOC USP | RYUM | 06-15-1985 1500 | 08-01-1986 |
| LOMPOC USP | H-D UNIT, KUBIA | 08-14-1985 1847 | 08-15-1985 |
| TUCSON FCI | HOLDOVER UNIT | 08-09-1985 1418 | 08-14-1985 |

```
G0002        MORE PAGES TO FOLLOW . . .
```

```
SERAE  533*01  *          DEPARTMENT OF JUSTICE              *
PAGE 012       *          ASSIGNMENT HISTORY REPORT          *     07-12-2007
                                                             *     09:36:28
```

UNIT
| RESPONSIBILITY OF: | - - - - -ASSIGNMENTS - - - - | START DATE/TIME | STOP DATE |
|---|---|---|---|
| EL RENO FCI | HOLDOVER UNIT | 07-22-1985 1308 | 08-09-1985 |
| TEXARKANA FCI | HOLDOVER UNIT - BROWN | 07-10-1985 1423 | 07-22-1985 |
| MEMPHIS FCI | UNASSIGNED UNIT | | 07-10-1985 |
| TALLADEGA FCI | UNIT G | 07-17-1985 1440 | 07-18-1985 |
| TALLADEGA FCI | UNIT A | 01-09-1985 1516 | 07-17-1985 |
| ATLANTA USP | UNASSIGN UNIT | 01-08-1985 1015 | 01-09-1985 |
| TERRE HAUTE FCI | UNT 4  (U/M YOUNG) | 12-19-1984 1520 | 01-08-1985 |
| CHICAGO MCC | SPECIAL UNIT,HAFER U/M | 12-18-1984 1650 | 12-19-1984 |
| TERRE HAUTE FCI | UNT 4  (U/M YOUNG) | 12-10-1984 1040 | 12-18-1984 |
| ATLANTA USP | UNASSIGN UNIT | 12-06-1984 1930 | 12-10-1984 |
| TALLADEGA USP | UNIT G | 12-03-1984 1626 | 12-06-1984 |
| ATLANTA USP | UNASSIGN UNIT | 08-07-1984 1125 | 12-03-1984 |
| TERRE HAUTE FCI | UNT 4 | 07-25-1984 1611 | 08-07-1984 |
| OXFORD FCI | IOWA UNIT - J.W. WEBER, U/M | 07-20-1984 2000 | 07-25-1984 |
| OXFORD FCI | IOWA UNIT - J.W. WEBER, U/M | 05-30-1984 1200 | 07-20-1984 |
| OXFORD FCI | IOWA UNIT - J.W. WEBER, U/M | 05-22-1984 1410 | 05-25-1984 |
| OXFORD FCI | IOWA UNIT - J.W. WEBER, U/M | 04-10-1984 1550 | 05-22-1984 |
| OXFORD FCI | IOWA UNIT - J.W. WEBER, U/M | 03-27-1984 1540 | 04-09-1984 |
| OXFORD FCI | IOWA UNIT - J.W. WEBER, U/M | 03-13-1984 0855 | 03-26-1984 |
| OXFORD FCI | MAPS - J.W.WEBER-UNIT MGR | 09-26-1983 1434 | 03-13-1984 |
| OXFORD FCI | TOPS - WOOD,D.HEAD | 08-25-1983 1725 | 09-26-1983 |
| TERRE HAUTE FCI | UNIT 4 | 08-10-1983 1330 | 08-25-1983 |
| EL RENO FCI | UNIT | 08-06-1982 1700 | 08-10-1983 |
| TERRE HAUTE FCI | 1-STAFFORD | 07-29-1982 1435 | 08-06-1982 |
| ATLANTA USP | D CELLHOUSE, P. MCCONNELL | 07-23-1982 1200 | 07-29-1982 |
| ATLANTA USP | UNASSIGN UNIT | 07-23-1982 2016 | 07-23-1982 |

WEAPONS
| RESPONSIBILITY OF: | - - - - -ASSIGNMENTS - - - - | START DATE/TIME | STOP DATE |
|---|---|---|---|
| ATLANTA USP | INS OFF-USE NON-FIREARM WEAPN | 01-06-1990 1352 | 07-27-1996 |
| ATLANTA USP | INS OFF-USE NON-AUTO FIREARM | 01-06-1990 1352 | 07-27-1996 |
| ATLANTA USP | INS OFF-POSS NON-FIREARM WEAPN | 01-06-1990 1352 | 07-27-1996 |
| ATLANTA USP | INS OFF-USE NON-FIREARM WEAPN | 01-06-1990 1352 | 03-02-1994 |
| ATLANTA USP | INS OFF-USE NON-AUTO FIREARM | 01-06-1990 1352 | 03-02-1994 |
| ATLANTA USP. | INS OFF-POSS NON-FIREARM WEAPN | 01-06-1990 1352 | 03-02-1994 |

