UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------x

RICHARD L. SEALEY,  )
    Georgia Diagnostic & Classification Prison  )
    P.O. Box 3877  )
    Jackson, GA 30233,  )
)
            **Plaintiff,**  )
)
v.  )    NO. 1:08-cv-00176 (CKK)
)
UNITED STATES DEPARTMENT  )    AFFIDAVIT OF
OF JUSTICE,  )    <u>RETURN OF SERVICE</u>
    950 Pennsylvania Avenue, NW  )
    Washington, D.C. 20530-0001,  )
)
AND ITS COMPONENTS UNITED STATES  )
ATTORNEYS OFFICE,  )
    United States Department of Justice  )
    950 Pennsylvania Avenue, NW  )
    Room 2242  )
    Washington, D.C. 20530-0001,  )
)
FEDERAL BUREAU OF PRISONS,  )
    320 First Street, NW  )
    Washington, D.C. 20534,  )
)
CIVIL RIGHTS DIVISION,  )
    950 Pennsylvania Avenue, NW  )
    Washington, D.C. 20530-0001,  )
)
FEDERAL BUREAU OF INVESTIGATION,  )
    J. Edgar Hoover Building  )
    935 Pennsylvania Avenue, NW  )
    Washington, D.C. 20535-0001,  )
)
AND  )
)
THE UNITED STATES  )
PAROLE COMMISSION,  )
    5550 Friendship Boulevard, Suite 420  )
    Chevy Chase, MD 20815-7286,  )
)
            **Defendants.**  )

---------------------------------------------------------------x

## **AFFIDAVIT OF RETURN OF SERVICE**

SEANNA R. BROWN, hereby declares and states as follows:

1. I am the attorney for Plaintiff in this case. I am filing this affidavit return of service in connection with the complaint filed on January 30, 2008.

2. On February 6, 2008, I caused the defendant United States Department of Justice to be served with a copy of the summons and complaint via certified mail, return receipt requested, by depositing a true copy thereof in a post-paid wrapper with the return receipt card affixed, in an official depository under the exclusive care and custody of the United States Postal Service within New York State. Attached hereto as Exhibit A is a copy of the return postcard I received with respect to this mailing.

3. On February 12, 2008, I caused the defendant United States Department of Justice to be served with the original summons via certified mail, return receipt requested, by depositing a true copy thereof in a post-paid wrapper with the return receipt card affixed, in an official depository under the exclusive care and custody of the United States Postal Service within New York State. Attached hereto as Exhibit B is a copy of the return postcard I received with respect to this mailing.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed at New York, NY this 25th day of February 2008.

TROUTMAN SANDERS LLP

By: _____

Seanna R. Brown, Esq.
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Telephone: (212) 704-6000
Facsimile: (212) 704-8352

# EXHIBIT "A"

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   United States Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, D.C. 20530-0001

2. Article Number
   (Transfer from service label)

   7007 0220 0003 7672 7116

PS Form 3811, February 2004    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_   ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   FEB 0 4 2008

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

102595-02-M-1540

# EXHIBIT "B"

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by ( *Printed Name* )  FEB 1 2 2008   C. Date of Delivery |
| 1. Article Addressed to:<br><br>United States Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, D.C. 20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7007 0220 0003 7672 7154 |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540