UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD L. SEALEY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 08-0176 (CKK) |
| UNITED STATES DEPARTMENT OF JUSTICE, *et aL.* | ) |
| Defendants. | ) |

### ENTRY OF APPEARANCE

The Clerk of the Court will please enter the appearance of Heather Graham-Oliver, Assistant U.S. Attorney, as counsel of record for defendants in the above-captioned case.

Respectfully submitted,

_____
HEATHER GRAHAM-OLIVER
Assistant U.S. Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 305-1334