UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD L. SEALEY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 08-0176 (CKK) |
| | ) |
| UNITED STATES DEPARTMENT | ) |
| OF JUSTICE, *et al.* | ) |
| | ) |
|     Defendants. | ) |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE PLEAD TO PLAINTIFF'S FOIA COMPLAINT

The Federal Defendants, respectfully move this Court, pursuant to Fed. R. Civ. P. 6, for an enlargement of time within which to answer, move, or otherwise plead to Plaintiff's complaint, until April 16, 2008. The answer would otherwise be due on, March 7, 2008. Counsel for the Plaintiff has been contacted pursuant to LCvR 7(m), and opposes the filing of this motion. Plaintiff, Richard L. Sealey, brings this action under the Freedom of Information Act (FOIA) for records pertaining to himself that may be in the custody of the United States Department of Justice and its components, i.e., the United States Attorneys Office, the Federal Bureau of Investigation, the Federal Bureau of Prisons, the Civil Rights Division and the United States Parole Commission. Plaintiff is currently on death row in the State of Georgia. He has filed a *habeas corpus* petition in state court and apparently has a discovery deadline in that case of March 31, 2008.

Currently, defense counsel has not had time to review this case with all the DOJ

components involved and will not have time to do so completely until April.  In order to answer the complaint or to otherwise move, counsel needs a response from all of the DOJ components named in the complaint.  Despite several telephone calls, counsel has not received a response from any of the components of DOJ, with the exception of the U.S. Parole Commission.  Counsel needs time to confer with all of the DOJ components not only to respond to the complaint but also to propose to the court a realistic schedule for the future conduct of this case.  This time would also include time to consult with Plaintiff's counsel as to any outstanding issues.  This cannot be accomplished by the end of March.  Consequently, enlargement of time until April 16, 2008, is necessary to allow an appropriate response to the complaint and a determination of the future proceedings in this matter.

In addition, counsel has other litigation responsibilities that will take time and attention, including the following: counsel is preparing for trial in Elion v. Jackson, Civ. Act. No. 05-0992 (PLF), which is a Title VII, race, gender and retaliation case.  Elion was originally scheduled for trial on March 3, 2008 but it was re-scheduled for April 1, 2008.  Accordingly, counsel will be preparing witnesses and argument for trial the weeks of March 17, 2008 and March 24, 2008.  It is anticipated that the Elion trial will last for six (6) business days before being sent to the jury.  Notwithstanding the Elion matter, undersigned counsel has motions for summary judgment due in Esquibel v. FAA, Civ. Act. No. 06-1485 (PLF) on March 13, 2008; settlement discussions in Poett v. Attorney General, 07-1374 (CKK) beginning March 10, 2008 and continuing thereafter; motion in opposition to attorney's fees in Davis v. FBI, Civ. Act. No. 88-0130 (HHK) due on March 18, 2008; FOIA motion for summary judgment due in Herrick v. Department of Homeland Security, Civ. Act. No. 08-0035 (JR); and preparation for status conference in

<u>Anderson v. Spellings</u>, Civ. Act. No. 06-1565 (RMC) scheduled for March 17, 2008. The foregoing is in addition to preparing the aforementioned case.

Accordingly, the Defendants request an extension of time to file its pleading and case management proposal on April 16, 2008.

Respectfully submitted,

/s/

JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/

RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/

HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD L. SEALEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 08-0176 (CKK) |
| | ) |
| **UNITED STATES DEPARTMENT** | ) |
| **OF JUSTICE,** *Et AL*. | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

This matter comes before the Court on the Defendants' Motion for Extension of Time to Plead or Otherwise Move. It is by the Court this ____ day of _____, 2008 hereby

ORDERED that the Defendants' Motion for extension of time until April 16, 2008 is hereby GRANTED.

_____
UNITED STATES DISTRICT JUDGE