UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------x
RICHARD L. SEALEY,                              )
                                                )
        Plaintiff,                              )
                                                )
v.                                              )    No. 1:08-cv-00176 (CKK)
                                                )
UNITED STATES DEPARTMENT                        )
OF JUSTICE, et al.                              )
                                                )
                                                )
        Defendants.                             )
---------------------------------------------------------x

## PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD TO PLAINTIFF'S FOIA COMPLAINT

Plaintiff Richard Sealey hereby files this response to Defendants' Motion for an Extension of Time to Answer, Move, or Otherwise Plead to Plaintiff's FOIA Complaint. Plaintiff brings this action under the Freedom of Information Act ("FOIA") in order to obtain records relating to him that are within the possession and control of various federal agencies. For over eight months, Plaintiff has been trying to obtain the records that are the subject of this lawsuit.

Plaintiff is a death row inmate in Georgia and has filed a state *habeas* corpus petition. Under the scheduling order imposed by the Georgia Superior Court, Plaintiff has until March 31, 2008 to complete discovery for his state *habeas* petition. It is imperative that Plaintiff obtain these records to create as substantial an evidentiary record as possible. Any delay in obtaining these records is detrimental to Plaintiff's efforts to prepare an effective and thorough *habeas* petition.

Therefore, Plaintiff adamantly opposes any extension of time for the Government to move, answer or otherwise plead to Plaintiff's FOIA complaint. While not insensitive to the Government's other litigation responsibilities, Plaintiff respectfully submits that the Government has known of this deadline since service of the complaint on February 4, 2008. Moreover, as is detailed in Defendants' Motion, the various agencies continue to be non-responsive, even to the Government. Such recalcitrance and delay is consistent with Plaintiff's experience in attempting to obtain the records at issue. In light of the penalty imposed upon Plaintiff, there is exceptional need and urgency in moving this action along and processing Plaintiff's FOIA requests.

Accordingly, Plaintiff respectfully requests that this Court deny Petitioner's Motion for an Extension of Time and adhere to the time limits provided in the Federal Rules of Civil Procedure.

Dated: March 10, 2008
New York, NY

Respectfully submitted,

TROUTMAN SANDERS LLP

/s/ Seanna R. Brown
Seanna R. Brown, Esq.
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Telephone: (212) 704-6000
Facsimile: (212) 704-8352

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

----------------------------------------------------------x
RICHARD L. SEALEY,                    )
                                      )
        Plaintiff,                    )
                                      )
v.                                    )    No. 1:08-cv-00176 (CKK)
                                      )
UNITED STATES DEPARTMENT              )
OF JUSTICE, et al.                    )
                                      )
                                      )
        Defendants.                   )
----------------------------------------------------------x

## ORDER ON DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD TO PLAINTIFF'S FOIA COMPLAINT

Upon consideration of Defendants' Motion for an Extension of Time to Answer, Move, or Otherwise Plead to Plaintiff's FOIA Complaint, this motion is hereby DENIED.

SO ORDERED this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE