UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **RICHARD L. SEALEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | **Civil Action No. 08-0176 (CKK)** |
| | ) | |
| **UNITED STATES DEPARTMENT** | ) | |
| **OF JUSTICE,** *et al.* | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION
TO DEFENDANTS' MOTION FOR EXTENSION OF TIME TO PLEAD**

The Federal Defendants have requested permission until April 16, 2008, to file an answer to the Plaintiff's 122 paragraph FOIA complaint along with a proposed scheduling order.  It is anticipated that Defendants' Motion for Summary Judgment (Motion) will be filed thirty (30) days after the answer is filed.  The basis upon which the Plaintiff opposes Defendants' request for an extension of time is because he is facing a discovery deadline of March 31, 2008, in his *habeas corpus* petition in the State of Georgia.

The Plaintiff cannot use this FOIA action as a substitute for discovery mechanisms under the Federal Civil Rules.  Indeed, to date, no records have been found as is evident from the exhibits attached to the Plaintiff's complaint.  Plaintiff has received "no records" responses from all, if not most, of the federal defendants.  The undersigned has confirmed that neither the Bureau of Prisons (BOP) nor the U.S. Parole Commission have any records pertaining to the Plaintiff.  Both BOP and the U.S. Parole Commission have conducted reasonable searches and have found no records.  A declaration setting forth the details of the search will be attached to the

Defendants' Motion.  The undersigned has not yet confirmed the "no records" response of the

Executive Offices of the United States Attorney (EOUSA) and the Federal Bureau of

Investigations (FBI).  Plaintiff served his time and was mandatorily released from federal custody

in 1994; which was over ten years ago.

     Accordingly, the Defendants request the extension of time to file its pleading and case

management proposal on April 16, 2008.

Respectfully submitted,


/s/

_____

JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


/s/

_____

RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


/s/

_____

HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334