UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICHARD L. SEALEY

   Plaintiff,

     v.

UNITED STATES DEPARTMENT OF JUSTICE, *et al.*,

   Defendants.

Civil No. 08-176 (CKK)

**ORDER**
(March 25, 2008)

     Currently pending before the Court is [10] Defendants' Motion for Extension of Time to Answer, Move or Otherwise Plead to Plaintiff's FOIA Complaint, which seeks records pertaining to himself that may be in the custody of the United States Department of Justice ("DOJ") and five of its components. Defendants seek to extend their time to respond to Plaintiff's Complaint in this action through April 16, 2008. Plaintiff opposes Defendants' Motion on the grounds that he is a death row inmate in Georgia and has filed a state *habeas corpus* petition, for which he has a discovery deadline of March 31, 2008. While the Court is sympathetic to Plaintiff's situation, as Defendants correctly point out in their Reply in support of their Motion for Extension of Time, a FOIA action is not a substitute for the discovery mechanisms available to Plaintiff in connection with his *habeas* petition.

     Moreover, as Defendants further note, the information Plaintiff seeks through his FOIA action is apparently over ten years old. In order to respond to Plaintiff's Complaint, defense counsel requires information from DOJ and the various components from which Plaintiff seeks

records. Defense counsel has now confirmed the "no records" responses that Plaintiff received from DOJ components the Bureau of Prisons ("BOP") and the United States Parole Commission, and is awaiting confirmation of other DOJ components' responses to Plaintiff's FOIA requests. The Court expects that defense counsel will continue to prompt the Defendant agencies to provide her with the information she requires in order to respond to Plaintiff's Complaint.

Accordingly, it is this 25th day of March, 2008, hereby

**ORDERED** that [10] Defendants' Motion for Extension of Time to Answer, Move or Otherwise Plead to Plaintiff's FOIA Complaint is GRANTED; it is further

**ORDERED** that Defendants shall file their pleading in response to Plaintiff's Complaint on or before April 16, 2008; it is further

**ORDERED** that, also on or before April 16, 2008, the parties shall file a Joint Status Report with the Court setting forth how they propose to proceed in this matter; it is further

**ORDERED** that, in the interim, as defense counsel receives responses from the various Defendant agencies as to whether or not they have located records responsive to Plaintiff's FOIA requests, she shall provide Plaintiff with that information on a rolling basis; it is further

**ORDERED** that defense counsel shall continue to prompt the Defendant agencies to provide her with the information she requires so that she may address Plaintiff's Complaint in a timely manner. Defense counsel is expected to prioritize her obligations in this action, along with her obligations in other matters.

**SO ORDERED.**

                                                           /s/
                                           COLLEEN KOLLAR-KOTELLY
                                           United States District Judge