UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------x

RICHARD L. SEALEY,                          )
                                            )
                Plaintiff,                  )
                                            )
        v.                                  )          No. 1:08-cv-00176 (CKK)
                                            )
UNITED STATES DEPARTMENT                    )
OF JUSTICE, et al.                          )
                                            )
                                            )
                Defendants.                 )
------------------------------------------------------------x

## JOINT STATUS REPORT

Pursuant to the Court's March 25, 2008 order, Plaintiff Richard Sealey ("Plaintiff"), and defendants United States Department of Justice, et al. ("Defendants"), submit this Joint Status Report. The parties note that under Local Civil Rule 16.3, this proceeding, brought under the Freedom of Information Act ("FOIA"), is exempt from the local rule's requirements. Accordingly, pursuant to the March 25 order, the parties submit the following statement:

1.     This action arises under the Freedom of Information Act, 5 U.S.C. § 552, *et seq.*, as amended. Plaintiff alleges that the following federal agencies violated FOIA in connection with Plaintiff's requests submitted to the following agencies for documents relating to him: United States Department of Justice, the United States Attorney's Office, the Federal Bureau of Prisons, the Federal Bureau of Investigation, and the United States Parole Commission. Plaintiff seeks declaratory and injunctive relief to enjoin Defendants from withholding records from Plaintiff, and requests that the Court order Defendants to release the records requested by Plaintiff in a timely fashion.

2.     Count One of the Complaint alleges that Defendants violated FOIA, 5 U.S.C. § 522(a)(6)(E), by failing to timely respond to Plaintiff's requests for expedited processing. Count

Two alleges that Defendants violated FOIA, 5 U.S.C. § 522(a)(6)(E)(i), by failing to grant Plaintiffs requests for expedited processing. Count Three alleges that Defendants violated FOIA, 5 U.S.C. § 522(a)(6)(A), by failing to timely respond to Plaintiff's FOIA request. Count Four alleged that Defendants violated FOIA, 5 U.S.C. § 522(a)(3)(A), by failing to make promptly available the records sought by Plaintiff's requests. Count Five alleges that Defendants violated FOIA, 5 U.S.C. § 522(a)(3)(A), by failing to conduct an adequate search for records.

3.      Defendants deny that they violated the FOIA and contend that Plaintiff filed the aforementioned action pursuant to the FOIA, requesting the United States Department of Justice and its components, i.e., the United States Attorney's Office, the Federal Bureau of Investigation, the Federal Bureau of Prisons, the Civil Rights Division and the United States Parole Commission, to produce any and all records relating to the incarceration of the Plaintiff, Richard Sealey, under the auspices of the federal government. The Civil Rights Division of the Department of Justice sent a response to the Plaintiff on April 16, 2008, enclosing 149 pages of responsive documents. The Federal Bureau of Prisons has identified records which have enabled it to confirm the records sought were sent to the national archives. As a result, the FOIA was re-opened and an estimate of the projected search costs was sent to the plaintiff. Plaintiff's counsel has indicated her intent to agree to pay the costs associated with this search. The Bureau will make arrangements for the search to be conducted upon receipt of the Plaintiff's correspondence agreeing to pay for the search. The other components of the Justice Department have responded to the Plaintiff.[1]

---

[1] To date, Plaintiff has received no response to its FOIA request, dated November 19, 2007, that was submitted to the United States Attorney's Office for the District of the Virgin Islands that requested records relating to the penal institutions, Golden Grove and Anna's Hope. The Government will confirm that the United States Attorney's Office for the District of the Virgin Islands has no records responsive to this request, as further described in paragraph 9.

4.    To the extent that a reasonable search has been accomplished and exemptions are claimed on any release, Defendant desires to file a <u>Vaughn</u> index and motion for summary judgment.

4.    The parties agree that other parties shall be joined or the pleadings amended no later than May 1, 2008.  As will be discussed more fully below, some of the factual and legal issues have been narrowed.

5.    If appropriate, the parties will attempt to reach a settlement in this case.

**Processing of Sealey's FOIA Requests**

6.    The Federal Bureau of Investigation recently released records relating to Plaintiff. Plaintiff has received an adequate response from the Federal Bureau of Investigation.

7.    The Government has indicated to Plaintiff that the Civil Rights Division has sent approximately 149 pages of records to Plaintiff on April 16, 2008.

8.    Plaintiff received a letter from the Bureau of Prisons stating that it recently located a logbook that indicated where his files were stored at the National Archives.  The staff at the National Archives could not locate the files in the box where the files should have been. Plaintiff's recourse is to pay for a manual search of the files at an approximate cost of $2,296. Plaintiff intends to pay for the manual search.  In light of the time constraints facing Plaintiff in his state *habeas corpus* action pending in Georgia, Plaintiff requests that the manual search be conducted as soon as practicably possible after receiving payment.

9.    After the manual search is conducted at the National Archives, Plaintiff may want to depose a records custodian at the National Archives and/or the Bureau of Prisons.  At this juncture, Defendant objects to any depositions being taken.

10.    The Government will confirm the "no records" responses given by the following agencies.  Thereafter, the Government will submit to the Plaintiff a declaration from each agency

describing the search that was conducted. For each agency listed below, the subject of the FOIA request at issue is indicated in parentheses.

a.    The Department of Justice Civil Division (Anna's Hope & Golden Grove)[2]

b.    The Department of Justice Civil Rights Division (Anna's Hope)

c.    The United States Attorney's Office for the District of the Virgin Islands (Anna's Hope & Golden Grove)

d.    The United States Attorney's Office for the District of the Virgin Islands (Richard Sealey)

e.    The United States Attorney's Office for the Eastern District of Wisconsin (Richard Sealey)

f.    The United States Attorney's Office for the Western District of Wisconsin (Richard Sealey)

g.    The United States Parole Commission (Richard Sealey)

11.    Upon receipt and review of the above declarations, Plaintiff may want to depose records custodians or other officials with knowledge regarding the searches conducted. Defendant opposes depositions. Should depositions proceed, Plaintiff proposes that they be completed by June 27, 2008.

12.    In light of the above status in the processing of Plaintiff's requests, the parties propose the following dates for completion of the processing of Plaintiff's FOIA requests, discovery, and the filing of dispositive motions, oppositions and reply motions:

---

[2] In light of the representation by the Government that the Civil Rights Division, as opposed to the Civil Division, was involved in any litigation or proceedings involving these institutions, the parties have agreed that the Government may submit a letter in lieu of a declaration from the Civil Division to confirm its "no records" response.

| | |
|---|---|
| Complete Processing of Plaintiff's FOIA Requests and Confirm "No Records" Responses | June 17, 2008 |
| Dispositive Motions | July 18, 2008 |
| Opposition Motions | August 18, 2008 |
| Reply Motions | August 28, 2008 |
| Pre-Trial Conference | To be determined by the Court |

Dated: April 16, 2008

Respectfully submitted,

By: /s/ Seanna R. Brown
Seanna R. Brown
TROUTMAN SANDERS LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Telephone: (212) 704-6448
Facsimile: (212) 704-8352
seanna.brown@troutmansanders.com

*Attorneys for Plaintiff*

By: _____
Jeffrey A. Taylor
United States. Attorney

_____
Rudolph Contreras
Assistant United States Attorney

_____
Heather D. Graham-Oliver
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530
Telephone: (202) 305-1334

Facsimile: (202) 514-8780
heather.graham-oliver@usdoj.gov

*Attorneys for Defendants*