UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD L. SEALEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 08-0176 (CKK) |
| | ) |
| **UNITED STATES DEPARTMENT** | ) |
| **OF JUSTICE,** *et al.* | ) |
| | ) |
| **Defendants.** | ) |

**CONSENT MOTION FOR EXTENSION OF TIME
TO FILE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants, respectfully move this Court, pursuant to Fed. R. Civ. P. 6, for an enlargement of time within which to file its Motion for Summary Judgment (Motion), until August 5, 2008. Counsel for the Plaintiff has been contacted pursuant to LCvR 7(m), and consents to the filing of this motion. Plaintiff, Richard L. Sealey, brings this action under the Freedom of Information Act (FOIA) for records pertaining to himself and the penal institutions in which he was imprisoned that are in the custody of the United States Department of Justice and its components, i.e., two United States Attorneys Offices, the Federal Bureau of Investigation, the Federal Bureau of Prisons, the Civil Rights Division and the United States Parole Commission. Plaintiff is currently on death row in the State of Georgia. He has filed a *habeas corpus* petition in state court that is currently on-going.

Defense counsel has conferred with all the DOJ components. However, the majority of the declarations from the DOJ components have not been finalized to date. This is so primarily

because entities such as the U.S. Attorney's Offices and the BOP have manually searched their archives to determine if there are any records responsive to Plaintiff's FOIA request. In the case of the BOP, a manual search was conducted of the Archives in Atlanta, Georgia. Counsel is waiting for the declarations detailing the results of the searches from the BOP and the U.S. Attorney's Offices in the Eastern District of Wisconsin and the Virgin Islands. Those declarations will be forthcoming within the next week and will be sent to the Plaintiff upon receipt.

In addition, the Civil Rights Division is currently reviewing and processing 798 pages and 1 CD of documents, dated primarily from 2005 until 2008. Plaintiff has indicated that he is only interested in documents from the 1980s and that he will not require the production of documents that span the years of the mid-1990s to date. Thus, the Civil Rights Division's search only pertains to the relevant time period.

The Defendant's Motion is currently due on July 14, 2008. The filing of the Motion may not be necessary if the declarations are satisfactory to plaintiff. Consequently, undersigned counsel is requesting that the deadline for the filing of the Motion be extended to August 5, 2008 to determine whether the case may be resolved. In addition, counsel will be out of the office on leave from July 9th until July 16th.

Respectfully submitted,

/s/
_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____/s/
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334