UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD L. SEALEY,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, et al.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:08-cv-00176 (CKK)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF CHANGE OF ADDRESS**

Pursuant to Local Civil Rule 11.1 of this Court, please take notice of the following attorney information change for the undersigned counsel.

I am admitted to this Court as a pro hac vice attorney pursuant to Local Civil Rule 83.2(g) because I represent an indigent defendant and am not receiving compensation for this representation.

I will continue to be counsel of record on the above-entitled case at my new law firm.

My new contact information is Seanna Brown, Baker & Hostetler LLP, 45 Rockefeller Center, New York, NY 10111, 212-589-4203, SBROWN@BAKERLAW.COM.

-2-

BAKER & HOSTETLER LLP

Respectfully submitted,

By: _____
Seanna R. Brown
45 Rockefeller Plaza
New York, New York  10111
212.589.4200
Fax: 212.589.4201

Attorneys for Plaintiff
Richard L. Sealey