UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD L. SEALEY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 08-0176 (CKK) |
| | ) |
| **UNITED STATES DEPARTMENT** | ) |
| **OF JUSTICE,** *et al.* | ) |
| | ) |
| Defendants. | ) |

### CONSENT MOTION FOR EXTENSION OF TIME
### TO FILE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants, respectfully move this Court, pursuant to Fed. R. Civ. P. 6, for an enlargement of time within which to file its Motion for Summary Judgment (Motion), until August 27, 2008. Counsel for the Plaintiff has been contacted pursuant to LCvR 7(m), and consents to the filing of this motion. Plaintiff, Richard L. Sealey, brings this action under the Freedom of Information Act (FOIA) for records pertaining to himself and the penal institutions in which he was imprisoned that are in the custody of the United States Department of Justice and its components, i.e., two United States Attorneys Offices, the Federal Bureau of Investigation, the Federal Bureau of Prisons, the Civil Rights Division and the United States Parole Commission. Plaintiff is currently on death row in the State of Georgia. He has filed a *habeas corpus* petition in state court that is currently on-going.

Although a majority of the declarations from the various DOJ components have been finalized, the Civil Rights Division continues its review and processing of 798 pages and 1 CD of

documents. This additional time is necessary to complete that task.

In addition, this time is being requested because the undersigned counsel assigned primary responsibility in this matter is on scheduled leave for the week of July 28, 2008; in addition, defense counsel has other litigation responsibilities upon her return including the following: a reply due August 6, 2008 in Rixene W. Hicks v. Lori Bledsoe, Civ. Act. No. 07-1959 (HHK); and another reply due August 7, 2008 in Esquibel v. Cino, Civ. Act. No. 06-1485 (PLF).

The Defendant's Motion is currently due on August 5, 2008. The filing of the Motion may not be necessary if the declarations are satisfactory to plaintiff. Consequently, undersigned counsel is requesting that the deadline for the filing of the Motion be extended to August 27, 2008 to determine whether the case may be resolved.

Respectfully submitted,

/s/
_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____/s/_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530
(202) 305-1334

2