UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD L. SEALEY,** | ) |
| **Plaintiff,** | ) |
| v. | ) |
| | ) Civil Action No. 08-0176 (CKK) |
| **UNITED STATES DEPARTMENT OF JUSTICE,** *et al.* | ) |
| **Defendants.** | ) |

**CONSENT MOTION FOR EXTENSION OF TIME
TO FILE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants, respectfully move this Court, pursuant to Fed. R. Civ. P. 6, for an enlargement of time within which to file its Motion for Summary Judgment (Motion), until October 1, 2008. Counsel for the Plaintiff has been contacted pursuant to LCvR 7(m), and consents to the filing of this motion. Plaintiff, Richard L. Sealey, brings this action under the Freedom of Information Act (FOIA) for records pertaining to himself and the penal institutions in which he was imprisoned that are in the custody of the United States Department of Justice and its components, i.e., two United States Attorneys Offices, the Federal Bureau of Investigation, the Federal Bureau of Prisons, the Civil Rights Division and the United States Parole Commission.

Although a majority of the declarations from the various DOJ components and other Agencies have been finalized, the Civil Rights Division continues its review and processing of 798 pages and 1 CD of documents. This additional time is necessary to complete that task and to

resolve some issues as it pertains to the Federal Bureau of Prisons. The Civil Division's Review Process has been delayed by travel schedules, including family vacation schedules, of the people who are responsible for the review of these items.

The Defendant's Motion is currently due on August 27, 2008. The filing of the Motion may not be necessary if the additional time is granted and the declarations are satisfactory to the plaintiff. The parties anticipate stipulating to the dismissal of the FBI and the Parole Commission with prejudice at this time. Consequently, undersigned counsel is requesting that the deadline for the filing of the Motion be extended to October 1, 2008, to complete the final review process and determine whether the case may be resolved.

Respectfully submitted,

/s/
_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334