WRK DETAIL
| RESPONSIBILITY OF: | - - - - -ASSIGNMENTS - - - - | START DATE/TIME | STOP DATE |
|---|---|---|---|
| ATLANTA USP | LABOR 1 DETAIL | 09-10-1993 0001 | 03-02-1994 |
| ATLANTA USP | SAFETY OFFICE CLERK | 08-13-1993 0001 | 09-10-1993 |
| ATLANTA USP | FOOD SERVICE DAYS | 08-12-1993 0001 | 08-13-1993 |
| ATLANTA USP | SAFETY OFFICE CLERK | 07-12-1993 0001 | 08-12-1993 |
| ATLANTA USP | EDUCATION WORK DETAIL | 07-01-1993 0001 | 07-12-1993 |
| ATLANTA USP | UNASSIGNED WORK DETAIL | 06-15-1993 1839 | 07-01-1993 |
| ATLANTA USP | ADMISSION AND ORIENTATION | 06-09-1993 1429 | 06-15-1993 |
| PETERSBURG FCI | UNASSIGNED WORK DETAIL | 06-02-1993 1701 | 06-08-1993 |
| LEWISBURG USP | UNASSIGNED WORK DETAIL | 03-17-1993 2201 | 06-02-1993 |
| EL RENO FCI | ADMINISTRATIVE DETENTION | 03-08-1993 2000 | 03-17-1993 |
| LEAVENWORTH USP | UNASSIGNED DUTY | 12-21-1992 1224 | 03-08-1993 |

```
GQ002       MORE PAGES TO FOLLOW . . .
```

```
SENAE  533*01  *        DEPARTMENT OF JUSTICE        *    07-12-2007
PAGE 013       *        ASSIGNMENT HISTORY REPORT     *    09:36:28

        WRK DETAIL
RESPONSIBILITY OF:  - - - -ASSIGNMENTS - - - -    START DATE/TIME STOP DATE
LEAVENWORTH USP     FOOD SERVICE DINING ROOM       12-21-1992 D939 12-21-1992
LEAVENWORTH USP     UNASSIGNED DUTY                12-15-1992 1314 12-21-1992
LEAVENWORTH USP     FOOD SERVICE DINING ROOM       07-22-1992 0001 12-15-1992
LEAVENWORTH USP     FOOD SERVICE                   07-21-1992 0001 07-22-1992
LEAVENWORTH USP     UTILITY TEMPORARY ASSIGNMENT   07-06-1992 0001 07-21-1992
LEAVENWORTH USP     X & O UNASSIGNED               06-03-1992 1407 07-06-1992
LEAVENWORTH USP     UNASSIGNED DUTY                06-02-1992 1509 06-03-1992
LEAVENWORTH USP     UNASSIGNED WORK DETAIL         06-02-1992 1214 06-02-1992
EL RENO FCI         ADMINISTRATIVE DETENTION       05-22-1992 2100 06-02-1992
PHOENIX FCI         UNASSIGNED                     05-20-1992 1645 05-22-1992
LOS ANGELES MDC     NOT ASSIGNED TO WORK DETAIL    05-19-1992 1946 05-20-1992
LOMPOC USP          RECREATION DEPT PM             02-13-1992 0001 05-19-1992
LOMPOC USP          UNASSIGNED AM                  02-20-1992 0001 03-04-1992
LOMPOC USP          GED CLASS AM                   02-13-1992 0001 02-20-1992
LOMPOC USP          RECREATION DEPT                12-30-1991 0730 02-13-1992
LOMPOC USP          PM DINING ROOM GROUP           12-20-1991 0001 12-30-1991
LOMPOC USP          UNASSIGNED WORK DETAIL         12-09-1991 0001 12-20-1991
LOMPOC USP          A&O UNIT PROGRAM               10-17-1991 1801 12-09-1991
EL RENO FCI         ADMINISTRATIVE DETENTION       10-15-1991 1800 10-17-1991
LEWISBURG USP       UNASSIGNED WORK DETAIL         07-26-1991 1553 10-15-1991
LEWISBURG USP       FOOD SERVICE                   02-28-1991 0001 07-26-1991
LEWISBURG USP       UNASSIGNED WORK DETAIL         01-18-1991 1949 02-28-1991
LEWISBURG USP       HOSPITAL                       12-27-1990 0001 01-18-1991
LEWISBURG USP       UNASSIGNED WORK DETAIL         12-19-1990 2315 12-27-1990
LEWISBURG USP       HOSPITAL                       12-13-1990 0001 12-19-1990
LEWISBURG USP       UNASSIGNED WORK DETAIL         12-10-1990 0719 12-12-1990
LEWISBURG USP       HOSPITAL                       12-04-1990 0001 12-10-1990
LEWISBURG USP       FOOD SERVICE                   11-26-1990 0001 12-04-1990
LEWISBURG USP       UNASSIGNED WORK DETAIL         10-25-1990 1426 11-26-1990
LEWISBURG USP       HOSPITAL                       10-19-1990 0001 10-25-1990
LEWISBURG USP       UNASSIGNED WORK DETAIL         10-11-1990 0622 10-19-1990
LEWISBURG USP       FOOD SERVICE                   09-20-1990 0001 10-11-1990
LEWISBURG USP       ORDERLIES-INSIDE SAN           09-17-1990 0001 09-20-1990
LEWISBURG USP       UNASSIGNED WORK DETAIL         09-06-1990 1302 09-17-1990
LEWISBURG USP       EDUCATION                      07-11-1990 0001 09-06-1990
LEWISBURG USP       FOOD SERVICE                   01-30-1990 0001 07-11-1990
LEWISBURG USP       UNASSIGNED WORK DETAIL         01-22-1990 1423 01-30-1990
LEWISBURG USP       FOOD SERVICE                   01-06-1990 0001 01-22-1990
LEWISBURG USP       UNASSIGNED WORK DETAIL         12-18-1989 0321 01-06-1990
LEWISBURG USP       FOOD SERVICE                   10-13-1989 0001 12-18-1989
LEWISBURG USP       CLOTHING ISSUE                 10-12-1989 0001 10-13-1989
LEWISBURG USP       CONVALESCENCE                  09-20-1989 1500 10-12-1989
LEWISBURG USP       CLOTHING ISSUE                 09-10-1989 0001 09-20-1989
LEWISBURG USP       CONVALESCENCE                  08-10-1989 1021 09-10-1989
LEWISBURG USP       CLOTHING ISSUE                 07-18-1989 0001 08-10-1989
LEWISBURG USP       VACATION                       07-03-1988 0001 07-18-1989
LEWISBURG USP       CLOTHING ISSUE                 10-19-1988 0001 07-03-1989
LEWISBURG USP       IDLE #2 - 2 DAYS               10-17-1988 1434 10-19-1988

    G0002       MORE PAGES TO FOLLOW . . .
```

```
BERAE   533*01  *           DEPARTMENT OF JUSTICE                *   07-12-2007
PAGE 014           *        ASSIGNMENT HISTORY REPORT            *   09:36:28

        WRK DETAIL
RESPONSIBILITY OF:  - - - -  ASSIGNMENTS  - - - -
LEWISBURG USP       CLOTHING ISSUE                   START DATE/TIME  STOP DATE
LEWISBURG USP       IDLE #2 - 2 DAYS                 10-17-1988 1431  10-17-1988
LEWISBURG USP       CLOTHING ISSUE                   10-17-1988 1425  10-17-1988
LEWISBURG USP       UNASSIGNED                       10-11-1988 0001  10-17-1988
EL RENO FCI         ADMINISTRATIVE DETENTION         09-17-1988 1836  10-11-1988
PHOENIX FCI         UNASSIGNED                       09-16-1988 1645  09-17-1988
LOMPOC USP          UNASSIGNED                       09-15-1988 1530  09-16-1988
LOMPOC USP          UNASSIGNED PM                    02-21-1988 0001  09-15-1988
LOMPOC USP          UNASSIGNED AM                    02-21-1988 2034  02-21-1988
LOMPOC USP          ORDERLY L PM                     02-21-1988 2034  02-21-1988
LOMPOC USP          ORDERLY L AM                     05-12-1987 0001  02-21-1988
LOMPOC USP          ORDERLY L                        05-12-1987 0001  02-21-1988
LOMPOC USP          UNASSIGNED                       05-12-1987 0001  05-12-1987
LOMPOC USP          ORDERLY L                        03-21-1987 1250  05-12-1987
LOMPOC USP          UNASSIGNED                       03-12-1987 0001  03-21-1987
LOMPOC USP          ORDERLY L                        01-29-1987 0001  03-12-1987
LOMPOC USP          UNASSIGNED                       10-14-1986 0001  01-29-1987
LOMPOC USP          ORDERLY L                        10-05-1986 0001  10-14-1986
LOMPOC USP          A&O UNIT PROGRAM                 09-28-1986 0001  10-05-1986
EL RENO FCI         ADMINISTRATIVE DETENTION         08-20-1986 1523  09-28-1986
CHICAGO MCC         UNASSIGNED                       08-19-1986 1840  08-20-1986
CHICAGO MCC         UNASSIGNED                       08-13-1986 2300  08-19-1986
EL RENO FCI         UNASSIGNED                       08-08-1986 1140  08-13-1986
EL RENO FCI         ADMINISTRATIVE DETENTION         08-05-1986 1106  08-08-1986
LOMPOC USP          ORDERLY L                        08-01-1986 1800  08-05-1986
LOMPOC USP          FOOD SERVICE                     03-10-1986 0001  08-01-1986
LOMPOC USP          MEDICAL IDLE STATUS              08-30-1985 0001  03-10-1986
LOMPOC USP          MEDICAL IDLE STATUS              02-26-1986 1237  03-01-1986
LOMPOC USP          MEDICAL IDLE STATUS              02-24-1986 1245  02-25-1986
LOMPOC USP          MEDICAL IDLE STATUS              02-03-1986 0900  02-06-1986
LOMPOC USP          MEDICAL IDLE STATUS              01-30-1986 0900  02-02-1986
LOMPOC USP          UNASSIGNED                       01-28-1986 0900  01-30-1986
LOMPOC USP          A&O UNIT PROGRAM                 08-21-1985 0918  09-30-1985
TUCSON FCI          UNASSIGNED A-HLD,A-PRE,A-INS     08-14-1985 1847  08-21-1985
EL RENO FCI         UNASSIGNED                       08-09-1985 1418  08-14-1985
EL RENO FCI         ADMINISTRATIVE DETENTION         07-22-1985 1300  08-09-1985
TEXARKANA FCI       UNASSIGNED                       07-22-1985 1300  08-09-1985
MEMPHIS FCI         UNASSIGNED                       07-18-1985 1423  07-22-1985
TALLADEGA FCI       UNASSIGNED                       07-17-1985 1440  07-18-1985
TALLADEGA FCI       CHIEF CORRECTIONAL SUPERVISOR    05-05-1985 0933  07-17-1985
TALLADEGA FCI       LANDSCAPE                        04-18-1985 2300  05-05-1985
TALLADEGA FCI       UNASSIGNED                       02-28-1985 2300  04-18-1985
TALLADEGA FCI       LANDSCAPE                        02-23-1985 0635  02-28-1985
TALLADEGA FCI       FOOD SERVICE AM                  02-10-1985 2300  02-23-1985
TALLADEGA FCI       UNASSIGNED                       01-30-1985 2300  02-10-1985
TALLADEGA FCI       UNASSIGNED                       01-09-1985 1516  01-30-1985
ATLANTA USP         UNASSIGN WORK DETAIL             01-08-1985 1015  01-09-1985
TERRE HAUTE FCI     UNASSIGNED                       12-19-1984 1520  01-08-1985
                                                     12-18-1984 1630  12-19-1984

G0002      MORE PAGES TO FOLLOW . . .
```

```
SERAE  533*01  *         DEPARTMENT OF JUSTICE          *      07-12-2007
PAGE 015        *       ASSIGNMENT HISTORY REPORT        *      09:36:28
```

```
          WRK DETAIL
RESPONSIBILITY OF:  - - - - -ASSIGNMENTS - - - -   START DATE/TIME  STOP DATE
CHICAGO MCC       UNASSIGNED
TERRE HAUTE FCI   UNASSIGNED                      12-10-1984 1040  12-18-1984
ATLANTA USP       UNASSIGN WORK DETAIL            12-06-1984 1930  12-10-1984
TALLADEGA FCI     FOOD SERVICE AM                 12-03-1984 1626  12-06-1984
TALLADEGA FCI     LANDSCAPE                       11-12-1984 2300  12-03-1984
TALLADEGA FCI     UNASSIGNED                      10-28-1984 2300  11-12-1984
TALLADEGA FCI     LANDSCAPE                       10-06-1984 2300  10-28-1984
TALLADEGA FCI     MEDICALLY UNASSIGNED            10-06-1984 2300  10-06-1984
TALLADEGA FCI     LANDSCAPE                       09-06-1984 1458  10-06-1984
TALLADEGA FCI     UNASSIGNED                      08-26-1984 2300  09-06-1984
ATLANTA USP       UNASSIGN WORK DETAIL            08-07-1984 1125  08-26-1984
TERRE HAUTE FCI   UNASSIGNED                      07-25-1984 1611  08-07-1984
OXFORD FCI        UNASSIGNED                      07-20-1984 2000  07-25-1984
OXFORD FCI        UNASSIGNED                      05-30-1984 1200  07-20-1984
OXFORD FCI        UNASSIGNED                      05-22-1984 1410  05-25-1984
OXFORD FCI        UNASSIGNED                      04-10-1984 1850  05-22-1984
OXFORD FCI        UNASSIGNED                      03-27-1984 1540  04-09-1984
OXFORD FCI        UNASSIGNED                      12-17-1983 1905  03-26-1984
OXFORD FCI        CARPENTER 1 SHOP                10-29-1983 0001  12-17-1983
OXFORD FCI        INMATE FOOD SERVICE/REG. POPUL  09-28-1983 1326  10-29-1983
TERRE HAUTE FCI   UNASSIGNED                      08-10-1983 1330  08-23-1983
EL RENO FCI       AUTO VOCATIONAL TRAINING        06-27-1983 0001  08-10-1983
EL RENO FCI       ORDERLY UTAH 1                  06-13-1983 0001  06-27-1983
EL RENO FCI       AUTO VOCATIONAL TRAINING        05-16-1983 0001  06-13-1983
EL RENO FCI       FS DINING ROOM                  04-13-1983 1601  05-16-1983
EL RENO FCI       FS COOK                         04-13-1983 0001  04-13-1983
EL RENO FCI       FS DINING ROOM                  03-16-1983 1725  04-13-1983
EL RENO FCI       FS CORRIDOR                     03-06-1983 1233  03-16-1983
EL RENO FCI       UNASSIGNED                      08-06-1982 1700  03-06-1983
ATLANTA USP       UNASSIGN WORK DETAIL            07-23-1982 2616  07-29-1982
```

```
G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

```
SERAE          *        INMATE DISCIPLINE DATA          *    07-12-2007
PAGE 001        *     CHRONOLOGICAL DISCIPLINARY RECORD   *    09:36:40

REGISTER NO: 39154-066 NAME..: SEALEY, RICHARD L
FUNCTION...: PRT       FORMAT: CHRONO   LIMIT TO ___ MOS PRIOR TO 07-12-2007

----------------------------------------------------------------------
REPORT NUMBER/STATUS.: 121446 - SANCTIONED  INCIDENT DATE/TIME: 12-21-1992 1100
DHO HEARING DATE/TIME: 02-09-1993 1130
FACL/CHAIRPERSON.....: LVN/GROUGH, E.
REPORT REMARKS.......: INMATE GUILTY OF CODE 307.
HEARING IS ALSO BASIS FOR EXECUTION OF DS          SUSPENDED 11-17-1992 1032
    307  REFUSING TO OBEY AN ORDER - FREQ: 3
         DS           / 15 DAYS / CS
         COMP:    LAW:
         RESTR QTRS / 7 DAYS / CS
         COMP:    LAW:    UPON RELEASE FROM SHU, COMPLETE CELL RESTRICTION
----------------------------------------------------------------------
REPORT NUMBER/STATUS.: 120670 - SANCTIONED  INCIDENT DATE/TIME: 12-17-1992 1300
UDC HEARING DATE/TIME: 12-18-1992 1020
FACL/UDC/CHAIRPERSON.: LVN/SL/E. JACKSON
REPORT REMARKS.......: 1ST CODE 305.
    305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
         RESTR QTRS / 7 DAYS / CS
         COMP:    LAW:    FOUND GUILTY OF CODE 305, 7 DAYS CELL RESTRICTION,
                         AND CONFISCATE CONTRABAND.
----------------------------------------------------------------------
REPORT NUMBER/STATUS.: 114116 - SANCTIONED  INCIDENT DATE/TIME: 11-10-1992 1750
DHO HEARING DATE/TIME: 11-17-1992 1032
FACL/CHAIRPERSON.....: LVN/GROUGH, E.
REPORT REMARKS.......: INMATE GUILTY OF CODE 307.
    307  REFUSING TO OBEY AN ORDER - FREQ: 3
         DS           / 15 DAYS / CS / SUSPENDED 180 DAYS
                      EXECUTED BASED ON HEARING OF 02-09-1993 1130
         COMP:    LAW:
----------------------------------------------------------------------
REPORT NUMBER/STATUS.: 81535 - SANCTIONED   INCIDENT DATE/TIME: 05-06-1992 0930
UDC HEARING DATE/TIME: 05-07-1992 0945
FACL/UDC/CHAIRPERSON.: LON/L/J CESENA
REPORT REMARKS.......: REPORT AS WRITTEN; INVEST CONCLUSION; ADDITIONAL VERB
                      INFO BY WRITER SAYING WITNESS UNABLE TO HEAR INCIDENT.
    306  REFUSING WORK/PGM ASSIGNMENT - FREQ: 1
         LOSE PRIV  / 30 DAYS / CC
         COMP:    LAW:    COMMISSARY RESTRICTION FROM 5-12- THRU 6-11-1992.
    307  REFUSING TO OBEY AN ORDER - FREQ: 1
         LOSS PRIV  / 30 DAYS / CC
         COMP:    LAW:    COMMISSARY RESTRICTION FROM 5-12- THRU 6-11-1992.



G0002      MORE PAGES TO FOLLOW . . .
```

```
SERAE            *      INMATE DISCIPLINE DATA              *    07-12-2007
PAGE 002 OF 002  *   CHRONOLOGICAL DISCIPLINARY RECORD      *    09:36:40

REGISTER NO: 39154-066 NAME..: SEALEY, RICHARD L
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-12-2007
-----------------------------------------------------------------------
REPORT NUMBER/STATUS.: 61167 - SANCTIONED    INCIDENT DATE/TIME: 01-01-1992 1930
UDC HEARING DATE/TIME: 01-02-1992 1800
FACL/UDC/CHAIRPERSON.: LOM/L/J. CESENA
REPORT REMARKS......: INMATE ADMITTED GUILT
    307  REFUSING TO OBEY AN ORDER - FREQ: 1
         EXTRA DUTY / 15 HOURS / CC / SUSPENDED 180 DAYS
         COMP:    LAW:    TO BE PERFORMED FOR CUSTODY.
         LOSE PRIV / 30 DAYS / CC / SUSPENDED 180 DAYS
         COMP:    LAW:    LOSS OF COMMISSARY PRIVILEGES.
-----------------------------------------------------------------------
REPORT NUMBER/STATUS.: 36904 - SANCTIONED    INCIDENT DATE/TIME: 07-26-1991 1540
DHO HEARING DATE/TIME: 08-15-1991 1000
FACL/CHAIRPERSON.....: LEW/ZIMANY R
REPORT REMARKS......: INMATE WAS FOUND GUILTY AS CHARGED
    201  FIGHTING WITH ANOTHER PERSON - FREQ: 1
         DS        / 30 DAYS / CS
         COMP:    LAW:
         LOSE PRIV / 60 DAYS / CS
         COMP:    LAW:    LOSS OF COMMISSARY FOR 60 DAYS EXCEPT TO PURCHASE
                          STAMPS
-----------------------------------------------------------------------
REPORT NUMBER/STATUS.: 8634 - SANCTIONED    INCIDENT DATE/TIME: 01-03-1991 1753
DHO HEARING DATE/TIME: 01-24-1991 0915
FACL/CHAIRPERSON.....: LEW/EMORY D
APPEAL CASE NUMBER(S): 9992
REPORT REMARKS......: INMATE FOUND GUILTY AS CHARGED
    109  POSSESSING DRUGS OR DRUG ITEMS - FREQ: 2
         DS        / 60 DAYS / CS
         COMP:    LAW:
         LOSE PRIV / 1 YEARS / CS
         COMP:    LAW:    LOSS OF SOCIAL VISITS FOR 1 YEAR




G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
SERAX          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      07-12-2007
PAGE 001 OF                                                        09:36:58
        FUNCTION: L-P SCOPE: REG   EQ 39154-066    OUTPUT FORMAT: SAN
        ------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW------
DT RCV: FROM _____ THRU _____          DT STS: FROM _____ THRU _____
DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS: __ __ __ __ __ __
SUBJECTS: __ __ __ __ __ __
EXTENDED: __ REMEDY LEVEL: __ __         RECEIPT: __ __ __ "OR" EXTENSION: __ __
RCV  OPC : EQ ___
TRACK:  DEPT: ___    ___    ___    ___    ___    ___
      PERSON: ___    ___    ___    ___    ___    ___
        TYPE: ___    ___    ___    ___    ___    ___
EVNT FACL: EQ ___    ___    ___    ___    ___    ___
RCV FACL.: EQ ___    ___    ___    ___    ___    ___
RCV UN/LC: EQ ___    ___    ___    ___    ___    ___
RCV QTR..: EQ ___    ___    ___    ___    ___    ___
ORIG FACL: EQ ___    ___    ___    ___    ___    ___
ORG UN/LC: EQ ___    ___    ___    ___    ___    ___
ORIG QTR.: EQ ___    ___    ___    ___    ___    ___


G0002      MORE PAGES TO FOLLOW . . .
```

```
SERAE              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    07-12-2007
PAGE 002 OF 002 *                     SANITIZED FORMAT           *    09:36:58

REMEDY-ID     SUBJ1/SUBJ2  ---------------------ABSTRACT----------------------
              RCV-OFC       RCV-FACL     DATE-RCV       STATUS      STATUS-DATE

9992-R1       20CS/        APPEALS DHO SANCTIONS ON 01-24-91, CODE 109
              NER           LEW          02-11-1991     CLD         02-21-1991

9992-A1       20CS/        APPEALS DHO SANCTIONS ON 01-24-91, CODE 109
              BOP           LEW          03-05-1991     CLD         04-03-1991
```

```
                      2 REMEDY SUBMISSION(S) SELECTED
         G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

```
SERAE  540*23  *           SENTENCE MONITORING        *    07-12-2007
PAGE 001       *            COMPUTATION DATA           *    09:37:15
                           AS OF 03-02-1994

REGNO..: 39154-066 NAME: SEALEY, RICHARD L


FBI NO...........: 955653V2          DATE OF BIRTH: 04-18-1964
ARS1.............: ATL/MARD REL
UNIT...,.........:                    QUARTERS.....:
DETAINERS........: NO                 NOTIFICATIONS: NO

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE: 03-02-1994 VIA MAND REL

-----------------------PRIOR JUDGMENT/WARRANT NO: 020 ------------------------
COURT OF JURISDICTION.....'......: WISCONSIN, WESTERN DISTRICT
DOCKET NUMBER...................: 84-CR-14
JUDGE.........................: SHABAS
DATE SENTENCED/PROBATION IMPOSED: 07-13-1984
DATE WARRANT ISSUED.............: N/A
DATE WARRANT EXECUTED...........: N/A
DATE COMMITTED..................: 09-16-1992
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED..............: NO
SPECIAL PAROLE TERM............:


RESTITUTION...:  PROPERTY: NO  SERVICES: NO       AMOUNT: $50.00

--------------------------PRIOR OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:  011
OFF/CHG: 18 USC 111  ASSAULTING, RESISTING, OR IMPEDING CERTAIN
         OFFICERS OR EMPLOYEES

  SENTENCE PROCEDURE.............: 4205(A) REG ADULT-ORIG TERM GRTR THAN 1YR
  SENTENCE IMPOSED/TIME TO SERVE.:    2 YEARS
  DATE OF OFFENSE................: 11-25-1983
```

```
G0002      MORE PAGES TO FOLLOW . . .
```

```
SERAE  540*23 *          SENTENCE MONITORING              *   07-12-2007
PAGE 002        *          COMPUTATION DATA               *   09:37:15
                           AS OF 03-02-1994
```

REGNO..: 39154-066 NAME: SEALEY, RICHARD L


-----------------------PRIOR COMPUTATION NO: 020 ----------------------

COMPUTATION 020 WAS LAST UPDATED ON 03-02-1994 AT ATL AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 020:    020 010

```
DATE COMPUTATION BEGAN..........: 09-16-1992
TOTAL TERM IN EFFECT............:    2 YEARS
TOTAL TERM IN EFFECT CONVERTED..:    2 YEARS
EARLIEST DATE OF OFFENSE........: 11-25-1993

TOTAL JAIL CREDIT TIME..........: 0
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 6
TOTAL SGT POSSIBLE..............: 144
PAROLE ELIGIBILITY..............: 05-15-1993
STATUTORY RELEASE DATE..........: 04-24-1994
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: 03-19-1994
EXPIRATION FULL TERM DATE.......: 09-15-1994

NEXT PAROLE HEARING DATE........: N/A
TYPE OF HEARING.................: WAIVED

ACTUAL SATISFACTION DATE........: 03-02-1994
ACTUAL SATISFACTION METHOD......: MAND REL
ACTUAL SATISFACTION FACILITY....: ATL
ACTUAL SATISFACTION KEYED BY,...: HLS

DAYS REMAINING..................: 197
FINAL PUBLIC LAW DAYS...........: 0
```


G0002       MORE PAGES TO FOLLOW . . .

```
SERAB  540*23  *          SENTENCE MONITORING         *    07-12-2007
PAGE 003        *           COMPUTATION DATA           *    09:37:15
                          AS OF 09-16-1992
```

REGNO..: 39154-066 NAME: SEALEY, RICHARD L


FBI NO..........: 958653V2              DATE OF BIRTH: 04-18-1964
ARS1............: ATL/MAND REL
UNIT............:                        QUARTERS.....:
DETAINERS.......: YES                    NOTIFICATIONS: NO

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE: 09-16-1992 VIA STATE PRIS

REMARKS........: RECOMMIT - USDC W/WI 2 YRS CS, 18:111 (ASSAULT)

-----------------------PRIOR JUDGMENT/WARRANT NO: 010 ---------------------

COURT OF JURISDICTION...........: VIRGIN ISLANDS TERRITORY
DOCKET NUMBER...................: 81-182
JUDGE...........................: O'BRIEN
DATE SENTENCED/PROBATION IMPOSED: 03-24-1982
DATE WARRANT ISSUED.............: N/A
DATE WARRANT EXECUTED...........: N/A
DATE COMMITTED..................: 08-06-1982
HOW COMMITTED...................: STATE PRISONER RECEIVED
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:


RESTITUTION...: PROPERTY: NO SERVICES: NO     AMOUNT: $00.00

------------------------PRIOR OBLIGATION NO: 010 --------------------------
OFFENSE CODE....: 762
OFF/CHG: ASSAULT

 SENTENCE PROCEDURE.............: VIRGIN ISLANDS CODE SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    12 YEARS
 DATE OF OFFENSE................: N/A

 REMARKS.......: SENTENCE COMPUTATION PROVIDED BY VIRGIN ISLAND AUTHORITIES.




G0002     MORE PAGES TO FOLLOW . . .
```

```
SERAE   540*23 *            SENTENCE MONITORING              *    07-12-2007
PAGE 004 OF 004 *           COMPUTATION DATA                 *    09:37:15
                            AS OF 09-16-1992
```

REGNO..: 39154-066 NAME: SEALEY, RICHARD L


-----------------------------PRIOR COMPUTATION NO: 010 -----------------------------

COMPUTATION 010 WAS LAST UPDATED ON 08-07-1992 AT LVN MANUALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:    010 010

```
DATE COMPUTATION BEGAN..........: 03-24-1982
TOTAL TERM IN EFFECT............:    12 YEARS
TOTAL TERM IN EFFECT CONVERTED..:    12 YEARS

JAIL CREDIT.....................:     FROM DATE      THRU DATE
                                     11-24-1981     03-23-1982
TOTAL JAIL CREDIT TIME..........: 120
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 6
TOTAL SGT POSSIBLE..............: 720
PAROLE ELIGIBILITY..............: 11-23-1987
STATUTORY RELEASE DATE..........: 09-16-1992
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: N/A
EXPIRATION FULL TERM DATE.......: 11-21-1993

NEXT PAROLE HEARING DATE........: N/A
TYPE OF HEARING.................: NOT ELIGIBLE

ACTUAL SATISFACTION DATE........: 09-16-1992
ACTUAL SATISFACTION METHOD......: STATE PRIS
ACTUAL SATISFACTION FACILITY....: LVN
ACTUAL SATISFACTION KEYED BY....: TJJ

DAYS REMAINING..................: 432
FINAL PUBLIC LAW DAYS...........: 0
```


S0039      ALL CURRENT COMPS ARE SATISFIED

```
SERAE  542*22 *          SENTENCE MONITORING        *      07-12-2007
PAGE 001 OF 001 *          GOOD TIME DATA           *      09:37:35
                          AS OF 09-16-1992

REGNO...: 39154-066   NAME: SEALEY, RICHARD L
ABS 1...: ATL MAND REL
COMPUTATION NUMBER...: 010                FUNC..: PRT   ACT DT:
LAST UPDATED: DATE.: 08-07-1992           FACL..: LVN   CALC: MANUAL
UNIT................:                      QUARTERS.........:
DATE COMP BEGINS....: 03-24-1982          COMP STATUS.........: SATISFIED
TOTAL JAIL CREDIT...: 120                 TOTAL INOP TIME.....: 0
STATUTORY REL DT...: 09-16-1992 WED       EXPIRES FULL TERM DT: 11-21-1993
PROJ SATISFACT DT...: 09-16-1992 WED      PROJ SATISF METHOD..: STATE PRIS
ACTUAL SATISFACT DT.: 09-16-1992 WED      ACTUAL SATISF METHOD: STATE PRIS
FINAL STAT GOOD TIME: 0                   FINAL EXTR GOOD TIME: 0
DAYS REMAINING......: 432                 FINAL PUBLC LAW DAYS: 0

-----------------------EXTRA GOOD TIME EARNINGS-----------------------

    INST     TYPE     DATE IN      DATE OUT      PRI/SEN IND
                      NONE


     EGT EARNED...............................:          DAYS

BREAK OVER DATE...............................:

----------EXTRA GOOD TIME LUMP SUM AWARDS AND ADJUSTMENTS-------------

                          NONE

                                          -----------------
     TOTAL EGT..............................:          DAYS

--------STATUTORY GOOD TIME FORFEITURES, WITHHOLDINGS, RESTORATIONS--------

   INFRACTION      DECISION      ACTION    AMOUNT   INFR SEVERITY    FREQ
   DATE    NO        DATE         TYPE              /RSN FOR ADJ
   02-03-1984 1    02-06-1984      FF       293
   07-01-1985 1    07-16-1985      FF        40
   02-05-1992 1    07-06-1992      FF         6

     NET SGT FORFEITURES, WITHHOLDINGS, RESTORATIONS:          DAYS




   35136     ABOVE COMP BELONGS TO A PRIOR COMMITMENT - RELEASED 09-16-1992
   G0005     TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
SERAM  542*22 *            SENTENCE MONITORING            *    07-12-2007
PAGE 001 OF 001 *            GOOD TIME DATA                *    09:37:40
                           AS OF 03-02-1994

REGNO...: 39154-066    NAME: SEALEY, RICHARD L
ARS 1...: ATL MAND REL
COMPUTATION NUMBER..: 020                 FUNC..: PRT   ACT DT:
LAST UPDATED: DATE.: 03-02-1994           FACL..: ATL   CALC: AUTOMATIC
UNIT................:                      QUARTERS...........:
DATE COMP BEGINS...: 09-16-1992           COMP STATUS........: SATISFIED
TOTAL JAIL CREDIT...: 0                    TOTAL INOP TIME.....: 0
STATUTORY REL DT...: 04-24-1994 SUN       EXPIRES FULL TERM DT: 09-15-1994
PROJ SATISFACT DT..: 03-02-1994 WED       PROJ SATISF METHOD..: MAND REL
ACTUAL SATISFACT DT.: 03-02-1994 WED      ACTUAL SATISF METHOD: MAND REL
FINAL STAT GOOD TIME: 144                 FINAL EXTR GOOD TIME: 53
DAYS REMAINING......: 197                  FINAL PUBLC LAW DAYS: 0

-----------------------EXTRA GOOD TIME EARNINGS-----------------------

    INST    TYPE      DATE IN      DATE OUT        PRI/SEN IND
    LVN     MGT      09-16-1992   03-17-1993
    ATL     MGT      06-09-1993   03-02-1994

    EGT EARNED..............................:        53 DAYS

BREAK OVER DATE.................................:      12-08-1993

-----------EXTRA GOOD TIME LUMP SUM AWARDS AND ADJUSTMENTS---------------

              NONE
                                         ------------------
    TOTAL EGT............................:        53 DAYS

--------STATUTORY GOOD TIME FORFEITURES, WITHHOLDINGS, RESTORATIONS--------

    INFRACTION       DECISION       ACTION      AMOUNT    INFR SEVERITY   FREQ
    DATE    NO         DATE          TYPE                 /RSN FOR ADJ
    NONE

    NET SGT FORFEITURES, WITHHOLDINGS, RESTORATIONS:      0 DAYS
```

```
S5135      ABOVE COMP BELONGS TO A PRIOR COMMITMENT - RELEASED 03-02-1994
G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
SERAE  535.03 *                  INMATE PROFILE              *        07-11-2007
PAGE 001 OF 001                                                      13:58:37
             39154-066              REG
REGNO: 39154-066                    FUNCTION: PRT DOB/AGE.: 04-18-1964 / 43
NAME..: SEALEY, RICHARD L                             R/S/ETH.: B/M/O
RSP...: ATL-ATLANTA USP                               MILEAGE.: 1643 MILES
PHONE: 404-635-5100        FAX: 404-331-2483
ARS ASSIGNMENT..: MANDATORY RELEASE          FBI NO..: 955653V2
ARS DATE/TIME...: 03-02-1994/1050            INS NO...: N/A
 PROJ REL METHOD: UNKNOWN                     SSN.....: 580040371
 PROJ REL DATE..: UNKNOWN        PSYCH: NO    DETAINER: NO         CMC..: YES
         - - - - - - - RELEASE DESTINATION - - - - - - - -
         AGENCY..............:
         DST ASSIGNMENT......:
         ADDRESS.............: 194 ESTATE BION FARM
                               ST CROIX, VIRGIN ISLANDS 00820
OFFN/CHG RMKS: ASSAULT. 12 YEARS. VIRGIN ISLAND AUTHORITIES.
  FACL CATEGORY  - - - - -  CURRENT ASSIGNMENT - - - - -   EFF DATE  TIME
  ATL  ADM-REL    MAND REL   MANDATORY RELEASE             03-02-1994 1050
  ATL  ST BILLING BIL VQ     BILLABLE, VIRGIN ISLANDS      06-09-1993 1429
  ATL  DRUG PGMS  DRG E COMP DRUG EDUCATION COMPLETED       09-30-1993 1310
  ATL  EDUC INFO  ESL HAS    ENGLISH PROFICIENT            09-10-1991 1424
  ATL  EDUC INFO  GED HAS    COMPLETED GED OR HS DIPLOMA    06-01-1991 0712
  ATL  FIN RESP   NO OBLG    FINANC RESP-NO OBLIGATION      04-25-1988 1458
  ATL  LEVEL      HIGH       SECURITY CLASSIFICATION HIGH   02-18-1994 0839
  ATL  MED DY ST  REG DUTY   NO MEDICAL RESTR--REGULAR DUTY 06-11-1992 0825
  ATL  MED DY ST  REG HOUS   REGULAR HOUSING               06-11-1992 0825
  ATL  MED DY ST  YES F/S    CLEARED FOR FOOD SERVICE       07-14-1992 0730
  ATL  RELIGION   RASTA      RASTAFARIAN                    06-29-1992 0859




G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

# EXHIBIT 26



**U.S. Department of Justice**

Office of Information and Privacy

_Telephone: (202) 514-3642_                    _Washington, D.C. 20530_

JAN 1 4 2008

Seanna R. Brown, Esq.
Troutman Sanders LLP
The Chrysler Building                Re:  Appeal No. 08-0687
405 Lexington Ave.                         Request No. 07-2902
New York, NY  10174                        JGM:KM

Dear Ms. Brown:

  This responds to your letter dated January 7, 2008, in which you ask that this Office expedite processing of your appeal on behalf of Mr. Richard L. Sealey from the action of the Executive Office for United States Attorneys on your request for records pertaining to Mr. Sealey.

  Your appeal has been assigned number **08-0687**.  Please mention this number in any future correspondence with this Office regarding this appeal.

  After carefully considering your request, and based on the information presented, I believe that expedited processing of your appeal is warranted.  Accordingly, your appeal will be administratively adjudicated as quickly as practicable.

        Sincerely,

        Janice Galli McLeod
        Associate Director

**EXHIBIT 27**



**U.S. Department of Justice**

Office of Information and Privacy

_____

*Telephone: (202) 514-3642*                          *Washington, D.C. 20530*

**JAN 2 2 2008**

Seanna R. Brown, Esq.
Troutman Sanders LLP
The Chrysler Building                Re:    Appeal No. 08-0687
405 Lexington Avenue                        Request No. 07-2902
New York, NY 10174                          KAH:SJV

Dear Ms. Brown:

     You appealed on behalf of your client, Richard L. Sealey, from the action of the
Executive Office for United States Attorneys (EOUSA) on the portion of his request for access to
records pertaining to himself in the Eastern District of Wisconsin.

     After carefully considering your appeal, I am affirming EOUSA's action on your request.
EOUSA informed you that it could locate no records responsive to your client's request in its
files. I have determined that EOUSA's response was correct and that it conducted an adequate,
reasonable search for records responsive to your client's request.

     If your client is dissatisfied with my action on your appeal, he may file a lawsuit in
accordance with 5 U.S.C. § 552(a)(4)(B).

               Sincerely,

               Janice Galli McLeod
               Associate Director

**EXHIBIT 28**

# Department of Justice

**FOR IMMEDIATE RELEASE**
**TUESDAY, NOVEMBER 8, 2005**
**WWW.USDOJ.GOV**

CRT
(202) 514-2007
TDD (202) 514-1888

### JUSTICE DEPARTMENT FILES FOR CONTEMPT
### AGAINST GOLDEN GROVE PRISON AUTHORITIES
### REGARDING CONDITIONS OF CONFINEMENT

WASHINGTON, D.C. - The Justice Department today announced that it filed a Show Cause Motion with the United States District Court for the Virgin Islands asking the Court to hold the Virgin Islands in contempt of a long standing Consent Decree regarding conditions of confinement at the Golden Grove Prison and Detention Facility in St. Croix.

A Consent Decree was filed in November 1986 that required Golden Grove to remedy unconstitutional conditions including operational and security procedures, medical and mental health care, and fire safety and environmental sanitation deficiencies. In the years following, the United States provided technical assistance to the Virgin Islands in the form of expert consultant reports, staffing needs assessments and other assistance. The United States also obtained supplemental Orders and agreements with the Virgin Islands on several occasions to implement the Consent Decree's requirements. In 2003, 2004 and 2005 the Justice Department conducted expert consultant visits at the facility and received reports, which were shared with the jurisdiction in an attempt to identify current and ongoing conditions that did not meet constitutionally mandated minimum requirements of security and safety. The jurisdiction promised remedial action, but Justice Department attorneys found that conditions at the facility had regressed in all areas. The Department found a routine history of inmate on inmate assaults, lack of correctional officer staffing in housing units, and constitutionally inadequate medical and mental health care for incarcerated individuals.

"The Justice Department has made every effort to assist the Virgin Islands in meeting its obligation to remedy the deplorable current and ongoing violations at Golden Grove," said Bradley J. Schlozman, Acting Assistant Attorney General for the Civil Rights Division. "Today, we are simply asking the court to ensure this prison facility's compliance with constitutional standards."

In its filing, the Department asks the Court to find the Virgin Islands in contempt of the Consent Decree, supplemental Court Orders, and Plan of Compliance and further seeks the appointment of a Special Master to implement the requirements of the Consent Decree.

### ###

05-601

**EXHIBIT 29**

# TROUTMAN SANDERS LLP

### A T T O R N E Y S   A T   L A W
#### A LIMITED LIABILITY PARTNERSHIP

THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NEW YORK 10174
www.troutmansanders.com
TELEPHONE: 212-704-6000
FACSIMILE: 212-704-6288

Seanna R. Brown
seanna.brown@troutmansanders.com

Direct Dial:  212-704-8448
Direct Fax:  212-704-8352

August 16, 2007

**BY FIRST CLASS MAIL**
Freedom of Information Act/Privacy Act Mail Referral Unit
Justice Management Division
U.S. Department of Justice
Room 1070, NPB
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

Re:    Golden Grove Adult Correctional Facility, St. Croix, U.S. Virgin Islands
       Anna's Hope Detention Center, St. Croix, U.S. Virgin Islands
       **This Regards a Death Penalty Case; Expedited Processing Requested.**

Dear Freedom of Information Act Officer:

Pursuant to the Freedom of Information Act, 5 U.S.C. §552, I respectfully request certified copies of all records, documents, and/or files in the possession or under the control of your office or agency and/or any person, division, department or similar subsection of your office or agency, regarding the above referenced facilities, including, but not limited to material relating to:

any investigations, inspections, civil actions, criminal actions, institutional lawsuits, civil rights complaints, stipulated agreements, consent decrees, special master appointments, federal reports, and/or subpoenas regarding either of the above referenced facilities.

For the purposes of the request, the terms "records," "documents," and "files" are intended to include, without limitation, any and all written, typed printed, recorded, graphic, computer-generated, or other matter of any kind from which information can be derived, whether produced, reproduced, or stored on paper, cards, tapes, films, electronic facsimiles, computer storage devices, or any other medium. They include, without limitation, letters, memoranda (including internal memoranda), calendars, schedules, books, indices, notes, printed forms, publications, press releases, notices, minutes, summaries or abstracts, reports, files, transcripts, computer tapes, printouts, drawings, photographs, recordings (including both videotapes and audiotapes), telegrams, and telex messages, as well as any reproductions thereof that differ in any way from any other reproduction, such as copies containing marginal notations.

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

Freedom of Information Act Officer
August 16, 2007
Page 2

Please certify all provided records. I understand that there may be a charge for certified records. Please provide an itemized statement of all incurred charges. Please note that this request is specifically for certified records and that no charges are authorized for the production of uncertified records.

If your search produces no records please send a signed, dated letter on letterhead to that effect. Please include in that letter any other departments or offices known to you that could have documents responsive to this request.

Further, to the extent that your office determines that any materials related to these requests are not responsive to this request or will not be disclosed, I request that your office make an item-by-item catalog of those materials not disclosed and the reasons for the non-disclosure.

These records are being requested as they relate to pending legal proceedings. The time constraints of these legal proceedings are pressing and require that I request all possible expediency on the part of your office and agency.

Thank you very much for all of your assistance in this matter. If any questions should arise during the search for these records, please do not hesitate to contact me at the number listed above.

Very truly yours,

Seanna R. Brown

**EXHIBIT 30**

**U.S. Department of Justice**

*Washington, D.C. 20530*

**OCT 2 2 2007**

Seanna R. Brown
Troutman Sanders, LLP
405 Lexington Avenue
New York, NY  10174

Dear Ms. Brown:

This is in response to your request, dated August 16, 2007.   Your Freedom of Information Act
and/or Privacy Act (FOIA/PA) request was received by this office which serves as the receipt and
referral unit for FOIA/PA requests addressed to the Department of Justice (DOJ).   Federal
agencies are required to respond to a FOIA request within 20 business days.   This period does
not begin until the request is actually received by the component within the DOJ that maintains
the records sought.

Upon careful review of your request, we have determined other DOJ components most likely to
have the records you requested.   Therefore, we are also referring your request to the Civil
Division and the Civil Rights Division as indicated on the enclosed FOIA/PA Referral/Action
Slip.   All future inquiries concerning the status of your request should be addressed to the
office(s) listed below:

>               FOIA/PA
>               Civil Division
>               Department of Justice
>               20 Massachusetts Avenue, N.W., Room 7304
>               Washington, DC   20530-0001
>               (202) 514-3319
>
>               FOIA/PA
>               Civil Rights Division
>               Department of Justice
>               NALC Building, Room 311
>               Washington, DC   20530
>               (202) 514-4209

We regret any inconvenience this may have caused.

Sincerely,

Ronald Deacon, Director
Facilities and Administrative
    Services Staff
Justice Management Division

Enclosures
FOIA/PA Referral/Action Slip

**U.S. Department of Justice**
Justice Management Division

**Freedom of Information Act/Privacy Act
Referral/Action Slip**

Clerk:  M. Barnes

Organization:  JMD/FASS

Building & Room:  LOC, 113

Date:

**OCT 2 2 2007**

| To | From | To | From |
|---|---|---|---|
| ❑ | ❑ Office of Information & Privacy | ❑ | ❑ Immigration Review, Executive Office for |
| | _____ | ❑ | ❑ Inspector General, Office of |
| | _____ | ❑ | ❑ Intelligence Policy and Review, Office of |
| | _____ | ❑ | ❑ INTERPOL, U.S. National Central Bureau |
| ❑ | ❑ Antitrust Division | ❑ | ❑ Justice Management Division Staff: _____ |
| ❑ | ❑ Bureau of Alcohol, Tobacco, Firearms and Explosives | ❑ | ❑ Justice Programs, Office of |
| ☑ | ❑ Civil Division | ❑ | ❑ Legal Counsel, Office of |
| ☑ | ❑ Civil Rights Division | ❑ | ❑ National Drug Intelligence Center |
| ❑ | ❑ Community Relations Service | ❑ | ❑ Pardon Attorney, Office of |
| ❑ | ❑ Community Oriented Policing Services | ❑ | ❑ Professional Responsibility Advisory Office |
| ❑ | ❑ Criminal Division | ❑ | ❑ Professional Responsibility, Office of |
| ❑ | ❑ Dispute Resolution, Office of | ❑ | ❑ Solicitor General, Office of |
| ❑ | ❑ Drug Enforcement Administration | ❑ | ❑ Tax Division |
| ❑ | ❑ Environment & Natural Resources Division | ❑ | ❑ U.S. Attorneys, Executive Office for |
| ❑ | ❑ Federal Bureau of Prisons | ❑ | ❑ U.S. Marshals Service |
| ❑ | ❑ Federal Bureau of Investigation | ❑ | ❑ U.S. Parole Commission |
| ❑ | ❑ Federal Detention Trustee, Office of | ❑ | ❑ U.S. Trustees, Executive Office for |
| ❑ | ❑ Foreign Claims Settlement Commission | ❑ | ❑ _____ |

Requester:  Seanna R. Brown

Ref: _____

Date of Request:  August 16, 2007

Received By:  FOIA/PA Mail Referral Unit          Type of Request:  FOIA

Remarks:  Requester advised of this referral.

FORM JMD-481
Rev. Mar. 2004

**EXHIBIT 31**



**U.S. Department of Justice**

Civil Rights Division

---

NDH:TCG:SC
2008-0039(4-032)

*Freedom of Information/Privacy Acts Branch - NALC*
*950 Pennsylvania Avenue, N.W.*
*Washington, DC 20530*

OCT 3 1 2007

Seanna R. Brown, Esq.
Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

Dear Ms. Brown:

   This is in response to your Freedom of Information Act
request dated August 16, 2007 and forwarded to the Civil Rights
Division by the Justice Management Division on October 23, 2007
for information pertaining to the Golden Grove Adult Correctional
Facility, St. Croix, U.S. Virgin Islands, and Anna's Hope
Detention Center, St. Croix, U.S. Virgin Islands.

   Records in the Civil Rights Division are indexed under names
of individuals.  Thus we would have no information indexed under
the names of places such as the Golden Grove Adult Correctional
Facility, and Anna's Hope Detention Center.  If you could provide
us with more information about a civil rights incident that
occurred at the Golden Grove Adult Correctional Facility, or
Anna's Hope Detention Center, such as people involved in the
incident, or the date of the incident, we will search our files
for information responsive to your request.

                    Sincerely,

                    *[signature]* for

                    Nelson D. Hermilla, Chief
           Freedom of Information/Privacy Acts Branch
                    Civil Rights Division

**EXHIBIT 32**

**U.S. Department of Justice**

Civil Division

---

*Washington, D.C. 20530*

JMK:jk:145-FOI-9361                    November 5, 2007

Seanna R. Brown, Esq.
Troutman Sanders
The Chrysler Building
405 Lexington Avenue
New York, New York 10174

Dear Ms. Brown:

This letter responds to your August 16, 2007 Freedom of
Information Act (FOIA) request for documents related Golden Grove
Adult Correctional Facility and Anna's Hope Detention Center.  We
received your request in this office on November 2, 2007 and
expedited processing of your request.

This responds to your request only to the extent that
responsive records may be maintained by the Civil Division, U.S.
Department of Justice.  The JMD Referral Unit also referred your
request to the Civil Rights Division (CRD).  You will receive a
separate response to your request directly from the CRD.

The Civil Division indexes its records according to the
names of parties to litigation or matters.  We conducted a search
of our system under the names of the above-referenced facilities.
Our search failed to identify any references to these facilities.
Accordingly, the Civil Division has no records responsive to your
request.

If you have any questions regarding this response, please
contact Jean Kornblut of my staff at (202) 514-2319.

Sincerely,

*James M. Kovakas*

James M. Kovakas
Attorney  In Charge
FOI/PA Office, Civil Division

**EXHIBIT 34**

# TROUTMAN SANDERS LLP

### A T T O R N E Y S   A T   L A W
A LIMITED LIABILITY PARTNERSHIP

THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NEW YORK 10174
www.troutmansanders.com
TELEPHONE: 212-704-6000
FACSIMILE: 212-704-6288

Seanna R. Brown
seanna.brown@troutmansanders.com

Direct Dial:  212-704-6448
Direct Fax:  212-704-8352

November 14, 2007

**BY FIRST CLASS MAIL**
Nelson Hermilla
Freedom of Information/Privacy Acts Branch
Civil Rights Division
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

RE:    **Freedom of Information Act Request No. NDH: TCG: SC 2008-0039 (4-032)**
       **Golden Grove Adult Correctional Facility, St. Croix, U.S. Virgin Islands**
       **Anna's Hope Detention Center, St. Croix, U.S. Virgin Islands**
       **This Regards a Death Penalty Case; Expedited Processing Required.**

Dear Nelson:

By letter dated August 16, 2007, I submitted a Freedom of Information Act request that sought any records or information pertaining to the facilities of Anna's Hope or Golden Grove, a copy of which is attached hereto as Exhibit A. On October 31, 2007, your office responded that no records regarding these institutions could be located because of the manner in which the Civil Division indexes its records, a copy of which is attached hereto as Exhibit B. You suggested that I provide you with more information so that you could further search your files for information responsive to my request.

I would like to direct your attention to a recent press release by the Department of Justice ("DOJ") regarding legal action the DOJ has taken against Golden Grove, attached hereto as Exhibit C. As you will see, the press release references a longstanding Consent Decree that the U.S. Government has with the Virgin Islands regarding conditions at Golden Grove and the services that the U.S. has provided to the Virgin Islands to remedy those conditions. The press release refers to recent court filings in the United States District Court for the Virgin Islands. The press release also specifically references statements made by Bradley Schlozman, Acting Assistant Attorney General for the Civil Rights Division.

ATLANTA · HONG KONG · LONDON · NEW YORK · NEWARK · NORFOLK · RALEIGH
RICHMOND · SHANGHAI · TYSONS CORNER · VIRGINIA BEACH · WASHINGTON, D.C.

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

Nelson Hermilla
November 14, 2007
Page 2


    I hope that this press release provides you with information that can be used to formulate a more responsive search.  Should you require anything further, please do not hesitate to contact me.  Thank you for your assistance in this matter.


                    Very truly yours,

                    Seanna R. Brown

# EXHIBIT "A"

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NEW YORK  10174
www.troutmansanders.com
TELEPHONE: 212-704-6000
FACSIMILE: 212-704-6288

Seanna R. Brown
seanna.brown@troutmansanders.com

Direct Dial: 212-704-8448
Direct Fax: 212-704-8352

August 16, 2007

<u>**BY FIRST CLASS MAIL**</u>
Freedom of Information Act/Privacy Act Mail Referral Unit
Justice Management Division
U.S. Department of Justice
Room 1070, NPB
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

Re:    Golden Grove Adult Correctional Facility, St. Croix, U.S. Virgin Islands
        Anna's Hope Detention Center, St. Croix, U.S. Virgin Islands
        **This Regards a Death Penalty Case; Expedited Processing Requested.**

Dear Freedom of Information Act Officer:

Pursuant to the Freedom of Information Act, 5 U.S.C. §552, I respectfully request certified copies of all records, documents, and/or files in the possession or under the control of your office or agency and/or any person, division, department or similar subsection of your office or agency, regarding the above referenced facilities, including, but not limited to material relating to:

any investigations, inspections, civil actions, criminal actions, institutional lawsuits, civil rights complaints, stipulated agreements, consent decrees, special master appointments, federal reports, and/or subpoenas regarding either of the above referenced facilities.

For the purposes of the request, the terms "records," "documents," and "files" are intended to include, without limitation, any and all written, typed printed, recorded, graphic, computer-generated, or other matter of any kind from which information can be derived, whether produced, reproduced, or stored on paper, cards, tapes, films, electronic facsimiles, computer storage devices, or any other medium. They include, without limitation, letters, memoranda (including internal memoranda), calendars, schedules, books, indices, notes, printed forms, publications, press releases, notices, minutes, summaries or abstracts, reports, files, transcripts, computer tapes, printouts, drawings, photographs, recordings (including both videotapes and audiotapes), telegrams, and telex messages, as well as any reproductions thereof that differ in any way from any other reproduction, such as copies containing marginal notations.

ATLANTA · HONG KONG · LONDON · NEW YORK · NEWARK · NORFOLK · RALEIGH
RICHMOND · SHANGHAI · TYSONS CORNER · VIRGINIA BEACH · WASHINGTON, D.C.

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

Freedom of Information Act Officer
August 16, 2007
Page 2

Please certify all provided records. I understand that there may be a charge for certified records. Please provide an itemized statement of all incurred charges. Please note that this request is specifically for certified records and that no charges are authorized for the production of uncertified records.

If your search produces no records please send a signed, dated letter on letterhead to that effect. Please include in that letter any other departments or offices known to you that could have documents responsive to this request.

Further, to the extent that your office determines that any materials related to these requests are not responsive to this request or will not be disclosed, I request that your office make an item-by-item catalog of those materials not disclosed and the reasons for the non-disclosure.

These records are being requested as they relate to pending legal proceedings. The time constraints of these legal proceedings are pressing and require that I request all possible expediency on the part of your office and agency.

Thank you very much for all of your assistance in this matter. If any questions should arise during the search for these records, please do not hesitate to contact me at the number listed above.

Very truly yours,

Seanna R. Brown

# EXHIBIT "B"

**U.S. Department of Justice**

Civil Rights Division

---

NDH:TCG:SC
2008-0039(4-032)

*Freedom of Information/Privacy Acts Branch - NALC*
*950 Pennsylvania Avenue, N.W.*
*Washington, DC 20530*

OCT 3 1 2007

Seanna R. Brown, Esq.
Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

Dear Ms. Brown:

This is in response to your Freedom of Information Act request dated August 16, 2007 and forwarded to the Civil Rights Division by the Justice Management Division on October 23, 2007 for information pertaining to the Golden Grove Adult Correctional Facility, St. Croix, U.S. Virgin Islands, and Anna's Hope Detention Center, St. Croix, U.S. Virgin Islands.

Records in the Civil Rights Division are indexed under names of individuals. Thus we would have no information indexed under the names of places such as the Golden Grove Adult Correctional Facility, and Anna's Hope Detention Center. If you could provide us with more information about a civil rights incident that occurred at the Golden Grove Adult Correctional Facility, or Anna's Hope Detention Center, such as people involved in the incident, or the date of the incident, we will search our files for information responsive to your request.

Sincerely,

Nelson D. Hermilla, Chief
Freedom of Information/Privacy Acts Branch
Civil Rights Division

# EXHIBIT "C"



# Department of Justice

**FOR IMMEDIATE RELEASE**
**TUESDAY, NOVEMBER 8, 2005**
**WWW.USDOJ.GOV**

**CRT**
**(202) 514-2007**
**TDD (202) 514-1888**

## JUSTICE DEPARTMENT FILES FOR CONTEMPT
## AGAINST GOLDEN GROVE PRISON AUTHORITIES
## REGARDING CONDITIONS OF CONFINEMENT

WASHINGTON, D.C. - The Justice Department today announced that it filed a Show Cause Motion with the United States District Court for the Virgin Islands asking the Court to hold the Virgin Islands in contempt of a long standing Consent Decree regarding conditions of confinement at the Golden Grove Prison and Detention Facility in St. Croix.

A Consent Decree was filed in November 1986 that required Golden Grove to remedy unconstitutional conditions including operational and security procedures, medical and mental health care, and fire safety and environmental sanitation deficiencies. In the years following, the United States provided technical assistance to the Virgin Islands in the form of expert consultant reports, staffing needs assessments and other assistance. The United States also obtained supplemental Orders and agreements with the Virgin Islands on several occasions to implement the Consent Decree's requirements. In 2003, 2004 and 2005 the Justice Department conducted expert consultant visits at the facility and received reports, which were shared with the jurisdiction in an attempt to identify current and ongoing conditions that did not meet constitutionally mandated minimum requirements of security and safety. The jurisdiction promised remedial action, but Justice Department attorneys found that conditions at the facility had regressed in all areas. The Department found a routine history of inmate on inmate assaults, lack of correctional officer staffing in housing units, and constitutionally inadequate medical and mental health care for incarcerated individuals.

"The Justice Department has made every effort to assist the Virgin Islands in meeting its obligation to remedy the deplorable current and ongoing violations at Golden Grove," said Bradley J. Schlozman, Acting Assistant Attorney General for the Civil Rights Division. "Today, we are simply asking the court to ensure this prison facility's compliance with constitutional standards."

In its filing, the Department asks the Court to find the Virgin Islands in contempt of the Consent Decree, supplemental Court Orders, and Plan of Compliance and further seeks the appointment of a Special Master to implement the requirements of the Consent Decree.

### ###

05-601

**EXHIBIT 35**



**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information & Privacy Staff*
600 E Street, N.W., Suite 7300, Bicentennial Building
Washington, DC 20530-0001
(202) 616-6757  FAX: 616-6478  (www.usdoj.gov/usao)

Requester: Seanna R. Brown   Request No.: 07-3247                          OCT – 1 2007

Subject: Golden Grove, Anna's Hope Facilities/DVI

  The Executive Office for United States Attorneys (EOUSA) has received your Freedom of Information Act/Privacy Act (FOIA/PA) request. It has been assigned the above number. Please give us this number if you write about your request. If we need additional information, we will contact you within two weeks.

  Your request will be placed in the order in which it was received for processing, unless it is a very large request (Project Request). Then, it will be placed in a separate group of Project Requests, which are also processed in the order received.

  EOUSA makes every effort to process most requests within a month (20 working days). There are some exceptions; for example, Project Requests usually take approximately nine months to process. Requests for "all information about myself in criminal case files" are usually Project Requests. If you have made such a request, you may either write us and narrow your request for specific items, or you may expect that the processing of your request may take nine months from the date of this letter.

  By making a FOIA/PA request, you have agreed to pay fees up to $25, as stated in 28 CFR § 16.3(c), unless you have requested a fee waiver. Please note that pursuant to 28 CFR § 16.11, if you have not been granted a fee waiver, we are required to charge fees for time used to search for the documents you have requested and for duplication of all pages released to you. Normally, search time is charged at a rate of $28 per hour after the first two hours which are free, and duplication fees are $0.10 per page after the first 100 pages which are free. Please do not send any payment at this time! If we anticipate that fees will exceed $25 or the amount you have stated in your letter (if greater than $25), we will normally notify you of our estimate of fees. After we have received your agreement to pay for the expected fees (or you have narrowed your request to reduce fees) and we have processed your request, we will require payment for the accumulated charges before we release documents to you. Without such payment, your request file will be closed without further action.

  If you wish to revise your request to try to reduce fees, you may use the attached form. If you do not wish to incur fees for your request as it is now stated, please submit this form (or your letter revising your request) to us within 15 days so that your request, and fees, can be limited.

      Sincerely,

      William G. Stewart II
      Assistant Director

            Form No. 001 - 3/07

Requester: Seanna R. Brown          Request Number: 07-3247

**CHOOSE ONE**

___**I understand that I am entitled to the first 100 pages and 2 hours of search time free.  Please**
search only up to 2 hours and process only up to 100 pages that can be released to me.

___I wish to withdraw my request.

___I wish to revise my request to try to reduce fees.  Please limit my request to the following documents:

_____

_____

_____

_____

(Please note that a search for specific records may sometimes require more search time and fees).

___Please search only up to the following number of hours: _____
   **I understand that search payment will be required even if no documents are located or**
**released to me.**   In the event that documents are located and released to me, I understand that I may be
charged duplication fees in addition to search fees.

_____              _____
Name                                                        Date

Please return to:

EOUSA
FOIA/PA
600 E. Street, N.W., Room 7300
Washington D.C., 20530

Note: Your request is being expedited.

**EXHIBIT 36**

# TROUTMAN SANDERS LLP

### ATTORNEYS AT LAW
#### A LIMITED LIABILITY PARTNERSHIP

**THE CHRYSLER BUILDING**
**405 LEXINGTON AVENUE**
**NEW YORK, NEW YORK 10174**
**www.troutmansanders.com**
**TELEPHONE: 212-704-6000**
**FACSIMILE: 212-704-6288**

Seanna R. Brown                                                                    Direct Dial:  212-704-6448
seanna.brown@troutmansanders.com                                                   Direct Fax:  212-704-8352

November 19, 2007

**BY FIRST CLASS MAIL**
Freedom of Information Act Officer
United States Attorney's Office
United States Courthouse & Federal Building
5500 Veteran's Drive, Suite 260
St. Thomas, Virgin Islands, 00802-6424

Re:      Golden Grove Adult Correctional Facility, St. Croix, U.S. Virgin Islands
         Anna's Hope Detention Center, St. Croix, U.S. Virgin Islands
         **This Regards a Death Penalty Case; Expedited Processing Requested.**

Dear Freedom of Information Act Officer:

          Pursuant to the Freedom of Information Act, 5 U.S.C. §552, I respectfully request
certified copies of all records, documents, and/or files in the possession or under the control of
your office or agency and/or any person, division, department or similar subsection of your
office or agency, regarding the above referenced facilities, including, but not limited to material
relating to:

              any investigations, inspections, civil actions, criminal actions, institutional lawsuits, civil
              rights complaints, stipulated agreements, consent decrees, special master appointments,
              federal reports, and/or subpoenas regarding either of the above referenced facilities.

          In making this request, I would like to direct your attention to a recent press release by
the Department of Justice ("DOJ") regarding legal action the DOJ has taken against Golden
Grove, attached hereto as Exhibit A.  As you will see, the press release references a
longstanding Consent Decree that the U.S. Government has with the Virgin Islands regarding
conditions at Golden Grove and the services that the U.S. has provided to the Virgin Islands to
remedy those conditions.  The press release refers to recent court filings in the United States
District Court for the Virgin Islands.  The press release also specifically references statements
made by Bradley Schlozman, Acting Assistant Attorney General for the Civil Rights Division.

ATLANTA · HONG KONG · LONDON · NEW YORK · NEWARK · NORFOLK · RALEIGH
RICHMOND · SHANGHAI · TYSONS CORNER · VIRGINIA BEACH · WASHINGTON, D.C.

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

Freedom of Information Act Officer
August 16, 2007
Page 2

For the purposes of the request, the terms "records," "documents," and "files" are intended to include, without limitation, any and all written, typed printed, recorded, graphic, computer-generated, or other matter of any kind from which information can be derived, whether produced, reproduced, or stored on paper, cards, tapes, films, electronic facsimiles, computer storage devices, or any other medium. They include, without limitation, letters, memoranda (including internal memoranda), calendars, schedules, books, indices, notes, printed forms, publications, press releases, notices, minutes, summaries or abstracts, reports, files, transcripts, computer tapes, printouts, drawings, photographs, recordings (including both videotapes and audiotapes), telegrams, and telex messages, as well as any reproductions thereof that differ in any way from any other reproduction, such as copies containing marginal notations.

Please certify all provided records. I understand that there may be a charge for certified records. Please provide an itemized statement of all incurred charges. Please note that this request is specifically for certified records and that no charges are authorized for the production of uncertified records.

If your search produces no records please send a signed, dated letter on letterhead to that effect. Please include in that letter any other departments or offices known to you that could have documents responsive to this request.

Further, to the extent that your office determines that any materials related to these requests are not responsive to this request or will not be disclosed, I request that your office make an item-by-item catalog of those materials not disclosed and the reasons for the non-disclosure.

These records are being requested as they relate to pending legal proceedings. The time constraints of these legal proceedings are pressing and require that I request all possible expediency on the part of your office and agency.

Thank you very much for all of your assistance in this matter. If any questions should arise during the search for these records, please do not hesitate to contact me at the number listed above.

Very truly yours,

Seanna R. Brown

# EXHIBIT "A"

Case 1:09-cv-00176-RLC Document 1-36 Filed 01/20/2020 Page 5 of 5



# Department of Justice

**FOR IMMEDIATE RELEASE**                **CRT**
**TUESDAY, NOVEMBER 8, 2005**          **(202) 514-2007**
**WWW.USDOJ.GOV**            **TDD (202) 514-1888**

### JUSTICE DEPARTMENT FILES FOR CONTEMPT
### AGAINST GOLDEN GROVE PRISON AUTHORITIES
### REGARDING CONDITIONS OF CONFINEMENT

WASHINGTON, D.C. - The Justice Department today announced that it filed a Show Cause Motion with the United States District Court for the Virgin Islands asking the Court to hold the Virgin Islands in contempt of a long standing Consent Decree regarding conditions of confinement at the Golden Grove Prison and Detention Facility in St. Croix.

A Consent Decree was filed in November 1986 that required Golden Grove to remedy unconstitutional conditions including operational and security procedures, medical and mental health care, and fire safety and environmental sanitation deficiencies. In the years following, the United States provided technical assistance to the Virgin Islands in the form of expert consultant reports, staffing needs assessments and other assistance. The United States also obtained supplemental Orders and agreements with the Virgin Islands on several occasions to implement the Consent Decree's requirements. In 2003, 2004 and 2005 the Justice Department conducted expert consultant visits at the facility and received reports, which were shared with the jurisdiction in an attempt to identify current and ongoing conditions that did not meet constitutionally mandated minimum requirements of security and safety. The jurisdiction promised remedial action, but Justice Department attorneys found that conditions at the facility had regressed in all areas. The Department found a routine history of inmate on inmate assaults, lack of correctional officer staffing in housing units, and constitutionally inadequate medical and mental health care for incarcerated individuals.

"The Justice Department has made every effort to assist the Virgin Islands in meeting its obligation to remedy the deplorable current and ongoing violations at Golden Grove," said Bradley J. Schlozman, Acting Assistant Attorney General for the Civil Rights Division. "Today, we are simply asking the court to ensure this prison facility's compliance with constitutional standards."

In its filing, the Department asks the Court to find the Virgin Islands in contempt of the Consent Decree, supplemental Court Orders, and Plan of Compliance and further seeks the appointment of a Special Master to implement the requirements of the Consent Decree.

### ###

05-601